IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA
Article III, Original Constitutional Jurisdiction

| | |
|---|---|
| Edward William: Wahler )<br>Kathy Marie: Wahler )<br>~~PO Box 681~~ 510 L.A. Whitehar Bldg 12 )<br>Fletcher, North Carolina 28732 )<br>828-684-3600 )<br> )<br>Lewis-Vincent: Hughes )<br>2904 Angus Road )<br>Tenino, Washington 98589 )<br>360-264-5543 )<br> )<br>James Edward: MacAlpine )<br>603 Woodlea Court )<br>Asheville, North Carolina  28806 )<br>828-777-5553 )<br> )<br> )<br>          Plaintiffs, )<br> )<br>Vs. )<br> )<br>Andrew F. Romagnuolo, in his personal )<br>and private capacity )<br>176 Oak Terrace )<br>Arden, NC 28704 )<br> )<br>Timothy E. Penley, in his personal and )<br>private capacity )<br>2306 W. Meadowvale Rd )<br>Greensboro, N.C. Defendants, 27407 )<br> ))) | Case: 1:08-cv-00577<br>Assigned To : Robertson, James<br>Assign. Date : 4/3/2008<br>Description: General Civil<br><br>*JURY ACTION*<br><br>Civil Complaint and Petition for Injunctive Relief<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Jury Trial Demanded |

***Mandatory Judicial Notice: This case is filed in the Article III Court, pursuant to the
original jurisdiction, known as the District Court of the United States under original
Constitutional authority. The Plaintiffs hereto are inhabitants of their respective
county judicial districts, not US persons, they accept no federal benefits, nor are they
eligible to receive any federal benefits and specifically deny being federal personnel as
defined at 5 USC 552(a)(A)(13).***

*Plaintiffs accept the oaths and offered jurisdiction of a properly composed Article III court pursuant to 28 USC 88.*

**Complaint in federal court to preemptively sue while under threat of imminent indictment, declare the law of the case, breach of contract, injunctive, punitive, and compensatory relief.**

### Parties

1) Plaintiffs are men and women on the land, inhabitants of their respective county judicial districts of North Carolina and Washington states, each being one of the several states of the American Union. Plaintiffs Edward William: Wahler, Kathy Marie: Wahler, and James Edward: MacAlpine are currently inhabitants of Buncombe county, the land, North Carolina, the state. Plaintiff Lewis-Hughes is currently an inhabitant of Snohomish county, the land, Washington, the state.

2) The Plaintiffs are domiciliaries of the Constitutional Republic. They do not reside in, inhabit, have legal relations with, nor recognize a democracy as existing within the boundaries of the dejure several states of the American union. Plaintiffs also have no legal relations with a Federal Corporation (28 USC 3002 15,A) known as the United States, USA or any of the Federal Instrumentalities known as "States of", such as State of North Carolina and State of Washington.

3) Defendant Andrew F. Romagnuolo (hereinafter Andy) is currently an employee of the Federal Bureau of Investigation, an agency of the United States, a Federal Corporation. Defendant is currently a resident of State of North Carolina, a freely associated compact state, a federal territory foreign to North Carolina. Defendant exercises his office exclusively out of the District of Columbia.

4) Defendant Timothy E. Penley (hereinafter Timmy) is currently an employee of the Treasury Department, specifically Treasury Inspector General, Tax Administration (TIGTA). Defendant is currently a resident of State of North Carolina, a freely associated compact state, a federal territory foreign to North

Carolina. Defendant exercises his office exclusively out of the District of Columbia.

## Jurisdiction and Venue

5)    This action arises through an Article III injury in fact, breach of contract, trespass, tort, excess of jurisdiction, terrorism, mixed war as well as other violations of rights and immunities of a free and self governing people.

6)    The Court has jurisdiction under section §1331 and §3231 of Title 28 of United States Code as well as 28 USC §2201 and §2202.

7)    Venue lies in this Court under section 1391(e) of Title 28 of the United States Code.

8)    Venue and Jurisdiction are further conferred on this court as a matter of legal necessity as a direct result of Congress' not having created Article III courts in any of the several states with the possible exception of Hawaii. Therefore, Plaintiffs have no legal remedy for an Article III injury in fact in any court other than the Article III court found in the District of Columbia.

## Legal foundation for this suit

9)    This lawsuit is being filed pursuant to Plaintiff's right to sue preemptively when there is imminent threat of indictment. The defendant Andy has informed Dr. Robert Clarkson, who was also raided in May of 2007, Kris Williams, an attorney in Western North Carolina, and Plaintiff James Edward: MacAlpine, an orthodontist whom the Defendant Andy met with that he was going to seek indictments against one or more of the Plaintiffs. Upon information and belief, a federal grand jury in Asheville, North Carolina is currently deliberating on these very issues. In *Farm Workers Nat'l Union*, 442 U.S. 289 (1979) the Court stated:

> When the plaintiff has alleged an intention to engage in a course of
> conduct arguably affected with a constitutional interest, but proscribed by
> a statute, and there exists a credible threat of prosecution thereunder, he

"should not be required to await and undergo a criminal prosecution as the sole means of seeking relief."

See also *Virginia v. American Booksellers Ass'n*, 484 U.S. 383 (1988). The Plaintiffs assert that their Constitutional right to due process, equal protection, and their right to free speech and to peaceable protest have been chilled and threatened by the actions of the Defendants. Plaintiffs seek a declaratory judgment to declare the law as well as injunctive, declaratory and compensatory relief.

Plaintiffs have exhausted their administrate remedies with the Defendants as well as 10 other parties as representatives of the defacto corporate government. As purported fiduciaries of the People, and public servants, the Defendants had a duty to respond and did not, therefore Plaintiffs inform the court that all facts have been deemed admitted in this case and this case is ripe for summary judgment. (See Administrative Process attached as Exhibit 1).

## Statement of Case

10)    On August 24, 2004 the homes of Edward Wahler, and Lewis-Hughes were raided by agents of the FBI under the direction of Agent Andrew Romagnuolo. The raids were executed with extreme fire power with Anti-terrorism jackets worn by the armed agents. Considerable private property was taken from the victims homes. In each case the search warrant was signed by a magistrate judge. A copy of the probable cause affidavit was not provided or even made available and is still sealed in this case.

The raid allegedly resulted from an investigation into Plaintiffs Edward William: Wahler, Lewis-Vincent: Hughes and Kathy Marie: Wahler's use of bills of exchange to discharge alleged debts.

Andy has now teamed up with co-Defendant Timmy to investigate the tax filings of Plaintiffs Edward William: Wahler and James Edward: MacAlpine and Kathy Marie: Wahler, and upon direct inquiry, informing them that they were being investigated for criminal violations of Title 26, but only after an initial "interview" whereby Andy failed to inform Plaintiffs that they were the

subjects of a criminal violation, essentially committing fraud upon Plaintiffs as was held by the Courts in **U.S. v. Prudden, 424 F.2d. 1021; U.S. v. Tweel, 550 F. 2d. 297, 299, 300 (1977).**

> "Silence can only be equated with fraud when there is a legal and moral duty to speak or when an inquiry left unanswered would be intentionally misleading."

11)     The property of the Plaintiffs has been held for over 3 years in the case of Plaintiffs Edward William: Wahler, Lewis-Vincent: Hughes and Kathy Marie: Wahler.

12)     The Affidavit of Probable Cause as well as the Search Warrant alleges violations of Title 18 Sections 514, 371 and 1341. Section 514 states:

### Sec. 514. Fictitious obligations

(a) Whoever, with the intent to defraud –

(1) draws, prints, processes, produces, publishes, or otherwise makes, or attempts or causes the same, within the United States;

(2) passes, utters, presents, offers, brokers, issues, sells, or attempts or causes the same, or with like intent possesses, within the United States; or

(3) utilizes interstate or foreign commerce, including the use of the mails or wire, radio, or other electronic communication, to transmit, transport, ship, move, transfer, or attempts or causes the same, to, from, or through the United States, any false or fictitious instrument, document, or other item appearing, representing, purporting, or contriving through scheme or artifice, to be an actual security or other financial instrument issued under the authority of the United States, a foreign government, a State or other political subdivision of the United States, or an organization, shall be guilty of a class B felony.

(b) For purposes of this section, any term used in this section that is defined in section 513(c) has the same meaning given such term in section 513(c).

(c) The United States Secret Service, in addition to any other agency having such authority, shall have authority to investigate offenses under this section.

Pursuant to the Supreme Court holdings in Federal Crop Insurance v Merrill (332 U.S. 380, 68 S.Ct. 1) the court stated:

> Whatever the form in which the Government functions, anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority. The scope of this authority may be explicitly defined by Congress or be limited by delegated legislation, properly exercised through the rule-making power. And this is so even though, as here, the agent himself may have been unaware of the limitations upon his authority.

In light of 28 USC 535 which states:

28 USC § 535 Investigation of crimes involving Government officers and employees; limitations

> (a) The Attorney General and the Federal Bureau of Investigation may investigate any violation of Federal criminal law involving Government officers and employees—
>
> (1) notwithstanding any other provision of law; and
>
> (2) without limiting the authority to investigate any matter which is conferred on them or on a department or agency of the Government.

Plaintiffs have challenged the authority for Defendant Andy to enter one of the several states of the Union and investigate, harass, threaten and present force of arms to a Citizen of one of the several states.

13)    Through a private administrative process in the form of a quo warranto, Plaintiffs have tried to get Defendant Andy to provide one shred of provable authority to commit the acts he has committed against the Plaintiffs.

14)    As if the lack of congressionally conferred authority were not enough, in numerous discussions with Defendants by the Plaintiffs, the Defendants have been shown evidence that the actions of the Plaintiffs were found to have been valid actions to discharge debt, both in state Court as well as federal Court. On

the computers seized by Andy are copies of court records from Bank One v Ward, a Florida state case as well as U.S. v Williamson, a federal case out of Waco, Texas, in which the judges in each case found the presentment of a Bill of Exchange to have been lawful and valid to discharge a mortgage in the Bank One case as well as discharge the criminal sanctions in the U.S. v Williamson case. This obviously begs the question, how can Plaintiffs be prosecuted for relying on the holdings of state and federal Courts. There is copious case law clearly stating one cannot be so prosecuted. Plaintiffs contend that what we have here is a protection racquet run by the FBI for the private Federal Reserve System.

15)    Plaintiffs have requested that the Defendants specifically provide evidence of their authority to prosecute anyone who is simply relying on the holdings of both state and federal courts. Once again the Defendants have remained mute.

16)    Plaintiffs have also shown the Defendants evidence that the Title 18 violations alleged in the Andy's Affidavit of Probable Cause have never been published in the Federal Register as required by Title 44 and Title 5, thereby providing notice and due process for the duty created by Congress with the legislation in Title 18. Andy has remained mute on this due process, equal protection issue.

**Note:** The affidavit of probable cause attached as Exhibit 2 is actually a copy of Andy's affidavit in a related case involving raids on Harry Lee Carper and Joe Laird. Since Plaintiffs Edward William: Wahler and Lewis-Vincent: Hughes have never been able to obtain a copy of the sealed documents regarding them, the Affidavit of Probable Cause for Lee and Joe are referenced here.

17)    Plaintiffs have also presented evidence to Andy that Title 18 was never passed into law. Specifically on June 25, 1948 when Titles 18, 28, 3 and the Magistrate act were purportedly passed into law by the Congress assembled, as a matter of Congressional record, Congress was formally adjourned and not in session. It is axiomatic that Congress could pass no law nor legislatively effect anything while in recess. Andy has also remained mute on this issue.

18)    Within the body of the administrative process completed by the Plaintiffs, there are over 450 statements of fact in negative averment form. None of these facts has ever been rebutted.

19)    Plaintiffs also provided to Andy an Acceptance of Offer to Contract. The terms and conditions spelled out that Andy had to perform his duty in harmony with the Constitution, all properly passed laws of Congress and all Supreme Court holdings. It was also provided for in the Acceptance of Offer to Contract that Andy would provide a $25,000,000.00 bond to protect the Plaintiffs from the unlawful acts of the Defendant. If Andy did not provide such a bond within 30 days then the Defendant agreed that he had committed a tort against the Plaintiffs and would be liable for damages in the amount of $25,000,000.00 payable within 30 days. If the Defendant had not tendered payment within the 30 days, then the Defendant was admitting an intentional tort and would be liable to the Plaintiffs for treble damages in the amount of $75,000.000.00 USD.

20)    In the treaty known as the Atlantic Charter, to which the United States is a signatory, Article III states: *"They* (the United States of America and the United Kingdom) *respect the Right of all peoples to choose the form of government in which they will live; and they wish to see sovereign rights and self-government restored to those who have been forcibly deprived of them."*

Plaintiffs have repeatedly given notice that they have openly and notoriously declared their intention to be part of that great experiment in self government which began on July 4, 1776 on the North American continent. While President Roosevelt allegedly ended the experiment in self government (The Roosevelt coup d'etat of 1933-40, The history of the Most Successful Experiment Ever Made by Man to Govern Himself Without A Master, By Sterling E Edmunds of the St. Louis Bar, originally Published in 1940) Plaintiffs know that freewill is still available to them to choose their form of government as recognized by the same fascist promoter, President Roosevelt, who was the signer of the Atlantic Charter.

Plaintiffs choose to live under the original jurisdiction, a representative republic and reject a democracy, a fascist corporatist state. Plaintiffs contend that Andy's and Timmy's attempts to treat the Plaintiffs as U.S. persons, engaged in a federal franchise, and residents of the United States amounts to kidnapping and identity theft.

21)    In the land commonly known as the United States, the People find themselves increasingly tormented by a police state. All democracies tend toward ever greater levels of the governmental control function. Today, surveillance, harassment, and out right contempt for the people is the order of the day for the way local, state and federal law enforcement show deference to the very people they are supposed to serve.

We find in the wisdom of the founding fathers that:

> "I sincerely believe ... that banking establishments are more dangerous than standing armies, and that the principle of spending money to be paid by posterity under the name of funding is but swindling futurity on a large scale." Thomas Jefferson.

> "Bankers own the earth. Take it away from them, but leave them the power to create money and control credit, and with a flick of a pen they will create enough to buy it back." Sir Josiah Stamp, former President, Bank of England

And from the Holy Scriptures we find in Deuteronomy 25:13-16 (King James Version)

> 13 Thou shalt not have in thy bag diverse weights, a great and a small.

> 14 Thou shalt not have in thine house diverse measures, a great and a small.

> 15 But thou shalt have a perfect and just weight, a perfect and just measure shalt thou have: that thy days may be lengthened in the land which the LORD thy God giveth thee.

> 16 For all that do such things, and all that do unrighteously, are an abomination unto the LORD thy God.

The fiat currency known as the Federal Reserve Note (FRN) is the quintessential unjust weight and measure. The FRN has lost more than 97% of its value, devastating the People's savings, laying an invisible tax. The concept of inflation was born as a way to fool the people into not grasping that the currency is simply deflating, as all fiat currencies do. We are at the verge of financial collapse as a result of the Fed and Banks being able to expand credit with the tap of a computer key board. The Plaintiffs have an absolute God given, constitutionally protected right to protest with all means available the unconstitutional, perverse corrupt financial system that is the Federal Reserve System. It is neither federal nor is there a reserve. The founding fathers specifically withheld the power of Congress to emit bills of credit and specifically denied to the States that same power.

This prescient decision was made as a direct result of seeing what happened during the Continental Congress era with states issuing Bills of Credit. The phrase "not worth a continental" came from the collapse of the paper bills of credit issued by the Continental Congress. It was a direct result of the bankruptcy of the United States as declared by Congress on June 5, 1933 that the Supreme Court gave the government the new power to abrogate and impair the obligations of contracts by declaring contracts parable in gold to be against public policy.

Now with the ability of the people to do research from the comfort of their homes, and the resulting awareness that research is bringing, the thugs employed by the corporate United States are using acts of terrorism, intimidation and prosecutions to attempt to keep a lid on the People's growing awareness that they have been swindled by their lawmakers acting in cahoots with the international bankers to destroy property ownership, financially destroy the people and overthrow the dejure government. While this process is virtually complete, no one can take away the People's right to choose their form of government. The Plaintiffs choose to live in a Constitutional Republic, under the laws of God. Guns, force, and threats by Andy and

Timmy cannot force us to take part in the fascist legislative democracy and become persons subject to dead men's statutes.

When the foregoing is considered in light of US Senate Document 43, Senate Report 93-549, an analysis of the emergency legislation states the following on page 9:

> The ultimate ownership of all property is in the State; individual so-called 'ownership' acute; is only by virtue of the government, i.e., law, amounting to mere user; and use must be in accordance with law, and subordinate to the necesseties of the State."

If the State is going to own all the property, then it must be responsible for everything. If the People cannot pay their debts at law, therefore there is no law. How would the majority of Americans feel to know that their government considers them to be mere users of their land and property, that the State is the ultimate title holder. That is the definition of a fascist state. No wonder agents such as Andy and Timmy use thuggery to dissuade the newly informed, such as the Plaintiffs from acting on their knowledge and protesting the current states of affairs.

Plaintiffs assert that as is fully recognized and protected in the First Article of Amendment to the Constitution for the United States, they use their freedom of speech, freedom to peaceably assemble and religious freedom to practice their methods and means to bring an end to the Federal Reserve System and restore our lawful form of government. The only alternative, should the courts fail the people in the exercise of these rights, is to abolish this government as is stated as a duty of the People in the Declaration of Independence.

Since the Defendants have remained silent and failed to respond to Plaintiffs challenge to their authority, Plaintiffs contend that the Defendants have lost any pretense to claim immunity that they are acting in their private and personal capacity and must be held accountable for their grievous actions against the people.

22)    While the Defendants might claim immunity from suit as a direct and proximate result of their executing their duties for the sovereign, Plaintiffs offer their Court the following: Andy and Timmy work for the United States. Congress has informed us at 28 USC 3002 (5)(A), "United States means – a Federal Corporation.

Plaintiffs rely on the wisdom once again on the founding fathers. We find that during the Committee on Styles deliberations regarding the federal Constitution, the power of Congress to incorporate was debated and specifically denied by vote of the 13 colonies to deny such a power to congress.

> The Congressional power to incorporate was considered, but rejected, to wit:
>
> The power was proposed in two forms: "To grant charters of incorporation in cases where the public good may require them, and the authority of a single State may be incompetent", and simply "To grant charters of incorporation".
>
> From the Committee of Style's debate on the subject we find in the official record:
>
> Doc' Franklin moved to add the words "post roads" Art. 1 Sect. 8 "a power to provide for cutting canals where deemed necessary"
>
> M^r Wilson [seconded] the motion
>
> M^r Sherman objected. The expence in such cases will fall on the U. States, and the benefit accrue to the places where the canals may be cut.
>
> M^r Wilson. Instead of being an expence to the U.S. they may be made a source of revenue.
>
> M^r Madison suggested an enlargement of the motion into a power "to grant charters of incorporation where the interest of the U.S. might require & the legislative provisions of individual States may be incompetent." His primary object was however to secure an easy communication between the States which the free intercourse now to be opened, seemed to call for. The political obstacles being removed, a removal of the natural ones as far as possible ought to follow. M^r Randolph [seconded] the proposition.
>
> M^r King thought the power unnecessary.
>
> M^r Wilson. It is necessary to prevent a State from obstructing the general welfare.

M[r] King. The states will be prejudiced and divided into parties by it. In Philad[elphia] & New York. It will be referred to the establishment of a Bank, which has been a subject of contention in those Cities. In other places, it will be referred to mercantile monopolies.

M[r] Wilson mentioned the importance of facilitating by canals, the communication with the Western Settlements. As to Banks he did not think with M[r] King that the power in that point of view would excite the prejudices & parties apprehended. As to mercantile monopolies they are already included in the power to regulate trade.

Col: MASON was for limiting the power to the single case of Canals. He was afraid of monopolies of every sort, which he did not think were by any means already implied by the Constitution as supposed by M[r] Wilson.

The motion being so modified as to admit a distinct question specifying & limited to the case of canals.

N[ew] H[ampshire] no. Mas[sachusetts] no. C[onnecticut] no. N[ew] J[ersey] no. P[ennsylvania] ay. Del[aware] no.. M[aryland] no. W[irginia] ay. N[orth] C[arolina] no. S[outh] C[arolina] no. Geo[rgia] ay.

*The Records of the Federal Convention of 1787.* Pages 615 and 616

It is interesting to note that one of the concerns was that a power to incorporate would be used to create a Bank!!!

Plaintiffs hereby give notice to this Court that the United States as it is currently organized as an alleged Federal Corporation does not exist at law, cannot claim sovereign immunity and therefore could not authorize the Defendants to commit the acts complained of even if it tried. If the definition had included that additional terms of a body politic as well as a body corporate, the situation would be very different. As a federal corporation however, Plaintiffs contend that the Untied States as well as hundreds of other GSEs, GSOs, N.A.s and federal corporations do not exist at law and therefore have not the capacity to sue or be sued, nor make any claims against Plaintiffs.

23)   For some reason which the Plaintiffs cannot currently explain Andy has recruited Timmy to investigate the filings of Plaintiffs James Edward, Edward William and Kathy Marie. Why the FBI would be involved in tax issues escapes us. Plaintiffs conjecture that Andy has become so obsessed with bringing down the Plaintiffs that he is going to the old standby, where the

USA, an instrumentality of the United States, has an incredibly high conviction rate. Plaintiffs will point to their affidavits of non-tax liability, (enclosed as Exhibit 3) which are in the public record and have never been disputed by any entity as well as all of the administrative record on the attached DVD CD. Timmy has informed Edward William that he intends to seek indictment for interfering with the administration of the tax laws because the Plaintiffs dared to send documents to the IRS asserting their position, that they were not engaged in a trade or business, the functions of a public office, and therefore were not liable under the tax code for income taxes. This is only one of many well documented as well as detailed analysis that Plaintiffs have provided the IRS which has remained silent for over a year on these issues.

Plaintiffs have a constitutionally protected right to petition their servant government for a redress of grievances. Plaintiffs contend that these communications are privileged and protected under that protected right and that Andy and Timmy are once again attempting to deny and frustrate Plaintiffs in their claim and exercise of these rights. Plaintiffs hereby incorporate all of the material on the enclosed DVD and CD as if fully set forth herein. Plaintiffs contend that they are not "taxpayers", not residents of the United States or its territories, not engaged in a trade or business, have never been paid for their labor and never received a profit from their labor.

Plaintiffs will not burden the Court with reproducing all of the arguments contained in the hundreds of documents on the DVD's hereby attached and made a part of the record, suffice it to say that everyone from the Commissioner of IRS and Chief Counsel, to Andy and Timmy, have received notice and demand to respond. As a principle of equal protection of the law, it is interesting to note that the IRS routinely sends out 30 day notice letters to "taxpayers" noticing them that if they do nothing, then they become liable for a tax debt. The IRS obviously claims a right to use the principle of "silence is acquiescence." In our system of government, the People are sovereign and have given to the government some of our sovereign powers. If the

government can create a presumption of liability by ones silence, then the people can establish a presumption of no liability by the same process.

24) Another important issue raised with the Defendants is one regarding the establishment clause. The Plaintiffs have asked the question of their servants is the law the law as written or is it what the agent of the government and the governments publications tell us it is? In the case of the IRS, the courts have ruled that you cannot rely on or trust any thing the IRS says on their website or in their publications. Essentially condoning lying and deception by the IRS. However, Plaintiffs contend that if the people are supposed to succumb to the threats of prosecution, loss of their property through liens and levies, based on the fictional representation of what the agents of the FedCorpGov say the law is, based on faith, then that amounts to a religion. Governments are based on law. Religions are faith based. Therefore, Plaintiffs contend that those same agents, such as Andy and Timmy, are in violation of the anti-establishment clause of the First Article of Amendment regarding the prohibition against the federal government establishing a religion. Therefore, they are once again outside their official capacity, instead acting within their personal capacity.

## Causes of Action

### Fist Cause of Action: Denial of Rights

25) Plaintiffs herein place a very high value on their God given unalienable rights, all of them. Too many Americans today have no idea what rights they have nor of the need to vociferously claim and protect them. As the United States, FedCorpGov, tends ever more insidiously towards a totalitarian fascist state, it will be ever more important for We the People to defend our liberties, rights and freedoms and demand that government respect constitutionally imposed limits.

The Plaintiffs have no problem with the laws as written. In fact, Plaintiffs have found virtually no law currently on the books to be unconstitutional. Congress has without exception written the laws pursuant to their exclusive

jurisdiction over the territories and DC, but with the several states to be without their scope as is proper. Plaintiffs do have a problem when poorly trained, highly indoctrinated federal agents, whose office can be exclusively executed from DC, do not recognize and respect those of us who do not choose to be federal benefit recipients, participate in a "trade or business" which are the functions of a public office and do not wish to contract with these thugs.

Plaintiffs have a right to have their public servants strictly comply with the spirit and letter of their oath. As such, that means to Plaintiffs that Andy and Timmy must respect the limits of their authority especially when dealing with men and women who live and exist under the original jurisdiction, without the United States.

Plaintiffs also do not countenance to Andy and Timmy acting in the role of a protection racket for the private Federal Reserve System. Pursuant to Plaintiffs First Article of Amendment guaranteed right to peaceably protest the immoral, unconstitutional and fraudulent Federal Reserve fiat currency system, Plaintiffs have used means and methods to protest the Fed.

Andy and Timmy have no lawful authority to use purported government resources including heavily armed agents to "protect" the fiat currency of a private enterprise such as the Fed. Just because the Federal Bureau of Engraving prints Federal Reserve Notes, that does not make FRNs an official government currency. In point of fact, as has been shown to the Defendants and they have provided no evidence to the contrary, Federal Reserve Notes have not been legal tender since 1982, see 96 Stat 1074. Andy and Timmy have no authority to deny Plaintiffs their First Amendment right to petition for redress, practice their religious freedom and protest.

Andy and Timmy have been shown that in the case of the use of Bills of Exchange, Plaintiffs where relying in good faith on the holdings of state and federal court rulings. In the case of the income tax related documents, Plaintiffs have shown Andy and Timmy that they are simply relying on what

the law says. Andy specifically stated that we have a difference of opinion. The law must be certain and knowable, not the subject of opinions and beliefs. If one must rely on the belief system of federal agents to determine what the law says, then that amounts to a religion and the First Amendment clearly denies the government the ability to establish a religion. Therefore, Andy and Timmy are in violation of the establishment clause.

The Affidavit of Probable Cause shown as Exhibit 2 is actually from a later raid conducted in May of 2007. Since Plaintiff have not been able to obtain a copy of the Affidavit used in their respective case, Plaintiffs believe the Affidavit of Exhibit 2 to be representative until through discovery, Plaintiffs can provide a copy of the actual Affidavit used to obtain the search warrant against their property. As the Constitution clearly states, no warrant shall issue except under oath or affirmation. In the Affidavit shown, Andy has failed to provide his oath or affirmation within the Affidavit and the Affidavit is therefore insufficient to obtain the search warrant used to forcefully and violently raid the Plaintiffs homes. This is a further denial of due process of law and Constitutionally protected rights.

Andy and Timmy are in colusion and conspiracy to deny Plaintiff's their right to demand a redress of grievances, right to protest, right to protection from the government establishing a religion and demanding tribute as well as Plaintiffs right to equal protection and due process.

Plaintiffs should be compensated for the violation of their rights at the value they place on their rights of $10,000,000 in lawful money of the United States of America, each.

**Second Cause of Action: Breech of Contract**

26)    Plaintiffs accepted Andy's offer to contract and also accepted Andy's oath. See Exhibit 4, Notice of Acceptance of Offer to Contract. Plaintiffs accepted Andy's offer to contract and clearly defined the terms and conditions of that acceptance. As all federal writings are an offer to contract and with the bankruptcy of the United States March 9, 1933 with the subsequent loss of

real money, everything in the FedCorpGov United States has been reduced to commerce. Plaintiffs duly served upon Andy their acceptance of his offer to contract. Andy did not dispute nor amend the terms and conditions of Plaintiff's acceptance.

By default, Andy has admitted his lack of authority to interfere in the private affairs of Plaintiffs. He also agreed to provide a bond in the amount of twenty five million dollars in lawful money of the United States of America to protect Plaintiffs from any acts or omissions that might damage Plaintiffs. Andy had thirty days to provide Plaintiffs of proof of such a bond. After 30 days, since Andy did not provide proof of bond, Andy agreed that his acts constituted a intentional tort and would be liable for treble the $25,000,000 bond amount.

Since Andy is in violation of numerous paragraphs of the contract, not the least of which is number 35, to wit:

> **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents** do not become liable in their personal capacity, to the **Declarants**, for any violations of Laws, STATUTES, CODES, REGULATIONS, and RULES as they are published in the public records, and believe that none exists;

Andy is in violation of the terms of the contract and has committed a breech. Andy and by association Timmy, therefore owes to Plaintiffs the amount of $75,000,000.00 dollars lawful money of the United States of America.

## Third Cause of Action: Civil Trespass

27) Plaintiffs allege and contend that as domiciliaries within the several states of the American union, they have all of the rights, privileges and immunities of the original jurisdiction granted to the People of the 13 original colonies. As such, Andy and Timmy have no established authority to come into one of the several states to investigate, harass, steal the property of, and threaten Plaintiffs, unless they can show that they have a specific Delegation of Authority issues by Congress pursuant to Title 4, Sec 72 of the UNITED STATES CODE. Plaintiffs have seen no evidence that Congress has issued any such Delegation of Authority to ANY agency, including the FBI. Andy

and Timmy have trespassed on the private affairs of Plaintiffs and Andy and Timmy have already agreed to same.

**Fourth Cause of Action: Perjury**

28)   As with any act of tyranny, all it requires to succeed is for good men to do nothing. In order to accomplish their devious agenda, Andy and Timmy had to engage the assistance of other elements of the FedCorpGov such as the judicial branch. Within the body of the Affidavit of Probable Cause (as previously stated representative only the Plaintiffs Affiavit) Andy states that Plaintiff Edward William, Lewis-Vincent, and Kathy Marie were attempting to discharge valid debt. Plaintiff state that this is a bold faced lie. The creditors created money out of thin air to fund the "loans" using Plaintiffs signatures as the basis. Further, Plaintiffs received nothing of value within the transaction. And since the creditors used the Plaintiffs own signature on promissory notes as "money" to fund the loan, in point of fact the creditors were paid in full at closing. This is clearly set forth in the STATE OF MINNESOTA, COUNTY OF SCOTT, TOWNSHIP OF CREDIT RIVER, case of 1968, JUSTICE MARTIN V. MAHONEY presiding.   Andy should have known this and would had to perjure himself to find a violation of law to get his search warrant. Since Andy has refinanced his own house numerous times in the last several years, maybe he is harboring some ill will to those that understand the fraud associated with these loans transactions.

Andy also alleges that Plaintiffs violated 18 USC 514 which in part states:

> any false or fictitious instrument, document, or other item  appearing, representing, purporting, or contriving through scheme or artifice, to be an actual security or other financial instrument issued under the authority of the United States, a foreign government, a State or other political subdivision of the United States, or an organization, shall be guilty of a class B felony.

The documents utilized in the so called commission of a crime in no way shape or form made any representation to be "an actual security or other

financial instrument issued under the authority of the United States, a foreign government, a State or other political subdivision of the United States, or an organization." The documents were issued under Plaintiffs own name and authority. In some instances the document were accompanied by a lengthy legal brief detailing the Plaintiffs analysis of the authority to issue the document. Therefore, Plaintiffs contend that Andy perjured himself to allege the documents violated 18 USC 514 when he knew or should have known that they did not and could not on their face.

In Andy's affidavit, he alleges that criminal acts were committed. In order for a crime to be committed there has to be mens rea. Since each of the documents was clearly stamped with a notice that the document was void where prohibited by law, and was attached to a legal brief on why the document was legal, how could there be even a presumption of mens rea. From Wikipedia we read:

> In <u>criminal law</u>, **mens rea** -- the <u>Latin</u> term for "guilty mind"[1] -- is usually one of the necessary <u>elements</u> of a <u>crime</u>. The standard <u>common law</u> test of criminal <u>liability</u> is usually expressed in the <u>Latin</u> phrase, *actus non facit reum nisi mens sit rea*, which means that "the act does not make a person guilty unless the mind is also guilty". Thus, in <u>jurisdictions</u> with <u>due process</u>, there must be an *actus reus* accompanied by some level of *mens rea* to constitute the crime with which the defendant is charged

Andy had to perjure himself to convince the court that he could find one shred of evidence of a "guilty mind" when he was in possession of all the evidence necessary to show a good faith belief in the legal authority to use the documents.

Andy has provided information to the grand jury to falsely continue his witch hunt again alleging a criminal act. During meetings with Andy subsequent to the raid and theft of Plaintiffs property, Andy had been told and shown repeatedly, that on Plaintiffs computers, the cases of Bank One v Ward and U.S. v Williamson were to be found there. In each case, one a Florida State

case and the other a Federal case from Waco Texas, the judges had ruled that the Bills of Exchange tendered discharged the debt. Now how could Andy make the leap of facts and evidence to conclude that Plaintiffs had criminal intent when they relied on holdings of state and federal Courts. The Bank One V Ward case was much later over turned on appeal, however the Williamson case has been left undisturbed. Andy must have perjured himself to represent to the Assistant U.S. Attorney and the grand jury that his investigation found any criminal intent. As a direct and proximate result to Andy's malicious and mischievous perjury Plaintiffs have suffered nearly four years of loss of their property, stress and harassment and should be compensated accordingly.

**Fifth Cause of Action: Terrorism**

29) Andy's and Timmy's investigation and threats of indictment and incarceration have but one intended purpose. To use fear to protect the private Federal Reserve System from sound constitutional criticism and protest and to enforce compliance with the belief based application of the Internal Revenue Code despite what it actually says.

From Wikipedia we find:

> **Terrorism,** in the modern sense,[2] is <u>violence</u> against civilians to achieve political or <u>ideological</u> objectives by creating fear.[3] Most <u>definitions of terrorism</u> include only those acts which are intended to create fear (terror), are perpetrated for an ideological goal (as opposed to a lone attack), and deliberately target or disregard the safety of <u>non-combatants</u> (civilians). Many definitions also include only acts of <u>unlawful</u> violence and acts of war.

> Terrorism is also a form of <u>unconventional warfare</u> and <u>psychological warfare</u>. Few words are as politically or emotionally charged as *terrorism*.[4] and this greatly compounds the difficulty of providing a precise definition. One <u>1988</u> study by the <u>US Army</u> found that over 100 definitions of the word "terrorism" have been used.[5]. A person who practices terrorism is a **terrorist**.

> Terrorism has been used by a broad array of political organizations in furthering their objectives; both right-wing and left-wing political parties, <u>nationalistic</u>, and religious groups, revolutionaries and ruling governments.[6] The presence of non-state actors in widespread armed

conflict has created controversy regarding the application of the <u>laws of war</u>.

Plaintiffs contend that Andy and Timmy commit their acts for "political and ideological goals" using fear and violence. Andy and Timmy even ambushed Kathy Marie, the wife of Edward William one evening around 7:00 PM when Andy and Timmy knew that Edward William would be at a meeting where the constitution and rule of law would be discussed. Andy has had this meeting group under surveillance for several years, including placing under cover agents inside the group. Plaintiffs do not need to remind the Court of the CoIntelPro cases where the FBI was heavily fined for going after political organizations in direct violation of the People's right to peacably assemble and the protected nature of political speech. During the ambush, Andy and Timmy tried to give Kathy Marie a document touting the extraordinarily high conviction rate of federal prosecutions. This is a clear attempt to influence using fear, coercion and threats. In other cases where Andy has conducted his investigtion, he informed the girlfriend of a target that Andy was investigating the target for terrorism, bringing an end to a many year relationship. The actual investigation was about Bills of Exchange.

In another of Andy and Timmy's finer moments, they called the Department of Social Services on a man whose 91 year old mother is home during the day while the target was at work. The target, whose name is Dan, takes excellent care of his mother, and she prefers to live the way she does, however, Andy was supset that Dan would not bow to his will and struck out in another way.

As Plaintiffs have challenged Andy to provide evidence of his authority in light of 28 USC 535, and he has failed to provide same, it is Plaintiffs contention that since the Constitution provides for no national police force and the courts have acknowledged the same, Andy's and Timmy's actions are without lawful authority and they are then criminal actors brandishing the threats of violent raids on people's property, indictments and incarceration to implement their scheme of fear and violence to achieve their political aims of subjugating a once free people.

Plaitiffs complain of defendants that their tactics are incompatible with the behavior of public servants in a free and law based society. Plaintiffs should be compensated and the Defendants should be penalized to prevent any further acts of terrorism against the People of the several states.

**Sixth Cause of Action: Unjust enrichment**

30)    Andy and Timmy make the claim to be agents of the United States government. They therefore accept salaries and other compensation. Plaintiffs allege that the acts and commissions of Andy and Timmy are outside any possible lawful authority and therefore are not within the scope of compensation afforded them. Plaintiffs claim that this constitutes unjust enrichment through acts of fraud and deception. Plaintiffs request the court to have Andy and Timmy reimburse to the United States all salaries, expenses, benefits and other compensation received by them since at least August 24, 2004.

**Seventh Cause of Action: False Claims and Fictitious Securities**

31)    Andy and Timmy have made claims against Plaintiffs that they owe some arbitrary amount of a tax. Plaintiffs have provided ample evidence that they are not liable under the tax law and owe no tax to the IRS. Without belaboring the voluminous documentation provided and its inclusion in this suit, by example, Plaintiffs show to the court the following.

> Title 18 Section 8 defines a Federal Reserve Notes as an "obligation of the United States."

> Section 8. Obligation or other security of the United States defined

> The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued."

Then we look to Title 31 Section 3124 which states that "obligations of the United States are EXEMPT FROM TAXATION BY A STATE."

> "Section 3124. Exemption from taxation

(a) Stocks and obligations of the United States Government are exempt from taxation by a State or political subdivision of a State. The exemption applies to each form of taxation that would require the obligation, the interest on the obligation, or both, to be considered in computing a tax. ..."

In 1983, in the case of American Bank and Trust Co., et al v. Dallas County et al., 483 U.S. 855 (Supreme Court Reports, Lawyers edition, page 3369), Justice Blackmun, writing the opinion, clearly lays out the logic and argument to support the above facts. Justice Blackmun begins by showing that prior to 1959 there was some ambiguity in the law, but in that year Congress amended Rev. Stat. Sec. 3701, 31 U.S. 742 by adding the sentence, "This exemption extends to every form of taxation that would require that either the obligation or the interest thereon, or both, be considered, directly or indirectly, in the computation of the tax."

Andy and Tim make claims in the amount of $3,381,235.63 against Edward William, $3,508,641.00 against Kathy Marie and $689,303.59 against James Edward. Plaintiffs complain that these amounts represent false claims and the documents represent false securities. See Exhibits 5A, 5B.

Plaintiffs request that they be awarded the above amount with treble damages for making these false claims after being presented with evidence to the contrary.

**Eighth Cause of Action: Fraud**

32)    Andy and Timmy like to call a target of their "investigation" and invite him/her in for an "interview." Plaintiffs Edward William and James Edward were treated in just this fashion. After the first such interview with Edward William, Andy and Timmy invited him for a follow up interview. At the initiation of this second interview Edward William served a copy of his Affidavit of Non-Tax Liability (Exhibit 3) and a letter demanding evidence of their authority. See Exhibit 6. As usual Andy dismissed such demand for due process of law with a simple wave of his hand.

Edward William then asked the purpose of the interview and the ultimate goal of the investigation. During the first interview Edward William had been asked about his IRS filings, documenting what he had discovered regarding the true nature of the income tax laws. It was at the beginning of the second

interview that Edward William was informed that Timmy was of the opinion that he had interfered with the administration of the tax laws. How a non-taxpayer could interfere with tax laws that do not apply to him is still beyond his ability to understand.

Edward William then informed Andy and Timmy that they had a duty to disclose to any target of a criminal investigation that they were indeed being criminally investigated. Andy made the statement that he had no obligation to disclose any details of their investigation. In the case of **U.S. v Tweel** supra, that case involved a couple of IRS agents interviewing a married couple, without informing them they were being criminally investigated. The Court held this amounted to fraud because the agents had a duty to speak and inform the target so they could protect their right to remain silent and have effective assistance of counsel.

Plaintiffs complain that Andy and Timmy committed fraud by failing to inform Plaintiff that they were the target of a criminal investigation when they were invited or confronted to act as a witness against themselves. Andy and Timmy should be required to pay restitution to Plaintiffs in an amount commensurate with the gravity of their transgressions.

## Relief Sought

Wherefore, Plaintiffs request that:

33)    The Court find that the Defendants exceeded their lawful authority and were acting without immunity in their personal and private capacity.

34)    That the Court find that the law as written is the basis for all actions both public and private. The law is the law and not what some FBI agent or Treasury agent would like it to be.

35)     The Court find that the actions of Plaintiffs with respect to their use of Bills of Exchange and other debt payment technologies is not a criminal act and that the Plaintiffs relied in good faith on the findings of the Courts and that they cannot be prosecuted for that reliance.

36)     That the Court order the Defendants to zero out their records to reflect a zero tax liability for all years currently tracked by their record keeping system.

37)     That the Court order the conviction of Defendant LEWIS VINCENT HUGHES in United States District Court, Western District of Washington in Seattle, Washington case no: CR04-0422C void and vacated, and the record expunged.

38)     That the Court enjoin the Defendants from any contact with the Plaintiffs, interference, trespass, threats, coercion, or investigation into the private affairs of the Defendants.

39)     That the Court order the Defendants to pay Plaintiffs $75,000,000.00 in lawful money of the United States of America, which is Gold and Silver coin for breach of contract and intentional tort. Amount and specie of payment having been established by contract.

40)     That the Court order the Defendants to repay the United States all of their compensation since the commencement of their activities in this matter.

41)     That the Court find no national police force exists and the Citizens of the several states are not subject to federal law enforcement authority.

42)    The Court order the Petitioners' property be returned in the same condition it was in when it was seized, free from damage, abuse or destruction or other alteration, eaves-dropping devices or other surveillance technology.

43)    That the Court order Defendants to pay to Edward William the amount of $13,652347.89, Kathy Marie the amount of $10,525,923.00 and James Edward the amount of $2,067,910.77 in compensation for the false claims of Defendants.

44)    The Court order Defendants to remove all Notices of Lien or Levy to be found anywhere against Defendants.

45)    That the court find that Plaintiffs acted in good faith, without criminal intent, to follow the law as it applies to fraudulent loan transactions and the excise tax known as the income tax which is applicable only to federal franchisees and other government officials.

46)    The Court declare that Plaintiffs are not taxpayers, not U.S. persons and no entity may contradict that declaration.

47)    The Court order such other and further relief as it may deem necessary and proper.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 31, 2008 A.D.

A Man on the Land on North Carolina as a Citizen thereon

Edward William: Wahler
PO Box 681
Fletcher, North Carolina

I, the undersigned, a County Notary, do declare that I witnessed the Man, Edward William of the family Wahler descendants; affix his Signature and Seal to this document.

John Leroy McKinley, a County Notary

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 31, 2008 A.D.

A Woman on the Land on North Carolina as a Citizen thereon

Kathy Marie: Wahler
PO Box 681
Fletcher, North Carolina

I, the undersigned, a County Notary, do declare that I witnessed the Man, Kathy Marie of the family Wahler descendants; affix her Signature and Seal to this document.

John Leroy McKinley, a County Notary

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 31, 2008 A.D.

A Man on the Land on North Carolina as a Citizen thereon

_____

James Edward: MacAlpine
603 Woodlea Court
Asheville, North Carolina  28806

I, the undersigned, a County Notary, do declare that I witnessed the Man, James Edward of the family MacAlpine descendants; affix his Signature and Seal to this document.

_____

John Leroy McKinley, a County Notary

A Man on the Land on Washington as
a Citizen thereon.  Sui Juris

**Lewis-Vincent: Hughes**

March 29, 2008 A.D.



Seal: Right
Thumb Print

**"... at the mouths of two Witnesses, or at the mouths of three Witnesses, shall the
matter be established."**

**Deuteronomy 19:15**

I, the undersigned, do declare that I witnessed the Man, Lewis Vincent of the family Hughes
descendants, affix his Signature and Seal to this document.

Witness signature

Jeanmarie: Mason
Witness name printed

Seal: Right
Thumb Print

Witness signature

Percy Newby
Witness name printed

Seal: Right
Thumb Print

# EXHIBIT

TO RESPONDENTS:

Office of the Commissioner
Acting Commissioner Kevin M. Brown
Internal Revenue Service
1111 Constitution Ave. N.W.
Washington, D.C. 20224
CERTIFIED MIAL # 7002 2410 0000 2634 8692

Office of Chief Counsel, Donald Korb
1111 Constitution Ave N.W.
Washington, D.C. 20224
CERTIFIED MIAL # 7002 2410 0000 2634 8678

A.M. Tingle
151 Patton Avenue
Asheville, North Carolina 28801
CERTIFIED MIAL # 7002 2410 0000 2634 8685

Third party Mailer:
Lindsey Howell
202 Lindseybrook Trail
Malden, SC 29662

TO RESPONDENTS:

OFFICE OF ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC  20530-0001
CERTIFIED MAIL # 7002 2410 0000 2634 8562

OFFICE OF THE DIRECTOR
FEDERAL BUREAU OF INVESTIGATION
U.S. DEPARTMENT OF JUSTICE
J. EDGAR HOOVER BUILDING
935 PENNSYLVANIA AVE. NW
WASHINGTON, DC  20535-0001
CERTIFIED MAIL # 7002 2410 0000 2634 8579

FEDERAL BUREAU OF INVESTIGATION
U.S. DEPARTMENT OF JUSTICE
ATTN: ANDREW F. ROMAGNUOLO, SPECIAL AGENT
100 OTIS STREET, SUITE 211
ASHEVILLE, NC 28801
CERTIFIED MAIL # 7002 2410 0000 2634 8586

OFFICE OF THE U.S. ATTORNEY
ATTN: JILL ROSE, ASST. U.S.A., OR SUCCESSOR
U.S. COURTHOUSE, RM. 233
100 OTIS STREET
ASHEVILLE, NORTH CAROLINA 28801
CERTIFIED MAIL # 7002 2410 0000 2634 8593

UNITED STATES DISTRICT COURT
ATTN: JUDGE LACY THORNBURG
U.S. COURTHOUSE, RM.309
100 OTIS STREET
ASHEVILLE, NORTH CAROLINA 28801
CERTIFIED MAIL # 7002 2410 0000 2634 8609

UNITED STATES DISTRICT COURT
ATTN: MAGISTRATE JUDGE, E S SWEARINGEN
U.S. COURTHOUSE, RM.309
100 OTIS STREET
ASHEVILLE, NORTH CAROLINA 28801
CERTIFIED MAIL # 7002 2410 0000 2634 8616

UNITED STATES DISTRICT COURT
ATTN: MAGISTRATE JUDGE DENNIS L HOWELL
U.S. COURTHOUSE, RM.309
100 OTIS STREET
ASHEVILLE, NORTH CAROLINA  28801
CERTIFIED MAIL # 7002 2410 0000 2634 8623

ANTONY TORRES
FEDERAL BUREAU OF INVESTIGATION
1110 3RD AVENUE
SEATTLE, WA  98101
CERTIFIED MAIL # 7002 2410 0000 2634 8630

MIKE PFEFFER
FEDERAL BUREAU OF INVESTIGATION
1110 3RD AVENUE
SEATTLE, WA  98101
CERTIFIED MAIL # 7002 2410 0000 2634 8647

UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE MARY ALICE THIELER
US COURTHOUSE
700 STEWART STREET, LOBBY LEVEL
SEATTLE, WA 98101
CERTIFIED MAIL # 7002 2410 0000 2634 8654

UNITED STATES DISTRICT COURT
JUDGE JOHN C. COUGHENOUR
US COURTHOUSE
700 STEWART STREET, LOBBY LEVEL
SEATTLE, WA 98101
CERTIFIED MAIL # 7002 2410 0000 2634 8661

From:

Lewis-Vincent: Hughes
c/o 16410 - 84th Street NE
Suite D549
Lake Stevens, Washington

Edward-William: Wahler
c/o P.O. Box 681
Fletcher, North Carolina

Michael-James: Hannigan
c/o 217 Paragon Parkway, PMB 142
Clyde, North Carolina

Harry-Lee: Carper
c/o 13 Locust Street
Canton, North Carolina

Contract Tracking No. HWHAR071307
**Secured Parties**
hereinafter "**Declarants**"

Date: <u>July 13, 2007 A.D.</u>

STATE OF WASHINGTON     )     **NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

) ss.   **NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

COUNTY OF SNOHOMISH     )

## Affidavit of Fact by Constructive Notice, Demand To Take Cognizance, Offer of Proof of Probative Evidence, and Memorandum of Authorities in Support, And of International Commercial Claim Administrative Remedy

**Declarants** by special visitation are hereby exhausting their administrative remedies by Noticing **Respondents**, its officers, partners, agents, associates, paralegals, contractees, assignees, heirs, employees, all co-parties, and successors.

As an operation of law **Declarants** are required to exhaust their administrative remedies.

As with any administrative process, **Respondents** may controvert the statements and claims made by **Declarants** by executing and delivering a verified response point by point, in affidavit form, sworn and attested to, signed by **Respondents** with evidence in support. **Respondents** may agree and admit to all statements and claims made by **Declarants** by TACIT AGREEMENT by simply remaining silent.

**ESTOPPEL BY ACQUIESCENCE:** In the event **Respondents** admit the statements and claims by TACIT AGREEMENT, all issues are deemed settled STARE DECISIS and **Respondents** may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial, nor take further action against **Declarants**. The **Respondents** are then Collaterally Estopped, forever.

**Respondents** are granted 30 days to respond to the statements and claims herein and to provide **Respondents'** own answers to any inquiries.

<u>**In Commerce, everything must be stated in truth.**</u> **Declarants**, private Living Souls, Creditors, Secured Parties, **NOT STATUTORY PERSONS**, standing upon the land called Washington and upon the Land called North Carolina, both being republics, do solemnly declare, say and state: (1) **Declarants** are competent for stating the matters set forth herewith; (2) **Declarants** have personal knowledge about the facts stated herein; (3) Everything stated in this Affidavit and offer of proof is the Truth, the Whole Truth, and nothing but the Truth and all stated is true, correct, complete, and not meant to Mislead. **NO THIRD PARTIES ARE ALLOWED**.

**PLAIN STATEMENTS ABOUT THE FACTS:** (a) For Resolving a Matter it must be expressed; (b) In Commerce Truth is Sovereign; (c) Truth is expressed in the Affidavit Form; (d) An Un-rebutted Affidavit, Under Commercial Law, can only be satisfied by a Rebuttal about the Affidavit, by payment, by agreement, by resolution by a jury according by the rules for Common Law.

---

## DEFINITIONS

---

For the purpose of this Affidavit, all sections inclusive, the below listed terms and /or phrases have the following meanings:

The term '**Declarants**' means Lewis-Vincent: Hughes, Edward-William: Wahler, Michael James: Hannigan, Harry Lee Carper, all living flesh and blood, immortal souls, actual men, non legal fictions, creditors and

secured parties. Grantors. Declarants. who are non 14th Amendment person entities under the UNITED STATES Constitution;

The term 'Respondents' means all FEDERAL BUREAU OF INVESTIGATION officers. employees. agents. assigns. successors. heirs. and co-parties. fiduciaries of the TRUST and in particular Special Agent Andy Romagnuolo;

The term 'Notice' means Affidavit of Fact by Constructive Notice. Demand To Take Cognizance. Offer of Proof of Probative Evidence. and Memorandum of Authorities in Support. And of International Commercial Claim Administrative Remedy;

The term 'LEWIS V HUGHES, EDWARD W WAHLER, MICHAEL J HANNIGAN and HARRY L. CARPER means non living flesh and blood, a legal fiction, commercial strawmen, constructive trusts, persons, individuals, debtors, artificial entities, Decedents, "dead estates", public vessels;

The term 'person' means an unincorporated corporation, an individual as defined in Presidential Executive Order 6260 of August 1933, a legal fiction, a Decedent, a "dead estate", a public vessel.

1.  The United States is an artificial entity (person). made up of words expressed on paper, available for use and to be relied upon by anyone who does business with the United States or that the United States has effect upon;

2.  All agents of the United States. natural men, pledge their personal oath with bond, a security, to act exclusively within the written and known authorities of the United States when they appear to operate under its color;

3.  Any agent, actors all, acting without the explicit written words empowering the United States, denies the United States its ability, its absolute duty, to fulfill it's obligations and keep it's promises as stated by its written words;

4.  There is no defense for acts outside the expressed statements, in writing, issued by the United States for execution by its agents and for, notorious, general, reliance.

**All written statements by the United States or its agents or instrumentalities are offers to perform.**

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

**To**: All real men, parties, persons, obligors, fiduciaries, beneficiaries, holders of undertakings, instruments or other papers or documents having effect on or from, titled Search Warrant actions Numbered as follows and any and all derivatives thereof, YOU SHALL TAKE HEED AND NOTICE THAT in regards to:

**Warrant Case No.: 1:04mc63** against the property and person of Edward-William: Wahler, executed on the a.m. of August 24, 2004 on North Carolina country, Buncombe county; and
**Warrant Case No: 1:04mc62** against the property and persons of Michael-James: Hannigan executed on the a.m. of August 24, 2004 on North Carolina country, Haywood county; and
**Warrant Case No: 2-2004mj00484** against the property and person of Lewis-Vincent: Hughes, executed on the a.m. of August 24, 2004 on Washington country, Snohomish county; and
**Warrant Case No: 1:07mi46** against the property and person of Harry-Lee: Carper, executed on the a.m. of May 21, 2007 on North Carolina country, Haywood county.

a)  Full faith and credit, both judicial and non judicial records, is presented;

b)  Your Declarants, appearing specially by restricted appearance submit(s), jointly and severally, WRITTEN TESTIMONY, AND OFFER OF PROBATIVE PROOF OF EVIDENCE, ACCORDING TO OFFERED FEDERAL RULES OF EVIDENCE, as accepted.(1) 103 (a) (2) offer of proof, (2) 902, self authentication, 901 (b) illustrations, (1) judges statements, case reports, testimony, public records, methods provided by statute or rule: (3) 903, judges names on case reports authenticated by verified signature as published by the United States: (4) rule 201 (b) (d) (e) (f) MANDITORY JUDICAL NOTICE:

Returned, accepted, and noted for action: it is hereby demanded that you settle, close, and purge all records of any nature whatsoever with respect to Declarants. Edward-William: Wahler, Michael-James: Hannigan, Harry- Lee: Carper, and Lewis-

Vincent: Hughes as well as return all property held by said agents and cease and desist from continued acts of terror, false muster, and mixed war against the Declarants and leave Declarants alone.

**NOTICE IS HEREBY GIVEN THAT THIS DOCUMENT AND ALL OF ITS ATTACHMENTS WHETHER IN PAPER OR ELECTRONIC MEDIA FORM ARE TO BE MADE A PERMANENT PART OF THE RECORD(S) OF ANY INVESTIGATION BY THE FEDERAL BUREAU OF INVESTIGATION (FBI), INTERNAL REVENUE SERVICE (IRS), U.S. DEPARTMENT OF JUSTICE (DOJ) OR ANY OTHER AGENCY, BUREAU, DEPARTMENT, OFFICE OR OTEHR FORM THAT THE CORPORATE UNITED STATES MAY OPERATE UNDER.**

This Affidavit is presented to the recipients in an attempt to comply with the duties imposed upon Citizens of our Constitutional Republic as the Sovereigns for which the government is delegated to operate for their beneficial interest. The Supreme Court has determined that it is not up to the government to keep the government in check, but it is up to the People to keep the government in check.

*Whatever the form in which the Government functions, anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority. The scope of this authority may be explicitly defined by Congress or be limited by delegated legislation, properly exercised through the rule-making power. And this is so even though, as here, the agent himself may have been unaware of the limitations upon his authority.* FEDERAL CROP INS. CORPORATION v. MERRILL et al., 332 U.S. 38

***Constructive Notice: Notice arising by presumption of law from the existence of facts and circumstances that a party had a duty to take notice of... notice presumed by law to have been acquired by a person and thus imputed to that person. (Black's Law Dictionary, Seventh Edition)***

The authors of this document have discovered that certain agents and employees of the United States government as an operation of law are operating in excess of jurisdiction and authority under color of law, without specific legislative authority to perform the acts and commissions which the Declarants herein have suffered at the hands of this rogue agent and his co-conspirators.

This Affidavit is lawful notification to you, pursuant to The Bill of Rights of the National Constitution, in particular, the First, Fourth, Fifth, Sixth and Ninth and Tenth Amendments, The Bill of Rights of the North Carolina Constitution, in particular, Sections 1, 2, 3, 4, 18, 19 and 20, 35, the Washington Constitution, and pursuant to your oath, and requires your written response to us specific to the subject matter. Your failure to respond within thirty (30) days, as stipulated, and to rebut, with particularity, everything in this letter with which you disagree is your lawful, legal and binding agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your assent and acquiescence. See: Connally v. General Construction Co., 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: U.S. v. Tweel, 550 F. 2d. 297.

*"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."*

This letter has been sent by a disinterested third party, specifically a Notary, who will also document any response you make in the form of a sworn rebuttal. Please respond to the Notary whose name appears at the end of this document and not to the Declarants Edward-William: Wahler, Michael-James: Hannigan, Harry-Lee: Carper, and Lewis-Vincent: Hughes.

The Supreme Court has determined that it is not up to the government to keep the government in check, but it is up to the People to keep the government in check. The authors herein, as a result of the purported official acts of terrorism, tyranny, and mixed war committed against them, understand better then most the need to meet the responsibilities elucidated by the Supreme Court of the United States in FEDERAL CROP INS. CORPORATION v. MERRILL supra.

Agent Andrew F. Romagnuolo has caused to be filed in the United States District Court (hereinafter "USDC") at Asheville, North Carolina a false affidavit. He further performed, caused to be performed, and continues to threaten acts of armed aggression toward the Delarants including various armed invasions, searches, and seizures of property at the homes of the Declarants on North Carolina. As a result of filing a false affidavit against the Declarants, various U.S. Magistrate Judges knowledge of at least four known armed invasions and searches under authority of Search Warrant(s). Declarants have first-hand performed or caused to be performed by Andrew F. Romagnuolo.

Agent Andrew F. Romagnuolo's probable cause affidavit is and false fraudulent in at least four specific manifestations:

1)    Agent Andrew F. Romagnuolo states that the Declarants were trying to discharge valid debt. This statement is false as clearly demonstrated by the affidavit by Dr. Walker Todd attached to this document. No valuable

4

consideration was ever given for Declarants promissory notes nor did the "alleged lenders" actually loan anything, but point in fact the Declarants funded these loans with their signatures.

2)  Agent Andrew F. Romagnuolo has no delegated authority to investigate Citizens of the several states. In fact 28 USC § 535 specifically limits the authority of the FBI to investigating federal officers and employees. While the FBI routinely operates with impunity anywhere in the world, Declarants respect the rule of law and demand that all agents operating under color of authority of the United States obey the commands of their specific legal authority and go no further.

3)  Agent Andrew F. Romagnuolo alleges in his affidavit of probable cause that the Declarants have violated Title 18 sections 371, 514 and 1341. Two problems arise here: First, these specific sections of Title 18 have never been published in the Federal Register as required for proper public notice to be given. And secondly, Title 18 has never been approved as legislation by Congress. As is well documented in the national archives, Title 18 is alleged to have been passed into law on June 25, 1948. However, Congress was not in session for 36 days during that period and could not have passed any legislation into law during the recess that extend prior to and after June 25, 1948.

4)  Agent Andrew F. Romagnuolo claims that Declarants used Bills of Exchange to discharge debts in an unlawful manner. As a matter of fact and law, Declarants were aware at the time of the raid in 2004 that at least one federal court and one state court had specifically upheld the legality and effectiveness of using Bills of Exchange to discharge debt. In the case of U.S. v Williamson, a federal judge accepted a bill of exchange to discharge criminal penalties and supervised release provisions of a criminal conviction. In the case of Bank One v Ward, a state judge in Florida found that a Bill of Exchange discharged the defendant's mortgage. (see the exhibits on the enclosed CD for copies of the evidentiary documentation.) Therefore, Agent Andrew F. Romagnuolo has falsely sworn as to Declarants performing criminal acts using Bill of Exchange when he has had the exculpatory evidence on Declarants computers for almost three years and has been informed of this fact during numerous personal interviews regarding the subject matter of the investigation, making his actions of vexatious criminal investigate, armed invasions, terrorism and tyrannical behavior intentional and particularly malicious.

For all of the above reasons and more, Agent Andrew F. Romagnuolo has caused a false affidavit to be filed into a court record and caused damage to Declarants. Agent Andrew F. Romagnuolo is presumed to know the law and ignorance is therefore not a valid excuse. Declarants are therefore providing this opportunity to respond and bring these matters into the open before Agent Andrew F. Romagnuolo makes good on his declared intention to seek an indictment against Declarants and further damages Declarants and commits additional criminal acts against them.

Tax issues are presented in this document since Agent Andrew F. Romagnuolo has used and brought up the term "tax protester(s)" in his Affidavit regarding the specific Search Warrant executed for Lee Carper's home, and various tax-related documents and records have been seized without any known purpose from the Declarants without any known reason. Other similar derogatory statements have been made by Agent Romagnuolo and his peers at various times against the Declarants in the same vein. The same issues surrounding the FBI investigation also pertain to the functions of the IRS and are therefore addressed in order to complete the jurisdictional and legal circle and make clear and certain the scope and subject matter within Declarants' Notice by Affidavit.

# 1. INTRODUCTION:

1.  Declarants can find no authority to enforce the provisions cited as authority by Agent Andrew Romagnuolo, including, 18 U.S.C. §371, 18 U.S.C. §541 and 18 U.S.C. §1341 for the reasons identified in sections 3.1 through 3.1.5.

    A.  No jurisdiction over the subject matter for the reasons cited in section 3.2.

    B.  No jurisdiction over the people as Declarants herein for the reasons cited in section 2.0 and 3.0

2.  The reasons justifying this Notice are documented starting in section 3.0 later.

3.  This Constructive Notice incorporates both a Verified Affidavit of Material Facts and a Memorandum of Law in Support.

# 2. VERIFIED AFFIDAVIT AND STATEMENT OF MATERIAL FACTS:

We the People and Declarants herein, Edward-William: Wahler, Michael-James: Hannigan, Harry-Lee: Carper, Lewis-Vincent: Hughes, declare, affirm, and say under penalty of perjury under the laws of North Carolina, Washington, and the United States of America that the above and below statements are true, correct, not intended to mislead, and that the Declarants are competent to so affirm in comportment with 28 U.S.C. §1746(1)]:

1.  Edward-William: Wahler, Michael-James: Hannigan, and Harry-Lee: Carper, Declarants herein, are American state "Citizens" of North Carolina country, domiciled on North Carolina country, real men standing on the land granted to the

People by Treaty with the King through the Treaty of Peace and holding office as We the People. Lewis-Vincent: Hughes. Declarant herein. is an American state Citizen of Washington country. domiciled on Washington country, and a real man standing on the land thereof. Declarants have waived no rights by signature. contract. agreement. silent assent. or other means of any nature by any action or inaction with the "United States". a federal corporation [defined at 28 U.S.C. §3002. §(15)(A-C)]. or any sub-jurisdiction or instrumentality such as the State of North Carolina or State of Washington. also referred to as "this state." The "United States" is also defined to mean the "District of Columbia" (26 U.S.C. §§7701(a)(9) and (a)(10).

2. Declarants have been presented with no evidence and believe that none exists that the Declarants herein have not cancelled the constructive trust presumed to exist since their nativity. and as a consequence of formal written notifications of resignation of compelled Social Security Trustee and of legal divorce from the United States have not made null and void *nunc pro tunc* any presumption of any implied or expressed fiduciary duty or beneficiary status with regard to the constructive trust created at nativity or at other times by the United States. its agents, employees, officers, and/or instrumentalities.

3. Declarants have been presented with no evidence and believe that none exists that the offer of performance to Declarants by Andrew F. Romagnuolo. is not in excess of his jurisdiction , fraud and/ or in error due to misidentification, mischaracterization, conversion of political choice, self-aggrandizement, and/or racquetering or for other reasons.

4. Declarants have been presented with no evidence and believe that none exists that the presumptive, constructive, or implied trust [created by the United States and its principals] to indefinitely hold and "administrate" [extort] the affairs [substance] of the Declarants is not already civilly dead and without vital or legal capacity and standing to act due to resignation and change of fiduciary relations by the Declarants in relation to the 'public trust'.

5. Declarants have been presented with no evidence and believe that none exists that as a result of their resignations as compelled trustees and compelled beneficiaries of federal benefits, *nunc pro tunc* to date of their nativity, the Declarants are not free of the presumed status of necessity to perform any duty or satisfy any obligation for the benefit of the United States and/or its undisclosed foreign principals.

6. Declarants have been presented with no evidence and believe that none exists that Declarants are no longer bound to any implied [charitable] or constructive whereby they may be compelled to act for undisclosed parties claiming to hold a legal-commercial interest in their substance.

7. Declarants have been presented with no evidence and believe that none exists that the subject matter "res" of each trust established in name by the United States [and/or its foreign principals] at nativity, has not finally landed nor been delivered to intended destinations; or, are not now quieted from transit no longer waiting delivery in international or interstate trade or commerce; and/or are not instantly free of all subsidiary contracts, annexations, or other appendages affixed to delivery certificates. which may have subordinated or effected their character, status, condition. legal standing, capacity, and rights; and/or the presumption of the trust makers regarding the disposition of the "res" is not now "settled", noted for closure.

8. Declarants have been presented with no evidence and believe that none exists that any action which may arise in the future against the Declarants, does not arise proximately caused or connected to direct expression of the terms and conditions of Andrew F. Romagnuolo's offer of performance to the Declarants.

9. Declarants have been presented with no evidence and believe that none exists that to compel association or to deny or deprive Declarants their rights as non-resident alien state national [Citizens] of the United States of America is not injury-in-fact giving rise to substantial injustice.

10. Declarants have been presented with no evidence and believe that none exists that, the People of a State are not entitled to all rights which formerly belonged to the King by his prerogative. Lansing v. Smith, 4 Wendell 9. 20 (1829)

11. Declarants have been presented with no evidence and believe that none exists that the sovereignty of the People did not progress as follows: ..."at the Revolution, the sovereignty developed on the people; and they are truly the sovereigns of the country, but they are **sovereigns without subjects**....with none to govern but themselves; the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty." CHISHOLM v. GEORGIA (US) 2 Dall 419. 454, 1 L Ed 440. 455 @DALL 1793 pp471-472

12. Declarants have been presented with no evidence and believe that none exists that the rights of sovereignty did not extend ..."to all persons and things not privileged. that are within the territory."; or that they did not ..."extend to all strangers resident therein; not only to those who are naturalized, and to those who are domiciled therein, having taken up their abode with the intention of permanent residence, but also to those whose residence is transitory."; or that they did not extend to ..."all strangers" as being under the protection of the sovereign while they are within his territory and owe a temporary allegiance in return for that protection." Carlisle v. United States, 83 U.S. 147, 154 (1873)

13. Declarants have been presented with no evidence and believe that none exists that a titled written document referred to as "Constitution of the United States of America, Analysis and Interpretation", consisting of 2710 pages, is not the U.S. Senate's official version of its understanding of the Supreme Court's interpretation of the Constitution of the United States of America.

14. Declarants have been presented with no evidence and believe that none exists that on page 53 of the document titled in #13 above, the Supreme Court does not refer to the Constitution of the United States of America as follows: ..."and that it was made for, and is binding only in the United States of America." Downes v. Bidwell 182 U.S. 244, 251 (1901); In re Ross, 140 U.S. 453, 464 (1891)

15. Declarants have been presented with no evidence and believe that none exists that there is not ..." *in our Political System, a government of each of the several states and a government of the United States. Each is distinct from the other and has citizens of its own.*" US vs. Cruikshank, 92 US 542

16. Declarants have been presented with no evidence and believe that none exists that there is not ..."*a clear distinction between national citizenship and state citizenship.*" 256 P. 545, affirmed 278 US 123, Tashiro vs. Jordon.

17. Declarants have been presented with no evidence and believe that none exists that upholds or supports a finding contrary to, "*The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States,*" US vs. Valentine 288 F. Supp. 957

18. Declarants have been presented with no evidence and believe that none exists that upholds or supports a finding contrary to, "*The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship.*" Jones v. Temmer, 89 F. Supp 1226

19. Declarants have been presented with no evidence and believe that none exists that as a general rule men do not "*have natural right to do anything which their inclinations may suggest, if it is not evil in itself, and in no way impairs the rights of others.*" In Re Newman (1925), 71 C.A. 386, 235 P. 664.

20. Declarants have been presented with no evidence and believe that none exists that the United States is not "*a foreign corporation with respect to a state.*" In re Merriam, 36 N.E. 505, 141 N.Y. 479, affirmed 16 S.Ct. 1073, 163 U.S. 625, 41 L.Ed. 287; 20 C.J.S., Section 1785.

21. Declarants have been presented with no evidence and believe that none exists that Title 28, United States Code, Section 297, does not define the several States of the union as being "freely associated compact states" in subsection (a), and then does not further refer to these feely associated compact states as being "countries" in subsection (b).

22. Declarants have been presented with no evidence and believe that none exists that in 1818, the Supreme Court did not state that "*In the United States of America, there are two (2) separated and distinct jurisdictions, such being the jurisdiction of the states within their own state boundaries, and the other being federal jurisdiction (United States), which is limited to the District of Columbia, the U.S. Territories, and federal enclaves within the states, under Article I, Section 8, Clause 17.*"

23. Declarants have been presented with no evidence and believe that none exists that insofar as the 14th Amendment is concerned, the Amendment does not recognize that "*an individual can be a Citizen of one of the several States without being a citizen of the United States.*" (U.S. v. Anthony, 24 Fed. Cas. 829, 830) or, "*a citizen of the United States without being a Citizen of a State.*" [Slaughter-House Cases, supra; cf. U.S. v. Cruikshank, 92 US 542, 549 (1875)].

24. Declarants have been presented with no evidence and believe that none exists the within the Slaughter-House Cases, supra, the Court did not say what it meant or mean what it said as follows: "*It is quite clear, then, that there exists a citizenship of the United States and a citizenship of a state, which are distinct from each other and which depend upon different characteristics or circumstances of the individual....Of the privileges and immunities of the citizen of the state, and what they respectfully are, we will presently consider; but we wish to state here that it is only the former which are placed by this clause under the protection of the Federal Constitution, and the latter, whatever they may be, are not intended to have any additional protection by this paragraph of the amendment.*"

25. Declarants have been presented with no evidence and believe that none exists that the court has not also ruled that, "*The term 'United States' is a metaphor [figure of speech]*". Cunard S.S. Co. v. Mellon, 262 US 100, 122

26. Declarants have been presented with no evidence and believe that none exists that in Hooven & Allison Co. v. Evatt, 324 US 652, 672-73, the court did not mean what it said or say what it meant in that. "*The term 'United States' may be used in one of several senses. It may be merely the name of a sovereign occupying the position analogous to that of sovereign in a family of nations. It may designate territory over which sovereignty of the United States extends, or it may be a collective name of the states which are united by and under the Constitution.*"

27. Declarants have been presented with no evidence and believe that none exists that the above findings of the United States courts are not still good law today.

28. Declarants have been presented with no evidence and believe that none exists that in a more recent case. Crosse v. Bd. Of Supervisors, 221 A.2d 431 (1966). the court did not determine that *"Both before and after the Fourteenth Amendment to the federal Constitution, it has not been necessary for a person to be a citizen of the United States in order to be a citizen of his state."* Citing U.S. v. Cruikshank. supra.

29. Declarants have been presented with no evidence and believe that none exists that the U.S. courts do not presume an individual to be a federal citizen of the United States or that the U.S. courts do have a duty to inform any individual appearing therein that there are different classes of "citizens": and that insofar as an individual disputes the standing presumption of the court. the U.S. court did not find *"Unless the defendant can prove he is not a citizen of the United States, the IRS has the right to inquire and determine a tax liability."* U.S. v. Slater, 545 Fed. Supp. 179, 182 (1982)

30. Declarants have been presented with no evidence and believe that none exists that the 14th Amendment was ever ratified. (See **Exhibit**, book "The Red Amendment")

31. Declarants have been presented with no evidence and believe that none exists that insofar as the controversial 14th Amendment is concerned the Utah Supreme Court did not find *"I cannot believe that any court in full possession of all its faculties, would ever rule that the (14th) Amendment was properly approved and adopted."* State v. Phillips, 540 P.2d. 936; Dyett v. Turner, 439 P.2d. 266.

32. Declarants have been presented with no evidence and believe that none exists that Congress did not try to repeal the 14th Amendment in 1967, on the ground that it is invalid, void. and unconstitutional [*ab initio*]. CONGRESSIONAL RECORD— HOUSE, June 13, 1967, pg. 15641; and that the nine pages recorded therein do not detail the numerous infirmities that prove the 14th Amendment was never properly ratified, and thus is NO LAW AT ALL.

33. Declarants have been presented with no evidence and believe that none exists that the Declarants are not the Posterity of We the People as proscribed in the Preamble of the Constitution of the United States of America, March 4, 1789. (See **Exhibit**, Copy of Constitution of the United States for the People and States of the United States of America)

34. Declarants have been presented with no evidence and believe that none exists that the Constitution for the United States of America is not an ironclad contract which can be enforced in a court of law under the statutes of FRAUD, Foreign Sovereign Immunities Act, and other relevant law of the United States and the United States of America under both Articles III and IV of the Constitution, and that the United States District Court(s) is/are bound to take mandatory judicial notice of it.

35. Declarants have been presented with no evidence and believe that none exists that Affaints are not subject to the exclusive jurisdiction, authority, and laws of the United States of America *republic* and subject to all the rights, immunities, and guarantees thereof, *nunc pro tunc*, from the date of their birth on the soil of their respective national countries as "states" of the American Union.

36. Declarants have been presented with no evidence and believe that none exists that all agents and officers of the United States. but specifically law makers, law enforcement, and judges of the United States Courts are not presumed to know the law, or are not bound by oath and bond to uphold the laws thereof, and/or to know that ignorance of the law is no excuse, and gives no immunity.

37. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not American state nationals by birth on the soil of their respective countries as "nation-states" within the American Union of the several republic-states.

38. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not born of flesh-and-blood parents of their respective national countries. being lands beyond the sea and jurisdictions foreign to the UNITED STATES (as defined at #1 above).

39. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not first domiciled in Heaven and secondarily domiciled as a Citizen on the land beyond the sea on North Carolina country or on Washington country, or that the Declarants are not Citizens of one of the several states of the American Union known as the United States of America.

40. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not a Citizen of on North Carolina country or of/on Washington country with full sovereign capacity as a **Foreign Minister** as acknowledged in the Foreign Sovereign Immunities Act of 1976 (hereinafter "FSIA") of Oct. 21, 1976, P. L. 94-583, §4(a), 90 Stat. 2892 as amended, (see Title 28 U.S.C. §1330 and §§ 1602 et seq., and Title 18 U.S.C. §§ 112, 1116).

41. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are a UNITED STATES citizen, U.S. citizen, "resident" or National of the UNITED STATES , human capital per Presidential Executive Order 13037, or chattel property who owes his/her [compelled] permanent allegiance to the UNITED STATES, in direct contradiction to the Oath of Allegiance to the United States of America "Republic" sworn to every day before the beginning of school as children.

42. Declarants have been presented with no evidence and believe none to exist that Declarant(s) have ever sworn allegiance to the United States exclusive of the United States of America "Republic".

43. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not a Citizen dwelling on North Carolina or on Washington countries; (2) that North Carolina and Washington are not one of the several states of the Union called the United States of America; and/or (3) that said Citizenship or national identity has ever been revoked, cancelled, waived, or nullified for any reason whatsoever.

44. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) have not forever declared their family descendants' Citizenship on North Carolina country or on Washington country, being two of the several states of the Union called the United States of America; and have not forever declared loyalty thereto and obedience to the laws thereof; and  has not accepted and assumed all rights, duties, and immunities incident thereto.

45. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are note of good moral character.

46. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not at peace with the United States, or that he/she is or ever has been an **enemy combatant**, or is or ever  has been an **enemy** or **enemy ally**, as defined under the TRADING WITH THE ENEMY ACT (hereinafter "TWEA") of 1917 - 40 Stat. 411 as amended by 48 Stat. 1.

47. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not at peace with the United States or have engaged in rebellion against the lawful order of America - 12 Stat. 319; or that Declarant(s) have waged war against America; or that Declarant(s) have affiliations with known dissidents or others who advocate the overthrow of America; or that Declarant(s) do not otherwise stand in good stead with the national Government and People of America.

48. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) have not at all times been a **Foreign Minister** and an advocate of the **Gospel of peace.**

49. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) have been classified by a court of competent jurisdiction as a "persons" voluntarily engaged in any corporate privilege of limited liability for the payment of debts; or that the Declarant(s) have engaged in any excise taxable "trade or business" activity for profit or gain in/on North Carolina, Washington, or within the UNITED STATES.

50. Declarants have been presented with no evidence and believe that none exists that in 1868, a new "class" of citizenship was not created under thrust and effect of the 14th Amendment which is "subject" by grant of privilege from a sovereign power (federal Congress) exercising exclusive authority to govern its territory under Article I, Section 8, cl. 17 of the Constitution.

51. Declarants have been presented with no evidence and believe that none exists that by thrust and effect of the 14th Amendment, "Federal citizens" were not created by Congress; and that by the same Amendment it is not self-evident that all state Citizens are created equal; and that they are endowed, not by their government, but by their creator, with certain inalienable rights, and that governments are instituted so secure these rights.

52. Declarants have been presented with no evidence and believe that none exists that it is not self-evident that the sovereign creator can never create an entity (government) and assign more power than what the creator possesses to begin with.

53. Declarants have been presented with no evidence and believe that none exists that the Constitution for the United States of America repealed the Articles of Confederation, but was itself intended only "to make a more perfect union".

54. Declarants have been presented with no evidence and believe that none exists that the creator of government (the people) did not purposely intend to alter their status as MASTER to accept a role as SERVANT to its own creation.

55. Declarants have been presented with no evidence and believe that none exists that the status of the people was not that of creator-MASTER to the government-SERVANT.

56. Declarants have been presented with no evidence and believe that none exists that this fact was not plainly shown throughout the Constitution , but especially set forth in the Tenth Amendment. [cf. United States v. Darby, 312 U.S. 100, 124 (1941); Cooper v. Aaron, 358 U.S. 1 (1958)]

57. Declarants have been presented with no evidence and believe that none exists that Article 1, Section 8, Clause 17 does not grant the government "the right to tax and regulate the national citizenship" as an "inherent right under the rule of the Law of Nations, which is part of the law of the United States".

58. Declarants have been presented with no evidence and believe that none exists that in re: The Luisitania, 251 F.715, 732, it was not determined that "This jurisdiction extends to citizens of the United States, wherever resident, for the exercise of the privileges and immunities and protections of [federal] citizenship." Cook v.Tait, (1924) 265 U.S. 37, 44 S.Ct 447, 11 Virginia Law Review, 607"

59. Declarants have been presented with no evidence and believe that none exists that the right of trial by jury in civil cases was not guaranteed by the 7th Amendment (Walker v. Sauvinet, 92 U.S. 90); and the right to bear arms was not guaranteed by the 2nd Amendment (Presser v. Illinois, 116 U.S. 252), and that both have not been distinctly held not to be privileges and immunities of citizens of the United States guaranteed by the 14th Amendment against abridgment by the states.

60. Declarants have been presented with no evidence and believe that none exists that in effect the same decision was not made in respect of the guarantee against prosecution, except by indictment of a grand jury, contained in the 5th Amendment (Hurtado v. California, 110 U.S. 516).

61. Declarants have been presented with no evidence and believe that none exists that the 6th Amendment does not guarantee the right to be confronted by witnesses. (West v. Louisianna, 194 U.s. 258).

62. Declarants have been presented with no evidence and believe that none exists that the privileges and immunities [civil rights] of the 14th Amendment citizens were not derived [taken from] the …the Constitution, and are identical to those referred to in Article IV, Sect 2 of the Constitution [which recognizes the existence of state Citizens who were not citizens of the United States because there was no such class of "citizens" in 1787].

63. Declarants have been presented with no evidence and believe that none exists that RIGHTS are not and cannot be grants from our creator and cannot be but substantively different from the "civil rights" that were granted by Congress to its own brand of franchised "citizens" I the 14th Amendment, which were then comprised by intent of Congress to become the new class of "citizens" made from the effect of emancipation of those who were formerly slaves.

64. Declarants have been presented with no evidence and believe that none exists that a "civil right" is not but a "right given and protected by law [man's law], and a person's enjoyment thereof is not but regulated entirely by the law that creates it. Nickell v. Rosenfield, (1927) 82 CA 369, 375, 255 P. 760.

65. Declarants have been presented with no evidence and believe that none exists that Title 42 of the United States Code does not contain the Civil Rights laws, and that within Title 42 it does not say that "Rights under 42 USCS section 1983 are for citizens of the United States and not of state." Wadleigh v. Newhall (1905, CC Cal) 136 F 941.

66. Declarants have been presented with no evidence and believe that none exists that the people do not have a master-servant relationship to the United States government; and that before the 14th Amendment, there were not but state Citizens and non-citizens; and that the state Citizens were not other than the masters in the relationship to the government the people created; and that after the 14th Amendment was declared to be passed, a new class of citizenship was not then created, which is not but "privileged" and subject to or subordinate to the creator [the federal government].

67. Declarants have been presented with no evidence and believe that none exists that the "corporatism" and "federalization" of the United States has not been a constant, progressive, and strategic development constructively created by intentional acts of fraud, misrepresentation, obfuscation, inducement, coercion, created "emergencies" and crisis events of every sort. (See Exhibit , "The Federalization of the States")

68. Declarants have been presented with no evidence and believe that none exists that the most significant time period for such a restructuring and "federalization" of the Constitutionally-guaranteed Republican form of government  was not primarily during the time of secession of the ten southern states from the Union at the beginning of the grossly misunderstood and mischaracterized "Civil War" under then President and Commander-in-Chief Abraham Lincoln, through and including the cessation of the War,  President Andrew Johnson's Proclamation of Peace in 1867, and the subsequent Reconstruction Acts orchestrated by a Congressional body that was not lawfully assembled nor acting in or under their lawful status of a peacetime legislative body of the states and the people.

69. Declarants have been presented with no evidence and believe that none exists that the Reconstruction Acts were not themselves an expression of the war powers of the President-Executive and Commander-in-Chief, acting through and upon the legislative body of Congress under direct influence of the military occupational authority of all the states under adopted military law of the Lieber Code; and that said states were not subjected to "occupation" and "military administration" thereby beginning with Lincoln, which has not effectively continued to-date of this writing.

70. Declarants have been presented with no evidence and believe that none exists that the military occupation initiated under Lincoln does not now persist in the most pervasive influence, force, and effect upon the people and the compact states of

the compact Union; and as a result, it does not further project, extend, and express itself as the primary element of "American national interest" or "U.S. interest" within the United States of America, within the United States, and without the United States in general context and relativity to "foreign affairs" policy.

71. Declarants have been presented with no evidence and believe that none exists that due to the force, effect, and duress on the people during the Reconstruction Period of 1867-68, and the progressive federalization of the United States, state's rights and the rights of the people were forever not abridged to the detriment and prejudice of the people, who are not but the true sovereigns and MASTER of the SERVANT government.

72. Declarants have been presented with no evidence and believe that none exists that the "peace flag" of the united States of America was not set aside and subordinated to the "war flag" of "Old Glory" under military authority during the Civil War; and that the flag of the people of the Union since that time has not been but a military-admiralty flag of the federal United States and its principals since the time of Lincoln-Johnson. (See **Exhibit**, Flags of the United States)

73. Declarants have been presented with no evidence and believe that , "federalization" and "corporatism" have not arisen together within the Union of states and operated in a contiguous militarized "civil" fashion since about 1861-65 operating and regulating the affairs of the people and the states under international admiralty law; and that under admiralty law, true Judicial authority of the United States insofar as the people and the states are concerned has not vested or expressed in its Courts under Article III proceedings since shortly before the declared Bankruptcy of the United States of 1933. (See **Exhibit**, The Informer, "To Make You Think Series #15" in re: "The Money Trust" and the Bank of England)

74. Declarants have been presented with no evidence and believe that none exists that International Law of Nations is not provided for within the Constitution; and that insofar as the affairs of the people and the states are concerned, admiralty-maritime law and related rules have not been the essential working practicum and underlying law form in/on the land beyond the sea of the several states party to the American Union [due to Lieber Code "occupation"], as well as within the legislatively-created and incorporated "United States"-District of Columbia, Territories, and federal enclaves.

75. Declarants have been presented with no evidence and believe that none exists that federal U.S. admiralty-maritime law and rules have not been in effect operating on the people and the states since before the time of Reconstruction in 1867, and that all proceedings at law today are not essentially in admiralty as a matter of contract and commerce, including all civil and criminal proceedings of the people and the states. (See **Exhibits XXX**, The Informer, "Admiralty_Why", "Admiralty Rules", "You Are In Admiralty in Tax Cases")

76. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not transient foreigners to the United States/District of Columbia [as defined at 28 U.S.C. §3002(15) or 26 U.S.C. §§7701(a)(9) and (10)] who's primary domicile and allegiance is in Heaven, and who's secondary domicile and allegiance is to the people of the American Union and to the people of North Carolina and Washington.

77. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not non-resident aliens to the United States who have not voluntarily or freely elected to NOT be treated as "aliens", "residents", "resident aliens", "taxpayers", "U.S. citizens", "U.S. persons", "personnel", "employers", "employees", "officers", "officials", "agents", "fiduciaries", "beneficiaries", "sureties", "transferees", "guarantors", or "obligors" to/of the "United States" (as defined above).

78. Declarants have been presented with no evidence and believe that none exists that the STATE OF NORTH CAROLINA and STATE OF WASHINGTON are not federal "franchise" instrumentalities doing business under Federal Employer Identification Numbers (hereafter "FEIN") and "sub-jurisdictions of the United States" pursuant to the Congressional Foreign Trade Zone Act (hereinafter "FTZA") enacted June 18, 1934 subsequent to the "national emergency" and bankruptcy of the United States in 1933. (See **Exhibit**, Letter(s) from State of North Carolina, Secretary of State) (also See **Exhibit**, Truth Affidavit: Pertaining to the Bankruptcy of the United States, 1933) and (See **Exhibit** , United States Congressional Record, March 17, 1993 Vol. 33, Page H-1302 and H-1303, Resolution of the Budget AS IT IS WAS REFLECTED IN THE OFFICIAL RECORD AS OF August 9, 2002.

79. Declarants have been presented with no evidence and believe that none exists that the Bankruptcy of the United States, 1933, did not significantly give rise to the subsequent total "reformation" and "reorganization" of the American Union, under the newly –constructed "public trust" which was/is purposed to operate as "public policy" as a direct expression and consequence of House Joint Resolution-192, June 5, 1933, wherein Congress confirmed said Bankruptcy (73rd Congress, 1st Session).

80. Declarants have been presented with no evidence and believe that none exists that the Bankruptcy was not declared and confirmed by then President and Commander-in-Chief, Franklin Delano Roosevelt, 1933, which is now well-settled in the PUBLIC RECORD, Senate Report No. 93-549 (93rd Congress, 1st Session (1973), Presidential Executive Orders 6073, 6102, 6011, 6260, and can be found at 12 U.S.C. 95a).

81. Declarants have been presented with no evidence and believe that none exists that said Bankruptcy did not result in the illegal, unlawful, abrogation, contravention, and denial of the right of the people, the "states", and the United States to pay their debts in LAW by a medium of exchange (as "money of exchange") having substantive value with the characteristic of redeemability, and thus being, by said Act of Congress, left with only the privilege of discharging their debts with private-issue BANKRUPTCY SCRIP having no real value, no intrinsic backing, that circulates "AS" money, with a debt remaining after discharge.

82. Declarants have been presented with no evidence and believe that none exists that said Bankruptcy in 1933 did not cause the earlier *pledge* in 1913-14 of the SERVICES AND ASSETS OF ALL THE PEOPLE to be **re-pledged, reaffirmed, and** *expanded* by then Governors of the several states, the states' legislatures, and the U.S. Congress toward the "national emergency", and that said *pledge* was not made in perpetuity for the United States and its principals against all of the people, all realty, all personalty, all present reserved wealth, and all future prosperity yet-to be created by their substance, their labor and sweat in equity, and all the rights, immunities, and protections of the people under the Bill of Rights [of the national Constitution for the people and states of the United States of America].

83. Declarants have been presented with no evidence and believe that none exists that said Bankruptcy did not create a want of consideration for the *pledge*, and on all contracts henceforth, and that as a result the people were not without the means of redemption of the pledge except under HJR-192, Public Law 73-10, and 59 S.Ct. 847 (FN3), and were not otherwise left without recourse, redress, and "remedy" whereby to "redeem" the pledge of or against their substance in all manners of expression, except by force and effect of HJR-192, Public Law 73-10, and 59 S.Ct. 847 (FN3).

84. Declarants have been presented with no evidence and believe that none exists that insofar as the unconstitutional and illegal abrogation, contravention, denial and deprivation the right of the people to PAY their debts in law with lawful money of exchange, they were not given a "remedy" in law whereby they could redeem the pledge, and that the 'remedy' is not found in law at HJR-192, Public Law 73-10, and 59 S.Ct. 847 (FN3) as a matter of equity and law. (See **Exhibit, Speech by Louis T. McFadden**, In the House of Representatives, 10 June, 1932)

85. Declarants have been presented with no evidence and believe that none exists that insofar as the non-consensual **pledge** against the people was/is concerned, the U.S. Congress and the State Governors did not act with impunity, wholly injurious and detrimental, by fraud and deceit, to the people by depriving them of any right without redress or relief in equity and in law; and which if done, would not further give rise to material injustices, injury-in-fact, and actionable cause as a result on every count where Constitutional rights are at issue.

86. Declarants have been presented with no evidence and believe that none exists that insofar as the non-consensual *pledge* against the people by Congress and the States, and the influence and effect of international bankers in the institutions of the United States and State governments, the subject is not thoroughly and substantially verified in many books, one of which is "The New History of America", and another by T. Daniel Cushing, printed in 1924 titled "Real Money versus False Money- Bank Credits",  and the answer is not herein quoted from Cushing's book:

*"The representatives of the American people in Congress assembled chartered national banks, virtually telling them (for the result demonstrated it). "We will issue to you millions of first mortgage bonds upon the property of the people of the United States and* pledge the SERVICES and ASSETS OF ALL THE PEOPLE *to redeem at par with interest, and in order that you may pay for them without inconvenience will allow you to deposit them in the United States Treasury, still draw your interest on them, and the Government will allow you to issue 90 percent of the money it will require YOU TO PAY FOR THEM, and we will make your national bank notes absolutely good, by agreeing to redeem them at par."*

87. Declarants have been presented with no evidence and believe that none exists that the United States and United States of America have not been pitted to operate at odds against each other in every regard under the influence and control of international bankers, ie. the Bank of England, a Rothchild & Sons private international bank created in 1694, since around 1870, which owns virtually every bank within the United States today.

88. Declarants have been presented with no evidence and believe that none exists that a "Money Trust" was not created and founded within the United States prior to and including the illegal "passing" of the Federal Reserve Bank Act, 1913 (in the same year that the "Internal Revenue Service" was also created); and that the powers of the Money Trust were not such that it did not assimilate and consume the very foundations of a republican form of government of and by the people; and that what was created in this country around the time of 1913-14 was in-fact not a Money Trust.  From the minutes of the Committee on Banking and Currency of the Senate, Saturday August 1,1914 comes these quotes:

*"From Mr. Warburg, who was nominated to the Federal Reserve Board, is his statement in answering a question put to him, "Well, the Aldrich bill brings the whole system into 1 unit while this deals with 12 units and unites them again."*

89. Declarants have been presented with no evidence and believe that none exists that Warburg is not stating that the Aldrich bill and the Federal Reserve Act are fundamentally the same. Thus it is not admitted before a committee of the U.S. Senate that Woodrow Wilson, as President of the U.S., had not adopted this despicable subterfuge of creating 12 Federal Reserve Banks in the place of one and then united them in the "Federal" Reserve Board. thus deceiving and betraying the American people into the hands of a legalized "Money Trust," so said T. Daniel Cushing.

90. Declarants have been presented with no evidence and believe that none exists that in the same Senate Committee Mr. Warburg does not describe just who is this Money Trust and who ran the country in 1914; not the Congress or the President's executive; and that they are other than the below named, to wit:

> "This Committee reports that a Money Trust exists in this country composed of J.P. Morgan and Co., The First National Bank of New York, The National City Bank of New York, The First National Bank of New York, Lee Higginson and Co. Of Boston, New York, Kidder, Peabody and Co. Of Boston and New York, and New York, Kuhn, Loeb and Co. Of New York."

91. Affiants have been presented with no evidence and believe that none exists that Mr.Cushing had not read the Committee Reports which in essence stated that the Federal Reserve Act embodies and enlarges the Bank of England scheme of creating debts without lending money; and that the fact is that **the United States Government cannot issue a dollar under this act, or even a federal reserve note, unless a bank borrows it on a debt already created against the borrower; and this note is itself a debt, not money**, being redeemable at the United States Treasury, by the people in gold. Thus the Federal Reserve notes are issued for and entirely controlled by Banking Corporations organized for private gain, and are in no sense Government notes issued in the interest of the people. (See **Exhibit**, Walker Todd Affidavit)

92. Declarants have been presented with no evidence and believe that none exists that Federal Reserve Notes are not merely worthless private instruments of "flow through" indebtedness characterized by "non-redeemability", which circulate as "currency" or a form of 'legal tender' "AS" 'money' but which is not money, and which cannot be "real money" by nature and fact that Federal Reserve Notes (FRN's) have no intrinsic value whatsoever, even though under act of Congress found at 12 U.S.C.A. §411.

> "they shall be redeemed for lawful money on demand at the Treasury Department of the United States in the city of Washington, District of Columbia, or at any Federal Reserve Bank." (See **Exhibit**, copy of 12 U.S.C.A. §411), also (See **Exhibit**, article by Dr. Alan Greenspan, 1966, "Gold and Economic Freedom"), and (See **Exhibit XX**, U.S. Department of the Treasury website page, "Currency", "Legal Tender Status")

93. Declarants have been presented with no evidence and believe that none exists that the word "Federal" in the word art "Federal Reserve Note" or "Federal Reserve Bank" does not mean "by contract" or "agreement or covenant between parties". (See **Exhibit**, article, "What Does 'Federal' Really Mean")

94. Declarants have been presented with no evidence and believe that none exists that as early as the time of Lincoln and the subsequent Reconstruction Acts of 1867, there has not been a concerted, systematic effort by members of the legal profession, politicians, international bankers, foreign sovereigns, the "elite" and "aristocracy" of the "monied class" of America and Europe, to transform what started out to be a constitutional government into essentially a for-profit corporate monopoly. (See **Exhiibt X**, article by The Informer: "To Make You Think Series #15")

95. Declarants have been presented with no evidence and believe that none exists that a book, "Real Money versus False Money-Bank Credits", written by T. Daniel Cushing, 1924, does not contain factual information of a material nature which does not verify that there existed a bona fide contract by and between J.P. Morgan & Co., August Belmont & Co., and Messrs. N.M. Rothschild & Sons, London, England, and the United States Treasury, dated February 8, 1895. **This contract goes all the way back to July 14, 1870 and takes control and changes every law made on money from that point on which concerns the United States and the United States of America.**

96. Declarants have been presented with no evidence and believe that none exists that as early as 1871, with the unconstitutional and illegal passing by then Congress of the Organic Act. [which incorporated the legislatively created District of Columbia and seat of power for the "United States"] there has not been a concerted, systematic effort by members of the legal profession, politicians, international bankers, foreign agents, foreign powers, and foreign sovereigns, the "elite" and "aristocracy" of the "monied class", to transform what started out to be a constitutional government into essentially a for-profit corporate monopoly. (See **Exhibit**, memorandum SEDM, "Corporatization of the Government")

97. Declarants have been presented with no information and believe that none exists that as early as 1933, there has not been a concerted, systematic effort by members of the legal profession, politicians, international bankers, foreign sovereigns, the "elite" and "aristocracy" of the "monied class", to transform what started out to be a constitutional government into essentially a for-profit corporate monopoly. . (See **Exhibit**, memorandum SEDM, "Corporatization of the Government") and (See **Exhibit**, Monograph #51 by Walker F. Todd, "From Constitutional Republic to Corporate State: The Federal Reserve Board, 1931-1934").

98. Declarants have been presented with no evidence and believe that none exists that the people were not in-fact enjoined to the national emergency and Bankruptcy of 1933 by "pledge". which the people had little real knowledge or understanding of.

99. Declarants have been presented with no evidence and believe that none exists that the people of the states are not the paramount source of prime credit and "faith in credit" for the United States, and are themselves the substantive consideration enjoined and pledged to the national "public debt". yet are themselves without means or capacity to "pay" their debts in law as a consequence of the national bankruptcy of 1933. (See **Exhibit.** Memorandum of Points and Authorities of Dr. Bruce Weatherly)

100. Declarants have been presented with no evidence and believe that none exists that any person or entity doing business under a FEIN does not have **federal character** under the thrust of a UNITED STATES Public Trust, "Public Policy", and the statutory-administrative "franchise" scheme of the UNITED STATES and its enfranchised federal STATE instrumentalities operating in private, international, municipal, commercial-admiralty law.

101. Declarants have been presented with no evidence and believe that none exists that any person holding and/or doing business under a Social Security Account Number, (hereafter "SSAN") does not have **federal character** under the thrust of a UNITED STATES Public Trust, "Public Policy", and the statutory-administrative "franchise" scheme of the UNITED STATES and its enfranchised federal STATES instrumentalities operating in private, international, municipal commercial-admiralty law.

102. Declarants have been presented with no evidence and believe that none exists that the agents, employees and officers of the STATE OF NORTH CAROLINA , and STATE OF WASHINGTON, are not federally driven enfranchised "persons" which operate under thrust of corporations, sub-jurisdictions, and subsidiaries of the UNITED STATES, and are not doing business in/on North Carolina and Washington countries with **"federal character"** contrary to the doctrine of separation of powers. (See **Exhibit**, SEDM memorandum, "Government Conspiracy to Destroy the Separation of Powers"), and (See **ExhibitX**, book titled, "Whatever Happened to Justice"), and (See **ExhibitXX**, "The Great IRS Hoax")

103. Declarants have been presented with no evidence and believe that none exists that he/she has not been designated and further treated under **false muster and mixed war** as an enemy of war by certain identified and unidentified agents, employees and purported officers of the federal UNITED STATES (as defined above); and/or that its federal 'sub-jurisdiction' subsidiary STATE OF NORTH CAROLINA and STATE OF WASHINGTON, do not at all times act in comportment therewith to the detriment of the Declarant(s), apparently due to mistaken identification and designation of each of the Declarant(s) and American people for being an enemy, or enemy ally as defined under the Trading With the Enemy Act (TWEA) as amended at 48 Stat. 1 under the thrust of TWEA - 40 Stat. 411 (see Title 50 U.S.C. Appendix 1-6, 7-39, 41-44, and **Stoehr v Wallace**, 255 U.S. 239 (1921) contrary to the provisions of the Foreign Sovereign Immunities Act (FSIA).

104. Declarants have been presented with no evidence and believe that none exists that 50 U.S.C. App, §16 does not provide a felony penalty of $100,000.00 and a maximum of ten (10) years in federal prison for each violation of the TWEA or 18 U.S.C. §112(a) (FSIA) by any person convicted of a violation.

105. Declarants have been presented with no evidence and believe that none exists that acts of identified and unidentified federal agents, employees, and purported officers of the   UNITED STATES,  STATE OF NORTH CAROLINA, and STATE OF WASHINGTON have not engaged in multiple acts of sedition, false muster, and mixed war against the Declarants in particularity, and against the American people in general, amongst other things, with the fore-knowledge and willful intent to undermine the supreme Law of the Land.

106. Declarants have been presented with no evidence and believe that none exists that this Affidavit-Declaration **upon presentment** does not serve as formal CONSTRUCTIVE NOTICE to any agent, employee or purported officer of any corporate federally driven entity doing business under a FEIN, for or as the federally incorporated United States, that the Declarants **are not an enemy or ally of an enemy** as those terms are defined under the TWEA as amended, and **further have never engaged in any rebellion or insurrection,** and that it is a felony for said agent, employee or purported officer of any corporate  federally driven entity to treat the Declarant(s) as such an enemy or ally of an enemy under the thrust of TWEA.

107. Declarants have been presented with no evidence and believe that none exists that by this act, Affidavit, Declaration, and Constructive Notice, will not firmly and squarely set the conditions precedent under the rules of special pleading and restricted appearance in all cases in controversy insofar as the status of each Declarant is concerned pursuant to the provisional remedies of the Foreign Sovereign Immunities Act (FSIA).

108. Declarants have been presented with no evidence and believe that none exists that this Affidavit is not also in the form and nature of a Declaration which is not made under and pursuant to International Law and the Law of Nations, as vouchsafed under the Law of the Declaration penned by Thomas Jefferson without prejudice to any rights.

109. Declarants have been presented with no evidence and believe that none exists that the Articles of Confederation were not Agreed to by Congress on November 15, 1777, signed by the same at Philadelphia, on Pennsylvania on the 9th Day of July, 1778, then ratified and in force, March 1, 1781.

110. Declarants have been presented with no evidence and believe that none exists that within Article I of said Articles, it does not say, *"The Style of this confederacy shall be "The United States of America"*.

111. Declarants have been presented with no evidence and believe that none exists that within Article II of said Articles, it does not say, *"Each state retains its sovereignty, freedom, and independence, and every power, jurisdiction and right, which is not by this Confederation expressly delegated to the United States, in Congress assembled."*

112. Declarants have been presented with no evidence and believe that none exists that within Article IV of said Articles, it does not say, *"In determining questions in the United States in Congress assembled, each State shall have one vote."*

113. Declarants have been presented with no evidence and believe that none exists that within Article IX of said Articles, it does not say, *"The United States in Congress assembled shall also have the sole and exclusive right and power of regulating the alloy and value of coin struck by their own authority, or by that of the respective States-fixing the standard of and of weights and measures throughout the United States."*

114. Declarants have been presented with no evidence and believe that none exists that within Article IX of said Articles, it does not say, *"The United States in Congress assembled shall have authority to appoint a committee, to sit in the recess of Congress, to be denominated "A Committee of the States" and to consist of one delegate of each state;"*

115. Declarants have been presented with no evidence and believe that none exists that within Article X of said Articles, it does not say, *"The Committee of the States, or any nine of them, shall be authorized to execute in the recess of Congress, such of the powers of Congress as the United States in Congress assembled, by the consent of the nine States, shall from time to time think expedient to vest with them; provided that no power be delegated to the said Committee, for the exercise of which, by the Articles of Confederation, the voice of nine States in the Congress of the United States assembled is requisite."*

116. Declarants have been presented with no evidence and believe that none exists that on September 14, 1787 at Philadelphia, on Pennsylvania, the Federal Convention assembly of eleven sovereign republics did not deliberate on the specific issue of delegation of [any] authority to Congress to incorporate. (See **Exhibit**, Federal Convention, "Committee on Styles" September 15, 1787 at Philadelphia, Pennsylvania)

117. Declarants have been presented with no evidence and believe that none exists that on September 14, 1787 at Philadelphia, on Pennsylvania, in re: the specific issue of delegation of authority to Congress to incorporate was not deliberated as follows: "**Mr. MADISON** suggested an enlargement of the motion into a power "to grant charters of incorporation where the interest of the U.S. might require & the legislative provisions of individual States may be incompetent."

118. Declarants have been presented with no evidence and believe that none exists that on September 14, 1787 at Philadelphia, on Pennsylvania, a vote of the eleven several sovereign republics assembled was not taken and the *"power rejected"* to delegate to Congress any authority to incorporate or to grant charters of incorporation, the final vote being 3 "ay" and 8 "no"; and North Carolina republic, "no".

119. Declarants have been presented with no evidence and believe that none exists that on September 17, 1787 in Convention the draft Constitution of the United States of America was not passed by Resolution.

120. Declarants have been presented with no evidence and believe that none exists that Article I, Section 10, of the Constitution for the United States of America does not provide: *"No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility."*

121. Declarants have been presented with no evidence and believe that none exists that Article III, Section 1, of the Constitution for the United States of America does not provide in part: *"The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish".*

122. Declarants have been presented with no evidence and believe that none exists that Article IV, Section 1, of the Constitution for the United States of America does not provide: *"Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof".*

123. Declarants have been presented with no evidence and believe that none exists that Article IV, Section 3, of the Constitution for the United States of America does not provide: *"New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress".*

124. Declarants have been presented with no evidence and believe that none exists that Article IV, Section 4 of the Constitution for the United States of America does not provide: *"The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence."*

125. Declarants have been presented with no evidence and believe that none exists that Alexander Hamilton did not state: *"We are a republic. Real liberty is never found in despotism or in the extremes of democracy."*

126. Declarants have been presented with no evidence and believe that none exists that Article VI of the Constitution for the United States of America does not provide:

> *"All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation."*

> *"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the **supreme Law of the Land**; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any state to the Contrary notwithstanding."`*

> *"The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."*

127. Declarants have been presented with no evidence and believe that none exists that in re: **"Ratification"** of the new Constitution, Article VII does not provide:

> *"The Ratification of the Conventions of nine States, shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same.*

> *In Owings v. Speed, the question at issue was whether the Constitution of the United States operated upon an act of Virginia passed in 1788. The Court held it did not, stating in part: "The Conventions of nine States having adopted the Constitution, Congress, in September or October, 1788, passed a resolution in conformity with the opinions expressed by the Convention, and appointed the first Wednesday in March of the ensuing year as the day, and the then seat of Congress as the place, 'for commencing proceedings under the Constitution.'*

> *"Both Governments could not be understood to exist at the same time. The New  Government did not commence until the old Government expired. It is apparent that the Government did not commence on the Constitution being ratified by the ninth State; for these ratifications were to be reported to Congress, whose continuing existence was recognized by the Convention, and who were requested to continue to exercise their powers for the purpose of bringing the new Government into operation. In fact, Congress did continue to act as a Government until it dissolved on the 1st of November, by the successive disappearance of its Members. It existed potentially until the 2d of March, the day preceding that on which the Members of the new Congress were directed to assemble.*

> *"The resolution of the Convention might originally have suggested a doubt, whether the  Government could be in operation for every purpose before the choice of a President; but this doubt has been long solved, and were it otherwise, its discussion would be useless, since it is apparent that its operation did not commence before the first Wednesday in March 1789 . . . ."*

128. Declarants have been presented with no evidence and believe that none exists that the Bill of Rights. Amendments I thru X inclusively were not added to the Constitution in 1791 as rights of the people of the states party to the Constitution, remain in full force and effect today, having never been amended or rescinded.

129. Declarants have been presented with no evidence and believe that none exists that Amendment I does not provide: *"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."* (See **Exhibit**, Sovereignty Research DVD)

130. Declarants have been presented with no evidence and believe that none exists that historically, the right of petition is not the primary right, and the right peaceably to assemble is not a subordinate and instrumental right.

131. Declarants have been presented with no evidence and believe that none exists that today, that the right of peaceable assembly is not, in the language of the Court, *"cognate to those of free speech and free press and is equally fundamental. . . . [It] is one that cannot be denied without violating those fundamental principles of liberty and justice which lie at the base of all civil and political institutions--principles which the Fourteenth Amendment embodies in the general terms of its due process clause. . . . The holding of meetings for peaceable political action cannot be proscribed. Those who assist in the conduct of such meetings cannot be branded as criminals on that score. The question . . . is not as to the auspices under which the meeting is held but as to its purposes; not as to the relation of the speakers, but whether their utterances transcend the bounds of the freedom of speech which the Constitution protects."*

132. Declarants have been presented with no evidence and believe that none exists that the right of assembly was not first before the Supreme Court in 1876 in the famous case of *United States v. Cruikshank.* [United States v. Cruikshank, 92 U.S 542, 552-53 (1876)] (See **Exhibit,** Sovereignty Research DVD)

133. Declarants have been presented with no evidence and believe that none exists that the Enforcement Act of 1870 [Act of May 31, 1870, ch.114, 16 Stat. 141 (1870)] did not forbade conspiring or going onto the highways or onto the premises of another to intimidate any other person from freely exercising and enjoying any right or privilege granted or secured by the Constitution of the United States.  Defendants had been indicted under this Act on charges of having deprived certain citizens of their right to assemble together peaceably with other citizens *"for a peaceful and lawful purpose."* **While the Court held the indictment inadequate because it did not allege that the attempted assembly was for a purpose related to the Federal Government, its dicta broadly declared the outlines of the right of assembly.** *"The right of the people peaceably to assemble for the purpose of petitioning Congress for a redress of grievances, or for anything else connected with the powers or the duties of the National Government, is an attribute of national citizenship, and, as such, under the protection of, and guaranteed by, the United States.* **The very idea of a government, republican in form, implies a right on the part of its citizens to meet peaceably for consultation in respect to public affairs and to petition for a redress of grievances. If it had been alleged in these counts that the object of the defendants was to prevent a meeting for such a purpose, the case would have been within the statute, and within the scope of the sovereignty of the United States."** Absorption of the assembly and petition clauses into the liberty protected by the due process clause of the Fourteenth Amendment means, of course, that the Cruikshank limitation is no longer applicable.

134. Declarants have been presented with no evidence and believe that none exists that illustrative of this expansion is *Hague v. CIO,* [307 U.S. 496 (1939)] in which the Court, though splintered with regard to reasoning and rationale, struck down an ordinance which vested an uncontrolled discretion in a city official to permit or deny any group the opportunity to conduct a public assembly in a public place. Justice Roberts, in an opinion which Justice Black joined and with which Chief Justice Hughes concurred, found protection against state abridgment of the rights of assembly and petition in the privileges and immunities clause of the Fourteenth Amendment. *"The privilege of a citizen of the United States to use the streets and parks for communication of views on national questions may be regulated in the interest of all; it is not absolute, but relative, and must be exercised in subordination to the general comfort and convenience, and in consonance with peace and good order; but it must not, in the guise of regulation, be abridged or denied."* Justices Stone and Reed invoked the due process clause of the Fourteenth Amendment for the result, thereby claiming the rights of assembly and petition for aliens as well as citizens. *"I think respondents' right to maintain it does not depend on their citizenship and cannot rightly be made to turn on the existence or non-existence of a purpose to disseminate information about the National Labor Relations Act. It is enough that petitioners have prevented respondents from holding meetings and disseminating information whether for the organization of labor unions or for any other lawful purpose."* This due process view of Justice Stone has carried the day over the privileges and immunities approach.

135. Declarants have been presented with no evidence and believe that none exists that later cases did not tend to merge the rights of assembly and petition into the speech and press clauses, and, indeed, all four rights may well be considered as elements of an inclusive right to freedom of expression.  Certain conduct may call forth a denomination of petition or assembly, but there seems little question that no substantive issue turns upon whether one may be said to be engaged in speech or assembly or petition. [See United States v. Harriss, 347 U.S. 612 (1954); Eastern R.R. Presidents Conf. v. Noerr Motor Freight, 365 U.S. 127 (1961) and Coates v. City of Cincinnati, 402 U.S. 611 (1971).].

136. Declarants have been presented with no evidence and believe that none exists that Amendment IX does not provide: *"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people".*

137. Declarants have been presented with no evidence and believe that none exists that Amendment X does not provide: *"The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people".*

138. Declarants have been presented with no evidence and believe that none exists that in re: Amendment X, annotated: ["*United States v. Darby*, 312 U.S. 100, 124 (1941)]. "*While the Tenth Amendment has been characterized as a 'truism,' stating merely that 'all is retained which has not been surrendered,' [citing Darby], it is not without significance. The Amendment expressly declares the constitutional policy that Congress may not exercise power in a fashion that impairs the States' integrity or their ability to function effectively in a federal system." Fry v. United States, 421 U.S. 542, 547 n.7 (1975). This policy was effectuated, at least for a time, in National League of Cities v. Usery, 426 U.S. 833 (1976).

139. Declarants have been presented with no evidence and believe that none exists that the Constitution for the United States of America is not an ironclad contract which can be enforced in a court of law under the statutes of fraud and that all United States and State courts are bound to make mandatory judicial notice of it.

140. Declarants have been presented with no evidence and believe that none exists that the law is not clearly established that all persons are deemed responsible to know the law.

141. Declarants have been presented with no evidence and believe that none exists that all OFFICIAL PERSONS is/are not deemed to know the law: "*All persons (public officials, state and federal) are presumed to know the law, and if they act under an unconstitutional enactment of the legislature, they do so at their own peril and must take the consequences*". [Summer v. Beeler, 50 Inc. 341, 342 (1875)]

142. Declarants have been presented with no evidence and believe that none exists that the law clearly not established that federal jurisdiction may not be assumed or presumed and must be proven.

143. Declarants have been presented with no evidence and believe that none exists that the law is clearly not established that Congress says what it means and means what it says.

144. Declarants have been presented with no evidence and believe that none exists that Original Jurisdiction of a given area, place or people does not stem directly from the ownership of the land.

145. Declarants have been presented with no evidence and believe that none exists that in the case of one of the several United States original jurisdiction does not lie with the free people of the individual state.

146. Declarants have been presented with no evidence and believe that none exists that original jurisdiction in regard to conflicts between Citizens of different jurisdictions, according to our Constitution, does not lie in Article III thereof.

147. Declarants have been presented with no evidence and believe that none exists that The North Carolina Constitution of the Freeman of North Carolina of December 18, 1776 does not state in Article 25 of the Declaration of rights, "*The property of the soil, in a free government, being one of the essential rights of the collective body of the people...*"; and that by this statement it is clear that the property of North Carolina does not **rightfully** belong to the free people of North Carolina until such time as it is lawfully and constitutionally transferred; and that in point of fact, the property (ownership) of the land is not an **essential right** of the free people of North Carolina and of the free people of any other of the several republic states party to the Constitution of the United States of America.

148. Declarants have been presented with no evidence and believe that none exists that with respect to North Carolina, the land was not ceded to the People of North Carolina by King George III of England in Article 1 of the Definitive Treaty of Peace, signed in Paris, France in 1783 which states:

> "*His Britannick Majesty acknowledges the said United States, viz. ...., North Carolina,...to be Free, Sovereign, and Independent States; that he treats with them as such; and for himself, his heirs and successors, relinquishes all claims to the government, propriety, and territorial rights of the same, and every part thereof.*"

149. Declarants have been presented with no evidence and believe that none exists that President Abraham Lincoln [and the Congressional representatives from the northern states] did not characterize the secession conflict between the northern and southern states of the American Union, "United States", an "insurrection", adopted the military-styled Lieber Code, and suspended the Great Writ of Habeas Corpus between 1861 and 1863.

150. Declarants have been presented with no evidence and believe that none exists that upon vacation of the Congress assembled by the legislators of the ten southern states, then President Lincoln was not left without an operational effective legislative branch of the United States government, and as a result, invoked his Executive Power and issued the first-ever Executive Order by a sitting President.

151. Declarants have been presented with no evidence and believe that none exists that the adoption of the military-style Lieber Code has never been revoked, rescinded, amended, or otherwise made ineffective to-date, and that it is not an underlying and unseen critical element of the United States government as it effects virtually every aspect of the United States operations, both foreign and domestic, including the people of the several states party to the American Union, United States of America.

152. Declarants have been presented with no evidence and believe that none exists that the "United States" government was reformed, reorganized, and resty led upon cessation of the "Civil War", without the approval of and contrary to full Congressional assembly, then President and Commander-in-Chief, Andrew Johnson, the states, and the people thereof.

153. Declarants have been presented with no evidence and believe that none exists that President Johnson on July 19, 1867, acting as the Commander and Chief of the United States Military forces, did not state "...*the title of each of these states to United States (meaning the Federal United States government)...*"  By this statement it is clear that the military forces of the Civil War, never conquered any state prior to the passage of the Reconstruction Acts. Therefore the title to the property and the government remain in the hands of the free people of North Carolina. President Andrew Johnson proclaimed the war to be over in a Presidential Proclamation of Peace dated August 20th 1866 in which he stated:

> "*And I do further proclaim that the said insurrection is at an end and that peace, order, tranquility, and civil authority now exists in and throughout the whole of the United States of America.*"

154. Declarants have been presented with no evidence and believe that none exists that both houses of Congress did not pass Resolutions in July of 1861 stating that the object of the war "...*was not for any purpose of conquest, subjugation or interference with states rights,*" which point was re-iterated by President Johnson in his Proclamation of Peace dated August 20th, 1866.

Declarants have been presented with no evidence and believe that none exists that Governor Jonathan Worth did not surrender the civil government of North Carolina, during a time of presidentially proclaimed peace, to the occupying Federal military forces on July 1st 1868. Said surrender is documented by a letter from Governor Worth, {*North Carolina Archives, Raleigh, North-Carolina, pages 170 and 171, Governor Jonathan Worth's Original Letter book.*) which states in substantial part:

> "*Yesterday morning I was verbally notified by Chief Justice Pierson that in obedience to a telegram from General Canby, he would today at 10 A M administer to you (W.W. Holden) the oaths required preliminary to your entering upon the discharge of duties of Civil Governor of the State; – and that there upon you would demand possession of my office.*
>
> *I intimated to the Judge my opinion that such proceeding was premature even under the Reconstruction legislation of Congress and that I should probably decline to surrender the office to you.*
>
> *At sundown yesterday evening I received from Col. Williams, Commandant of this Military Post an extract from General Orders No. 120. - of Gen. Canby as follows;*
>
> *Head Quarters 2nd Military Dist*
>
> *General Orders No 120 }*
>
> *To facilitate the organization of the new State Government, the following appointments are made.  To be Governor of North Carolina, W. W. Holden, Governor elect, Jonathan Worth, removed... to take effect July 1st 1868*"

155. Declarants have been presented with no evidence and believe that none exists that that the lawful government of North Carolina was not usurped and replaced by a military order under an occupational military tribunal, pursuant to the Lieber Code, without the consent of the free people of North Carolina, and has not operated since that time under Lieber Code military-civil occupational authority.

156. Declarants have been presented with no evidence and believe that none exists that Governor Jonathan Worth did not state:

> "*I do not recognize the validity of the late election, under which you and those cooperating with you claim to be invested with the Civil Government of the State. You have no evidence of your election, save a certificate of a Major General of the United States Army. I regard all of you as, in effect, appointees of the Military power of the United States, and not as "deriving your powers from the consent of those you claim to govern. Knowing however, that you are backed by Military force here, which I could not resist if I would, I do not deem it necessary to offer a futile opposition but vacate the office without the ceremony of actual eviction, offering no further opposition than this, my protest. I would submit to actual expulsion in order to bring before the Supreme Court of the United States the question as to the Constitutionality of the legislation under which you claim to be the rightful Governor of the State, if the past action of that tribunal furnished any hope of a speedy trial. I surrender the office to you under what I deem Military duress, without stopping as the occasion would well justify. To comment upon the singular coincidence that the present State Government is surrendered, as without legality, to him whose own official sanction, but three years ago, declared it valid.*"

157. Declarants have been presented with no evidence and believe that none exists that the present State of North Carolina and the County of Haywood was not unconstitutionally created by an Act of Congress of March 2nd 1867, namely the first of the Reconstruction Acts, over President Johnson's veto, and in direct contravention of the *Constitution for the United States of America*: or that North Carolina had any representation in said Congress and, that said Reconstruction Acts are not unconstitutional, null and void on their face. The United States Supreme Court has been asked to rule on the validity of said Acts, but has declined to do so. In fact there has been a well documented cover up concerning the unconstitutionality of the Reconstruction Acts. It must be noted that the function of government is not other than to protect the rights of the people. The duty of the Supreme Court is but one of the checks and balances of power.

158. Declarants have been presented with no evidence and believe that none exists that in the words of Alexander Hamilton from Federalist Paper number 78:

> "...the courts of justice are to be considered as the bulwarks of a limited Constitution against legislative encroachments... since nothing will contribute so much as this to that independent spirit in the judges which must be essential to the faithful performance of so arduous a duty... it is not otherwise to be supposed that the Constitution could intend to enable the representatives of the people to substitute their will to that of their constituents. It is far more rational to suppose that the courts were designed to be an intermediate body between the people and the legislature in order, among other things, to keep the latter within the limits assigned to their authority. The interpretation of the laws is the proper and peculiar province of the courts. A Constitution is, in fact, and must be regarded by the judges as, a fundamental law."

159. Declarants have been presented with no evidence and believe that none exists that the Supreme Court did not clearly violate their duty to the American people by failing to keep the legislative branch of government from usurping powers. Even though there is no constitutionally delegated authority allowing Congress to annul or abolish existing states, and all powers not delegated to Congress by the Constitution are reserved to the states or to the people, the Supreme Court allowed just such an abuse to happen, as documented in many examples concerning the constitutionality of the Reconstruction Acts.

160. Declarants have been presented with no evidence and believe that none exists that North Carolina Republic, one of the original Republic states of the American Union of the United States of America, was not irrevocably and unlawfully nullified and set aside July 1, 1868.

161. Declarants have been presented with no evidence and believe that none exists that North Carolina Republic was not reconstructed as the "new" "State of North Carolina" by military-legislative usurpations and authority under the Lieber Code.

162. Declarants have been presented with no evidence and believe that none exists that said usurpation was not itself a programmatic orchestration to forever modify the nature and character of the United States and the guaranteed Republican form of government set forth by the Founders; and/or "appointment" of W.W. Holden as a military-styled civil executive authority and "Governor Elect" operating under coercive effect of a military-legislative junta was not comprised of many members of the Union North legislators and occupational United States army; and that the foregoing fully comports with the intentions of the Founders and the various legislative and Presidential resolutions and Proclamations of the time.

163. Declarants have been presented with no evidence and believe that none exists that at the end of the Civil War prior to then President Andrew Johnson's Presidential Proclamation of Peace of August 20, 1866, elections were not held in North Carolina in 1865, new Senators and Representatives were not chosen, and those representatives were not denied admittance to Congress.

164. Declarants have been presented with no evidence and believe that none exists that in 1866, the People of North Carolina did not submit a new Constitution to Congress to secure their re-admittance to the Union, but that Constitution was not rejected as well.

165. Declarants have been presented with no evidence and believe that none exists that in 1868, another "constitution", written by a new class of "U.S. citizens", which did not previously exist and which neither recognized the existence of the organic North Carolina Constitution of 1776 nor retained the sovereignty therein contained, was not adopted by said new class of "citizens". There are two (2) crucial points here:

> i. The Free Inhabitants of North Carolina had no representation and neither ordained nor established said constitution (wasn't the Revolutionary War fought over such a situation?) and,
>
> ii. Reading the wording, in the Constitution of the United States, of the 13th and 14th Amendments shows that between 1865 and 1868 the term "United States" changed from a plural form "them" to a singular form of "it." This shows the effect of our nation being changed without the consent of the people from a nation based upon rights of individual State **Citizenship** to a nation based upon the rights of national federal United States citizenship. We were changed from a nation of several demi-sovereign States governed at the local level by the people themselves

*within and over a government structure based upon a doctrine of "separation of powers", to a single nation with only one practical citizenship governed at the National level by a modified or reformed "three branch" federal government.*

166. Declarants have been presented with no evidence and believe that none exists that the State of North Carolina and all of its various "County" political subdivisions, are not but de facto federalized corporations, have federal character, are instrumentalities of the federal United States as defined at 28 U.S.C. §3002(15)(A-C), are legally domiciled inside the District of Columbia [the seat of power of the incorporated and national government of the singular "United States"] and are only apparently or superficially diverse or distinct from the United States.

167. Declarants have been presented with no evidence and believe that none exists that the incorporated "State of North Carolina" or "STATE OF NORTH CAROLINA" does not operate under a federally issued "Federal Employer Identification Number 56-6023166.

168. Declarants have been presented with no evidence and believe that none exists that the incorporated "Haywood County" or "HAYWOOD COUNTY" does not operate under "Federal Employer Identification Number 56-6001524.

169. Declarants have been presented with no evidence and believe that none exists that the incorporated City of Waynesville, North Carolina does not operate under "Federal Employer Identification Number" 56-6001367.

170. Declarants have been presented with no evidence and believe that none exists that all of the Counties, all of the Courts, the entire legislature, judiciary, and executive divisions of the incorporated State of North Carolina do not operate under the federally driven "public trust" under "public policy" as instrumentalities of the United States and the District of Columbia as legislatively created "territories" or "sub-jurisdictions thereof, and cannot express lawful "separation of powers" between the State of North Carolina and the United States, nor any separation of powers between the executive, judicial, and legislative divisions thereof.

171. Declarants have been presented with no evidence and believe that none exists that the "Federalization of the States" did not essentially begin at the outset of the Civil War with Lincoln's Presidential Declaration(s) of War Powers, adoption of the Lieber Code, Suspension of Habeas Corpus, and first Executive Order; and/or that although characterized as a "war of insurrection", and not a "war for conquest" of people or territory, and that at the end of the Civil War, the process of "federalization" of the States was not accelerated by the occupation, maltreatment of the people and the governments of the ten southern "secessionist" States, who were characterized by then Attorney General HENRY STANBERY as "rebel states" in a letter dated June 12, 1867 wherein he proscribes the necessary terms and conditions of satisfaction before re-union of the southern States would be deemed acceptable. (See **Exhibit**, Letter of Attorney General, 12 U.S. Op Atty. Gen. 182), and (See **Exhibit**, DVD Book, "The Federalization of the United States")

172. Declarants have been presented with no evidence and believe that none exists that although "Freeman," and many other crucial ideals disappeared from the North Carolina "constitutions" of 1868 and 1971, several very important points have not remained:

> *North Carolina Constitution of 1776: A Declaration of Rights, made by the Representatives of the Freemen of the state of North Carolina. 1. That all political power is vested in and derived from the people only."*

> *North Carolina Constitution, 1971: "Article I, Sec. 2. Sovereignty of the people. All political power is vested in and derived from the people; all government of right originates from the people, is founded upon their will only..."*

173. Declarants have been presented with no evidence and believe that none exists that with the adoption [or compelled "ratification"] of the controversial 14th Amendment in 1868 as a requirement of the southern States for re-unification within the "Union", the very nature and character of the "people" was not further changed by coercive force. (See **ExhibitX**, Book titled "The Red Amendment")

174. Declarants have been presented with no evidence and believe that none exists that the nature and character of the "people" in relationship to themselves, their "State" government, and the newly-emerged federal "United States" was not in serious question:

> i.    *Who are "the people?" In the 1776 Constitution of North Carolina they were the    Free Inhabitants of North Carolina; in the 1868 and 1971 Constitution of the State of North Carolina they were Congressionally created Civil Rights Bill/14th Amendment "United States citizens residing in North Carolina. North Carolina Citizens who do not choose to encumber themselves with a citizenship which makes them "completely subject to the jurisdiction of the United States" (Congress) could not vote in 1868 or 1971, and they can not vote today! The form of citizenship upon which our nation was founded, State Citizenship, was virtually annulled by the Civil Rights Act, the Reconstruction Acts and the unconstitutionally passed 14th Amendment of 1868 at the time of "Reconstruction" without the consent of the people affected.*

21

    ii.    *U.S. v. Cruikshank, 92 US 542: "We have in our political system, a government of each of the several states and a government of the United States. Each is distinct from the other and has citizens of its own."* {Emphasis respondent's.}

    iii.    *Elk v. Wilkins, 112 US 94: "The persons declared to be citizens are "...all persons born or naturalized in the United States and subject to the jurisdiction thereof." The evident meaning of these last words is, not merely subject in some respect or degree to the jurisdiction of the United States, but completely subject."* {Emphasis respondent's}

    iv.    *Jones v. Temmer, 829 F. Supp. 1226: "The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government. It does not protect those rights which belong to state citizenship."* {Emphasis respondent's.}

175. Declarants have been presented with no evidence and believe that none exists that "federalization" of the Union was not further accelerated and expanded by the United States Congress in its passing of the Organic Act of 1871, wherein been incorporated within the ten square mile area styled as "District of Columbia". Although it has never been adjudicated, it appears that the Congress was acting within its legislative authority under Article IV, Section 3, whereby:

    *"The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State."*

176. Declarants have been presented with no evidence and believe that none exists that the Organic Act of 1871 passed by Congress is not an act of incorporation, which authority to incorporate was expressly rejected and reserved for the States and the people in formal deliberations during the Federal Convention at Philadelphia, on Pennsylvania, September 14, 1787; and/or that the rejection of any authority to incorporate was not for cause and concern that if Congress had such power, it could be easily abused giving rise to mercantile and other monopolies, which would/could be prejudicial to the rights and interests of the people and the States; and/or by the States' clear and certain rejection of the motion brought to a vote, whereby the sovereign Republics could have delegated Congress the power to incorporate, the actual exercise of such power in 1871 by Congress, under any Article of the Constitution was not and does not remain a material issue of fact that is in legal-political controversy, and subject to protest and redress by the People and the States of the American Union, known as the "United States of America".

177. Declarants have been presented with no evidence and believe that none exists that the Union of the several States of the United States of America is not "within the United States" nor "subject to the [legislatively created by Act of Congress] exclusive jurisdiction thereof" and that the several State-republics of the American Union, including North Carolina and Washington, are not and do not remain diverse sovereign republic "states", existing beneath the overbearing and far-reaching strong arm of the federalized incorporated "STATE(S) OF......" the "UNITED STATES", as incorporated and defined at 28 U.S.C. §3002(15)(A-C).

178. Declarants have been presented with no evidence and believe that none exists that the American Union was not occupied under the Lieber Code adopted by Lincoln in 1861-1863 and to the knowledge and belief of anyone who has researched the subject, it has ever been rescinded or revoked, and does not remain the underlying hidden element and significant material issue of "fact" in dispute with the "people" who know and understand such things.

179. Declarants have been presented with no evidence and believe that none exists that the military styled "federalist" "corporatism" operating today, did not take its root at the end of the Civil War with the Reconstruction Act(s), the creation of "new" southern state governments, the compelled re-characterization of the people thereof into being 14th Amendment "U.S. citizens" subject to the exclusive and total jurisdiction of the federal 'government'; and/or that this was not accelerated and expanded with Congress's invoking powers to incorporate, which gave rise to the incorporated "United States" in 1871, and the subsequent "federalization" and eventual "incorporation" of all of the States into a New Deal "union", which was to emerge in another time of crisis and "emergency" in 1933 under Franklin Delano Roosevelt.

180. Declarants have been presented with no evidence and believe that none exists that the Declarants do not belong to the fundamental class of "state nationals" and "Citizens" – Free Inhabitants –those to whom the original jurisdiction of the land [as property] and government of North Carolina and Washington republic-state(s) belong. (See **Exhibit**, North Carolina Constitution, 1776, inclusive of Bill or Rights, and **Exhibit**, Washington Constitution, xxxx)

181. Declarants have been presented with no evidence and believe that none exists that said "Citizenship" status and standing is not the inheritance as the Posterity referenced in the Declaration of Independence and lawful birthright of every man/woman/child born on the soil of any of the several republic states.

182. Declarants have been presented with no evidence and believe that none exists that there does not exist a clear and certain possibility, even likelihood, that North Carolinians and Washingtonians are not a conquered people, living in a perpetual state of war by their occupier(s) against the Constitution, under the Lieber Code (*a code of martial law, General Order #100, issued by the War Dept. in 1863 under President Lincoln*), operating beneath the machinations of the "Federal government" and/or are not permanently and forever subject to the conquering Federal jurisdiction. The Lieber Code states:

> Lieber Code: "*Article 1: A place, district or country occupied by an enemy stands, in consequence of the occupation, under the Martial Law of the invading or occupying army, whether any proclamation declaring Martial Law, or any public warning to the inhabitants has been issued or not. Martial Law is the immediate and direct effect and consequence of occupation or conquest.*" {*Emphasis respondent's*}

> "*Article 3: Martial Law in a hostile country consists in the suspension, by the occupying military authority, of the criminal and civil law, and of the domestic administration and government in the occupied place or territory, and in the substitution of military rule and force for the same, as well as in the dictation of general laws...*"

> "*The commander of the forces may proclaim that the administration of all civil and penal law shall continue either wholly or in part, as in times of peace, unless otherwise ordered by the military authority.*" {*Emphasis respondent's*}

183. Declarants have been presented with no evidence and believe that none exists that the surrender of the civil government of North Carolina, which by Congress was being treated as a conquered country, to the occupying military forces on July 1st 1868 does not fulfill these two articles of the Lieber code; and/or that the creation and operation of a de facto government outside of rightful legitimate authority, according to this, cannot be executed without public notification and it cannot otherwise take on the appearance of having a normal peacetime operation.

184. Declarants have been presented with no evidence and believe that none exists that the extent of governmental operations outside of the Constitution leading to the virtual annulment of the rights of the several American States and their people is not partially documented in Senate Report 93-549, reported by the United States Senate in November of 1973; and/or that although parts of the report are misleading and it does not reveal the entirety of the Constitution's demise, a few excerpts are as follows:

> "*A majority of the people of the United States have lived all their lives under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the Constitution have, in varying degrees, been abridged by laws brought into force by states of national emergency... And, in the United States, actions taken by the Government in times of great crisis have – from at least the Civil War – in important ways shaped the present phenomenon of a permanent state of national emergency.*"

> "*In this, what is for all practical purposes, permanent state of emergency, Presidents have exercised numerous powers ... legitimated by that ongoing state of national emergency.*"

> "*Because Congress and the public are unaware of the extent of emergency powers, there has never been any notable congressional or public objection made to this state of affairs. Nor have the courts imposed significant limitations.*"

> "*The president, with the approval of Congress, has thus used as authority for extraordinary actions laws which have no real relationship whatsoever to existing circumstances. As a consequence, a "national emergency" is now a practical necessity in order to carry out what has become the regular and normal method of governmental action. What were intended by Congress as delegations of power to be used only in the most extreme situations and for the most limited durations have become everyday powers; and a state of "emergency" has become a permanent condition.*"

185. Declarants have been presented with no evidence and believe that none exists that Supreme Court Justice Robert Jackson, who is often quoted in his opinion that "*It is not the function of government to keep the citizens from falling into error; it is the function the citizen to keep the government from falling into error,*" is cited in Senate Report 93-549. Justice Jackson, in the majority opinion in the *Youngstown Steele* case concerning what have become everyday powers over the people, states:

> "*The Executive, except for recommendation and veto, has no legislative power. The executive action we have here originates in the individual will of the President and represents an exercise of authority without law. No one, perhaps not even the President, knows the limits of the power he may seek to exert in this instance and the parties affected cannot learn the limit of their rights.*"

186. Declarants have been presented with no evidence and believe that none exists that taken together, all of the above do not show that the original jurisdiction of the soil, government and people of North Carolina and Washington, or any of the several sovereign republic states of the American Union, has never been lawfully transferred to those openly exercising

authority within their borders; and/or that it does not also show that the sworn duties of governing officials have been cast aside, and that well documented encroachments and usurpations have not occurred that have absolutely overturned the American Republican form of government guaranteed in the Constitution.

187. Declarants have been presented with no evidence and believe that none exists that exercising one's vested inalienable Constitutional rights, whether enumerated or not, and all others reserved to for the people, does not include making formal protest of the usurpation thereof, where and when it is obvious and within one's Constitutional interest, duty, and prerogative to do so.

188. Declarants have been presented with no evidence and believe that none exists that as a result of federalization and "corporatization" of all aspects of the "United States" "government", the sovereign several republic states and people thereof have not been wrongly converted into perpetual "debtors in bankruptcy" and "debtors in possession" under International Law of Nations under Chapter 11 proceedings; and/or that the people have not been so converted by various unlawful, intentional, and deceptive means into federal "person(s)" having federal franchise (corporate, trust, legal-commercial) character and status; and/or that all of the "State(s) of...." and their political sub-divisions and municipalities are not federal commercial-corporate franchise "persons" as well doing business as agencies and instrumentalities thereof (as defined at 28 U.S.C. §3002(15)(A-C) thereof. (See **Exhibit**, SEDM memorandum "Corporatization of the Government") and (See **Exhibit**, "From Constitutional Republic to Corporate State: The Federal Reserve Board, 1931-1934", Monograph #51 by Walker F. Todd) and (See **Exhibit**, "Constitutional Foundations of American Economic Power", by Dr. Philip D Bradley and "The American System or the Corporative State?", by Dr. Edwin Vieira, Monograph #48)

189. Declarants have been presented with no evidence and believe that none exists, that as a direct and immediate consequence thereof, U.S. Senate Document No. 43, 73rd Congress, 1st Session (1934), to wit:

> *"The ultimate ownership of all property is in the State; individual so-called "ownership" is only by virtue of Government, i.e., law, amounting to mere "user" and use must be in acceptance with law and subordinate to the necessities of the State."*

190. Declarants have been presented with no evidence and believe that none exists that every State, every State court, and most every United States (Federal) court do not operate under specific status and authority of a Federal Employer Identification Number, and heretofore are not listed with the public corporation of "DUNN & BRADSTREET" as to its financial-commercial activity, shareholders etc.

191. Declarants have been presented with no evidence and believe that none exists that said federal "States" and federal "municipalities" were not created by various acts of Congress:

> Foreign Trade Zone Act, Military Reconstruction Acts, Trading with the Enemy Act as amended, Buck Act, Brenton Woods Agreement, 12 USC 95B, Emergency Banking Act, HJR 192 (PL 73-10), Public Safety Tax Act of 1939 and many others..

192. Declarants have been presented with no evidence and believe that none exists that original jurisdiction of the United States and the several States of the American Union does not rest with the people.

193. Declarants have been presented with no evidence and believe that none exists that 'the people' does not have both 'joint' and 'several' (individual) meaning and intent where used in the national Constitution as well as within the State Constitutions, and that the primary intended meaning is not in the "individual" sense.

194. Declarants have been presented with no evidence and believe that none exists that the right to self-preservation is not paramount and not reasonably assumed to be even more fundamental than those rights enumerated or reserved to the people within the Articles of the Constitution and subsequent amendments, Bill of Rights, and that this right amongst other things is not further confirmed by the Article III, U.S. Court of Appeals, For the District of Columbia Circuit, March 9, 2007 in Parker v. District of Columbia (Case No. 04-7041).

195. Declarants have been presented with no evidence and believe that none exists that a critical means by which the "United States" has federalized, "corporatized", and enfranchised (converted, captured, conquered, and occupies) the people, the land, and the governments of their republic states has not been through the development and expanded use of licensed professional "Bar" attorneys of the various "Bar" organizations, and which do not now include the "Federal Bar", "State Bar" [for each State], and the "American Bar Association", all of which are subsidiary and loyal to foreign powers and authorities in England.

196. Declarants have been presented with no evidence and believe that none exists that the system of jurisprudence created within the states of the united States of America and within the federal United States/District of Columbia and the territories, enclaves, and possessions thereof, does not operate under international admiralty law. (See **Exhibit**, "Why Admiralty", "Admiralty Rules", "You Are in Admiralty Jurisdiction In Tax Cases", and "The Rise of Railroad and

Corporation Law", by The Informer) and (See **Exhibit**, "The American Admiralty, It's Jurisdiction and Practice, by Erastus C. Benedict, 1850)

197. Declarants have been presented with no evidence and believe that none exists that the United States government is not "*a foreign corporation with respect to a state.*" In re Merriam, 36 N.E. 505,141 N.Y. 479, affirmed 16 S.Ct. 1073,163 U.S. 625, 41 L.Ed. 287; 20 C.J.S., Section 1785; and that Title 28, United States Code, Section 297 does not define the several States of the union as being "freely associated compact states" in subsection (a), and then refers to these freely associated compact states as being "countries" in subsection (b). Did you know that the individual states were considered to be foreign countries to the United States and to each other. (See **Exhibit**, pdf 28 U.S.C. §297)

198. Declarants have been presented with no evidence and believe that none exists that all revenue case matters and all tax matters of every nature are not governed and adjudicated under admiralty under the commercial nature of Maritime; and/or that the Internal Revenue Code regulations authorization found at 301.7401-1 is/are not admiralty rules under Maritime in-fact.

199. Declarants have been presented no evidence and believe that none exists that the Rules of Civil Procedure for the United States District Courts, Rules of Practice in Admiralty and Maritime Cases, and General Orders in Bankruptcy, Federal Rules of Civil Procedure, Federal Rules of Criminal Procedure, Official Forms Prescribed by the Supreme Court of the United States etc. etc. are all Admiralty Rules consolidated under Title 28 of the United States Code.

200. Declarants have been presented with no evidence and believe that none exists that the United States Department of Justice-Attorney General did not create the [Federal] Bureau of Investigation in 1908 as an executive-administrative action and authority [The United States Government Manual 347-8, (1984)]. (See **Exhibit**, Historical and Revision Notes, and Library of Congress letter re: Charter of the Federal Bureau of Investigation)

201. Declarants have been presented with no evidence and believe that none exists that the Federal Bureau of Investigation (hereafter "FBI") operates in comportment with the mandates of federal law by "charter" or that it has ever not operated without a charter

202. **Declarants have been presented with no evidence and believe that none exists that pursuant to 28 U.S.C. §535, "Investigation of crimes involving Government officers and employees; LIMITATIONS", the Attorney General and FBI was/were not restricted and limited by Congress in their criminal investigatory function to investigate [only] "any violation of title 18 involving Government officers and employees—" (See Exhibit, 28 USC §535)**

203. Declarants have been presented with no evidence and believe that none exists that the funds of which do not appear to have been obtained through the U.S. Department of Justice Appropriations Act, May 22, 1908, ch. 186, Sec. 1 (par. Beginning "From the appropriations for the prosecution of crimes"), 35 Stat. 236, although said statutory provision makes no express mention of the "Bureau" or of the investigative function.

204. Declarants have been presented with no evidence and believe that none exists that the FBI does not operate as a matter of "policy" and "presumption of law" outside the District of Columbia and/or the federal territories as a routine practice; and/or that it does not also operate by "policy" and "presumption of law" outside of its Congressionally legislated mandate to limit its investigations to federal Government "officers" and "employees".

205. Declarants have been presented with no evidence and believe that none exists that the Declarants have ever knowingly entered into any official or employment capacity or relationship with the United States federal government or have ever been domiciled within the United States-District of Columbia as "residents", "citizens", "persons", "personnel", "individuals".

206. Declarants have been presented with no evidence and believe that none exists that Executive Order No. 6166 of June 10, 1933, of then President and Commander-in-Chief, Franklin Delano Roosevelt, did not issue just five (5) days after passing of House Joint Resolution-192, on June 5, 1933, which was a Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause", and that Executive Order No. 6166, Section 3. did not specifically recognize the [Federal] "Bureau of Investigation" in the Department of Justice and provide that all the Bureau's functions together with the investigative function of the Bureau of ......

207. Declarants have been presented with no evidence and believe that none exists that by way of reference to all of the foregoing, the FBI is not restricted by legislative intent of the Congress, pursuant to the terms and conditions of Title 28, under rules of admiralty-maritime proceeding, to investigate and prosecute only those crimes under Title 18, which are against the federal United States (defined at 28 U.S.C. §3002(15)) performed by federal "officers" and "employees".

208. Declarants have been presented with no evidence and believe that none exists that pursuant to the Title 18 reference under 28 U.S.C. §535, any applicable legislative authority of the United States Congress which purports to act within the several compact states on the people thereof must comport with the law of reasonable notice that a duty to perform or to act, or to not perform, or to not act, in any particular manner, has been expressly delivered to the people of the states by having been

published according to statute in the Federal Register under 44 U.S.C. §§1501 et seq., "Federal Register Act" and "Code of Federal Regulations".

209. Declarants have been presented with no evidence and believe that none exists that the people of the several states have ever not been under Admiralty and Maritime Rules [of law] since the time of Lincoln and his adoption of the Lieber Code and subsequent suspension of the Great Writ of Habeas Corpus.

210. Declarants have been presented with no evidence and believe that none exists that Internal Revenue Code cases [which are predicated most of the time on alleged duties and violations within 26 U.S.C.-Internal Revenue Code and in some cases Title 18 as well] do not proceed under admiralty-maritime rules; and/or that in all State tax cases, they do not proceed in admiralty-maritime as well [due to the simple fact that admiralty-maritime jurisprudence underlies all 'revenue' subject matters at the federal level, which is further due to the loss of distinction, diversity, and 'separation of powers' between the United States and the federal States thereof]; and/or that State tax issues do not proceed accordingly or that State tax codes are not promulgated on the federal tax code for reason that admiralty-maritime rules express the [International Commercial] Law Merchant and Law of Nations, which is commercial and now "uniform" in nature

211. Declarants have been presented with no evidence and believe that none exists that the Federal Government has not the constitutional or congressional authority to apply federal code provisions within the geographical boundaries of a sovereign State outside an enclave, possession located within said State in light of the clear prohibition of Title 4 USC §71-72, 40 USC § 255 and the definitions of Rule 54(c) (now Rule 1) of FRCrimP in light of the 10th Amendment.

212. Declarants have been presented with no evidence and believe that none exists that the prohibitions and restrictions on the constitutional or congressional authority of the Federal Government to operate within the geographic boundaries of a sovereign State outside an enclave, possession located within said State, and outside the District of Columbia, do not apply to the investigatory function of the U.S. Department of Justice-FBI; and/or that if Congress had so intended, it would not have stated its intentions clearly otherwise and assured that due notice was given to the states and the people thereof.

213. Declarants have been presented with no evidence and believe that none exists that each Declarant named herein has not been made the subject and object of Federal Government ("United States" and "State of North Carolina") executive, legislative, and judicial authority acting under *color of law* and by de facto doctrine presumption of law in excess of geographical, subject matter, and *in personam* jurisdiction and authority.

214. Declarants have been presented with no evidence and believe that none exists that said excess of jurisdiction and authority does not include nor is not limited to the unlawful armed invasion and forced search of Declarants' private abodes, and seizure-confiscation of certain of their private property in the form of papers, records, documents, equipment, and other private and personal effects.

215. Declarants have been presented with no evidence and believe that none exists that said armed invasions and seizure of property did not occur on North Carolina and Washington countries' soil against the Declarants and their private property on the a.m. of August 24, 2004 and a.m. of May 23, 2007 purportedly pursuant to particular offers to perform by Andrew F. Romagnuolo, acting as "Special Agent" of the FBI, and certain U.S. Magistrate Judge(s) on more than one occasion.

216. Declarants have been presented with no evidence and believe that none exists that said WARRANT(S) were not wrongly made with extreme prejudice and issued by joinder of said U.S. Magistrate Judges against the property of Declarants.

217. Declarants have been presented with no evidence and believe that none exists that discloses in particularity the nature of the allegations and/or charges being brought against them and their property by the "UNITED STATES", "STATE OF NORTH CAROLINA", ANDREW F. ROMAGNUOLO and other unknown employees, agents, officers, and officials thereof, and that the same have not given rise to substantial injustice on all counts of their acts.

218. Declarants have been presented with no evidence and believe that none exists that Declarants were not placed in harm's way and not subjected to extreme military duress by the armed invasion of their property.

219. Declarants have been presented with no evidence and believe that none exists that the STATE OF NORTH CAROLINA and STATE OF WAHSINGTON is/are not a federal agency, instrumentality and sub-jurisdiction of the "UNITED STATES", as defined in 28 U.S.C. §§3002(15)(A-C); and that said STATE(S) do not act at all times and doing business as/for a federally-operated, regulated, and federally-subsidized corporation under Federal Employer Identification Number(s).

220. Declarants have been presented with no evidence and believe that none exists that the federal STATE OF NORTH CAROLINA and STATE OF WASHINGTON and all other "STATE(S) OF......" is/are not domiciled within the incorporated federal DISTRICT OF COLUMBIA, is/are not "U.S. person(s)", "permanent resident(s)" of the incorporated "UNITED STATES", and is/are not enfranchised "U.S. citizen(s)" thereof.

221. Declarants have been presented with no evidence and believe that none exists that there exists no "separation of powers" between the STATE OF NORTH CAROLINA and STATE OF WAHSINGTON with the UNITED STATES, as defined

at 28 U.S.C. §§3002(15)(A-C) or as defined at 26 U.S.C. §§7701(a)(9) and (a)(10). (See **Exhibit**. SEDM. "Separation of Powers Doctrine")

222. Declarants have been presented with no evidence and believe that none exists that there does not exist a distinct diversity between the "United States" and the several states of the American Union.

223. Declarants have been presented with no evidence and believe that none exists that Chief Justice Howard Taft in the 1921 Supreme Court case Balzac v. Porto Rico, 258 US 298 @ 312 did not state that "*The United States District Court **is not** a true United States court established under Article III of the Constitution to administer the judicial power of the United States therein conveyed. It is created by virtue of the sovereign congressional faculty, granted under Article IV, § 3, of that instrument, of making all needful rules and regulations respecting the territory belonging to the United States. The resemblance of its jurisdiction to that of true United States courts in offering an opportunity to nonresidents of resorting to a tribunal not subject to local influence, does not change its character as a mere territorial court.*"

224. Declarants have been presented with no evidence and believe that none exists that United States District Courts within the federal districts of the several states have no inherent character of federal judicial authority under Article III powers under the American Constitution and are not capable of receiving, holding, or acting upon such Article III powers.

225. Declarants have been presented with no evidence and believe that none exists that in congressional usage the phrase "district courts of the United States," without further qualification, traditionally has not included the district courts established by Congress in the states under Article II of the Constitution, which are "constitution" courts, but has included the territorial courts created under Article IV, Section 3, Clause 2, which are "legislative" courts. **Hornbuckle v. Toombs,** 85 U.S. 648, 21 L.Ed. 966 (1873).

226. Declarants have been presented with no evidence and believe that none exists that federal statutory provisions which have not been promulgated in the Federal Register (44 USC § 1505 et seq.) may not be legitimately and lawfully applied outside of the jurisdiction of the federal "United States," vis: The District of Columbia, Puerto Rico, U.S. Virgin Islands, Guam and American Samoa, in light of Title 4 USC § 71-72, FRCrimP Rule 54 (c) [now Rule 1] and FRCP Rule 81 (e).

227. Declarants have been presented with no evidence and believe that none exists that pursuant to the Federal Rules of Criminal Procedure - Rule 54 (c) (now Rule 1) clearly does not state that: " *'Act of Congress' includes any act of Congress locally applicable to and in force in the District of Columbia, in Puerto Rico, in a territory or in an insular possession" and "State" includes District of Columbia, Puerto Rico, territory and insular possession; [and] an act of Congress cannot be utilized outside the above described venue within any one of the several States of the Union of States party to the Constitution for the United States of American without an implementing regulation promulgated for that specific purpose.*"

228. Declarants have been presented with no evidence and believe that none exists that Puerto Rico is part of United States within **revenue clauses of Constitution.** Downes v Bidwell (1901) 182 US 244, 45 L Ed 1088, 21 S Ct 770.

229. Declarants have been presented with no evidence and believe that none exists that the compact between United States and Puerto Rico (48 USCS §§731b et seq.) **does make Commerce Clause of United States Constitution** (USCS Constitution Art I, §8, cl 3) **applicable to Puerto Rico. Mora v Torres** (1953, DC Puerto Rico) 113 F Supp 309, affd (1953, CA1 Puerto Rico) 206 F2d 377.

230. Declarants have been presented with no evidence and believe that none exists that the statutes at large are not the laws of the United States and the codes at best are not but mere evidence of the laws of the United States and as such, are not binding upon anyone without said one's express written consent.

231. Declarants have been presented with no evidence and believe that none exists that Andrew F. Romagnuolo has not failed to inform the Declarants that the Title 18 codes provisions cited in the indictment are only mere evidence of the law and have limited application within the exclusive legislative jurisdiction of Congress as defined by the Supreme Court in **Downes v. Bidwell,** 182 US 244 and not within the jurisdictional venue of the several states.

232. Declarants have been presented with no evidence and believe that none exists that **for a waiver of constitutionally secured right to be valid,** it must not be made involuntarily, but intelligently, knowingly and with sufficient awareness of the relevant circumstances and likely consequences and not by presumptions grounded in intellectual dishonesty engaged in by corrupt executive agencies and unethical profit motivated executive offices. **Brady v. U.S.,** 397 US 742 at 748. **Boyd v. U.S.,** 116 US 616, **Byars v. U.S.,** 273 US 23, **Miranda v. Arizona,** 384 US 436.

233. Declarants have been presented with no evidence and believe that none exists that Declarants have never given their express written informed consent grounded in a mutuality of agreement, meeting of the minds, to waive any of their God-given rights at any time prior, during or after the FBI investigation or any collection action by the IRS.

234. Declarants have been presented with no evidence and believe that none exists that the Federal Sentencing provision of 18 USC §3551 does not have regulations that apply only to 36 CFR- Parks, Forests, and Public Property and 43 CFR – Public

Lands: Interior, and 50 CFR – Wildlife and Fisheries according to the Code of Federal Regulations' Parallel Table of Authorities and Rules, may be legitimately and lawfully applied to alleged violations of federal statutory provisions not committed within the jurisdiction of the federal "United States" as outlined herein.

235. Declarants have been presented with no evidence and believe that none exists that both U.S. Attorneys and USCD Judges are not under criminal investigation by the Department of the Treasury, Internal Revenue Service-Criminal Investigation Division as indicated in the national archives website under the privacy act issuance Treasury/IRS system of management and files – file #46.002.

236. Declarants have been presented with no evidence and believe that none exists that the Assistant U.S. Attorney Jill Rose does not have "unclean hands" in light of the foregoing revelation of the IRS/CID's criminal investigation of U.S. Attorneys.

237. Declarants have been presented with no evidence and believe that none exists that Magistrate Judge EJ Swearingin does not have "unclean hands" in light of the foregoing revelation of the IRS/CID's criminal investigation of U.S. Judges.

238. Declarants have been presented with no evidence and believe that none exists that Magistrate Judge Howell does not have "unclean hands" in light of the foregoing revelation of the IRS/CID's criminal investigation of U.S. Judges.

239. Declarants have been presented with no evidence and believe that none exists that Judge Lacy Herman Thornburg does not have "unclean hands" in light of the foregoing revelation of the IRS/CID's criminal investigation of U.S. Judges.

240. Declarants have been presented with no evidence and believe that none exists that Judge Lacy Herman Thornburg does not have "unclean hands" in light of his expressed misrepresentation that he is a bona fide Constitutional Article III judge having full capacity and judicial authority thereof; and/or that this authority, character, and capacity has not been expressed in writing through the presents of the Clerk of the United States District Court on page one of the "new case" informational packet provided on new case filings. (See **Exhibit**, Clerk of USDC, Western District of North Carolina, Asheville Division)

241. Declarants have been presented with no evidence and believe that none exists that Judge Lacy Herman Thornburg has not willfully misused his judicial office under color of Article III authority to prejudice the rights and interests of the Declarants; and/or thereby has not given rise to material injustice and injury-in-fact due to the nature of Declarants Wahler and Hannigan previous pleadings inside subject matter, in personam, and territorial jurisdiction challenges which were denied.

242. Declarants have been presented with no evidence and believe that none exists that mandate of Canons of Judicial Conduct - Canon 2 regarding impropriety, bias and the appearance of the same as well as 28 USC §§ 144, 455 requires that a judge must recuse him/herself for cause in light of the compromised impartial status of said judge on account of Treasury/IRS system of management – file # 46.002.

243. Declarants have been presented with no evidence and believe that none exists that there is no written evidence certified under penalty of perjury that is available to the American public that EJ Swearingin, Dennis L. Howell, Lacy Herman Thornburg, and XXXXXXX has ever taken and executed the mandatory oath of allegiance as a judge to support and defend the Constitution for the United States.

244. Declarants have been presented with no evidence and believe that none exists that the Constitution for the United States of America does not expressly prohibit the establishment of "titles of nobility" for government personnel both state and federal.

245. Declarants have been presented with no evidence and believe that none exists that any U.S. Attorney acting as "prosecutor" does not have an intolerable conflict of interest pursuant to reputed predetermined agendas motivated by a possible pecuniary kickback of approximately $25,000 grounded in alleged "efficiency of administration of business of court" in criminal matters in light of 5 U.S.C. §§3371(3), 4502, 7342; 5 CFR §870.10; 28 U.S.C. §§602 et seq. in violation of the Ethical Professional Responsibility Code; and/or that if said kickback were expressed in legal tender money of account of Federal Reserve Notes (hereafter "FRNs" or equivalent thereof as Standard Currency Units (hereafter "SCUs") of the United States, either expression would be an obligation drawn on the United States Treasury; and if which said obligations were found to be raised to an account accrued or payable in name in any manner related to any material violation of said judicial Canons and Code, injury-in-fact arises against the named defendant(s) as well as against the United States under operation of the Federal False Claims Act, 31 U.S.C. §§3729 et seq.

246. Declarants have been presented with no evidence and believe that none exists that neither Titles 3, 18, 28 USC, and the Federal Magistrate Act were **duly enacted into law by United States Congress on June 25, 1948.**

247. Declarants have been presented with no evidence and believe that none exists that United States Congress had not adjourned for the year on June 20, 1948 and was not scheduled to be out of session until December 31, 1948. (See **Exhibit**, Session Notes, 80th Congress, 2nd Session)

248. Declarants have been presented with no evidence and believe that none exists that said Congress was not called back to session by President Truman under the extraordinary circumstances criterion of Article II, Section 3 of the Constitution for the United States of America on July 15, 1948 to reconvene on July 26, 1948.

249. Declarants have been presented with no evidence and believe that none exists that while said Congress was out of session for approximately thirty-six (36) days, multiple so-called "laws" were not reputed to be "*enacted*" by Congress when in point of fact, both Houses had adjourned for the year between June 19, 1948 to July 26, 1948.

250. Declarants have been presented with no evidence and believe that none exists that the "judicial officers" of the United States District Court at Asheville, North Carolina, especially EJ Swearingin, Dennis L. Howell, Lacy H. Thornburg, and their counter-parts in the federal district of Washington, are not sitting as "commissioners" and federal "employees" hired under contract for employment on their execution of Federal Form FS-61, and are not presiding over alleged criminal matters under admiralty-maritime rules in the nature of Federal Rules of Criminal Procedure, and also not presiding under a seal and flag that properly belongs to the executive branch and the Executive authority of the Commander-in-Chief of the United States government. (See **Exhibit**, "Gold-Fringed American Flags")

251. Declarants have been presented with no evidence and believe that none exists that the American doctrine of separation of powers does not prohibit one branch of the federal government from exercising the powers of the other two branches of said government.

252. Declarants have been presented with no evidence and believe that none exists that the same American doctrine of separation of powers does not prohibit any agent, officer, employee of one branch of the federal government from exercising the powers of the other two branches of said government.

253. Declarants have been presented with no evidence and believe that none exists that one branch of government has neither right, power, privilege, permission, authority, etc. to influence, intimidate or otherwise control another branch of government by way of coercion, bribes, threats or any other unlawful means to do its bidding, or the bidding of a principal.

254. Declarants have been presented with no evidence and believe that none exists that there does not exist a Nationally Declared Emergency that also operates within the several States so as to displace Constitutional Law (contract) upon the public servant. (See **Exhibit**, Senate Report 93-549).

Declarants have been presented with no evidence and believe that none exists that the Federal and State Constitutions do in a legal and lawful capacity operate either directly or indirectly upon the common people while lacking the nexus with Constitutional "oath', "signature", "bond", and/or "commission".

255. Declarants have been presented with no evidence and believe that none exists that the law does not belong to the people and that neither public servants nor private parties have any right to "copyright" the law and yet have done so to the detriment of the American people in their respective sovereign states.

256. Declarants have been presented with no evidence and believe that none exists that since about 1938 the Courts at all levels are true constitutional courts of law whereby the people can raise Constitutional issues and have an expectation of a Remedy based upon the Truth, Facts, and the Law and being neutral (the court), respecting and protecting the Rights and Property of the people pursuant to **Boyd v. United States**, 116 US 616.

257. Declarants have been presented with no evidence and believe that none exists that Judges Swearingin, Howell, Thornburg et al. are not bankrupt and/or insolvent in light of Article I, Section 8, Clause 5 in conjunction with Article I, Section 10, Clause 1 of the Constitution for the United States as revealed in the case of Atkins v. U.S., apparently indebted to a foreign creditor and directly subject to the will of the Congress and cannot even judge the constitutionality of any act of Congress.

258. Declarants have been presented with no evidence and believe that none exists that "judicial officers" is a true Article III Judge in light of their filing federal fiduciary bankrupt income tax form 1040 as a result of Executive orders 6011, 6073, 6102, 6260, and 12 USC 95a, wherein the then President Franklin Delano Roosevelt declared that the United States was BANKRUPT, which as seconded by Congress through House Joint Resolution 192 of June 5, 1933. (See Senate Report No. 93-549 (93rd Congress, 1st Session (1973)), later confirmed by the Supreme Court in **Perry v. U.S.** 294 Us 330 (1935).

259. Declarants have been presented with no evidence and believe that none exists that said "judicial officers" is not mere employees of a Federal Corporation in light of their signatures on FS-61 forms.

260. Declarants have been presented with no evidence and believe that none exists that the United States Senate in Senate Report No. 93-549 does not state that America is and has been a bankrupt nation since the middle of the 1930s.

261. Declarants have been presented with no evidence and believe that none exists that the filing of a 1040 tax form does not evidence a diminishment of a judge's compensation through the compelled receiving and trafficking in *worthless securities* issued by the Federal Reserve Bank Corporation.

262. Declarants have been presented with no evidence and believe that none exists that a territorial judge is not specifically prohibited from presiding over criminal matters due to the lack of constitutional muster pursuant to Article III of the American Constitution which provides: "The trial of *all crimes* . . . shall be by jury" is mandated only in Article III.

263. Declarants have been presented with no evidence and believe that none exists that only judges with Article III status have power to hear and decide criminal trials in light of **U.S. vs. Will, et al.**, 66 L.Ed.2d 392, pgs. 405-407, **Judges Terry J. Hatter, Jr., et al., vs. US.A.**, Case No. 91-5039, U.S. Court of Appeals for the Federal Circuit, Decision, January 16, 1992), **Atkins v. U.S.**, 214 Ct. Cl. 41-76, 186, 556 F2d 1028, (1977), cert. denied, 434 US 1009, 54 L Ed 2d 751, 98 S Ct 718 (1978).

264. Declarants have been presented with no evidence and believe that none exists that in the case of <u>Atkins v. U.S.</u>, 214 Ct. Cl. 41-76, 186, 556 F2d 1028, (1977), cert. denied, 434 US 1009, 54 L Ed 2d 751, 98 S Ct 718 (1978). federal judges did not bitterly complain of a diminishment of their compensation being in violation of the Compensation Clause of Article III Section 1 of the Constitution for the United States America.

265. Declarants have been presented with no evidence and believe that none exists that in Atkins supra said judges clearly did not indicate that "*as a result of inflation, the compensation of federal judges has been substantially diminished each year since 1969, causing direct and continuing monetary harm to plaintiffs.*"

266. Declarants have been presented with no evidence and believe that none exists that as measured by the Consumer Price Index (CPI), the official government measure of the purchasing power of the dollar, the real value of the dollar, has not decreased by approximately 34.5 percent from March 15, 1969 to October 1, 1975.

267. Declarants have been presented with no evidence and believe that none exists that since about 1989 the true purchasing power of the dollar is not less than zero regarding the constitutional mandate of Article I, Section 8, Clause 5 and Article I, Section 10, Clause 1.

268. **Declarants have been presented with no evidence and believe that none exists that the federal circuit court of appeals in <u>Terry J. Hatter, Jr., et al. v. U.S.</u>, Case No. 91-5039, did not plainly state in its decision in a footnote on page 2, that United States District Court judges are not Article III judges.**

269. Declarants have been presented with no evidence and believe that none exists that Lacy H.Thornburg failed to prove on the record in this case that he is an Article III judge after being squarely challenged by the Declarant at various times.

270. Declarants have been presented with no evidence and believe that none exists that any Court or Judge can receive or exercise Article III judicial Powers when it/they are or can be directly or indirectly influenced by other branches of government or their departments (See: **U.S. vs. Woodly, 726 F.2d 1328**);

271. Declarants have been presented with no evidence and believe that none exists that Jill Rose, acting as Assistant U.S. Attorney, did not know or should not have known that the United States District Court is NOT a Constitutional Court in the strict sense. (See: **Cochran et al., vs. St. Paul & Tacoma Lumber Co.**, 73 F. Supp. 288), **Balzac v. Porto Rico supra**, and that Jill Rose did not have a duty to speak to this matter when having to address the Declarants' pleadings for relief on the basis of challenge to jurisdiction, as well as having to speak to this matter when addressing the same issues and retention of seized property by the FBI, Agent Romagnuolo, and his peer group of federal employees and State agents.

272. Declarants have been presented with no evidence and believe that none exists that all judges did not become mere "**Commissioners**" sitting under purported Treaties and International Agreements (primarily with Britain) and can or will proceed in the mode and manner prescribed by Article III of the ordained and established Constitution. (See: **U.S. vs. Ferreira, 13 Howard 42**).

273. Declarants have been presented with no evidence and believe that none exists that United States District Courts do not merely operate as trading pits/emporiums for foreign merchants who conduct their business through their appointed agents like Jill Rose under the dogma of summary judgment or plea bargains both of which are ancient law merchant practices from time immemorial in the courts of the staple, the staple being the forever un-payable national debt, even though this process is in direct violation of Britain's own Statute of Merton of 1235 A.D.

274. Declarants have been presented with no evidence and believe that none exists that the burden of proof is not upon Jill Rose to prove on the record that the instant action will be prosecuted in a true Article III court before an Article III Judge and not in an executive mercantile trading pit before a park commissioner established for the sole purpose of corporate, commercial, political, executive equity, grounded in expediency and convenience of the undisclosed beneficiary-in-interest and in-fact, his/her principal, the Exons of Britain.

275. Declarants have been presented with no evidence and believe that none exists that the issue of decrease in the real value of the dollar did not come about until after the gold/silver backing of the Federal Reserve Note was completely withdrawn in 1968.

276. Declarants have been presented with no evidence and believe that none exists that it is an undisputed fact that,

> "*Federal Reserve notes are not redeemable in gold, silver or any other commodity, and receive no backing by anything This has been the case since 1933. The notes have no value for themselves, but for what they will buy. In another sense, because they are legal tender, Federal Reserve notes are "backed" by all the goods and services in the economy.*" (See **Exhibit**, United States Department of the Treasury, 'Currency'-'Legal Tender Status')

277. Declarants have been presented with no evidence and believe that none exists that "legal tender" by definition may include "lawful money of the United States" ("money of exchange"), but also includes other forms of "money of account" which are not lawful money of the United States and are not 'backed' by substance, or anything other than "faith and credit" or "faith in credit".  Money of account is based upon "credit banking" or "bank credits" and does not include "money of exchange" which expresses value in substance pursuant to Articl I, Section 10 of the Constitution.

278. Declarants have been presented with no evidence and believe that none exists, that "currency" is not more or less a generic term which commonly refers to paper "dollars", Federal Reserve Notes, which are expression of the United States' "Standard Currency Unit", which is a non-redeemable valueless instrument of indebtedness used as bankruptcy skrip for flow-through processing, discharge, and settlement of obligations of account, but which can never "pay" a debt in law.

279. Declarants have been presented with no evidence and believe that none exists that FRAUD does not vitiate all contracts. (U.S. v. Throckmorton, 98 U.S. 61, pg 65)

280. Declarants have been presented with no evidence and believe that none exists that the Internal Revenue Code does not define a  DEBT INSTRUMENT as a bond, debenture, note, or certificate or other evidence of indebtedness. IRC ' 1275

281. Declarants have been presented with no evidence and believe that none exists that the Internal Revenue Code does not lack any definition for the term "money", and that the courts have not concluded that "money" does not embrace bonds, debentures, notes, or other evidence of indebtedness. (Knox v. Lee, 12 Wall 552 and Bank of N.Y. v. New York County, 7 Wall 26.)

282. Declarants have been presented with no evidence and believe that none exists that in over nine-thousand pages of the Internal Revenue Code the term "income" has not been defined by Congress. (Eisner v. Macomber, 252 US 189, 206, and Ballard v. United States (1976 CA8), 535 F2d 400, 404.

283. Declarants have been presented with no evidence and believe that none exists that debts that are not redeemable are not valueless. (Ontario Bank v. Lighbody, 3 Wend. 101, and Eckart v. Burnet, 283 US 140, and Helvering v. Price, 309 US 409, and Gregory v. Helvering, 293 US 465, Putnam v. Commissioner, 352 U.S. 82 (1956), and Williams v. Commissioner, (1977) 429 U.S. 569.)

284. Declarants have been presented with no evidence and believe that none exists that debt instruments like the current Federal Reserve Notes which lack the ability of redemption cannot form the basis of a tax obligation under the Internal Revenue Code due to the diminished fair market value and irredeemable nature of said debt instruments in light of IRC ''1((f)93), (4), (5),; 63 (c) (4) and HJR-192.

285. Declarants have been presented with no evidence and believe that none exists that Federal Reserve Notes  obligate the U.S. Government or anybody else to pay the face value of said notes as plainly stated in the tender ledger on the face of said notes, which merely state: ***This note is legal tender for all debts public and private,*** which provides nothing more than a legal offer and nowhere on the entire face of the note is the 1950 Federal Reserve Note series redemption clause: ***redeemable in lawful money of the United States Treasury or at any Federal Reserve Bank,*** which clauses are specifically set forth under 12 U.S.C.A. §§§411, 152, and 354.

286. Declarants have been presented with no evidence and believe that none exists that the use of Federal Reserve Notes is not the "use of private credit". (Lewis v. United States, supra. and Westfall, Stewart & Co. v. Newell Braley, 10 Ohio 188, 191, 192. 75 Am. Dec. 509 (1859).

287. Declarants have been presented with no evidence and believe that none exists that the redemption clause above cited  does not obligate the U.S. Government or the Federal Reserve Bank System to pay the face amount in lawful money of exchange which is defined in Bouvier's Law Encyclopedia Dictionary as "gold and silver coin per Article I, Section 8, Clause 5 and Article I, Section 10, Paragraph 1, Clause 5 of the Constitution for the United States of America or its intrinsic equivalent. (Knox v. Lee, 12 Wall 552, and Bank of N.Y. v. New York County, 7 Wall 26)

288. Declarants have been presented with no evidence and believe that none exists that the current Federal Reserve Notes are in compliance with Title 12 U.S.C. §§§411. 152, and 354; and/or said another way,  that the Federal Reserve [Bank] System and the United States Treasury and the United States Congress, and the Department of Justice-Attorney General are not

fully aware that Federal Reserve Notes are not in compliance with standing settled U.S. laws and that Federal Reserve Notes are fully NOT IN COMPLIANCE and are in violation of U.S. laws.

289. Declarants have been presented with no evidence and believe that none exists that 12 U.S.C. §411 is not still good law and does not state in part. *"The said notes shall be obligations of the United States and shall be receivable at all national and member banks and Federal Reserve banks and for all taxes, customs, and other public dues. They shall be redeemable in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal reserve bank."*

290. Declarants have been presented with no evidence and believe that none exists that the specie of Federal Reserve Note which did have the necessary 'redemption clause' on face is now no longer in general or public circulation.

291. Declarants have been presented with no evidence and believe that none exists that there is not a clear distinction between a debt discharged and a debt paid. When discharged the debt still exists though divested of its character as a legal obligation during the operation of the discharge. (Stanek. White, 172 Minn. 390, 215 N.W. 784, (1927) Black's Law Dictionary Revised Fourth Edition page 550.

292. Declarants have been presented with no evidence and believe that none exists that are not merely "evidence of debt owed to the Federal Reserve Bank", and Federal Reserve Notes are not other than the first and paramount lien on all assets of such a bank (Title 12 §414), and as such are incompetent in the ability to extinguish any debt obligation.

293. Declarants have been presented with no evidence and believe that none exists that the Constitution for the United States of America does not state "a tender in payment of debts", whereas a "tender for all debts" is stated.

294. Declarants have been presented with no evidence and believe that none exists that payment does not constitute the delivery of money only, denominated dollars under the Coinage Act of April 4, 1792. Whereas Federal Reserve Notes were not an attempt by Congress to make dollars. (U.S. v. Ballard, 14 Wall. 457, 20 L. Ed. 845). Further, the legal tender acts do not attempt to make make paper a standard of value..., nor do we assert that Congress can make anything that has no value money...@ Knox v. Lee, 12 Wall 552. Emphasis added

295. Declarants have been presented with no evidence and believe that none exists that the mere discharging of worthless or irredeemable debt instruments somehow constitutes a "gain" or "profit".

296. **Declarants have been presented with no evidence and believe that none exists that the U.S. Supreme Court in <u>Williams v. Commissioner</u> supra, held that a debt cannot be taxed as income because a debt is something that may never be paid.**

297. **Declarants have been presented with no evidence and believe that none exists that current Federal Reserve Notes do not meet the meet the description and definition of a "note" as defined in the IRC §1275 as evidence of indebtedness and worthless security as defined in IRC §165(g).**

298. Declarants have been presented with no evidence and believe that none exists that it is not a legal impossibility to "pay a debt" with an instrument that is irredeemable or intrinsically worthless for the simple fact that one cannot pay debt with another debt due to the failure of consideration due in part to a lack of actual delivery of a thing of value. (Knox v. Lee, 12 Wall. 552)

299. Declarants have been presented with no evidence and believe that none exists that the law can require impossibilities.

300. Declarants affirm that being deprived of lawful money of the United States of America, as a result of the national bankruptcy stipulated in House Joint Resolution 192 on June 5, 1933 as indicated in Senate Report #93-549, Declarant denies and disclaims any voluntary participation or "election" to participate in any mercantile/maritime admiralty jurisdiction of Social Security Account in any venue of the Foreign Trade Zone of the federal corporate STATE OF NORTH CAROLINA or STATE OF WASHINGTON. (See IRC §4612(a)(4)(C), Title 19 U.S.C. §81a et seq.)

301. Declarants affirm that for all of the services performed and/or labor provided, they have never received anything of value in payment for said services as a direct result of HJR-192 that would constitute taxable income.

302. Declarants affirm that instead they have been forced to collect gross receipts of worthless instruments of indebtedness as defined under IRC §§165(g) 1275. R&TC §19312 that are in point of fact irredeemable under the mandate of Article I, Section 10, Paragraph 1, Clause 5 of the Constitution for the United States of America or under your 12 USCA §411 in conjunction with the herein cited sections of the IRC, Title 26 of the USC, which Title 26 has never been passed into positive law nor published in the Federal Register.

303. Declarants have been presented with no evidence and believe that none exists that **Internal Revenue Code, Section 6065, 'Verification of returns' does not state:** *"Except as otherwise provided by the Secretary, any return, declaration, statement, or other document required to be made under any provision of the internal revenue laws or regulations shall contain or be <u>verified by a written declaration that it is made under the penalties of perjury."</u>*

304. Declarants have been presented with no evidence and believe that none exists that in 1976 Public Law 94-455, Sec. 1906(a)(6), did not delete subsection (b) and delete the heading of subsection (a) effective 2 1 77; and or that prior to the deletion from print subsection (b) did not read as follows: "(b)Oath "The Secretary or his delegate may by regulations require that any return, statement, or other document required to be made under any provision of the internal revenue laws or regulations shall be verified by an oath. **This subsection shall not apply to returns and declarations with respect to income taxes made by individuals.**"

305. Declarants have been presented with no evidence and believe that none exists that neither the Social Security Administration nor the Internal Revenue Service ever informed me about these facts prior to signing fo rand accepting any fiduciary obligations or accepting any implied or compelled benefit as alleged beneficiary of any express or implied constructive [charitable] trust under said SSAN's of Declarant(s), which is unethical, unlawful, immoral, fraud, bad faith, unclean hands, fraud by inducement and misrepresentation, conspiracy, extortion, and wrongful conversion amongst many other things.

306. Declarants have bee presented with no evidence and believe that none exists that Peonage and involuntary servitude were not the intent of the owners of the Bank of England and other foreign powers of the the "Money Trust" all along, and that such conditions and degradation have befallen Americans since at least 1860, due to their lack of training or education in matters of law, commerce, and politics in general as well as due to prolonged periods of military duress and distraint heaped upon them as predictably as the rain; and that Peonage and involuntary servitude are not expressly prohibited under the 13th Amendment and R.S. §1990 [42 U.S.C. §1994], Clyatt v. United States (1905) 197 US 207, 49 L. Ed 726, 25 S Ct 429.; Bailey v. Alabamba (1911) 219 US 219, 55 L. Ed. 191, 31 S Ct 145.; United States v. Reynolds (1914) 235 US 133, 59 L Ed 162, 35 Ct 86; Taylor v. Georgia (1942) 315 US 25, 86 L Ed 615, 62 S Ct 415

307. Declarants have been presented with no evidence and believe that none exists that said AUSA Jill Rose has constitutional or congressional authority to prosecute the Declarants by way of a "skeletal indictment" that is completely void of the mandatory invocation of the commerce clause and implementing provisions by Congress addressing the issue of "venue" specifically stated on the face of charging instrument to justify the injection of the specifically limited subject matter jurisdiction of the Article IV territorial United States District Court into the North Carolina and Washington republic's venue.

308. Declarants have been presented with no evidence and believe that none exists that said AUSA Jill Rose has constitutional or congressional authority to prosecute the Declarants without providing clear evidence of a duty under the alleged criminal statutes by proper constitutional notice which constitutes a denial of due process.

309. Declarants have been presented with no evidence and believe that none exists that the United States Code and Code of Federal Regulations do not provide a remedy to the abrogation of the 'gold clause' by HJR-192, and that all state and federal statutes, including the Uniform Commercial Code acknowledge that "bills of exchange" and "bills of acceptance" are but one form of 'legal tender' which the federal reserve banks and national banks may accept in the due course of business.

310. Declarants have been presented with no evidence and believe that none exists that the making, issuing, and delivery of certain "bills of exchange" and/or "bills of acceptance" were not done in good faith, after long arduous period of self-study, and coming into reliance upon written determinations of judicial officers of both federal and state courts. (See Exhibits X , Sara Fugate Case Materials From District Court Case File; and ExhibitX, Jerry Williamson Case Materials From United States District Court File)

311. Declarants have been presented with no evidence and believe that none exists that Declarants cannot rely on the findings of judicial officers of the United States courts in making an informed and reasonably educated choice, pursuant to inherent rights under the Constitution, by statute and regulation, by the Uniform Commercial Code, and in context to HJR-192, to redeem the pledge(s) made against them and their property as American state nationals on the several states republic, by parties wholly unknown and having no agreement or legal or Constitutional authority or capacity to do so.

312. Declarants have been presented with no evidence and believe that none exists that there exists a prohibition against the making and issuing of a private credit instrument for bank credit purposes, and that private issue promissory notes are but one form of bank credit instruments which most every banker will accept to raise "money of account" .

313. Declarants have been presented with no evidence and believe that none exists that they did not make every deliberation and exercise due caution in the making and delivery of said instruments, and only after the face of the instrument had been carefully constructed to include a commercial disclaimer whereby if the instruments were deemed to be in violation of any law, or prohibited by law, the instruments were null and void *nunc pro tunc*, ie. VOID WHERE PROHBITED BY LAW.

314. Declarants have been presented with no evidence and believe that none exists that the instruments were not made and drawn correctly according to correct procedure provided to Declarants by the parties, Sara Fugate and Jerry Williamson.

315. Declarants have been presented with no evidence and believe that none exists that the Declarants did not study two books on the subject that were in print at the time ("The Commerce Game" and "Cracking the Code") amongst other literature to move with informed intent in good faith and to act in a manner wholly consistent with taking personal responsibility for their lives by attempting to discharge obligations at law which could not be paid with lawful money, and to issue private bank banker credit instruments on their status as Secured Creditors, Principals-in-fact, Holders-in-Equity, and source of "Prime Credit" or "Faith and Credit" to the United States and the States, whereby the "public debt" could be reduced and not expanded or increased by the face amount on their instruments as the FBI and others would lead the misinformed listener to believe.

316. Declarants have been presented with no evidence and believe that none exists that the redemption of the pledge against their lives and property is not but an expression of their fundamental right of self-survival, amongst other enumerated and reserved rights under the Constitution and the Bill of Rights. (Carter v. District of Columbia, March 2007)

317. Declarants have been presented with no evidence and believe that none exists that Declarants did not make every reasonable effort to address their concerns and conduct due diligence by giving formal administrative notice and demand for Proof of Claim and rebuttal to Attorney General, Roy Cooper, for the STATE OF NORTH CAROLINA to which the Attorney General failed or refused to respond on not less than three occasions; he last of which notice was conducted by a State of North Carolina Notary Public as disinterested third-party mail server who could act in official capacity to conduct formal "commercial protest" on documents and/or instruments of a commercial nature pursuant to U.C.C. 3-505(b), and then certify the administrative record accordingly as to any response. There was no response, and the subject as a matter of fact was certified and entered conclusively as a matter of default by non-response in the Haywood County Registry. (See **Exhibit** , Proof of Claim-Roy Cooper)

318. Declarants have been presented with no evidence and believe that none exists that Roy Cooper did not remain silent to certain commercial administrative presents, thereby tacitly agree to all the terms, conditions, and facts contained therein, and waive any right of protest, dispute, or objection in the future under the rule of *estoppel in pais*.

319. Declarants have been presented with no evidence and believe that none exists that pursuant to **Title 18, U.S.C. §8, does not define a Federal Reserve Note as an "obligation of the United States".**

320. Declarants have been presented with no evidence and believe that none exists that the Declarants were in violation of any United States law in the making of private negotiable "bank credit" instruments for protest, settlement, and discharge of a fictitious obligation affixed to them, or that they were attempting to create "new" "fictitious" obligations" of the United States. As a point in fact, Declarants have no evidence and believe that none exists that they were not doing just the opposite of creating new or fictitious obligations of the United States.

321. Declarants have received no evidence and believe that none exists, that they ever received or were delivered any thing of value in the commercial transactions for "bank credit", due to all of the foregoing, and because the entire monetary system operates only in debt and deals only with instruments of indebtedness ("bank credit"-having no substance), a debt and an obligation pre-exist the issuance of bank credit, which equates to no "equity" loaned in-fact, only indebtedness created and transferred for "flow through" transactional treatment for discharge of obligation(s), wherein no debt can ever be paid at law because a debt cannot "pay" a debt..

322. Declarants have received no evidence and believe that none exists that "bank credit" does not issue first from the fiduciary- creditor or depositor, and that any "borrower" on signature application for "bank credit" 'money [of account]', does not 'fund' the purported loan transaction by "originating" the funds on application and tender of a promise to pay; and/or that once delivered and accepted by the banker, the "borrower's" "consideration" is not then deposited, sold, hypothecated, or otherwise treated in a manner wholly unknown to the borrower. and wholly inconsistent with and in violation of Generally Accepted Accounting Principles (hereafter "GAAP") and all of the necessary requirements which must be present for consummation of a bona fide contract. Such transactions must fail simply on the absence of delivery of a good consideration, yet alone on the added elements of fraud, failure to make full disclosure of material facts, mutual consent, etc.

323. Declarants have received no evidence and believe that none exists that the two primary principles of GAAP are not in general described as : (1) "matching principle" (for every asset there must be a liability), and (2) "representational faithfulness" (for every book-entry of account there must be a real constructive event in support of both asset and liability book entries).

324. Declarants have received no evidence and believe that none exists that by a bank "lender" or "loan originator" not acknowledging the liability raised at the time of monetizing a loan application and/or promissory note. a constructive fraud arises whereby a new liability is created as a result of fraud and breach of fiduciary duty to make full disclosure and to comply with the rules of GAAP. (See **Exhibit** , Affidavit of Walker F. Todd)

325. Declarants have received no evidence and believe that none exists that in every event where they presumed to perform inside of a commercial 'loan agreement', they were as "borrower" not the "fiduciary-creditor-in-fact" and the "lender" was not the "fiduciary debtor-in-fact".

326. Declarants have received no evidence and believe that none exists that gives verifiable certainty that all of the foregoing is not true, correct, and reasonably complete general analysis of the "loan making" process under Generally Accepted Accounting Principles and the current thrust of "public policy" operating the "United States" in international bankruptcy under the admiralty-maritime Law of Nations.

327. Declarants have received no evidence and believe that none exists that the signer for the loan is not actually the creditor to the borrower, and the borrower is not a diverse and distinctly different 'person' than the signatory for the credit.

328. Declarants have received no evidence and believe that none exists that upon the federal bankruptcy of 1933 and suspension of our national monetary standard, a VOID was not created as a result, and that the VOID was ripe with potential to completely reform and reorganize the national government to operate the "United States" in "equitable receivership" in an implied trust or constructive trust; and/or that in a "resulting trust" or "implied trust", there are any terms of how and who is to administer the terms of the trust.

329. Declarants have received no evidence and believe that none exists that the United States has not been operating as a "resulting" or "implied trust" since around 1933, which is in the nature and cause for HJR-192 and Executive Order #6166 and all other Orders, Acts, etc. of that time.  Many of the other Executive Orders referenced in Executive Order #6166 can be found in the Appendix to Title 5, Administrative Procedures Act.

330. Declarants have received no evidence and believe that none exists that Executive Order #6166 does not reveal the real intent of the then "creditors" to the United States, conceived and implemented with military-style precision, to orchestrate the usurpation of the People and the national [Republican] form of government of the United States of America, and that the Order does not provide definitive terms by which the "pledge" against the People, their rights, interests, property, herediments, labor, and all productive means were to be disposed of, taken by "procurement", "warehoused", and "distributed" according to the terms of "administrating" the new "PUBLIC TRUST" under the new "PUBLIC POLICY", which replaced "PUBLIC LAW"; and that "public policy" is not now operating in contravention or suspension of the Constitution for the United States of America as "private law" having a commercial-admiralty-maritime-municipal-legislative-administrative-commutarian/communal law nature. (See **Exhibit**, Senator Harkins, "IRS Knowledge")

331. Declarants have received no evidence and believe that none exists that the Declarants do not have provisional remedies to the thrust effect of the "PUBLIC TRUST", and that those remedies would not be in-part found within the Trading With the Enemy Act of 1917 (hereafter "TWEA")-40 Stat. 411 as amended by 48 Stat. 1, and the Foreign, Sovereign, Immunities Act of 1976 (hereafter "FSIA")-of October 21, 1976, P.L. 94-583, and codified at 28 U.S.C. §1330 and §§1602 et seq. and 18 U.S.C. §§112, 1116.

332. Declarants have received no evidence and believe that none exists that Declarants are not American state nationals and Citizens of the United States of America by nativity, which is foreign to and outside the United States/District of Columbia: and that  the United States does not at all times presume, claim, and compel them to be "U.S. citizens" and residents' or "resident aliens", even to the extreme degrees of using brute force and armed assaults to compel silent assent to 'compliance' with the U.S. statutory-administrative scheme.

333. Declarants have received no evidence and believe that none exists that Executive Order #13037 does not mischaracterize and libel the Declarants by classifying them under the U.S. statutory-administrative scheme as "**human capital**", which is a predominantly commercial term which has legal meaning inside the Executive Order, and that said Order goes directly back to Executive Order #6166 of June 10, 1933 wherein "property" is to be "procured" to the Treasury Department, of which the Alien Property Custodian and the Procurement Division took possession of said property until later revisions were ordered.

334. Declarants have received no evidence and believe that none exists that Executive Order #6166 does not document numerous other Executive Orders of or around the same time, and that they jointly or severally do not work to fill the VOID of the 'resultant trust' or 'implied' 'constructive trust' to emerge and replace the Republic Union of American States with an undisclosed, secretive, power-hungry all-consuming "corporatism" where no man's 'individuality' is valued and no man's rights are valued above the lowest common denominator of the collective mass (general) population, otherwise called "democracy" or "socialism".

335. Declarants have received no evidence and believe that none exists that the Social Security Act of 1935 was not the constructive legislative act that pushed the people and the states into full-on socialism acting under or contiguous with the federalization or "corporatism" of the national government; and that as a result  of the nature of an  "implied trust", it can develop or devolve to become anything that those who hold power within or over it so determine.....even at further cost of the  inalienable rights that the Founders bled to provide the People as the Posterity.

336. Declarants have received no evidence and believe that none exists that the non-publication of the M3 'money supply' statistic by the present Federal Reserve System and Board of Directors is not other than a device intended to evade "full disclosure" "transparency" and actual accountability for how the United States Treasury and the Federal Reserve act on the implied trust to project best interests that are not those of the "nation", "people", or the "government".

337. Declarants have been presented with no evidence and believe that none exists that the Internal Revenue Service is not a foreign power acting inside the states of the United States of America on the people without legislative authority to do so.

338. Declarants have been presented with no evidence and believe that none exists that Treasury Delegation Order No. 91 does not expressly show that the IRS entered into a "Service Agreement" with the U.S. Treasury Department (See Public Law 94-564, Legislative History, pg. 5967), "Reorganization" (Bankruptcy) Plan No. 26) and that the Agency is not but an international paramilitary organization, and according to the Department of the Army Field Manual (1969) 41-10, pgs 1-4, Sec. 1-7 (b) & 1-6, Sec. 1-10 (7) (c)(1), and 22 USCA 284, does not include such activities as , "Assumption of full or partial executive, legislative, and judicial authority over a country or area."

339. Declarants have been presented with no evidence and believe that none exists that the IRS is not also an agency/member of a 169 nation pact called the International Criminal Police Organization, or INTERPOL, found at 22 USCA 263a; and that the Memorandum of Understanding (MOU), between the Secretary of the Treasury, aka the corporate governor of the "FUND" (International Monetary Fund) and the "BANK" (International Bank for Reconstruction and Development) does not express that the Attorney General and associates are soliciting and collecting information for foreign principals; the international organizations, corporations, and associations, exemplified by 22 USCA 286f.

340. Declarants have been presented with no evidence and believe that none exists that the 1994 U.S. Government Manual, page 390, does not state that the Attorney General is the permanent representative to INTERPOL, and the Secretary of the Treasury is the alternate, and that under Article 30 of the INTERPOL Constitution (a contract) these U.S. executive officers and "U.S. citizens" must expatriate their citizenship and allegiance to the sovereign nation from which they derive when coming into INTERPOL.

341. Declarants have been presented with no evidence and believe that none exists that IRS agents are not "Agents of a Foreign Principle" within the meaning and intent of the "Foreign Agents Registration Act of 1938" for private, not public, gain; and that the same legal standards would be applicable to anyone, including any elected, appointed, or commissioned "person" who has taken up "public service" having a fiduciary relationship to the People and the states of the United States of America; and that if any official or employee of the United States so elected, appointed, or commissioned holds dual capacity by way of oath and allegiance to a foreign power, they are without capacity to serve the public or national interests of the people and the states and the United States pursuant to Constitutional nexus of oath, bond, and commission. (See **Exhibit**, "Meet the IRS")

342. Declarants have been presented with no evidence and believe that none exists that the Attorney General and his entire Department of Justice, including the Office of U.S. Attorneys, Federal Bureau of Investigation et al, are not operating *ultra vires* by virtue of the fact that the chief executive officer of the entire Department of Justice is under oath and sworn allegiance to at least one trans-national foreign power, and possibly more.

343. Declarants have been presented with no evidence and believe that none exists that the U.S. Treasury was not significantly altered in 1921 in terms of its functional capacity and relationship to the "Government". (41 Stat. Ch 214 pg. 654)

344. Declarants have been presented with no evidence and believe that none exists that according to Presidential Documents (Volume 29-No.4 pg. 1113, 22 U.S.C. 285-288) do not express the fact that the United States Treasury is now the International Monetary Fund (IMF).

345. Declarants have been presented with no evidence and believe that none exists that the IMF is not an instrumentality and agency of the United Nations, and that the IRS is a not a function of the IMF, which is under control of the corporate Governor of the "Fund" and the "Bank"; and/or that the IRS and the Federal Reserve Bank System are not privately owned and operated under private statutes.

346. Declarants have been presented with no evidence and believe that none exists that the IRS operates under Constitution law or in the interest of the people and nation, but instead act exclusively for the interest of this country's foreign creditors.

347. Declarants have been presented with no evidence and believe that none exists that the national Constitution grants authority to Congress to delegate any authority by its tax collection power to a private corporation, which collects our 'federal' and 'state' taxes to pay to a private bank, the Federal Reserve, which then deposits the proceeds into the "Treasury" of the IMF.

348. Declarants have been presented with no evidence and believe that none exists that the IRS ever states that they collect taxes for the United States Department of the Treasury, but instead only ever refer to "Department of the Treasury" and/or

"the Treasury". which is an intentional act of obfuscation misrepresentation by non-disclosure as to the Principal of the IRS.

349. Declarants have been presented with no evidence and believe that none exists that the Declarants did not constructively intend delivery [by "flow through processing" visa vie the Secretary of the U.S. Treasury. who is also the Keeper-Executive Trustee of the U.S. Bankruptcy and corporate Governor of the IMF]. their "private banker" issued negotiable instruments for discharge of obligations of Account. held by the corporate Governor and "Secretary" of the "Treasury" of the IMF. and not for treatment of "drawing" down on U.S. Treasury funds on a U.S. Treasury Account.

350. Declarants have been presented with no evidence and believe that none exists that the Bills of Acceptance-Bills of Exchange made and issued by Declarants use any reference to the "U.S. Department of the Treasury" but instead only direct the instrument to the attention of the "Secretary of the Treasury" in keeping with standard "Department of the Treasury-IRS" commercial presentments to all purported "tax payers"; and that nowhere on any IRS notices does one ever find any word art using the name of the person of the "Secretary of the United States Treasury" or "U.S. Secretary of the Treasury" or "U.S. Department of the Treasury" for all of the foregoing reasons.

351. Declarants have been presented with no evidence and believe that none exists that the offer of performance and to contract by Andrew F. Romagnuolo and his co-conspirators is not but an "enforcement action" to administer admiralty assaults by "pains and penalties" and the it is being offered for international foreign interests outside the United States of America under authority of the Attorney General, and Secretary of the U.S. Treasury, who are allegiant only to the international bankers, international quasi-governmental or non-governmental agencies, which operate in commerce pursuant to admiralty-maritime and Uniform Commercial Cod for the benefit of the Money Trust, Crown, and undisclosed private and public creditors who control the now-defunct "three branches of government" visa vie FRAUD. (See **Exhibit**, "Fraud Cites")

352. Declarants have been presented with no evidence and believe that none exists that Declarants' tender performance of private negotiable instruments were ever returned for correction or "dishonor" with objection, which under the U.C.C. is "discharge of obligation" for failure to return the instrument timely for any reason, whether valid or invalid.

353. Declarants have been presented with no evidence and believe that none exists that the parties to whom Declarants tendered their private negotiable instruments were not fully aware of the fraudulent nature of the constructive "contract" for "bank credit" or "money of account" created by the bank "lender" for failure to disclose the liability due the original depositor on the delivery of consideration in the form of application and promissory note, and that such practices do not derive from the "top down" via "policy" and "procedure" disseminated from the parent corporation to all of its subsidiary corporations and all officers, agents, and employees thereof.

354. Declarants have been presented with no evidence and believe that none exists that every alleged obligation raised to any loan account of the Declarant(s) by any means of fraud or misrepresentation does not give rise to substantial injustice and 'injury-in-fact', compounded by the degree of intention to suppress or distort the facts and the Truth of the matter; and where something other than good faith and fair dealings is at work inside a transaction to the detriment of a party, the transaction is VOID and VOIDABLE on its face FOR LEGAL CAUSE, the purported contract "vitiated" due to FRAUD.

355. Declarants have been presented with no evidence and believe that none exists that their instruments were not intended for "flow-through" processing to the "Secretary of the Treasury" (IMF-IRS) and not to the U.S. Secretary of the Department of the Treasury.

356. Declarants have been presented with no evidence and believe that none exists that any "pledge" by any man or body of men against the Declarant(s) for any reason, including the intended purpose to convert them into a commercial "franchise" affixed or identified with a constructive trust, is not VOID FOR LEGAL CAUSE *nunc pro tunc.*

357. Declarants have been presented with no evidence and believe that none exists that failure to make full disclosure of the nature and cause of charges against them is not contrary to the 6th Amendment guarantee.

358. Declarants have been presented with no evidence and believe that none exists that Jill Rose as the government's attorney is in a peculiar and very definite sense the servant of Federal law, the twofold aim of which is that guilt shall not escape or innocence shall suffer, she may prosecute with earnestness and indeed with vigor. she should do so, but while she may strike hard blows, she is not at liberty to strike foul blows. it is as much her duty to refrain from improper convictions, as it is to use all legitimate means to bring about just convictions.

359. Declarants have been presented with no evidence and believe that none exists that pursuant to the 6th Amendment, an accused party is not to be afforded the right to know the venue, jurisdiction, parties of interest, right of action, cause of action upon which the action is based and under what substantive system of law the prosecuting entity and tribunal are operating under.

360. Declarants have been presented with no evidence and believe that none exists that all agents of the United States are ignorant of the fact that Chief Justice Howard Taft did not declare that United States District Court was a mere territorial court in the decision of Balzac v. Porto Rico (1922) 42 S.Ct. 343, 258 U.S. 298, 66 L.Ed. 627, at 258 U.S. 312).

361. Declarants have been presented with no evidence and believe that none exists all agents of the United States are ignorant of the fact that Justice Sutherland in the majority opinion in O'Donoghue v. United States, 289 US 516 (1932) *"held that territorial courts are "legislative" courts, created in virtue of the national sovereignty or under Art. IV. § 3, Cl. 2, of the Constitution, vesting in Congress and make all needful rules and regulations respecting the territory or other property belonging to the United States; and that they are not invested with any part of the judicial power defined in the third article of the Constitution." "... They are incapable of receiving it"* . . . The jurisdiction with which they are invested, is not a part of that judicial power which is defined in the 3d article of the Constitution, but is conferred by Congress, in the execution of those general powers which that body possesses over the territories of the United States.

362. Declarants have been presented with no evidence and believe that none exists that Declarants have not raised this foundational jurisdictional element challenge at any time in any of their presentments to the court.

363. Declarants have been presented with no evidence and believe that none exists that AGENT ANDY ROMAGNUOLO has not charged the Declarants with alleged statute violations, which statutes specifically pertain to territorial activities that are applicable to those residing in the District and territories exclusively as evident in the federal regulations promulgated for the application of said statutes listed by AGENT ANDY ROMAGNUOLO in the affidavit submitted to obtain the search warrant.

364. Declarants have been presented with no evidence and believe that none exists that AGENT ANDY ROMAGNUOLO has not failed to allege by affirmation and oath under penalties of perjury that the Declarants violated an activity or duty of the Declarants under the jurisdiction of the FBI, the IRS or the DOJ.

365. Declarants have been presented with no evidence and believe that none exists that after reviewing the regulations published by the Secretary of the Treasury (of Puerto Rico – See 27 CFR § 250.11), pertaining to Title 26 USC – Subtitle F in general, and §§ 7201 and 7206, one will not find that they are only *interpretative/procedural regulations* which do not have the "force and effect of the law" per Chrysler Corp. v Brown (1979, US) 60 L Ed 2d 208, 99 S Ct 1705, Joseph v United States Civil Service Com. (1977) 180 App DC 281, 554 F2d 1140.

366. Declarants have been presented with no evidence and believe that none exists that the regulations under Subtitle F can only be applied to taxes imposed on Alcohol, Tobacco and Firearms under Title 27 part 70 of the United States Code. These are Subtitle E (excise) taxes. Excise taxes are authorized to be enforced and collected only by the Bureau of Alcohol, Tobacco and Firearms (BATF) under Title 27 CFR, not the Internal Revenue Service under Title 26 CFR.

367. Declarants have been presented with no evidence and believe that none exists that Title 27 CFR is not a legislative progression of the former Bureau of Industrial Alcohol and Commissioner of Industrial Alcohol, and when abolished by Executive Order #6639 of March 10, 1934, the *"authority, rights, privileges, powers, and duties conferred and imposed by law on the Commissioner of Industrial Alcohol"* were not *"transferred to and held, exercised, and performed by the Commissioner of Internal Revenue, and his agents, and inspectors, under the direction of the Secretary of the Treasury."* (See Exhibit, Executive Order #6166)

368. Declarants have been presented with no evidence and believe that none exists that the entirety of the Bureau of Industrial Alcohol, including all papers, records, equipment, supplies, officers, agents, employees did not 'transfer' to the Bureau of Internal Revenue and that said officers, employees, agents transferred without change in classification or compensation.

369. Declarants have been presented with no evidence and believe that none exists that the repeal of "prohibition" by repeal of the unconstitutional 18th Amendment, did not cause to be created the National Prohibition Act, and that by the Act of May 27, 1930 (ch. 342, 46 Stat. 427) *"the authority, rights, privileges, powers, and duties conferred and imposed upon the Attorney General"* did not *"transfer...certain functions in the administration of the National Prohibition Act, to create a Bureau of Prohibition in the Department of Justice, and for other purposes."*

370. Declarants have been presented with no evidence and believe that none exists that the authorities, rights, powers etc. transferred to the Attorney General, [only] *"so far as they are required to, or may, be exercised and performed under existing law, are transferred to and shall be held, exercised, and performed by the Commissioner of Internal Revenue, and his assistants, agents, and inspectors, under the direction of the Secretary of the Treasury."*

371. Declarants have been presented with no evidence and believe that none exists that *"Executive Order 6639 of Mar. 10, 1934"* did not *"revoke Executive Order 6166 insofar as it was in conflict with the provisions of Executive Order 6639. Sec. 1(b) of Executive Order 6639",* and as a result Sec. 1(b) remained in effective free of conflict as follows, *"That the Commissioner of Internal Revenue, subject to the approval of the Secretary of the Treasury, shall prescribe all regulations*

*under the provisions of the National Prohibition Act, and all laws amendatory thereof or supplementary thereto, which were not rendered inoperative by the repeal of the eighteenth amendment,..."*

372. Declarants have been presented with no evidence and believe that none exists that *the Bureaus of Internal Revenue and of Industrial Alcohol of the Treasury Department were not consolidated in a Division of Internal Revenue, at the head of which shall be a Commissioner of Internal Revenue.*

373. Declarants have been presented with no evidence and believe that none exists that the Commissioner of Internal Revenue was not delegated full power and authority of the former Bureau of Internal Revenue and the former Bureau of Industrial Alcohol by operation of Executive Order 6166 and operation of the Bureau of Internal Revenue and the Division of Internal Revenue.

374. Declarants have been presented with no evidence and believe that none exists that the Department of Justice and the Division of Internal Revenue, also known as the Bureau of Internal Revenue, did not share delegation of authority for the enforcement and collection of certain types of federal taxes, and that the primary thrust of the tax collection and enforcement scheme is largely related to Alcohol, Tobacco, and Firearms, which is what the Bureau of Alcohol, Tobacco, and Firearms derives its authorities from.

375. Declarants have been presented with no evidence and believe that none exists that the Division of Internal Revenue, also known as the Bureau of Internal Revenue, was not "*re-designated as the Internal Revenue Service by Treasury Department order 6038 of Aug. 21, 1953 (18 FR 5120).*"

376. Declarants have been presented with no evidence and believe that none exists that the Internal Revenue Service has Constitutional or statutory authority to operate on the People of the States, who are not 'residents', 'aliens', 'U.S. citizens', 'U.S. persons' or 'personnel', and who are not engaged in a some taxable activity of privilege to 'engage in a trade or business' [meaning 'in the conduct or performance of a public office].

377. Declarants have been presented with no evidence and believe that none exists that pursuant to Treasury Delegation Order No. 92, the IRS is not trained under the direction of the Division of Human Resources United Nations (U.N.) and the Commissioner (INTERNATIONAL) by the Office of Personnel Management.

378. Declarants have been presented with no evidence and believe that none exists that in the 1979 edition of 22 USCA

379. Declarants have been presented with no evidence and believe that none exists that the provisions set forth in Executive Order #6166 of June 10, 1933, were not made and issued by then President and Commander-in-Chief, Franklin Delano Roosevelt just five days after the passing of HJR-192 on June 5, 1933 (now Public Law 73-10 and 59 S.Ct. 847 FN/3) AND approximately one month + a few days after the Conference of the Governors convened on March 6, 1933 wherein the Governors (State executive officers) resolved to accept federal "benefits" of "federal grants" offered to the States by the Federal United States as the "consideration" of a commercial agreement between themselves.

380. Declarants have been presented with no evidence and believe that none exists that the Conference of Governors of March 6, 1933 did not result in the "**pledge**" by the States of their "full faith and credit" and agreed to obey the dictates of Congress, and assume their portion of the National Debt or "public debt" collected as "your fair share" under the unlawful federal income tax scheme, and that this "**pledge**" did not novate or reaffirm the "**pledge**" given by the States at the time of the creation of the unconstitutional and wholly illegal private Federal Reserve Bank System of 1913.

381. Declarants have been presented with no evidence and believe that none exists that the "faith and credit" of the States was based upon the "faith in credit" of the People who were Citizens of the States.

382. Declarants have been presented with no evidence and believe that none exists that under the Bankruptcy of the United States, 1933, Executive Order #6166 as well as others, when combined with 'emergency' legislation' of Congress and the States, did not completely 'federalize' (franchise, incorporate) all functions of the national and state governments as well as the People into a new 'reorganized' 'government' wherein said 'government' has nothing to do with the People and the Union of the compact states under the compact U.S. Constitution for the United States of America. This is most apparent in review of the Appendix to Title 5 U.S.C..

383. Declarants have been presented with no evidence and believe that none exists that the Bankruptcy did not give rise to a new statutory-administrative scheme which emerged through a progression of legislative acts of Congress, Executive Orders, and equivalent thereof at the State level, a silent 'federalism'-'corporatism' quickly consumed the People and their Republican form of government with the appearance of 'constitutional democracy' with a twist of socialism.

384. Declarants have been presented with no evidence and believe that none exists that Title 26 CFR Part 1 does not pertain to Income Taxes of which there are no enforcement provisions in Part 1.

385. Declarants have been presented with no evidence and believe that none exists that the BATF does not receive its enforcement authority from the Under-secretary for Enforcement under the Department of the Treasury, whereas the IRS does not.

386. Declarants have been presented with no evidence and believe that none exists that the Department of the Treasury's own Organization chart published in the United States Government Manual of 1998-1999 on page 451 does not clearly indicate that the IRS is not listed as an agency bureau operating under the authority of the Undersecretary for Enforcement under the Department of the Treasury.

387. Declarants have been presented with no evidence and believe that none exists that any specific tax forms that may be referred to in any judicial proceeding against Declarants "accused" did not come directly from the Internal Revenue Service by U.S. Mail service.

388. Declarants have been presented with no evidence and believe that none exists that any specific tax forms designated OMB # 1545-0074 form 1040 sent by the IRS through the U.S. Mail service to the Declarants were not the wrong forms for the purpose of filing income taxes provided in IRC Title 26 USDC Subtitle A Part I, § 1 which taxes are implemented by Title 26 CFR Part 1.1-1 that provides in title 26 CFR Part 602.101-Office of Management and Budget Control Number Under the Paperwork Reduction Act, § 602.101(c) – Display provides that 26 CFR Part 1.1-1 OMB control no. is 1545-0067 which pertains to FOREIGN EARNED INCOME to be filled out on form 2555.

389. Declarants have been presented with no evidence and believe that none exists that foreign earned income is not derived from activities of a territorial nature as opposed to an intrastate activity.

390. Declarants have been presented with no evidence and believe that none exists that the IRS deliberately has not sent the Form 1040 through the U.S. Mail or made reference in demand notices thereof to the accused in violation of your mail fraud statutes for purposes of fraud, deceit creation of false-fraudulent securities, and unjust enrichment.

391. Declarants have been presented with no evidence and believe that none exists that AUSA Jill Rose, as an attorney and a federal prosecutor, is not presumed to have "superior knowledge of the law" along with Agent Andy Romognoulo, and have not been duly noticed of the erroneous application of title 18 USC § 341, 541, 1341 and Title 26 in the instant matters and have not refused to correct the record as required by the principles of good faith, clean hands, and fair dealing in the interest of justice.

392. Declarants have been presented with no evidence and believe that none exists that the most ineffective teacher is not a hypocrite and that silence is not equated with fraud. **U.S. v. Tweel**, (1977), 550 F 2d 297. Failure to answer is Silence. **"Silence can only be equated with fraud where there is a legal or moral duty to speak, or when an inquiry left unanswered would be intentionally misleading."**

393. Declarants have been presented with no evidence and believe that none exists that the Secretary of the Treasury (of Puerto Rico?) promulgated Title 26 CFR Part 1 and Part 602 which designate that Form 2555 is the only form required to be filled out and filed for Title 26 USC Subtitle A Pare I § 1 et seq. pertaining to individual income taxes.

394. Declarants have been presented with no evidence and believe that none exists that the source of authority and law for the payment and collection of the income tax does not originate in the Social Security Act of 1935, Section 801, that being a voluntary act to accept and utilize the said Social Security number and account. (See **Exhibit**, "Memorandum and Notice to Persons Demanding Social Security Number") and (See **Exhibit**, "Political Union or Political Chaos")

395. Declarants have been presented with no evidence and believe that none exists that appearing from all documentary evidence, the Internal Revenue Service Agents etc., were not created by an Act of Congress, and are not in fact "Agents of a Foreign Principal" (See "Foreign Agents Registration Act of 1938"), and that the IRS is not directed and controlled by the corporate "Governor" of "THE FUND" aka "Secretary of Treasury" (See: Public Law 94-564, pg. 5942, U.S. Government Manual 1990/91, pgs. 480-481, 26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, and the corporate "Governor" of "THE BANK" 22 USC 286 & 286a and 611(c), (ii) with the IRS acting as "information-service employees and have been and do "solicit, collect, disburse, or dispense contribution (Tax-pecuniary contribution, Black's Law, 5th Ed.) loans, money or other things of value for or in interest of such foreign principal, "THE FUND." (See **Exhibit**, "PUBLIC NOTICE" re: "IRS Identity and Principal of Interest")

396. Declarants have been presented with no evidence and believe that none exists that Henry M. Paulson, is not current Secretary of the Treasury while at the same time is not also the U.S. corporate Governor of the International Monetary Fund (Fund) and the International Bank for Reconstruction and Development (Bank) and receives no compensation from the United States but instead receives commissions from the Fund and the Bank.

397. Declarants have been presented with no evidence and believe that none exists that Congress has not declared the Bible to be the Word of God.

398. Declarants have been presented with no evidence and believe that none exists that the Bible does not teach that no man can serve two masters.... he will either love one and hate the other or he will despise one and cleave to the other.

399. Declarants have been presented with no evidence and believe that none exists that in light of the foregoing biblical premise that does not Henry M. Paulson hate and despise the United States of America, a constitutional republic.

400. Declarants have been presented with no evidence and believe that none exists that Henry M. Paulson, who is corporate Governor of the Fund and the Bank does not provide compensation for all federal officers, agents and employees of the federal government.

401. Declarants have been presented with no evidence and believe that none exist that Henry M. Paulson is not also alternate permanent member to INTERPOL and has disavowed national allegiance to the United States and the United States of America and operates solely as an unregistered Foreign Agent within the United States government.

402. Declarants have been presented with no evidence and believe that none exists that the Federal Reserve Banking System is the fiscal and depository agent for the Fund and the Bank.

403. Declarants have been presented with no evidence and believe that none exists that the Constitution of the United States of America secures to anyone the privilege of defrauding the public. **Easton v. Iowa**, 188 US 452 @ 454.

404. Declarants have been presented with no evidence and believe that none exists that on May 4, 1992, the honorable Congressman from Texas, Henry Gonzalez openly stated on the House floor that the Department of the Treasury and the Federal Reserve System are both insolvent.

405. Declarants have been presented with no evidence and believe that none exists that Henry Gonzalez did not further state on the House floor that "The dollar has lost about 60-plus percent of its value just since 1986, and against gold it is over 1,000 percent loss of value."

406. Declarants have been presented with no evidence and believe that none exists that a right of action cannot arise out of fraud or **nudum pactum**.

407. Declarants have been presented with no evidence and believe that none exists that Alberto Gonzales as Attorney General of the United States is not a permanent member of INTERPOL.

408. Declarants have been presented with no evidence and believe that none exists that the INTERPOL Constitution at Article 30 does not require all members of INERPOL to renounce their allegiance to their respective nation or state while a member of INTERPOL, and that if such allegiance is affirmed by the Attorney General and U.S. Treasury Secretary, they do not have an inherent conflict of interest in breach of national security and other relevant material issues of fact and law related thereto:

> *"In the exercise of their duties, the Secretary General and the staff shall neither solicit nor accept instructions from any government or authority outside the Organization. They shall abstain from any action which might be prejudicial to their international task."*

409. Declarants have been presented with no evidence and believe that none exists that Henry Paulson as Secretary of the Treasury is not the alternate member of INTERPOL.

410. Declarants have been presented with no evidence and believe that none exists that the Internal Revenue Service is not a member in a one hundred fifty (169) nation pact called the "International Criminal Police Organization" INTERPOL found at Title 22 USC 263a.

411. Declarants have been presented with no evidence and believe that none exists that the U.S. Attorney General and the U.S. Secretary of the Treasury have entered into an agreement to solicit and collect information for Foreign Principals and further, in certain cases said Attorney General and associates are directed by the said Secretary of the Treasury to represent the interests of the said Foreign Principal per 22 USC § 611 (c), (1) (iv). see also 26 USC § 7401.

412. Declarants have been presented with no evidence and believe that none exists that in Russell v. Allen, 107 U.S. 163; 27 Led. 397, the court did not find that *"the United States Government may be the trustee of a charitable trust"*, and that one certain way that this could be plausible and probable is in the event of national bankruptcy under 'equity receivership' subject to International Law of Nations, Chapter 11 proceedings; and/or that this hypothesis is not clearly described in the address of U.S. House of Representative James Traficant, Jr. from Ohio on March 17, 1994 , where he says in-part that "the receivers of the United States Bankruptcy are the International Bankers, via the United Nations, the World Bank, and the International Monetary Fund. All United States Offices, Officials, and Departments are now operating within a de facto status in name only under the Emergency and War Powers." Read and weep. (See **Exhibit**, Rep. James Traficant,

Jr., March 17, 1994. Address to the House of Representatives) and (See **Exhibit**, Rep Louis T. McFadden, June 10, 1932, Address to the House of Representatives)

413. Declarants have been presented with no evidence and believe that none exists that the Declarants cannot, should not, and do not have cause to rely on the written or spoken statements of fact and of law which the elected Representatives of the people may make on any subject which may be of national importance and of importance to the states and the people.

414. Declarants have been presented with no evidence and believe that none exists that if Alberto Gonzales as Attorney General of the United States Government is a permanent member of INTERPOL, it follows that his subordinates are required to register as agents of a foreign principal pursuant to 22 USC § 611-617 and a failure to file said "Foreign Agents Registration Statement" goes directly to the jurisdiction, and lack of standing to be before an Article III Court, and further is a felony pursuant to your own Title 18 USC §§ 219, 912, &951.

415. Declarants have been presented with no evidence and believe that none exists that one who suffers from a conflict of law interest or allegiance has no lawful standing to prosecute a cause of action in light of Biblical passage found at Luke 16:13 pertaining to **"NO MAN CAN SERVE TWO MASTERS."**

416. Declarants have been presented with no evidence and believe that none exists that the Supreme Court of the United States has not repeatedly declared that unless a department or agency is created by Congress, it **has no legitimate authority** per **Norton v. Shelby County** (1886), 118 US 425, 441 and **United States v. Germane**, (1879), 99 US 508.

417. Declarants have been presented with no evidence and believe that none exists that the FBI was not created by the Attorney General in 1908 and was not later specifically limited in its scope and authority pursuant to 28 USC 535 to investigating U.S. government officers and employees.

433. Declarants have been presented with no evidence and believe that none exists that constitutional restrictions and limitations were not applicable to the area of lands, enclaves, territories and possessions over which Congress had exclusive legislative authority. **Downes v. Bidwell**, 182 US 244.

434. Declarants have been presented with no evidence and believe that none exists that if there is not an interstate commerce nexus there can be no enforcement of IRC/Title 26 USC subject matter jurisdiction nor those Title 18 USC statues not published in the Federal Register.

435. Declarants have been presented with no evidence and believe that none exists that Declarants have previously made administrative demands on the IRS to prove on the administrative record that Form 2555 is not the proper form to fill out for IRC/Title 26 USC-Subtitle A – Part I, Section I income tax purposes pursuant to the regulation promulgated by the Secretary of the Treasury pursuant to 26 CFR Part 1.1-1 in light of 26 CFR Part 602.101(c). **Tweel** supra, **Norton v. Shelby County**, 118 US 425 (1886), 16 Am Jur 2d Constitutional Law § 256, to wit:

> "The general rule is that an unconstitutional statute, whether federal or state, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose; since unconstitutionality dates from the time of its enactment, and not merely from the date of the decision so branding it, and unconstitutional law, in legal contemplation, is as inoperative as if it had never been passed. Such a statute leaves the question that it purports to settle just as it would be had the statute not been enacted. No repeal of such an enactment is necessary".

436. Declarants have been presented with no evidence and believe that none exists that Agent Andy Romagnuolo ever provided proof of evidence on any record of this matter that the alleged crimes charged against the Declarants in any affidavit of probable cause occurred within the venue of exclusive legislative jurisdiction of Congress **as required** by Article I, Section 8, Clause 17, or Article IV, Section 3, Clause 2 in light of 40 USC § 255 wherein FRCrimP Rule 54(c) (now Rule 1) would apply regarding an Act of Congress, by which a federal court could acquire subject matter jurisdiction. **U.S. v. Bateman** supra, **U.S. v. Watkins**, 22 F. 2d 437 (1927), **People v. Brown** supra.

437. Declarants have been presented with no evidence and believe that none exists that the Supreme Court of the United States has not held, "Special provision is made in the constitution for the cession of jurisdiction from the states over places where the federal government shall establish forts or other military works. And it is only in these places, or in territories of the United States, where it can exercise a general jurisdiction." **New Orleans v. U.S.**, 35 (10 Pet., 737) 662 (1836)

438. Declarants have been presented with no evidence and believe that none exists that Agent Andy Romagnuolo in bad faith, has not said that he seeks to indict Declarants, without ever probing the material facts and law herein expressed on/for any administrative "investigatory" record that he, the FBI, THE IRS the DOJ or the USDC, Western Division of North Carolina, or Seattle ever had in personam or subject matter jurisdiction, even after being repeatedly challenged on this very issue.

439. Declarants have been presented with no evidence and believe that none exists that the Supreme Court of the United States has not held that "It is a well established principle of law that all federal legislation applies only with the territorial jurisdiction of the United States unless a contrary intent appears." **Foley Brothers, Inc. v. Filardo**, 336 US 281 (1948).

440. Declarants have been presented with no evidence and believe that none exists that said Agent Andy Romagnuolo's use of charging statues in the indictment against the accused do not evidence on the face of the search warrants or affidavit or probable cause any implementing regulations that authorized said statutes, public laws and or code sections to be applied outside the seat of the government per 4 USC § 71-72 and further, within the several States of the Union party to the Constitution for the United States.

441. Declarants have been presented with no evidence and believe that none exists that for federal tax purposes, the regulations govern and criminal penalties attach only upon violation of regulations promulgated by the Secretary; if the Secretary were to do nothing, the Act itself would impose no penalties on anyone. **California Bankers v. Schultz**, 41 US 21.

442. Declarants have been presented with no evidence and believe that none exists that Andrew F. Romagnuolo and Jill Rose do not have a duty to disclose these critical foundational facts and elements of law to the Grand Jury to "fully inform" them of the law and the facts to the detriment of the fundamental guarantee of constitutional due process of law for the accused.

443. Declarants have been presented with no evidence and believe that none exists that AUSA Jill Rose, as United States Attorney, in behalf of the United States, can initiate any criminal cause of action in North Carolina or Washington state without foundation in the well established constitutional criterion "that the incident occurred on federal land ceded to the federal government by a sovereign State pursuant to Article I, Section 8, Clause 17 or Article IV Section 3, Clause 2," and implemented by Title 40 USC § 255 in light of **Caha** and **Foley** cases supra.

444. Declarants have been presented with no evidence and believe that none exists that Judge Lacy Herman Thornburg or any USDC Court Judge, as United States District Court Judge, can preside over or adjudicate any criminal cause of action in North Carolina or Washington state without foundation in the well established constitutional criterion "that the incident occurred on federal land ceded to the federal government by a sovereign State pursuant to Article I, Section 8, Clause 17 or Article IV Section 3, Clause 2," and implemented by Title 40 USC § 255 in light of **Caha** and **Foley** cases supra.

445. Declarants have been presented with no evidence and believe that none exists that in any action with any Court, the true NATURE AND CAUSE of that action is that of BANKRUPTCY, and that the accused is not the TRUE DEBTOR in 'equity receivership' under administrative, executive, legislative, or judicial authority of any Trustee in Bankruptcy, or implied charitable constructive trust which may have crossed over the line of separation of powers between church and state.

446. Declarants have been presented with no evidence and believe that none exists that all criminal tax prosecutions are not essentially bills of attainder in light of the lack of a full disclosure by the prosecutor in a grand jury indictment, and that they are not all conducted under admiralty rules.

447. Declarants have been presented with no evidence and believe that none exists that Mark Everson and Donald Korb, while having "superior knowledge of the law" do not continue to maintain collection actions against the Declarants based upon mistakenly filed improper tax forms [now corrected] for U.S. Individual Income Tax Returns harmlessly executed by the accused under the premeditated disinformation of representatives of the IRS who sent false tax forms with instructions through the U.S. mail in violation of the mail fraud statutes. Declarants have provided Everson and Korb copies of corrected 1040NR tax returns which have never been rebutted or responded to by an agent of the IRS, and can only be deemed as accepted.

448. Declarants have been presented with no evidence and believe that none exists that generally speaking, judicial procedure for collection of the normal tax and Social Security-related legislation are not scattered through titles 5, 26, 31, 42, and other titles, when delinquent, the General Accounting Office, as general agent for the Treasury of the United States, is responsible for initiation of judicial proceedings, not the Internal Revenue Service, for enforcing the true taxing authority for Subtitles A and C and administrative and judicial sections in Subtitle F of Title 26, the Internal Revenue Code.

418. Declarants have been presented with no evidence and believe that none exists that the Affidavit of Probable Cause executed by Agent Andy Romagnuolo was made pursuant to 28 USC § 1746, and/or that the charges alleging violations of 18 USC 341, 514 and 1341 were sworn or affirmed by him **under penalty of perjury** making the subsequent Search Warrant issued by a Magistrate Judges defective, deficient, null and void.

419. Declarants have been presented with no evidence and believe that none exists that Agent Andy Romagnuolo is not aware of exculpatory evidence in the form of Judicial Orders in both state and federal court finding the use of Bills of Exchange legitimate in discharge and settlement of existing debt.

420. Declarants have been presented with no evidence and believe that none exists that Agent Andy Romagnuolo and any U.S. Attorney involved in review of investigative findings is not duty bound to take mandatory legal notice of all exculpatory evidence in every matter of fact and law that he/she investigates as well as present all exculpatory evidence to the DO, its agents, as well as the grand jury.

421. Declarants have been presented with no evidence and believe that none exists that citizens of the several states may not rely in good faith on the holdings of federal and state judicial officers.

422. Declarants have been presented with no evidence and believe that none exists that any citizen of the several states can be prosecuted for relying on the holdings and judicial orders of state and federal judicial officers.

423. Declarants have been presented with no evidence and believe that none exists that the People do not have a protected and guaranteed right under the First Article of Amendment to the Constitution of the United States to protest and demand redress of grievances as well as assemble against unlawful and unconstitutional acts of Congress and their resulting progeny in the form of the private banking cartel known as the Federal Reserve System.

424. Declarants have been presented with no evidence and believe that none exists that Agent Andy Romagnuolo is not engaging in malicious, tortuous, selective investigative activities intending to chill the rights and immunities of the citizenry with respect to their protestations against an unconstitutional and corrupt monetary system. (See **Exhibit**, "FBI-Dismantlement" Mission)

425. Declarants have been presented with no evidence and believe that none exists that Agent Andy Romagnuolo has not stated in Affidavit of Probable Cause that Declarants are attempting to discharge valid debt.

426. Declarants have been presented with no evidence and believe that none exists that Agent Andy Romagnuolo is not presumed to know the law.

427. Declarants have been presented with no evidence and believe that none exists that the Affidavit by Walker Todd, an assistant counsel for the Federal Reserve for over 20 years and expert witness for the United States government, does not clearly and lawfully set forth the fact that those engaged in consumer debt transactions as "borrowers" are not the fiduciary creditors in fact and that the purported lender is not the fiduciary debtor in fact. (See **Exhibit**, Walker Todd Affidavit)

428. Declarants have been presented with no evidence and believe that none exists that Walker Todd's affidavit does not establish that the alleged lender fails to deliver any valuable consideration for the "borrowers" signature on the application and promissory note or any security interest thereon.

429. Declarants have been presented with no evidence and believe that none exists that in fact and in law, Declarants attempt to discharge and settle records of account via ***flow-through*** presentment to the U.S. Secretary of the Treasury [Trustee for the Bankruptcy of the United States], for further forward by him to the Secretary of the Treasury by virtue of having direct access is not a more than proper and necessary function of the U.S. Treasury Secretary's duties and has been found to be just that in **Bank One v Ward** and **U.S. v Williamson**. (See **Exhibits X and XX**)

430. Declarants have been presented with no evidence and believe that none exists that Agent Andy Romagnuolo's threats of imminent indictment in total disregard for the fact of Declarants' reliance on the prior judicial orders of state and federal judicial officers does not constitute extortion, false claims, creating false impression and false liability, false securities, mixed war, and a protection racquet for the benefit of private domestic and international banking interests as well as for his peers and superiors.

431. Declarants have been presented with no evidence and believe that none exists that there is not documentation on the Internet that supports the premise that the Revolutionary War and the Civil War were both perpetrated by elaborate constructive frauds on the American People.

432. Declarants have been presented with no evidence and believe that none exists that the Declarants have not previously alleged on various administrative and judicial records that all Federal Judges, Congressmen, U.S. Attorneys, State Judges, Legislators and most attorneys know about the fraud of the Revolutionary War and are in fact British agents operating in 'proxy' for their foreign principal(s), and this allegation has not been denied on the record by or of the Court which is equated with tacit agreement and admission.

433. Declarants have been presented with no evidence and believe that none exists that the function of all lawyers/agents of the foreign principal is not to keep the people in line and make them be productive (economic) subjects for which they, the agents, are greatly compensated for, through taxation on the American people by various unregistered foreign agents masquerading as government personnel of the United States and each state governments.

434. Declarants have been presented with no evidence and believe that none exists that the Declarants have not squarely challenged the jurisdiction of the court by stating in a previous notice to the court that they are a subject of Great Britain, that they are a party to the Constitution of the United States and that the Laws, Statutes, and the privately copyrighted Codes relied upon by the FBI, IRS and DOJ do or could lawfully apply to the Declarants.

435. Declarants have been presented with no evidence and believe that none exists that demand was not made upon Agent Andy Romagnuolo to prove that the Constitution of the United States and that the Laws, Statutes and the privately copyrighted Codes relied upon by the FBI, IRS and DOJ may be lawfully applied to the Declarants.

436. Declarants have been presented with no evidence and believe that none exists that the Declarant Michael Hannigan has not executed on October 10, 2003 an TRUTH AFFIDAVIT pertaining to the Bankruptcy of the United States of 1933, and recorded same on the public record via Haywood County Register of Deeds at Bk. 576 and Pg. 1147, as well as entered and tendered it as an offer of proof of evidence inside a Chapter 7 Bankruptcy proceeding in late 2004 in the United States Bankruptcy Court, Western District of North Carolina, Asheville Division, and that said Affidavit is not self authenticating evidence under the rules of evidence or has ever been refuted, objected to, or rebutted. (See **Exhibit**, Truth Affidavit re: Bankruptcy of the United States, 1933)

437. Declarants have been presented with no evidence and believe that none exists that Agent Andy Romagnuolo, the DOJ and IRS have not been served with evidence of the freely chosen political status of of the Declarants, such evidence not having been rebutted by said recipients, and therefore does not act as an equitable- legal estoppel [in pais] against Agent Andy Ronagnuolo, the DOJ and IRS from claiming *in personam* jurisdiction, and that Affaints are "U.S. residents", "U.S. taxpayers", "U.S. citizens", "persons", "individuals", "employees", "officers", "officials", "agents", "fiduciaries" or "beneficiaries", or proxy for/of the United States, engaged in a "trade or business", receiving any federal benefits or are entitled to same.

438. Declarants have been presented with no evidence and believe that none exists that Declarants have not raised the question regarding the status of the United States District Court in its relation to the Constitution, namely is it an Article IV court or an Article III court given the fact that **Balzac v. Porto Rico** and other Supreme Court decisions have declared that USDC was a territorial court incapable of exercising Article III powers and Judge Thornburg has failed to respond to this legitimate challenge to the subject matter jurisdiction of the court, much to the detriment and injury-in-fact bearing down on Declarants due to threat of impending indictment.

439. Declarants have been presented with no evidence and believe that none exists that when the accused raised constitutional issues to the attention of either the court or Agent Andy Romagnuolo the universal retort has always been, "this is a frivolous matter."

440. Declarants have been presented with no evidence and believe that none exists that Agent Andy Romagnuolo, the USDC Judges, the U.S. Attorney and the IRS do not have authority to ignore, circumvent or disregard in totality, the following Supreme Court authorities upholding the clear intent of Congress in order to decimate constitutional guarantees and to advance political and personal ambitions of the government's elected and appointed representatives: **Slaughter-House Cases**, 83 U.S. 36; **United States v. DeWitt**, 76, US 41; **Gibbons v. Ogden**, 22 US 1; **Keller v. United States**, 213 US 138; US 336 (1818); **Maine v. Thiboutot**, 100 S. Ct. 2502; **Caha v. United States**, 152 US 357, 29 S CDt 511 (1909); **United States v. Jin Fuey Moy**, 241 US 394, 36 S Ct. 658 (1916); **United States v. Bowman**, 260 US 94, 97, 98 43 S Ct 39 (1922); **Linder v. United States**, 268 US 5, (1925); **Nigro v. United States**, 48 S. Ct. 388 (1927); **Blockburger v. United States**, 284 US 299, 304 (1931); **Blackmer v. United States**, 284 US 421, 437, 52 S Ct 252 (1932; **A.L.A. Schecter Poultry Corp. v. United States**, 295 US 495, 55 S Ct. 837 (1935); **Puerto Rico v. Shell Company**, 302 US 253, 82 L Ed 235, 58 S Ct 167; **Oklahoma ex rel. Phillips v. Guy F. Atkinson Co.,** 313 US 508, 534, 85 L Ed 1487, 61 S Ct. 1050 (1941); **United States v. Darby**, 312 US 100, 124, 85 L. Ed. 609, 61 S Ct. 451, 132 ALR 1430 (1941); **Adams v. United States**, 317 US 312 (1943); **United States v. Oregon**, 366 US 643, 649, 6 L Ed 552, 66 S Ct. 438, (1946); **Foley Brothers v. Filargo**, 336 US 281 (1949); **United States v. Spelar**, 338 US 217, 222, 70 S Ct. 10 (1949); **Cohens v. Virginia**, 6 Wheat. (19 US) 264, 404 (1821); **United States v. Fox**, 95 US 670, 672 (1877).

441. Declarants have been presented with no evidence and believe that none exists that the allegations in the Affidavit of Probable Cause are grounded in total *dolus malus* of trickery, deceit and innuendos outside of proper territorial jurisdiction totally lacking constitutional venue or law. (See **Exhibit**, Fraud Cites)

442. Declarants have been presented with no evidence and believe that none exists that the Declarants have not challenged subject matter jurisdiction of the USDC court and demanded that the issue of subject matter jurisdiction be addressed immediately in light of the decision of **Maine v. Thiboutot** and the other cases which have held: **"Once jurisdiction is challenged, it must be proven."**

443. Declarants have been presented with no evidence and believe that none exists that the Declarants "accused" maintain that the USDC at Asheville, North Carolina and **USDC** at Washington has no jurisdictional authority to hear any cause which pertains to alleged incidents that the FBI and U.S. Attorney Office cannot but admit occurred in/on North Carolina and Washington and not in the District of Columbia, a territory, enclave, or possession of United States. FRCrimP – Rule 54(c) (now Rule 1).

444. Declarants have been presented with no evidence and believe that none exists that the Supreme Court of the United States has not held, "It is well established that the federal government may acquire property within the boundaries of a state for governmental use but, as a general rule, in order to deprive the state courts of jurisdiction over it there must be a surrender of jurisdiction by the state and an acceptance of jurisdiction by the United States." See **Fort Leavenworth R. Co. v.**

**Lowe**, 114 U.S. 525 (5 S.Ct. 995, 29 L.Ed.264): **United States v. Watkins**, 22 F.2d 437: **People v. Mouse**, 203 Cal. 782 (265 P. 944) **People v. Brown** (1945) 69 Cal.App. 2d 602, 159 P.2d 686.

445. Declarants have been presented with no evidence and believe that none exists that the Supreme Court has not held that all federal "legislation applies only with the territorial jurisdiction of the United States unless a contrary intent appears," **Caha** supra.

446. Declarants have been presented with no evidence and believe that none exists that Titles 3, 18, 26, or 28 of the United States Code have subject matter jurisdictional application within the venue of any one of the several states party to the Constitution of the United States absent the nexus of interstate or foreign commerce as evident by the lack of it being mentioned in the Affidavit of Probable Cause.

447. Declarants have been presented with no evidence and believe that none exists that your own Supreme Court stated in Carter v. Carter, 298 US 238, 56 S Ct 855 (1936) as follows:

> *"One who produces or manufactures a commodity, subsequently sold and shipped by him in interstate commerce, whether such sale and shipment were originally intended or not, has engaged in two distinct and separate activities. So far as he produces or manufactures a commodity, his business is purely local. So far as he sells and ships, or contracts to sell and ship, the commodity to customers in another state, he engages in interstate commerce. In respect to the former, he is subject only to regulation by the state; in respect to the latter, to regulation only by the federal government," Id., at 303.*

448. Declarants have been presented with no evidence and believe that none exists that Congress does not simply lack the constitutional power to penalize for any alleged violation that occurred intrastate. United States v. Jin Fuey Moy, 241 US 394, 36 S Ct 658 (1916).

449. Declarants have been presented with no evidence and believe that none exists that the moving party does not have a mandatory duty to do one of two things: namely, prove up jurisdiction or abandon his claim and abate the charges against the Declarants.

450. Declarants have been presented with no evidence and believe that none exists that Declarants have not respectfully reminded the court of its duty and Lacy Thornburg as a judge under oath to protect against any encroachment of constitutionally guaranteed rights under the law. **Boyd v. U.S.,** 116 US 616.

451. Declarants have been presented with no evidence and believe that none exists that an apparent circumvention of the due process of law protection of both the Fifth and Sixth Amendments, Fourth Article of Amendment protection against unreasonable searches and seizures, Mail Fraud by alleged government personnel, excess of jurisdiction, making a false affidavit by Agent Andy Romagnuolo, operating under the color of law, has not taken place in this instant case and is not cause for loss of any immunity that he might otherwise have had standing to invoke.

452. Declarants have been presented with no evidence and believe that none exists that is was and is not the duty of the court to order the moving party, in this case AUSA Jill Rose, to respond to the prior foundational challenge of the jurisdiction of the court in the instant matter and has failed to do so.

453. Declarants have been presented with no evidence and believe that none exists that the moving parties in the instant matter have not failed to comply with well-established law of American due process demanding full disclosure regarding criminal law's application.

454. Declarants have been presented with no evidence and believe that none exists that a plea bargain agreement established under false and deceptive grounds is not void for lack of informed consent and mutuality of agreement as a direct result of a deliberate denial of full disclosure of every material fact surrounding said agreement.

455. Declarants have been presented with no evidence and believe that none exists that the Supreme Court of the United States has not held that **"Fraud vitiates the most solemn Contracts, documents and even judgments." U.S. vs. Throckmorton, 98 U.S. 61, @65.**

456. Declarants have been presented with no evidence and believe that none exists that it is a general rule that an officer – executive, administrative, quasi-judicial, ministerial, or otherwise – who acts outside the scope of his jurisdiction and without authorization of law may thereby not render himself amendable to personal liability.

457. Declarants are not members of any of the groups specifically exempted from the requirement for enforcement statutes and implementing regulations listed below:

A. A military or foreign affairs function of the United States. 5 U.S.C. §553(a)(1).

B. A matter relating to agency management or personnel or to public property, loans, grants, benefits, or contracts. 5 U.S.C. §553(a)(2).

C.  Federal agencies or persons in their capacity as officers, agents, or employees thereof. 44 U.S.C. §1505(a)(1).

458. Declarants are over the age of 18.

459. Declarants have been presented with no evidence and believe that none exists that they are not nationals citizens of the North Carolina Republic and Washington Republic (but NOT the *federal* or *corporate* "State of" North Carolina or Washington).

460. Declarants have been presented with no evidence and believe that none exists that they are not constitutional "citizen(s) of the United States *of America*" and an "American citizen" as referred to in 1 Stat. 477.

461. Declarants have been presented with no evidence and believe that none exists that they are a *statutory* "citizen of the United States" as defined by 8 U.S.C. § 1401 and 26 CFR §1.1-1(c ) and in 26 CFR §1.1-1(c ). Because he is not a "citizen" within the meaning of federal statutory law, he has not waived sovereign immunity pursuant to 28 U.S.C. §1603(b)(3).

462. Declarants have been presented with no evidence and believe that none exists Declarants are involved in any revenue taxable activity as defined in the Internal Revenue Code Subtitles A or C.

463. Declarants have been presented with no evidence and believe that none exists that Declarants have ever been involved in any "Trade or Business". A "trade or business" is defined in 26 U.S.C. §7701(a)(26) as "the functions of a public office". Therefore, he has not knowingly or consensually connected any of his property or earnings to a "public purpose" and does not participate voluntarily in said excise taxable "franchise" or "public right".

464. Declarants have been presented with no evidence and believe that none exists that they are not all nonresident aliens, and not in receipt of any government payments originating from the United States government as identified in 26 U.S.C. §871(a).

465. Declarants have been presented with no evidence and believe that none exists that they  maintain a domicile on federal territory over which Congress has exclusive legislative jurisdiction relative to the Internal Revenue Code (IRC) or Article I, Section 8, Clause 17 of the United States Constitution. All authority to impose an income tax derives from domicile on federal territory:

> ***"Thus, the Court has frequently held that domicile or residence, more substantial than mere presence in transit or sojourn, is an adequate basis for taxation, including income, property, and death taxes***. Since the Fourteenth Amendment makes one a citizen of the state wherein he resides, ***the fact of residence creates universally reciprocal duties of protection by the state and of allegiance and support by the citizen. The latter obviously includes a duty to pay taxes, and their nature and measure is largely a political matter***. Of course, the situs of property may tax it regardless of the citizenship, domicile, or residence of the owner, the most obvious illustration being a tax on realty laid by the state in which the realty is located."*

*[Miller Brothers Co. v. Maryland, 347 U.S. 340 (1954)]*

466. Declarants have been presented with no evidence and believe that none exists that, as "nontaxpayer(s)" not engaged in the "trade or business" franchise, with no earnings from within the "United States", and not subject to any provision within the Internal Revenue Code, Declarants are subject to the Federal income tax in accordance to 26 C.F.R. §1.872-2(f ) or 26 CFR §1-1(a)(1) nor are they subject to the plenary jurisdiction of Congress pursuant to clause 2, section 3, article 4, of the Constitution.

467. Declarants have been presented with no evidence and believe that none exists that they are NOT **the** "Person" as defined by 26 U.S.C. §7343, who is an officer or employee of a federal entity with a fiduciary duty as a "transferee" over public funds and property pursuant to 26 U.S.C. §§6901-6903. Note that he is "a person" in a general sense but he is not **THE** person identified in 26 U.S.C. §7343, which is the "person" against whom the criminal provisions of the private/special law codified in the Internal Revenue Code apply and title 18 apply.

468. Declarants have been presented with no evidence and believe that none exists that Declarants at no time have ever contemplated giving up or knowingly surrendered any of their inherent and substantive rights as a white state Citizen (see 42 U.S.C. § 1982) by becoming a federal *statutory* "citizen of the United States"; which are those citizens which have only civil rights granted statutorily to them by Congress.

469. Declarants have been presented with no evidence and believe that none exists that Declarants are "resident(s) of the United States" as "United States" and "State" are defined in 26 U.S.C. § 7701(a)(9) and (10) or a "resident" as defined in 26 U.S.C. §7701(b)(1)(A).

470. Declarants have been presented with no evidence and believe that none exists that Affiants have been unable to find any delegation of authority issued by Congress to the Secretary of the United States Treasury (Secretary) and from the Secretary to the Commissioner of the Internal Revenue Service (Commissioner) which "expressly" authorizes and extends the jurisdiction of the Commissioner beyond the borders of "the District of Columbia" as mandated in 4 U.S.C. § 72 and as defined in 26 U.S.C. § 7701(9) and (10).

471. Declarants have been presented with no evidence and believe that none exists that Declarants have been unable to find any delegation of authority issued by Congress to the Department of Justice (DOJ) which "expressly" authorizes and extends the jurisdiction of the DOJ beyond the borders of "the District of Columbia" as mandated in 4 U.S.C. § 72 and as defined in 26 U.S.C. § 7701(a)(9) and (a)(10).

472. Declarants have been presented with no evidence and believe that none exists that Declarants have been unable to find any delegation of authority issued by Congress to the Department of Justice (DOJ) which "expressly" authorizes and extends the jurisdiction of the FBI beyond the borders of "the District of Columbia" as mandated in 4 U.S.C. § 72 and as defined in 28 U.S.C. § 535(a)(1) and (b).

473. Declarants have been presented with no evidence and believe that none exists that Declarants have been unable to find any delegation of authority issued by Congress to the Department of Justice (DOJ) which "expressly" authorizes the DOJ to represent IRS Agents or FBI agents in their individual capacity when they have ACTED beyond the scope of their authority under color of law.

474. Declarants have been presented with no evidence and believe that none exists that Affiants do not assert that Agent Andrew Romagnuolo and the Court have a fiduciary duty to produce a positive law statute enacted by Congress which "expressly" delegates authority to the IRS, the FBI, the Secretary, and the DOJ to administer and enforce internal revenue laws or title 18 statutes outside "the District of Columbia" as mandated by 4 U.S.C. § 72; and/or that the failure of Agent Andrew Romagnuolo and the Court to produce such a statute does not constitute an equitable *estoppel* against Agent Andrew Romagnuolo and the Court in this case which mandates that this case be dismissed for lack of subject matter jurisdiction and that all property be returned immediately.

475. Declarants have been presented with no evidence and believe that none exists that Declarants have not reserved all rights at all times, and have as such never willingly or knowingly waived any of our substantive rights nor in any way have Declarants willingly or knowingly consented to the jurisdiction of the Secretary, the Commissioner or the IRS, the FBI or DOJ with regard to Federal Income Taxes, Federal Criminal statues which are commercial in nature or the authority of Magistrate Judges exercising territorial powers only, by any fiduciary or non-fiduciary type contract with the United States, the Commissioner, the IRS or the FBI, CIA, TSA, Homeland Security (or anyone or any other entity for that matter) which would require any particular performance from Declarants with regard to private Federal statutory law.

476. Under the penalty of perjury, we declare that we have examined the facts stated in this affidavit, including the accompanying documents and exhibits, and, to the best of our knowledge and belief, they are true and correct.

# 3. ARGUMENT

1. The subsections following identify all of the legal arguments supporting this Constructive Notice and Demand.

## *3.1   The FBI Has No Enforcement Authority for Criminal Provisions Sought to be Enforced*

1. The FBI through Agent Andrew Romagnuolo (hereinafter FBI) has not met the burden of proof imposed upon him to demonstrate that the enforcement provisions of the Federal Register Act, 44 U.S.C. §150¹ et. seq. and the Administrative Procedures Act, 5 U.S.C. §551 et. seq. have been satisfied in the case of the statutes cited as authority by the FBI, being 18 U.S.C. §371, 18 U.S.C. §541 and 18 USC §1341. The reasons are set forth in the following subsections.

### 3.1.1   Federal Register Publication is MANDATORY Except in the case of Specifically Exempted Groups

1. The Federal Register Act, 44 U.S.C. §1505(a)(1) legally mandates that all laws "having general applicability and legal effect" MUST be published in the Federal Register. The Federal Register Act also stipulates that all laws which prescribe a penalty have "general applicability and legal effect".

> ### *TITLE 44 > CHAPTER 15 > § 1505*
>
> *§ 1505. Documents to be published in Federal Register*
>
> *(a) Proclamations and Executive Orders; Documents Having General Applicability and Legal Effect; Documents Required To Be Published by Congress. There shall be published in the Federal Register—*

*(1) Presidential proclamations and Executive orders, **except those not having general applicability and legal effect or effective only against Federal agencies or persons in their capacity as officers, agents, or employees thereof;***

*(2) documents or classes of documents that the President may determine from time to time have general applicability and legal effect; and*

*(3) documents or classes of documents that may be required so to be published by Act of Congress.*

***For the purposes of this chapter every document or order which prescribes a penalty has general applicability and legal effect.***

2. Note that the only exception to the above is that of:

    *"Federal agencies or persons in their capacity as officers, agents, or employees thereof".*

3. The statutes that are the basis of the FBI's claims are enforcement statutes which adversely affect the rights of the Declarants and which prescribe a penalty. Therefore, such an action would have "general applicability and legal affect" and prescribe a penalty as described above in 44 U.S.C. §1505(a)(1) of the Federal Register Act.

4. The requirement for publication in the Federal Register originates from the Constitutional Requirement for "due process or law", which requires "notice and comment" by all parties affected before *any part* of the new or revised statute or regulation may be enforced or adversely affect the constitutional rights of the parties, To wit:

    A. <u>5 U.S.C. §553(b)(A)</u>: Requires that "rules", which in fact are "regulations", must be noticed to the general public.

        *TITLE 5 > PART I > CHAPTER 5 > SUBCHAPTER II > § 553*

        *§ 553. Rule making*

        *(b) **General notice of proposed rule making shall be published in the Federal Register, unless persons subject thereto are named and either personally served or otherwise have actual notice thereof in accordance with law.** The notice shall include—*

        *(1) a statement of the time, place, and nature of public rule making proceedings;*

        *(2) reference to the legal authority under which the rule is proposed; and*

        *(3) either the terms or substance of the proposed rule or a description of the subjects and issues involved.*

        *Except when notice or hearing is required by statute, this subsection does not apply—*

        *(A) to interpretative rules, general statements of policy, or rules of agency organization, procedure, or practice; or*

        *(B) when the agency for good cause finds (and incorporates the finding and a brief statement of reasons therefor in the rules issued) that notice and public procedure thereon are impracticable, unnecessary, or contrary to the public interest.*

    B. The U.S. Supreme Court has ruled that a fundamental element of "procedural due process" is "due notice". This due notice to the "general public" occurs through publication in the Federal Register. For proof of this fact, see:

        i. *Stanley v. Illinois*, 405 U.S. 645 (1972).

        ii. *Powell v. Alabama*, 287 U.S. 45 (1932)

            *"**It never has been doubted by this court, or any other, so far as we know, that notice and hearing are preliminary steps essential to the passing of an enforceable judgment,** and that they, together with a legally competent tribunal having jurisdiction of the case, constitute basic elements of the constitutional requirement of due process of law. The words of Webster, so often quoted, that, by "the law of the land" is intended "a law which hears before it condemns" have been repeated in varying forms of expression in a multitude of decisions. In Holden v. Hardy, 169 U.S. 366, 389, the necessity of due notice and an opportunity of being heard is described as among the "immutable principles of justice which inhere in the very idea of free government which no member of the Union may disregard." And Mr. Justice Field, in an earlier case, Galpin v. Page, 18 Wall. 350, 368-369, said that the rule that no one shall be personally bound until he has had his day in court was as old as the law, and it meant that he must be cited to appear and afforded an opportunity to be heard.*

*Judgment without such citation and opportunity wants all the attributes of a judicial determination; it is judicial usurpation and oppression, and never can be upheld where justice is justly administered."*

*[Powell v. Alabama, 287 U.S. 45 (1932)]*

iii.  Holden v. Hardy, 169 U.S. 366 (1898):

*"It is sufficient to say that there are certain immutable principles of justice which inhere in the very idea of free government which no member of the Union may disregard, as that <u>no man shall be condemned in his person or property without due notice and an opportunity of being heard in his own defense."</u>*

C.  *Administrative Law and Process in a Nutshell*, Ernest Gellhorn, 1990, West Publishing, p. 302:

2. Binding and nonbinding rules.  The most important and familiar type of rule is the *legislative* rule (sometimes called a substantive rule).  It has several distinctive characteristics.  It has "the force and effect of law" and is always "rooted in a grant of [quasi-legislative] power by the Congress."  Chrysler Corp. v. Brown, 441 U.S. 281, 302 (1979).  A valid legislative rule conclusively settles the matters it addresses, at least at the administrative level.  Of course, to say that such a rule has "the force and effect of law" does not mean that it is immune from judicial review; courts can entertain challenges to the rule on various grounds. [. . .]  It does mean, however, that unless the rule is overturned by a court (or rescinded by the agency), <u>it is binding on both private parties and the government itself.</u>  This *binding effect* is the chief identifying feature of a legislative rule: its nature and purpose is to alter [private] citizens' legal rights in a decisive fashion.

Of course, not all agency pronouncements that fit within the APA's broad definition of "rule" are legislative rules.  The courts have explored the boundaries of the narrower term in the course of applying the APA's rulemaking provisions.  <u>The APA generally requires that the issuance of rules be preceded by a public procedure, usually a notice-and-comment process, but it exempts "interpretive rules, generally statements of policy, [and rules of agency organization, procedure, and practice" from this command.</u>  5 U.S.C.A. §553(b)(A).  Congress excluded interpretive rules and policy statements from the APA's procedural obligations because they are not legislative rules.

D.  *Administrative Law and Process in a Nutshell*, Ernest Gellhorn, 1990, West Publishing, p. 305:

An interpretive rule differs from a legislative rule in that it is not intended to alter legal rights, but to state the agency's views of what existing law already requires.

E.  *Administrative Law and Process in a Nutshell*, Ernest Gellhorn, 1990, West Publishing, p. 307:

Finally, §553(b)(A) permits agencies to issue procedural rules without prior notice.  This exemption reflects "the congressional judgment that such rules, because they do not directly guide public conduct, do not merit the administrative burdens of public input proceedings.

2.  The parties who receive the Constitutionally mandated "reasonable notice" of enforcement authority via the Federal Register are indicated in 44 U.S.C. §1508, and note that they include "States of the Union":

***TITLE 44* > *CHAPTER 15* > *§ 1508***

*§ 1508. Publication in Federal Register as notice of hearing*

*A notice of hearing or of opportunity to be heard, required or authorized to be given by an Act of Congress, or which may otherwise properly be given, **shall be deemed to have been given to all persons residing within the States of the Union and the District of Columbia, except in cases where notice by publication is insufficient in law, when the notice is published in the Federal Register** at such a time that the period between the publication and the date fixed in the notice for the hearing or for the termination of the opportunity to be heard is—*

3.  The affect of failure to publish Implementing Regulations in the Federal Register for any enforcement statute is described in 26 CFR §601.702.  To wit:

*26 CFR §601.702 Publication and public inspection*

*(a)(2)(ii) Effect of failure to publish.*

*Except to the extent that a person has actual and timely notice of the terms of any matter referred to in subparagraph (1) of this paragraph which is required to be published in the Federal Register, such person is not required in any manner to resort to, or be adversely affected by, such matter if it is not so published or is not incorporated by reference therein pursuant to subdivision (i) of this subparagraph. Thus, for example, any such matter which imposes an obligation and which is not so published or incorporated by reference will not adversely change or affect a person's rights.*

4.  The above is again repeated in the Administrative Procedures Act, at 5 U.S.C. §552(a)(1):

    *TITLE 5 > PART 1 > CHAPTER 5 > SUBCHAPTER II > § 552*

    *§ 552. Public information; agency rules, opinions, orders, records, and proceedings§ 1508. Publication in Federal Register as notice of hearing*

    *Except to the extent that a person has actual and timely notice of the terms thereof, **a person may not in any manner be required to resort to, or be adversely affected by, a matter required to be published in the Federal Register and not so published.** For the purpose of this paragraph, matter reasonably available to the class of persons affected thereby is deemed published in the Federal Register when incorporated by reference therein with the approval of the Director of the Federal Register.*

5.  The FBI, and the Court is Legally Noticed of the fact that 18 USC §371, 18 USC §541 and 18 USC §1341 are alleged by Agent Andrew Romagnuolo 's affidavit to apply to Citizens of one of the several states and as such notice and due process are required. Therefore, unless the above Title 18 statutes have been duly published in the Federal Register, they can have no general applicability to the Declarants unless the targets are one of the specifically exempted group. As previously stated, Declarants declare that is not the case.

    *"Where the rights of individuals are affected, it is incumbent upon agencies to follow their own procedures. This is so even where the internal procedures are possibly more rigorous than otherwise would be required. Service v. Dulles, 354 U.S. 363, 388 (1957); Vitarelli v. Seaton, 359 U.S. 535, 539 -540 (1959). The BIA, by its Manual, has declared that all directives that "inform the public of privileges and benefits available" and of "eligibility requirements" are among those to be published. The requirement that, in order to receive general assistance, an Indian must reside directly "on" a reservation is clearly an important substantive policy that fits within this class of directives. Before the BIA may extinguish the entitlement of these otherwise eligible beneficiaries, it must comply, at a minimum, with its own internal procedures."*

    *[Morton v. Ruiz, 415 U.S. 199, 94 S.Ct. 1055, 39 L.Ed.2d 270 (1974)]*

    The above is also affirmed by the book *Tax Procedure and Tax Fraud*, Patricia Morgan, 1999, West Group. p. 24, which says on this subject:

    *"While legislative and interpretive regulations are binding authority for both the Service and taxpayers, the Service will not always be bound by the procedural rules. The Internal Revenue Manual is a lengthy volume of procedures prescribed by the IRS as procedural regulations to be followed by IRS personnel. Generally, procedural rules that affect individuals' rights will be binding on an agency, even if the rules are stricter than the law otherwise requires. Morton v. Ruiz (S.Ct.1974) However, where the procedural regulation was not relied on by the individual, and it had no effect on his conduct, failure by the IRS to comply with the procedural rule does not require that the evidence obtained in violation of the rule be suppressed. United States v. Caceres (S.Ct.1979) (failure to follow procedures in the Internal Revenue Manual)."*

5.  Declarants agree that 26 U.S.C. §7805 empowers the Secretary of the Treasury to "prescribe all needful rules and regulations for the enforcement of this title, including all rules and regulations as may be necessary by reason of any alteration of law in relation to internal revenue." HOWEVER, it DOES NOT empower him:

    A.  To waive the Federal Register publication and notice requirements of the Administrative Procedures Act or the Federal Register Act.

    B.  To enforce against any person not within any of the groups specifically exempted from the Federal Register notice publication requirement in the case where **no** Federal Register publication of enforcement regulations have been made.

6. With respect to the FBI and its raids on property with the several states under color of law, Title 28 assuming agruendo that it has been passed into positive law clearly states that the FBI may only investigate:

> 28 USC § 535 Investigation of crimes involving Government officers and employees; limitations

>> (a) The Attorney General and the Federal Bureau of Investigation may investigate any violation of Federal criminal law involving Government officers and employees—

>> (1) notwithstanding any other provision of law; and

>> (2) without limiting the authority to investigate any matter which is conferred on them or on a department or agency of the Government.

No other provisions of law have been found authorizing the FBI and or the DOJ to investigate anyone other than Government officers and employees. Under the fiduciary duty of the servant of the sovereign People, Declarants demand that their servants meet the duty to prove the authority under the law to investigate state Citizens domiciled in one of the several states pursuant to Federal Crop Insurance v Merrill supra. Failure to provide such a law as evidence of authority to operate in one of the several states of the union on land not ceded to the United States government is an open admission of an act of sedition, mixed war, operating under color of law, domestic terrorism and fraud to name just a few high crimes.

7. In short, any statutory provision of law for which the Secretary of the Treasury, or the Attorney General has exercised his discretion NOT to publish enforcement "rules" or regulations in the Federal Register essentially:

  A. Amounts to "law ONLY for the government and its agents, instrumentalities, and contractors" in the context ONLY of their official duties.

  B. May safely be presumed to NOT apply to the general public.

  C. Exempts the general public domiciled in states of the Union from any enforcement of said statute.

### 3.1.2    No implementing regulations and no evidence of publication exist

1. The Parallel Table of Authorities is acknowledged by Declarants as not authoritative, but simply a "finding aid":

   http://www.access.gpo.gov/nara/cfr/parallel/parallel_table.html

   However, no regulations published in the Federal Register could be located in this table for the criminal statutes cited as authority by the FBI agent in his affidavit of probable cuase, being 18 U.S.C. §371, 18 U.S.C. §514 and 18 U.S.C. §1341 after.

2. Declarants state under penalty of perjury that they have diligently searched the Federal Register for publication of the statutes cited as authority by the FBI, which include: 18 U.S.C. §371, 18 U.S.C. §514 and 18 U.S.C. §1341 and evidence of publication has not been found after years of searching.

3. Burden of showing that ENFORCEMENT regulations are published as required does not fall upon Declarants, but instead the FBI and US attorney, who are the moving parties in the instant action or the IRS in the case of their claim of authority to label Declarants as "taxpayers" and convert their status into citizens of the United States.

### 3.1.3    Declarants are Not Within Any of the Groups Specifically Exempted from Federal Register Publication

1. The positive law found at 44 U.S.C. §1505(a)(1)identifies which entities or "persons" are specifically exempted from the requirement for publication in the Federal Register of enforcement provisions giving reasonable notice:

   *TITLE 44 > CHAPTER 15 > §1505*

   *§ 1505. Documents to be published in Federal Register*

   ***(a) Proclamations and Executive Orders; Documents Having General Applicability and Legal Effect; Documents Required To Be Published by Congress. There shall be published in the Federal Register—***

   *(1) Presidential proclamations and Executive orders, **except those not having general applicability and legal effect or effective only against Federal agencies or persons in their capacity as officers, agents, or employees thereof;***

   *(2) documents or classes of documents that the President may determine from time to time have general applicability and legal effect; and*

   *(3) documents or classes of documents that may be required so to be published by Act of Congress.*

*For the purposes of this chapter every document or order which prescribes a penalty has general applicability and legal effect.*

Note that the only exception to the above is that of:

*"Federal agencies or persons in their capacity as officers, agents, or employees thereof".*

2.   5 U.S.C. §553(a)(2) again confirms the above conclusions by saying that "rules", which are regulations published in the Federal Register, are not required in the case of *"agency management or personnel or to public property, loans, grants, benefits, or contracts"*:

   *TITLE 5 > PART I > CHAPTER 5 > SUBCHAPTER II > § 553*

   *§ 553. Rule making*

   *(a) This section applies, according to the provisions thereof, **except to the extent that there is involved—***

   *(1) a military or foreign affairs function of the United States; or*

   ***(2) a matter relating to agency management or personnel or to public property, loans, grants, benefits, or contracts.***

3.   Therefore, the following situations are the *only* ones in which code sections may be directly enforced against a legal person without corresponding Implementing Regulations:

   A.   "Matters relating to agency management or personnel or to public property, loans, grants, benefits, or contracts." 5 U.S.C. §553(a)(2).

   B.   "Federal agencies or persons in their capacity as officers, agents, or employees". 44 U.S.C. §1505(a)(1)

   C.   Persons who either have no rights or are not protected by the Bill of Rights. These people would include:

   i.   Statutory "U.S. citizens" under 8 U.S.C. §1401 who are domiciled in the "United States" but are temporarily abroad. See *Cook v. Tait*, 265 U.S. 47 (1924).

   ii.   Federal employees, federal officers, federal agents, or federal contractors on official duty. Their oath of office and employment obligations supersede the limitations and protections imposed by the Constitution.

      *"The restrictions that the Constitution places upon the government in its capacity as lawmaker, i.e., as the regulator of private conduct, are not the same as the restrictions that it places upon the government in its capacity as employer. We have recognized this in many contexts, with respect to many different constitutional guarantees. Private citizens perhaps cannot be prevented from wearing long hair, but policemen can. Kelley v. Johnson, 425 U.S. 238, 247 (1976). Private citizens cannot have their property searched without probable cause, but in many circumstances government employees can. O'Connor v. Ortega, 480 U.S. 709, 723 (1987) (plurality opinion); id., at 732 (SCALIA, J., concurring in judgment). Private citizens cannot be punished for refusing to provide the government information that may incriminate them, but government employees can be dismissed when the incriminating information that they refuse to provide relates to the performance of their job. Gardner v. Broderick, [497 U.S. 62, 95] 392 U.S. 273, 277-278 (1968). With regard to freedom of speech in particular: Private citizens cannot be punished for speech of merely private concern, but government employees can be fired for that reason. Connick v. Myers, 461 U.S. 138, 147 (1983). Private citizens cannot be punished for partisan political activity, but federal and state employees can be dismissed and otherwise punished for that reason. Public Workers v. Mitchell, 330 U.S. 75, 101 (1947); Civil Service Comm'n v. Letter Carriers, 413 U.S. 548, 556 (1973); Broadrick v. Oklahoma, 413 U.S. 601, 616-617 (1973)."*

   *[Rutan v. Republican Party of Illinois, 497 U.S. 62 (1990)]*

6.   The Court is judicially noticed pursuant to F.R.E. 201 that the Affidavit of Material facts found in Section 2 states under penalty of perjury that the Declarants are NOT members of any of the groups specifically exempted from the requirement for implementing regulations published in the Federal Register. The FBI, the IRS and the US Attorney have the burden of proving otherwise and this investigation cannot stand until they meet the burden of proof. Consequently, the FBI and the IRS, as moving parties must produce evidence of appropriate rules" in the Federal Register for all statutes cited as authority before he may enforce said statutes directly against Declarants.

### 3.1.4    Corroborating Definitions in the I.R.C. are Consistent with the Above

1.  The contents of this section are exhaustively explained and analyzed in a free memorandum below:

    *Why Your Government is Either a Thief or You are a "Public Officer" for Income Tax Purposes*, Form #05.008

    http:/sedm.org/Forms/MemLaw/WhyThiefOrEmployee.pdf

    Any reference to the conclusions of this affidavit would be irresponsible and incomplete if it did not address not only the body of the above memorandum, but more importantly the evidence found in the admissions at the end of the above memorandum. Pay particular attention to Section 2 of that document. The FBI and IRS are requested to rebut the evidence in the admissions at the end, and if they do not, they default and are estopped on the facts and evidence presented in all future hearings and trials.

2.  26 U.S.C. §7203 relies upon the definition of "person" found in 26 U.S.C. §7343(b). 26 U.S.C. §7343 defines "person" as follows:

    > **TITLE 26 > Subtitle F > CHAPTER 75 > Subchapter D > § 7343**
    >
    > *§ 7343. Definition of term "person"*
    >
    >
    > *The term "person" as used in this chapter includes an officer or employee of a corporation, or a member or employee of a partnership, who as such officer, employee, or member is under a duty to perform the act in respect of which the violation occurs.*

3.  It is noteworthy that Declarants have not been able to find any legislative or substantive rules or regulations published in the Federal Register as required by the authorities cited above for the criminal provisions sought to be enforced , being 18 U.S.C. §371, 18 USC 514 and 18 USC 1341 and that neither the FBI nor the IRS has ever produced proof of investigation or enforcement authority in States of the Union. In fact the Criminal Investigation Division hand book for IRS agent parallels 28 USC 535 stating the IRS CID agents may investigate IRS employees and agent only. Therefore, Declarants have never had a basis for "reasonable belief" that they had a legal duty to comply with any provision of the Internal Revenue Code or the specific sections of Title 18 alleged by the FBI as a person who is not a member of any of the groups specifically exempted from the requirement for implementing regulations and constitutional public notice, and who were present in a state of the Union at the time the alleged offenses occurred and are therefore protected by the Constitutional requirement for "reasonable notice" of the laws which one would be held liable to obey.

4.  Declarants are familiar with the "includes" argument, in which the corrupt IRS, FBI and US Attorney self-servingly try to make the word "includes" into a rubber word that allows them to self-servingly try to stretch any definition within the I.R.C. or other to fit whatever they want it to mean in a particular case. Plaintiff and Court are reminded that the rules of statutory construction, which are substantive rules of evidence, require that those things not specifically identified in written law, whether individually or by class, are to be excluded:

    > *"**Expressio unius est exclusio alterius**. A maxim of statutory interpretation meaning that **the expression of one thing is the exclusion of another.** Burgin v. Forbes, 293 Ky. 456, 169 S.W.2d 321, 325; Newblock v. Bowles, 170 Okl. 487, 40 P.2d 1097, 1100. Mention of one thing implies exclusion of another. **When certain persons or things are specified in a law, contract, or will, an intention to exclude all others from its operation may be inferred.** Under this maxim, if statute specifies one exception to a general rule or assumes to specify the effects of a certain provision, other exceptions or effects are excluded."*
    >
    > *[Black's Law Dictionary, Sixth Edition, page 581]*

    The reason for the above rule is two fold:

    A.  A fundamental requirement of Constitutional due process is "due notice". This means that a statute must warn an individual *exactly and specifically* what the law requires and what is prohibited. Therefore, it must describe all of the persons and things or classes of persons and things EXACTLY to which it applies. To enforce a law that does not meet this requirement violates not only the requirement for "due notice", but more importantly:

        i.  Violates the "void for vagueness doctrine", which states:

            > *"Men of common intelligence cannot be required to guess at the meaning of penal enactment.*
            >
            > *"In determining whether penal statute is invalid for uncertainty, courts must do their best to determine whether vagueness is of such a character that men of common intelligence must guess at its meaning.*

> *"Where a statute is so vague as to make criminal an innocent act, a conviction under it cannot be sustained."*
>
> *[Winters v. People of State of New York, 333 U.S. 507; 68 S.Ct. 665 (1948)]*

ii. Compels the subject to make a "presumption", which in the case of Declarants is a religious sin. See Numbers 15:30. Therefore, the FBI, IRS or any Court may not compel any such presumption without violating the First Amendment. In the instant case, a Federal Court and a State Court. (see Bank One v Ward and U.S. Williamson in the exhibits) have clearly ruled that a Bill of Exchange discharge obligations in the form of a mortgage note and a criminal conviction. How can the FBI raid peoples homes with paramilitary force, take personal and property all under the color of law for relying on the clear and distinct findings of a Federal and State judge who are presumed to know the law?

B. In addition to the above, a statute also may NOT create or encourage presumption. Statutory presumptions are absolutely forbidden where they impair or injure constitutionally guaranteed rights. If the reader is required to "presume" what is included in a statute or regulations or if he must rely on a judge rather than the statute itself to decide what is "included", then those same writings have violated the legislative intent of the Constitution, which was to create a society of law and not of men:

A statue may also not be in direct opposition to the rulings of the Courts as would be obvious in the instant case if the Declarants were to be prosecuted for doing what the Courts had upheld as lawful and correct.

> ***"The government of the United States has been emphatically termed a government of laws, and not of men.*** *It will certainly cease to deserve that high appellation, if the laws furnish no remedy for the violation of a vested legal right."*
>
> *[Marbury v. Madison, 5 U.S. 137; 1 Cranch 137, 2 L.Ed. 60 (1803)]*

Either "presuming" or being compelled by the FBI, IRS or Courts to "presume" something that isn't actually written in the law, especially where it would prejudice constitutional rights, as in this case, is a violation of due process and represents a gross Article III injury to the rights of the Declarants. Below is the U.S. Supreme Court's condemnation of such statutory presumptions in *United States v. Gainly*, 380 U.S. 63 (1965) :

> ***Looking beyond the rational-relationship doctrine the Court held that the use of this presumption by Alabama against a man accused of crime would amount to a violation of the Thirteenth Amendment to the Constitution, which forbids "involuntary [380 U.S. 63, 80] servitude, except as a punishment for crime."*** *In so deciding the Court made it crystal clear that rationality is only the first hurdle which a legislatively created presumption must clear - that a presumption, even if rational, cannot be used to convict a man of crime if the effect of using the presumption is to deprive the accused of a constitutional right. In Bailey the constitutional right was given by the Thirteenth Amendment. In the case before us the accused, in my judgment, has been denied his right to the kind of trial by jury guaranteed by Art. III, 2, and the Sixth Amendment, as well as to due process of law and freedom from self-incrimination guaranteed by the Fifth Amendment. And of course the principle announced in the Bailey case was not limited to rights guaranteed by the Thirteenth Amendment. The Court said in Bailey:*
>
>> *"It is apparent that a constitutional prohibition cannot be transgressed indirectly by the creation of a statutory presumption any more than it can be violated by direct enactment. The power to create presumptions is not a means of escape from constitutional restrictions." 219 U.S., at 239.*
>
> ***Thus the Court held that presumptions, while often valid (and some of which, I think, like the presumption of death based on long unexplained absence, may perhaps be even salutary in effect), must not be allowed to stand where they abridge or deny a specific constitutional guarantee.***
>
> *[United States v. Gainly, 380 U.S. 63 (1965)]*

5. In order to expand the definition of "person" cited in 26 U.S.C. §7343 to include other persons, those persons or classes of persons must therefore specifically be named somewhere in the I.R.C. In fact, nowhere are the above definitions expanded either in the I.R.C. or Implementing Regulations to include any other persons. To presume otherwise is a violation of due process because it would prejudice the rights of the Declarants. All presumptions are a violation of due process if they prejudice or undermine constitutionally guaranteed rights. The Supreme Court above went so far as to rule that such "presumptions" can amount to "involuntary servitude" in violation of the Thirteenth Amendment:

A. Rutter Group Practice Guide-Federal Civil Trials and Evidence, paragraph 8:4993, page 8K-34:

(1) [8:4993] *Conclusive presumptions affecting protected interests: A conclusive presumption may be defeated where its application would impair a party's constitutionally-protected liberty or property interests. In such cases, conclusive presumptions have been held to violate a party's due process and equal protection rights. [Vlandis v. Kline (1973) 412 U.S. 441, 449, 93 S.Ct 2230, 2235; Cleveland Bed. of Ed. v. LaFleur (1974) 414 US 632, 639-640, 94 S.Ct. 1208, 1215-presumption under Illinois law that unmarried fathers are unfit violates due process]*

B. *Heiner v. Donnan,* 285 U.S. 312 (1932):

> *This court has held more than once that a statute creating a presumption which operates to deny a fair opportunity to rebut it violates the due process clause of the Fourteenth Amendment. For example, Bailey v. Alabama, 219 U.S. 219, 238, et seq., 31 S. Ct. 145; Manley v. Georgia, 279 U.S. 1, 5-6, 49 S. Ct. 215.*

> *'It is apparent,' this court said in the Bailey Case ( 219 U.S. 239, 31 S. Ct. 145, 151) 'that a constitutional prohibition cannot be transgressed indirectly by the creation of a statutory presumption any more than it can be violated by direct enactment. The power to create presumptions is not a means of escape from constitutional restrictions.'*

> *If a legislative body is without power to enact as a rule of evidence a statute denying a litigant the right to prove the facts of his case, certainly the power cannot be made to emerge by putting the enactment in the guise of a rule of substantive law.*

6. If the Court disagrees with this interpretation of "includes", then it is requested to further address the evidence found at the end of the pamphlet below:

The Meaning of the words "includes" and "including"

http://famguardian.org/Subjects/Taxes/FalseRhetoric/Includess.pdf

7. The definition of "person" above is also corroborated by examining other parts of the I.R.C., which in fact is entirely consistent with itself in making federal "employees", officers, agents, and benefit recipients the main subject of Subtitle A:

A. 26 U.S.C. §6671(b), which defines "person" for the purposes of the penalty provisions of the Internal Revenue Code.

B. 26 U.S.C. §6331(a), which defines the only proper audience for "distraint", which is enforcement, under the I.R.C.

8. Consequently, the only proper parties for I.R.C. enforcement actions, which include penalties, criminal prosecution, and "distraint", are all identified as federal "employees", agents, fiduciaries, and/or public officers. Enforcement may be attempted on persons within any of these groups WITHOUT "rules" or implementing regulations published in the Federal Register because the Federal Register Act and the Administrative Procedures Act BOTH specify that these groups are exempt from the publication requirements. The Title 18 statutes alleged against Declarants are the same character and class as those above mentioned with regard to IRC enforcement. The Title 18 and IRS provisions are consistent with 28 USC 535 limiting the scope of authority for FBI investigations to Federal employees and Officers. This is a clear example that Congress knows it constitutional limits and legislates appropriately. It is the executive branch agencies such as IRS, DOJ and FBI which seem to want to ignore the limitations found in the Constitution with respect to Federal Authority and usurp authority not made available to them through proper constitutional delegation of authority. The Court further propound the problem by not meeting their duty to protect the People from the transgressions of a usurpatious Federal leviathan.

9. There is a very good reason why rules or implementing regulations noticed in the Federal Register are not required for groups specifically exempted from the requirement. That reason is that these people mostly work in the Executive Branch and perform their public functions under the authority of statutes passed by Congress. These statutes are the vehicle by which Congress directs and governs the activities of the President and his underlings in the Executive Branch. It would be a ridiculous incongruity to require an implementing regulation written by the very branch which a statute is written to directly influence and control because:

A. The Servant, which is the Executive Branch, should not lawfully be allowed to disobey its Master, the Congress.

B. If the Servant decided to disobey its Master and the servant had to write rules published in the Federal Register BEFORE it would be held liable to obey the statute, all the Servant would have to do is refuse to write or publish the rules or regulations for any statute it didn't want to execute or obey. This would leave the Congress without any legal remedy to compel its servant to implement and enforce such laws.

Preventing the above problem is perhaps the ONLY reason which explains why federal instrumentalities and agencies are specifically exempted from the Federal Register publication and notice requirements as found in 5 U.S.C. §553(a) and 44 U.S.C. §1505(a).

### 3.1.5    Rebuttal of relevancy and applicability of Granse v. United States, 892 F.Supp. 219, 224 (D.Minn. 1995)  and other cases

1.  The FBI, IRS and DOJ may attempt to cite Granse v. United States, 892 F.Supp. 219, 224 (D.Minn. 1994) as an authority to rebut the essence of the No Enforcement Authority Argument herein and above.  This section shall prove that this case is inapposite and does NOT satisfy one of the two MANDATORY requirements of the Federal Register Act, which are:

    A.  The implementing regulation be published in the Federal Register that authorizes enforcement...OR

    B.  Evidence signed under penalty of perjury demonstrating that the Declarants are members of one of the groups specifically exempted from the requirement for publication in the Federal Register.

2.  Karl G. Granse was identified by the Court as a "taxpayer", which is defined in 26 U.S.C. §7701(a)(14) as "any person subject to any internal revenue tax".

> *"The issues before the Court are limited to the two matters described in section 7429(g) of the Code: The reasonableness of the decision to make the jeopardy assessment and the reasonableness of the amount of the assessment. The Government bears the burden of proof with respect to the former issue, 26 U.S.C. § 7429(g)(1); the taxpayer bears the burden of proof with respect to the latter issue, 26 U.S.C. § 7429(g)(2); e.g., Central de Gas de Chihuahua, S.A., v. United States, 790 F. Supp. 1302 (W.D. Tex. 1992). The Court's review under section 7429 is de novo; the Court is not limited to the information available to the IRS at the time the assessment was made, but can also consider any information which subsequently becomes available. Kerness v. United States, Civ. No. 5-81-22, 1981 WL 1813, at * 2 (D. Minn. June 26, 1981) (report and recommendation), adopted by 1981 WL 1959 (D. Minn. Jun 24, 1981); Abercrombie v. United States, 46 A.F.T.R.2d (P-H) P 80-5274, at 80-5891 (D.S.C. Sept. 3, 1980). Given the summary nature of the proceedings, the Court cannot concern itself with a determination of the taxpayer's actual tax liability. Friko Corp. v. Commissioner of Internal Revenue, 26 F.3d 1139, 1141 (D.C. Cir. 1994) (citing Lindholm v. United States, 808 F. Supp. 1, 2 (D.D.C. 1992)); Kerness, 1981 WL 1813, at * 1."*

> *[Granse v. United States, 892 F.Supp. 219, 224 (D.Minn. 1995)]*

Karl Granse is not described in the ruling as disputing that label of "taxpayer" used by the Court to describe him. Consequently, he was bound to obey the I.R.C. for all earnings he had that were "effectively connected with a trade or business" and which were subject to the I.R.C. because they involved a "public purpose" and a "public office" as described in 26 U.S.C. §7701(a)(26).

3.  Karl Granse also cited provisions from the I.R.C. as the authority for his suit.  Namely, he cited 26 U.S.C. §7429(b). That provision contains remedies which are *only* available to "taxpayers".  It says that right in the statute itself:

> **TITLE 26 > Subtitle F > CHAPTER 76 > Subchapter B > § 7429**

> *§ 7429. Review of jeopardy levy or assessment procedures*

> *(2) Request for review*

> *Within 30 days after the day on which the **taxpayer** is furnished the written statement described in paragraph (1), or within 30 days after the last day of the period within which such statement is required to be furnished, the **taxpayer** may request the Secretary to review the action taken.*

Only "taxpayers" who are subject to the I.R.C. may cite the above provision or any other provision of the I.R.C. The U.S. Supreme Court has agreed with this conclusion, when it ruled on this subject:

> *"The Government urges that **the Power Company is estopped to question the validity of the Act creating the Tennessee Valley Authority**, and hence that the stockholders, suing in the right of the corporation, cannot [297 U.S. 323] maintain this suit.  .....  **The principle is invoked that one who accepts the benefit of a statute cannot be heard to question its constitutionality.  Great Falls Manufacturing Co. v. Attorney General, 124 U.S. 581; Wall v. Parrot Silver & Copper Co., 244 U.S. 407; St. Louis Casting Co. v. Prendergast Construction Co., 260 U.S. 469.**"*

1    *[Ashwander v. Tennessee Valley Auth., 297 U.S. 288 (1936)]*

2    The Declarants, on the other hand, have *never* availed himself of any "privilege", benefit, or deduction arising from any
3    provision of the I.R.C. during the period in question and have instead used inter alia, the Constitution, their rights, and
4    prior U.S. Supreme Court decisions, and positive law as the *only* basis for their legal positions hereby espoused and
5    previously communicated to the FBI and the IRS. Declarants instead have consistently identified themselves as
6    "nontaxpayers", and not a "taxpayer" under 26 U.S.C. §7701(a)(14), who is therefore not subject to any provision within
7    the I.R.C. Furthermore, the FBI and IRS have failed in their legal pleadings and administrative communications to
8    disprove this point, and therefore by their silence agree that the Declarants are "nontaxpayers" not subject to the I.R.C nor
9    any other provision of Title 26 or Title 18 not specifically published in the Federal Register, nor passed into positive law,
10   nor lacking implementing regulations. The Federal Courts agree that "nontaxpayers" are *not* subject to the I.R.C.. To wit:

11       "*The revenue laws* are a code or system in regulation of tax assessment and collection. They
12       relate to taxpayers, *and not to nontaxpayers. The latter are without their scope. No*
13       procedure is prescribed for nontaxpayers, and no attempt is made to annul any of their
14       rights and remedies in due course of law. With them Congress does not assume to deal, and
15       they are neither of the subject nor of the object of the revenue laws..."

16       *[Long v. Rasmussen, 281 F. 236 (1922)]*

17       "Revenue Laws relate to taxpayers and not to non-taxpayers. The latter are without their
18       scope. No procedures are prescribed for non-taxpayers and no attempt is made to annul any
19       of their Rights or Remedies in due course of law. With them Congress does not assume to
20       deal and they are neither of the subject nor of the object of federal revenue laws."

21       *[Economy Plumbing & Heating v. U.S., 470 F2d. 585 (1972)]*

22   4.   Karl Granse was the person who initiated the suit in question. He could only have initiated the suit by satisfying
23       Fed.Rule.Civ.Proc. Rule 17(b), which requires that he either have a domicile on federal territory (which excludes states of
24       the Union, and which are "foreign states" for the purposes of federal legislative jurisdiction), or that he is exercising
25       agency, contracts, or employment on behalf of a corporation which has a domicile inside a federal enclave or U.S.
26       territory. Or that he was acting as fiduciary for the constructive trust created to drag him into legal relations with the
27       United States. In Granse's case, he could only have been exercising the latter, which is agency of a federal corporation,
28       because he was identified in the ruling as maintaining a domicile in Michigan rather than the District of Columbia, as
29       identified in 26 U.S.C. §7701(a)(39) and 26 U.S.C. §7408(d). Therefore, *Granse* could only have initiated the suit as an
30       employee, officer, agent, or fiduciary of the federal corporation known as the "United States" and which is defined in 28
31       U.S.C. §3002(15)(A) as "a federal corporation". This is consistent with his also being engaged in a "trade or business" by
32       virtue of having the Currency Transaction Report filed against him by the bank that maintained the account which the IRS
33       attempted to seize. A "trade or business" is defined as "the functions of a public office" in 26 U.S.C. §7701(a)(26), and all
34       public offices *must* by law maintain a domicile in the District of Columbia pursuant to 4 U.S.C. §72 and Constitution
35       Article 1, Section 8, Clause 17. The circumstances of the Declarants, however, are entirely different. All tax returns for
36       the periods that are the subject of collection activities by the IRS identify their domicile as no place inside the federal
37       "United States" (see 26 U.S.C. §7701(a)(9) and (a)(10)) and the Exhibits to the affidavit clearly indicate that they were not
38       exercising any federal contracts or agency. The Exhibits also indicate that Declarants are not engaged in a "trade or
39       business" and they assert the fact that they are a "nontaxpayers" not subject to the I.R.C. Therefore, the *Granse* case is
40       entirely off point and consequently is inapplicable in the instant matter. Thus, the circumstances, facts, and ruling in
41       Granse are wholly irrelevant and have no bearing or relationship to the circumstances of the Declarants.

42   5.   The behavior that made Karl Granse subject to the I.R.C. as well as most ignorant and uninformed Citizens of the several
43       states as "taxpayers" was the Currency Transaction Report (CTR), Form 8300, which connected his deposits at the bank
44       with a taxable activity called a "trade or business". Granse apparently failed to dispute or correct this FALSE report.
45       Therefore, by his own ignorance and omission, Karl Granse was a presumed to be a "taxpayer" who, unlike the Declarants,
46       was subject to the Internal Revenue Code. It is important to point out the undisputed, conclusive fact that receipt of
47       currency not in the course of a "trade or business" is NOT reportable under 31 U.S.C. §5331. The proof of this fact is
48       contained in the Code of Federal Regulations, to wit:

49       *31 CFR §103.30(d)(2) General*

50       *(2) Receipt of currency not in the course of the recipient's trade or business.*

51       *The receipt of currency in excess of $10,000 by a person other than in the course of the*
52       *person's **trade or business** is not reportable under 31 U.S.C. 5331.*

53       *[Emphasis added]*

Therefore, Karl Granse, based on the CTR form 8300 that was filed against him and which he apparently never disputed according to the Court, was engaged in a privileged, excise taxable activity called a "trade or business" and he thus was a "taxpayer". You will note, for instance, that 26 CFR §1.1-1(a)(2)(ii) identifies "trade or business" income as taxable "gross income".

*NORMAL TAXES AND SURTAXES*

*DETERMINATION OF TAX LIABILITY*

*Tax on Individuals*

*Sec. 1.1-1 Income tax on individuals.*

*(a)(2)(ii) For taxable years beginning after December 31, 1970, __the tax imposed by section 1(d) [married individuals filing separately], as amended by the Tax Reform Act of 1969, shall apply to the income effectively connected with the conduct of a trade or business in the United States by a married alien individual who is a nonresident of the United States for all or part of the taxable year or by a foreign estate or trust. For such years the tax imposed by section 1(c) [unmarried individuals], as amended by such Act, shall apply to the income effectively connected with the conduct of a trade or business in the United States by an unmarried alien individual (other than a surviving spouse) who is a nonresident of the United States for all or part of the taxable year.__ See paragraph (b)(2) of section 1.871-8." [26 CFR § 1.1-1]*

Mr. Granse's circumstance, however, is *not* the case with Declarants. Declarants have vigorously rebutted and sent in correction forms for all evidence which might wrongfully and illegally associate them with such taxable activities, such as:

A.   Erroneous 1099 forms.

B.   Erroneous W-2 forms.

C.   Erroneous Currency Transaction Reports, Form 8300.

D.   Erroneously or unlawfully filed or executed Substitute for Returns.

6.   Karl Granse, by his omission, also created a prima facie presumption that he is a domiciliary of the federal "United States" in the process of opening the bank account which connected him to a "trade or business". He did not provide to the bank IRS form W-8, but instead provided a Social Security Number in its place when he opened the account. Those who do not provide W-8BEN forms are considered to be "U.S. persons" subject to the I.R.C. A "U.S. person" is defined in 26 U.S.C. §7701(a)(30) as either a "U.S. citizen" or a "resident", both of whom have in common a legal "domicile" in the federal "United States", which is defined in 26 U.S.C. §7701(a)(9) and (a)(10) as *only* the District of Columbia and whose definition is not expanded anywhere else in I.R.C. Subtitle A to include any other place. Therefore, the definition does not include any of the 50 Union states united under the federal Constitution.

> *"Expressio unius est exclusio alterius. A maxim of statutory interpretation meaning that the expression of one thing is the exclusion of another. Burgin v. Forbes, 293 Ky. 456, 169 S.W.2d 321, 325; Newblock v. Bowles, 170 Okl. 487, 40 P.2d 1097, 1100. Mention of one thing implies exclusion of another. When certain persons or things are specified in a law, contract, or will, an intention to exclude all others from its operation may be inferred. Under this maxim, if statute specifies one exception to a general rule or assumes to specify the effects of a certain provision, other exceptions or effects are excluded."*
>
> *[Black's Law Dictionary, Sixth Edition, page 581]*

Consequently, Carl Granse's behavior in opening the bank account which was the subject of the suit created the rebuttable presumption that he was a "U.S. person" subject to the I.R.C. as a "taxpayer", who was engaged in a "trade or business" because of the CTR filed against him, and who maintained a domicile in the District of Columbia as required under 26 U.S.C. §7701(a)(39) and 26 U.S.C. §7408(c). By contrast, the Declarants:

A.   Has accurately reflected their status as "nonresident aliens" for all financial accounts that they maintain.

B.   When asked to file "returns", has submitted the correct form, the 1040NR, and indicated no liability on said form.

Therefore, there is no evidence in the Record of the instant matter, or in the possession of the FBI or IRS which would create a false and incorrect presumption that the Declarants are a "U.S. person" or "domiciliary" subject to federal jurisdiction or to the executive branch administrative United States District Court, or who is engaged in the privileged activity known as a "trade or business" which would make them a "taxpayer" subject to the I.R.C.. The foregoing facts mean that the Declarant's situation and circumstances are entirely different from the facts in *Granse*. Declarants are

"nontaxpayers" and Granse is a "taxpayer. It is a fact that the Declarants are not "U.S. persons" and that Granse, through his actions and his own behavior in opening the bank account, created the rebuttable presumption that he, Granse, was a "U.S. person". Therefore, the *Granse* case is off point and irrelevant to the instant Matter. It constitutes faulty legal reasoning to place any credence on this case. The administrative records of the Declarants, in the possession of the IRS and therefore available to the FBI, clearly indicates the political intention of the Declarants to maintain their state Citizen status NOT subject to the plenary powers of Congress found in the Constitution dealing with the seat of government. See Article One, section * paragraph 18 and Article 4, Section 3 paragraph 2 of the Constitution for the United States.

7.  The activity, a "trade or business", which Karl Granse was engaged in as documented by the Currency Transaction Report, Treasury Form 8300, filed against him, is defined in 26 U.S.C. §7701(a)(26) as "the functions of a public office". That "public office" is in the United States government and that office is identified by the U.S. Supreme Court essentially as a business partnership with the U.S. Government.

> "***All the powers of the government must be carried into operation by individual agency, either through the medium of public officers, or contracts made with individuals.*** *Can any public office be created, or does one exist, the performance of which may, with propriety, be assigned to this association [or trust], when incorporated? If such office exist, or can be created, then the company may be incorporated, that they may be appointed to execute such office. Is there any portion of the public business performed by individuals upon contracts, that this association could be employed to perform, with greater advantage and more safety to the public, than an individual contractor? If there be an employment of this nature, then may this company be incorporated to undertake it.*
>
> ***There is an employment of this nature.*** *Nothing can be more essential to the fiscal concerns of the nation, than an agent of undoubted integrity and established credit, with whom the public moneys can, at all times, be safely deposited. Nothing can be of more importance to a government, than that there should be some capitalist in the country, who possesses the means of making advances of money to the government upon any exigency, and who is under a legal obligation to make such advances. For these purposes the association would be an agent peculiarly suitable and appropriate. [ . . .]*
>
> *The mere creation of a corporation, does not confer political power or political character. So this Court decided in Dartmouth College v. Woodward, already referred to. If I may be allowed to paraphrase the language of the Chief Justice, I would say, a bank incorporated, is no more a State instrument, than a natural person performing the same business would be. If, then, a natural person, engaged in the trade of banking, should contract with the government to receive the public money upon deposit, to transmit it from place to place, without charging for commission or difference of exchange, and to perform, when called upon, the duties of commissioner of loans, would not thereby become a public officer, how is it that this artificial being, created by law for the purpose of being employed by the government for the same purposes, should become a part of the civil government of the country? Is it because its existence, its capacities, its powers, are given by law? because the government has given it power to take and hold property in a particular form, and to employ that property for particular purposes, and in the disposition of it to use a particular name? because the government has sold it a privilege [22 U.S. 738, 774] for a large sum of money, and has bargained with it to do certain things; is it, therefore, a part of the very government with which the contract is made?*
>
> ***If the Bank be constituted a public office, by the connexion between it and the government, it cannot be the mere legal franchise in which the office is vested; the individual stockholders must be the officers.*** *Their character is not merged in the charter. This is the strong point of the Mayor and Commonalty v. Wood, upon which this Court ground their decision in the Bank v. Deveaux, and from which they say, that cause could not be distinguished. Thus, aliens may become public officers, and public duties are confided to those who owe no allegiance to the government, and who are even beyond its territorial limits.*
>
> ***With the privileges and perquisites of office, all individuals holding offices, ought to be subject to the disabilities of office. But if the Bank be a public office, and the individual stockholders public officers, this principle does not have a fair and just operation.*** *The disabilities of office do not attach to the stockholders; for we find them every where holding*

*public offices, even in the national Legislature, from which, if they be public officers, they are excluded by the constitution in express terms.*

**If the Bank be a public institution of such character as to be justly assimilated to the mint and the post office, then its charter may be amended, altered, or even abolished, at the discretion of the National Legislature. All public offices are created [22 U.S. 738, 775] purely for public purposes, and may, at any time, be modified in such manner as the public interest may require. Public corporations partake of the same character. So it is distinctly adjudged in Dartmouth College v. Woodward. In this point, each Judge who delivered an opinion concurred. By one of the Judges it is said, that 'public corporations are generally esteemed such as exist for public political purposes only, such as towns, cities, parishes and counties; and in many respects they are so, although they involve some private interests; but, strictly speaking, public corporations are such only as are founded by the government for public purposes, where the whole interest belongs also to the government. If, therefore, the foundation be private, though under the charter of the government, the corporation is private, however extensive the uses may be to which it is devoted, either by the bounty of the founder, or the nature and objects of the institution. For instance, a bank, created by the government for its own uses, whose stock is exclusively owned by the government, is, in the strictest sense, a public corporation. So, a hospital created and endowed by the government for general charity. But a bank, whose stock is owned by private persons, is a private corporation, although it is erected by the government, and its objects and operations partake of a public nature. The same doctrine may be affirmed of insurance, canal, bridge, and turnpike companies. In all these cases, the uses may, in a certain sense, be called public, but the corporations are private; as much [22 U.S. 738, 776] so, indeed, as if the franchises were vested in a single person.[. . .]**

*In what sense is it an instrument of the government? and in what character is it employed as such? Do the government employ the faculty, the legal franchise, or do they employ the individuals upon whom it is conferred? and what is the nature of that employment? does it resemble the post office, or the mint, or the custom house, or the process of the federal Courts?*

*The post office is established by the general government. It is a public institution. The persons who perform its duties are public officers. No individual has, or can acquire, any property in it. For all the services performed, a compensation is paid out of the national treasury; and all the money received upon account of its operations, is public property. Surely there is no similitude between this institution, and an association who trade upon their own capital, for their own profit, and who have paid the government a million and a half of dollars for a legal character and name, in which to conduct their trade.*

*Again: the business conducted through the agency of the post office, is not in its nature a private business. It is of a public character, and the [22 U.S. 738, 786] charge of it is expressly conferred upon Congress by the constitution. The business is created by law, and is annihilated when the law is repealed. But the trade of banking is strictly a private concern. It exists and can be carried on without the aid of the national Legislature. Nay, it is only under very special circumstances, that the national Legislature can so far interfere with it, as to facilitate its operations.*

*The post office executes the various duties assigned to it, by means of subordinate agents. The mails are opened and closed by persons invested with the character of public officers. But they are transported by individuals employed for that purpose, in their individual character, which employment is created by and founded in contract. To such contractors no official character is attached. These contractors supply horses, carriages, and whatever else is necessary for the transportation of the mails, upon their own account. The whole is engaged in the public service. The contractor, his horses, his carriage, his driver, are all in public employ. But this does not change their character. All that was private property before the contract was made, and before they were engaged in public employ, remain private property still. The horses and the carriages are liable to be taxed as other property, for every purpose for which property of the same character is taxed in the place where they are employed. The reason is plain: the contractor is employing his own means to promote his own private profit, and the tax collected is from the individual, though assessed upon the [22 U.S. 738, 787] means he uses to perform the public service. To tax the transportation of the*

*mails, as such, would be taxing the operations of the government, which could not be allowed. But to tax the means by which this transportation is effected, so far as those means are private property, is allowable; because it abstracts nothing from the government; and because, the fact that an individual employs his private means in the service of the government, attaches to them no immunity whatever."*

*[Osborn v. Bank of U.S., 22 U.S. 738 (1824)]*

Subtitle A of the I.R.C. therefore almost exclusively governs the relationship between U.S. government and those pursuing federal employment, contracts, agency, or benefits, and which regulates the private contractual business partnership and relationship called a "trade or business". Consent to abide by the contract and therefore to be called a "taxpayer" is conveyed by signing and submitting under penalty of perjury the IRS form W-4, IRS form 1099, IRS Form 1040, and the Currency Transaction Reports (CTRs), all of which if left unrebutted produce evidence of consent to the contract. Since Karl Granse did not argue against his alleged status as a "taxpayer", which is a person engaged in a privileged type of federal employment called a "trade or business" as defined in 26 U.S.C. §7701(a)(26), and since he clearly did not rebut the erroneous evidence wrongfully and incorrectly linking him to that relationship, then both the FBI and IRS as well as the Court in this case, and the Declarants agree that he should obey the contract terms found in Subtitle A of the I.R.C. This in no way is the case, however, with the Declarants, who have rebutted all erroneous reports that might connect them to "trade or business" activity, have rescinded participation in Social Security (see Exhibit entitled "Resignation of Compelled Social Security Trustee"), has vociferously argued against any identification of them as being "taxpayers", and vociferously refused any federal entitlement or benefit.

Whether FBI agent Andy Romagnuolo is aware of the limitations on his authority or not is immaterial. The fact that Declarants have not and will not allow their good names and status to be converted into taxpayers and U.S. persons, thereby denying agent Andy with the presumed authority to enter into the states of the Union and violently raid private homes and steal possessions under color of law is the only pertinent point.

*Whatever the form in which the Government functions, anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority. The scope of this authority may be explicitly defined by Congress or be limited by delegated legislation, properly exercised through the rule-making power. And this is so even though, as here, the agent himself may have been unaware of the limitations upon his authority.* FEDERAL CROP INS. CORPORATION v. MERRILL et al., **332 U.S. 38**

Declarants are meeting their Supreme Court imposed duty to ascertaining whether Agent Andy has stayed within his authority and that he is made aware of his limitations. The same will be explained for the Magistrate Judges who signed the search warrants in a later section.

8.  Because Karl Granse was engaged in a "trade or business", then under 26 U.S.C. §7701(a)(26), he was engaged in a "public office". A public office is a type of federal employment or agency which is: (1) Created by contract or agreement or other type of individual consent; (2) Requires consent of parties to the agreement in some form; (3) Is implemented through private law, which applies to special persons and things known as public employees or contractors. Because a "public office" is a type of federal employment, then those who are party to the private law contract found in I.R.C. Subtitle A and Title 18 become federal contractors or "employees" who are explicitly exempted by the Federal Register Act, 44 U.S.C. §1505(a)(1), from the requirement for implementing regulations and the requirement of publishing those regulations.

***TITLE 5 > PART I > CHAPTER 5 > SUBCHAPTER II > § 553***

*§ 553. Rule making*

*(a) This section applies, according to the provisions thereof, except to the extent that there is involved—*

*(1) a military or foreign affairs function of the United States; or*

*(2) <u>a matter relating to agency management or personnel or to public property, loans, grants, benefits, or contracts.</u>*

Note the above exclusion of the requirement for publishment of implementing regulations: "*a matter relating to agency management*". A "public office" or the "trade or business" activity that creates federal agency on the part of the person engaged in the activity are examples of situations that would certainly *not* require implementing regulations and which would certainly be subject to regulation by direct Congressional statutory enactment. Congress has always had *direct* control over its employees in the Executive Branch and it would be ludicrous for any Court or litigant to attempt to interfere with that direct supervisory role by requiring effectively that the Executive Branch, which is its subordinate

Servant of the Legislative Branch, must write a regulation interpreting a direct command from its Master, before that command may be enforced by the Judicial Branch. However, that same relationship does not apply to the Sovereigns in the states of the Union, who all three branches of government were created to serve and protect. As repeatedly pointed out, the requirement for implementing regulations applies to every subject of Congressional legislation EXCEPT those exceptions explicitly spelled out in the Federal Register Act, 44 U.S.C. §1505(a)(1), and the Administrative Procedures Act, 5 U.S.C. §553(a). The reason for this is clear: Congress, which is the servant of the Sovereign People, was established exclusively to protect the Constitutional and natural rights of its Master, We The People. It demonstrates this commitment to "protection" of Constitutional Rights by a writing and publishing implementing regulations in the Federal Register, which satisfies the Constitutional requirement for "due notice" to the persons affected by any law or regulation. Only persons domiciled in states of the Union who are _not_ a party to any federal contract, employment, or agency, can have such Constitutional rights in relation to the national government. Federal employees, agents, contractors, and the military DO NOT have such rights and therefore need not be part of the "notice and comment" process that is inherent in the rulemaking process so as to protect rights. The Supreme Court confirmed that public employees have _no_ constitutional rights in relation to their employer, the federal government, when it said the following:

> "_**The restrictions that the Constitution places upon the government in its capacity as lawmaker, i.e., as the regulator of private conduct, are not the same as the restrictions that it places upon the government in its capacity as employer.**_ We have recognized this in many contexts, with respect to many different constitutional guarantees. Private citizens perhaps cannot be prevented from wearing long hair, but policemen can. Kelley v. Johnson, _425 U.S. 238, 247 (1976)._ Private citizens cannot have their property searched without probable cause, but in many circumstances government employees can. O'Connor v. Ortega, _480 U.S. 709, 723 (1987)_ (plurality opinion); id., at 732 (SCALIA, J., concurring in judgment). Private citizens cannot be punished for refusing to provide the government information that may incriminate them, but government employees can be dismissed when the incriminating information that they refuse to provide relates to the performance of their job. Gardner v. Broderick, [497 U.S. 62, 95] _392 U.S. 273, 277 -278 (1968)._ With regard to freedom of speech in particular: Private citizens cannot be punished for speech of merely private concern, but government employees can be fired for that reason. Connick v. Myers, _461 U.S. 138, 147 (1983)._ Private citizens cannot be punished for partisan political activity, but federal and state employees can be dismissed and otherwise punished for that reason. Public Workers v. Mitchell, _330 U.S. 75, 101 (1947)_; Civil Service Comm'n v. Letter Carriers, _413 U.S. 548, 556 (1973)_; Broadrick v. Oklahoma, _413 U.S. 601, 616 -617 (1973)._" [Rutan v. Republican Party of Illinois, _497 U.S. 62 (1990)_]

There is no question in the mind of the Declarants that the Court ruled correctly in the case of _Granse_, by discounting the requirement for implementing regulations for Mr. Granse, who by his own omission and admission, was engaged in a privileged "public office" ("trade or business") which created a type of federal "agency" and fiduciary relationship under 26 U.S.C. §6903 that made him liable to obey Subtitle A of the I.R.C. This is simply not the case with the Declarants, once again, who are _not_ engaged in a "trade or business" or any other type of federal employment or agency in the context of the disputed matters at any time during the period in question and who have overwhelming evidence to support such a conclusion. You will also note that the definition of "person" under the criminal provisions of the I.R.C. also confirms that the only "persons" liable for criminal provisions of the I.R.C. have a fiduciary relationship with the federal government created by the receipt of federal benefits, employment, contracts, or the exercise of other forms of "private law" based on personal consent. To wit:

### **_TITLE 26_ > _Subtitle F_ > _CHAPTER 75_ > _Subchapter D_ > _§ 7343_**

_§ 7343. Definition of term "person"_

_The term "person" as used in this chapter includes an officer or employee of a corporation, or a member or employee of a partnership, **who as such officer, employee, or member is under a duty to perform the act in respect of which the violation occurs.**_

The "duty" which they are referring to above in the emphasized passage is the fiduciary duty created under 26 U.S.C. §6903 by declaring oneself a "public officer" engaged in a privileged "trade or business". Private law and private contract is the _only_ way to create such a fiduciary relationship, and the FBI and IRS have at no time ever produced any substantive evidence documenting the existence of such a relationship in the case of the Declarants. Positive law CANNOT create such a fiduciary relationship because it would impinge on the Constitutional Rights of the sovereigns in the states of the Union, which Congress may not lawfully do. That is why 1 U.S.C. §204 identifies the Internal Revenue Code as not being "positive law": It is instead "private law" and "special law" that only applies to specific persons and things who individually consent to be bound by it. This was admitted by the IRS itself in the following document:

http:  sedm.org Exhibits EX1000.pdf

See and rebut also the following, or remain silent if you agree:

*Requirement for Consent*, Form #05.003
http:  sedm.org Forms MemLaw Consent.pdf

Once a party consents or even acts as though he consents, he or she is considered to be "effectively connected with a trade or business in the United States". In effect, the act of consent "marries" a person through private law to the state and makes them a "public officer". That marriage proposal begins by selecting a "domicile" within the state and the marriage is consummated by the act of engaging in the privileged or excise taxable "trade or business". Real marriage works the same way: Parties who "act" as though they are married and cohabit for some fixed period of time are treated under the common law in many states as though they are legally married. Therefore, the *Granse* case and all cases in which the litigant was a "taxpayer", a "U.S. person", or was engaged in a privileged activity such as a "trade or business" are simply irrelevant and inapplicable to the circumstances of the Declarants and this case.

9. Similar arguments made by Declarants in this section may also universally be applied to every other type of similar tax case the IRS might wish to cite. This includes, for instance, *Gass v. United States Department of Treasury*, 216 F.3d 1087, 217 F.3d 1087 (10th Cir. 06/09/2000) and every other case the Declarant could find on the subject of the requirement for implementing regulations. Therefore, Declarant was unable to locate any stare decisis useful to the FBI, IRS or a court that would be applicable to AND entirely compatible with the circumstances of the Declarants:

   A.  Who are "nontaxpayers" not subject to any provision of the I.R.C.

   B.  Who are "nonresident aliens" as defined in 26 U.S.C. §7701(b)(1)(B) that is not engaged in a "trade or business". This type of entity is defined in 26 CFR §1.871-1(b)(i).

   C.  All of whose earnings and property are a "foreign estate" as defined in 26 U.S.C. §7701(a)(31).

   D.  Who are nonresident to any United States Judicial District or Internal Revenue District.

   E.  Who did not initiate this action and have never consented to the foreign jurisdiction of a USDC Court or made a "general appearance" in any relevant case.

   F.  Who are "nationals" pursuant to 8 U.S.C. §1101(a)(21), but not a *statutory* "U.S. citizen" pursuant to 8 U.S.C. §1401.

   G.  Who have no employment or agency or contract or "public office" relationship with the federal government, nor is either a recipient of or eligible to lawfully receive any federal benefit.

   H.  Who have refuted or rebutted all false reports of the receipt of "trade or business" income, such as W-2, 1099, and Currency Transaction Reports because he is not engaged in a "trade or business" as required by 26 U.S.C. §6041.

If the FBI, IRS, DOJ or any Court would be so kind as to provide caselaw that satisfies *all* the above criteria applicable in the instant case and consistent with ALL circumstances of the Declarants as described herein, then Declarants would happily change their position.

## 3.2    *No Territorial or Subject Matter Jurisdiction*

1.  The FBI, IRS, and DOJ in the instant case have no territorial or extraterritorial jurisdiction to sustain this action for reasons set forth herein. The principles of comity and federalism require that when the Federal Government wishes to reach extraterritorially into a "foreign state", such as a state of the Union, it must produce evidence of consent from the specific parties it is enforcing against.

> "Judge Story, in his treatise on the Conflicts of Laws, lays down, as the basis upon which all reasonings on the law of comity must necessarily rest, the following maxims: First 'that *every nation possesses an exclusive sovereignty and jurisdiction within its own territory*'; secondly, '*that no state or nation can by its laws directly affect or bind property out of its own territory, or bind persons not resident therein, whether they are natural born subjects or others.*' The learned judge then adds: 'From these two maxims or propositions there follows a third, and that is that whatever force and obligation the laws of one country have in another depend solely upon the laws and municipal regulation of the latter; that is to say, upon its own proper jurisdiction and polity, and upon its own express or tacit consent." Story on Conflict of Laws §23."
>
> [Baltimore & Ohio Railroad Co. v. Chambers, 73 Ohio St. 16; 76 N.E. 91; 11 L.R.A., N.S., 1012 (1905)]

2.  Declarants do *not* claim that federal jurisdiction is limited *only* to "federal territory", but rather that it is limited to domiciliaries and franchises LAWFULLY and CONSENSUALLY associated with federal territory wherever they may be situated, pursuant to Article 4, Section 3, Clause 2 of the United States Constitution. By "lawfully and consensually associated", Petitioner means that the "public offices" and "trade or business" franchises and activities are specifically authorized by Congress to occur in the place where they are taxed as required by 4 U.S.C. §72. In fact, no cases that are on-point or which refute the hypothesis of this affidavit could be located by Declarants. Therefore, such cases as the following and all those similar would NOT be responsive and would be INAPPOSITE to this affidavit:

    A.  *Lonsdale v. US,* 919 F2d 1440 (10th Cir 1990)

    B.  *US v. Mundt,* 29 F3d 233 (6th Cir 1994)

    C.  *In re Becraft,* 885 F2d 547 (9th Cir 1989)

    D.  *US v. Sloan,* 939 F2d 499 (7th Cir 1991)

    E.  *US v. R.W. Collins,* 920 F2d 619 (10th Cir 1990), cert.den 500 US 920

    None of the above cases, in fact, are compatible or relevant to a person with the domicile, citizenship, and tax status of the Declarants, which is described in the Affidavit of Material Facts, Section 2 earlier, as well as Exhibit 2 attached. If the FBI, IRS or DOJ argues otherwise, they are required to prove in each case that they ARE relevant.

3.  Instead, Declarants claim that the Internal Revenue Code cannot operate in a state of the Union, and especially not against those *not* specifically engaged in a the "trade or business" franchise defined in 26 U.S.C. §7701(a)(26) as "the functions of a public office". Further, Title 18 provision not specifically published as required with implementing regulations cannot have force and effect in law against those situated in the several states.

4.  The U.S. Supreme Court has stated repeatedly that the United States federal government is without ANY legislative jurisdiction within the exterior boundaries of a sovereign state of Union:

    > *"The difficulties arising out of our dual form of government and the opportunities for differing opinions concerning the relative rights of state and national governments are many;* **but for a very long time this court has steadfastly adhered to the doctrine that the taxing power of Congress does not extend to the states or their political subdivisions.** *The same basic reasoning which leads to that conclusion, we think, requires like limitation upon the power which springs from the bankruptcy clause. United States v. Butler, supra."*

    [*Ashton v. Cameron County Water Improvement District No. 1, 298 U.S. 513; 56 S.Ct. 892 (1936)*]

    _____

    > *"It is no longer open to question that* **the general government, unlike the states,** *Hammer v. Dagenhart,* 247 U.S. 251, 275 *, 38 S.Ct. 529, 3 A.L.R. 649, Ann.Cas.1918E 724,* **possesses no inherent power in respect of the internal affairs of the states; and emphatically not with regard to legislation."**

    [*Carter v. Carter Coal Co., 298 U.S. 238, 56 S.Ct. 855 (1936)*]

    The FBI, IRS and DOJ are hereby demanded to produce evidence that Title 18 and the Internal Revenue Code do NOT qualify as "legislation" within the meaning of the above rulings.

5.  40 U.S.C. §3112 creates a presumption that the United States government does not have jurisdiction unless it specifically accepts jurisdiction over lands within the exterior limits of a state of the Union:

    *TITLE 40 - PUBLIC BUILDINGS, PROPERTY, AND WORKS*

    *SUBTITLE II - PUBLIC BUILDINGS AND WORKS*

    *PART A - GENERAL*

    *CHAPTER 31 - GENERAL*

    *SUBCHAPTER II - ACQUIRING LAND*

    Sec. 3112. Federal jurisdiction

    *(a) Exclusive Jurisdiction Not Required. - It is not required that the Federal Government obtain exclusive jurisdiction in the United States over land or an interest in land it acquires.*

*(b) Acquisition and Acceptance of Jurisdiction. - When the head of a department, agency, or independent establishment of the Government, or other authorized officer of the department, agency, or independent establishment, considers it desirable, that individual may accept or secure, from the State in which land or an interest in land that is under the immediate jurisdiction, custody, or control of the individual is situated, consent to, or cession of, any jurisdiction over the land or interest not previously obtained. The individual shall indicate acceptance of jurisdiction on behalf of the Government by filing a notice of acceptance with the Governor of the State or in another manner prescribed by the laws of the State where the land is situated.*

*(c) Presumption. - <u>It is conclusively presumed that jurisdiction has not been accepted until the Government accepts jurisdiction over land as provided in this section.</u>*

*[SOURCE:  http://www4.law.cornell.edu/uscode_html/uscode40/usc_sec_40_00003112----000-.html]*

6.   The Uniform Commercial Code defines the term "United States" as the District of Columbia:

*Uniform Commercial Code (U.C.C.)*

*§ 9-307. LOCATION OF DEBTOR.*

*(h) [Location of United States.]*

*The United States is located in the District of Columbia.*

*[SOURCE:  http://www.law.cornell.edu/ucc/search/display.html?terms=district%20of%20columbia&url=/ucc/9/article9.htm#s9-307]*

7.   <u>Article 1</u>, Section 8, Clause 17 of the Constitution expressly limits the territorial jurisdiction of the federal government to the ten square mile area known as the District of Columbia.  Extensions to this jurisdiction arose at the signing of the Treaty of Peace between the King of Spain and the United States in Paris France, which granted to the United States new territories such as Guam, Cuba, the Philippines, etc.

8.   <u>4 U.S.C. §72</u> limits the exercise of all "public offices" and the application of their laws to the District of Columbia and NOT elsewhere except as "expressly provided" by Congress. This is consistent with the limitations on the investigatory power of the FBI found at 28 USC §535.

*TITLE 4 > CHAPTER 3 > § 72*

*§ 72. Public offices; at seat of Government*

*All offices attached to the seat of government shall be exercised in the District of Columbia, and not elsewhere, except as otherwise expressly provided by law.*

9.   The Internal Revenue Code Subtitle A places the income tax primarily upon a "trade or business". The U.S. Supreme Court expressly stated that Congress may not establish a "trade or business" in a state of the Union and tax it.

*"Congress cannot authorize a **trade or business** within a State in order to tax it."*

*[License Tax Cases, 72 U.S. 462, 18 L.Ed. 497, 5 Wall. 462, 2 A.F.T.R. 2224 (1866)]*

10.  A "trade or business" is defined as the "functions of a public office" in <u>26 U.S.C. §7701</u>(a)(26).   See:

> *The Trade or Business Scam*, Form #05.001
>
> http://sedm.org/Forms/FormIndex.htm

11.  The FBI, IRS and the DOJ have been repeatedly asked for the statute which "expressly extends" the "public office" that is the subject of the tax upon "trade or business" activities within states of the Union and the authority of the FBI to enter a union state and exercise authority there.  NO ONE has been able to produce such a statute because IT DOESN'T EXIST. There is no provision of law which "expressly extends" the enforcement of Subtitle A of the Internal Revenue Code to any state of the Union nor of the authority of the FBI or DOJ in any state of the Union. Therefore, FBI, IRS and DOJ jurisdiction does not exist there.

*"**Expressio unius est exclusio alterius**.  A maxim of statutory interpretation meaning that the **expression of one thing is the exclusion of another.** Burgin v. Forbes. 293 Ky. 456, 169 S.W.2d 321, 325; Newblock v. Bowles, 170 Okl. 487, 40 P.2d 1097, 1100.  Mention of one thing implies exclusion of another.  **When certain persons or things are specified in a law,***

*contract, or will, an intention to exclude all others from its operation may be inferred. Under this maxim, if statute specifies one exception to a general rule or assumes to specify the effects of a certain provision, other exceptions or effects are excluded."*

[Black's Law Dictionary, Sixth Edition, page 581]

12. 48 U.S.C. §1612 expressly extends the enforcement of the criminal provisions of the Internal Revenue Code to the Virgin Islands and is the only enactment of Congress that extends enforcement of any part of the Internal Revenue Code to any place outside the District of Columbia.

13. The U.S. Supreme Court commonly refers to states of the Union as "foreign states". To wit:

*We have held, upon full consideration, that although under existing statutes a circuit court of the United States has jurisdiction upon habeas corpus to discharge from the custody of __state officers__ or tribunals one restrained of his liberty in violation of the Constitution of the United States, it is not required in every case to exercise its power to that end immediately upon application being made for the writ. 'We cannot suppose,' this court has said, 'that Congress intended to compel those courts, by such means, to draw to themselves, in the first instance, the control of all criminal prosecutions commenced in state courts exercising authority within the same territorial limits, where the accused claims that he is held in custody in violation of the Constitution of the United States. The injunction to hear the case summarily, and thereupon 'to dispose of the party as law and justice require' [R. S. 761], does not deprive the court of discretion as to the time and mode in which it will exert the powers conferred upon it. That discretion should be exercised in the light of the relations existing, under our system of government, between the judicial tribunals of the Union and of the states, and in recognition of the fact that the public good requires that those relations be not disturbed by unnecessary conflict between courts equally bound to guard and protect rights secured by the Constitution. __When the petitioner is in custody by state authority for an act done or omitted to be done in pursuance of a law of the United States, or of an order, process, or decree of a court or judge thereof; or where, being a subject or citizen of a foreign state, and domiciled therein, he is in custody, under like authority, for an act done or omitted under any alleged right, title, authority, privilege, protection, or exemption claimed under the commission, or order, or sanction of any foreign state, or under color thereof, the validity and effect whereof depend upon the law of nations; in such and like cases of urgency, involving the authority and operations of the general government, or the obligations of this country to, or its relations with, foreign nations, [180 U.S. 499, 502] the courts of the United States have frequently interposed by writs of habeas corpus and discharged prisoners who were held in custody under state authority.__ So, also, when they are in the custody of a state officer, it may be necessary, by use of the writ, to bring them into a court of the United States to testify as witnesses.' Ex parte Royall, 117 U.S. 241, 250, 29 S. L. ed. 868, 871, 6 Sup. Ct. Rep. 734; Ex parte Fonda, 117 U.S. 516, 518, 29 S. L. ed. 994, 6 Sup. Ct. Rep. 848; Re Duncan, 139 U.S. 449, 454, sub nom. Duncan v. McCall, 35 L. ed. 219, 222, 11 Sup. Ct. Rep. 573; Re Wood, 140 U.S. 278, 289, Sub nom. Wood v. Bursh, 35 L. ed. 505, 509, 11 Sup. Ct. Rep. 738; McElvaine v. Brush, 142 U.S. 155, 160, 35 S. L. ed. 971, 973, 12 Sup. Ct. Rep. 156; Cook v. Hart, 146 U.S. 183, 194, 36 S. L. ed. 934, 939, 13 Sup. Ct. Rep. 40; Re Frederick, 149 U.S. 70, 75, 37 S. L. ed. 653, 656, 13 Sup. Ct. Rep. 793; New York v. Eno, 155 U.S. 89, 96, 39 S. L. ed. 80. 83, 15 Sup. Ct. Rep. 30; Pepke v. Cronan, 155 U.S. 100, 39 L. ed. 84, 15 Sup. Ct. Rep. 34; Re Chapman, 156 U.S. 211, 216, 39 S. L. ed. 401, 402, 15 Sup. Ct. Rep. 331; Whitten v. Tomlinson, 160 U.S. 231, 242, 40 S. L. ed. 406, 412, 16 Sup. Ct. Rep. 297; Iasigi v. Van De Carr, 166 U.S. 391, 395, 41 S. L. ed. 1045, 1049, 17 Sup. Ct. Rep. 595; Baker v. Grice, 169 U.S. 284, 290, 42 S. L. ed. 748, 750, 18 Sup. Ct. Rep. 323; Tinsley v. Anderson, 171 U.S. 101, 105, 43 S. L. ed. 91, 96, 18 Sup. Ct. Rep. 805; Fitts v. McGhee, 172 U.S. 516, 533, 43 S. L. ed. 535, 543, 19 Sup. Ct. Rep. 269; Markuson v. Boucher, 175 U.S. 184, 44 L. ed. 124, 20 Sup. Ct. Rep. 76.*

[State of Minnesota v. Brundage, 180 U.S. 499 (1901)]

14. The Internal Revenue Code itself defines and limits the term "United States" to include only the District of Columbia and nowhere expands the term to include any state of the Union. Consequently, states of the Union are not included.

*TITLE 26 > Subtitle F > CHAPTER 79 > Sec. 7701.*

*Sec. 7701. - Definitions*

*(a)(9) United States*

*The term "United States" when used in a geographical sense includes only the States and the District of Columbia.*

*(a)(10) State*

*The term "State" shall be construed to include the District of Columbia, where such construction is necessary to carry out provisions of this title.*

The rules of statutory construction forbid concluding that the term "United States" includes anything other than what is identified in the statutes themselves. Therefore, the FBI, IRS and DOJ have failed to give "reasonable notice" to the Declarants that said statutes apply to them and the statutes are "void for vagueness" and unenforceable against them:

> **"Expressio unius est exclusio alterius.** A maxim of statutory interpretation meaning that **the expression of one thing is the exclusion of another.** Burgin v. Forbes, 293 Ky. 456, 169 S.W.2d 321, 325; Newblock v. Bowles, 170 Okl. 487, 40 P.2d 1097, 1100. Mention of one thing implies exclusion of another. **When certain persons or things are specified in a law, contract, or will, an intention to exclude all others from its operation may be inferred.** Under this maxim, if statute specifies one exception to a general rule or assumes to specify the effects of a certain provision, other exceptions or effects are excluded."
>
> *[Black's Law Dictionary, Sixth Edition, page 581]*

---

> **"When a statute includes an explicit definition, we must follow that definition, even if it varies from that term's ordinary meaning.** Meese v. Keene, 481 U.S. 465, 484-485 (1987) ("It is axiomatic that the statutory definition of the term excludes unstated meanings of that term"); Colautti v. Franklin, 439 U.S. at 392-393, n. 10 ("As a rule, `a definition which declares what a term "means" . . . excludes any meaning that is not stated'"); Western Union Telegraph Co. v. Lenroot, 323 U.S. 490, 502 (1945); Fox v. Standard Oil Co. of N.J., 294 U.S. 87, 95-96 (1935) (Cardozo, J.); see also 2A N. Singer, Sutherland on Statutes and Statutory Construction § 47.07, p. 152, and n. 10 (5th ed. 1992) (collecting cases). That is to say, the statute, read "as a whole," post at 998 [530 U.S. 943] (THOMAS, J., dissenting), leads the reader to a definition. That definition does not include the Attorney General's restriction -- "the child up to the head." Its words, "substantial portion," indicate the contrary."
>
> *[Stenberg v. Carhart, 530 U.S. 914 (2000)]*

15. 26 U.S.C. §7601 limits and defines enforcement of the Internal Revenue Code and discovery related to the enforcement *only* within the bounds of internal revenue districts. Pursuant to Treasury Order 150-02, the ONLY remaining internal revenue district is the District of Columbia and the IRS has not produced evidence that any internal revenue district exists anywhere within the North Carolina or Washington Republic. Any evidence gathered by the FBI or the IRS outside the District of Columbia is UNLAWFULLY obtained and in violation of this statute as well as the constitutional doctrine of separation of powers and individual sovereignty, and therefore constitutes "fruit of a poisonous tree" that is inadmissible as evidence. See *Weeks v. United States*, 232 U.S. 383 (1914), which says that evidence unlawfully obtained is INADMISSIBLE.

16. 26 U.S.C. §7621 authorizes the President of the United States to define the boundaries of all internal revenue districts.

    A. The President delegated that authority to the Secretary of the Treasury pursuant to Executive Order 10289.

    B. Neither the President nor his delegate, the Secretary of the Treasury, may lawfully establish internal revenue districts outside of the "United States", which is then defined in 26 U.S.C. §7701(a)(9) and (a)(10), 26 U.S.C. §7701(a)(39), and 26 U.S.C. §7408(d) to mean ONLY the District of Columbia. This restriction is a result of the fact that the Constitution in Article 4, Section 3, Clause 2 only authorizes Congress to write rules and regulations for the territory and other property of the United States, and states of the Union are not "territory" of the United States:

       > *"Territories' or 'territory' as including 'state' or 'states." While the term 'territories of the' **United States** may, under certain circumstances, include the states of the Union, as used in the federal Constitution and in ordinary acts of congress "territory" does not include a **foreign state.**
       >
       > *[86 C.J.S. [Corpus, Juris, Secundum, Legal Encyclopedia], Territories, §1]*

The limitations imposed on the FBI at 28 USC 535 clearly reflect the respect Congress has shown in deference to the Constitution and its limited authority to make laws for the states of the Union.

C.  Congress cannot delegate to the President or the Secretary an authority within states of the Union that it does not have itself. Congress has NO LEGISLATIVE JURISDICTION within a state of the Union.

> "It is no longer open to question that **the general government, unlike the states**, Hammer v. Dagenhart, 24" U.S. 251, 275 , 38 S.Ct. 529, 3 A.L.R. 649, Ann.Cas.1918E 724, **possesses no inherent power in respect of the internal affairs of the states; and emphatically not with regard to legislation."**

> [Carter v. Carter Coal Co., 298 U.S. 238, 56 S.Ct. 855 (1936)]

Just as Congress cannot legislate for the states, the judicial branch cannot interfere with the sanctity of the states, their property or that of the Citizens of states of the Union. No Federal judge can issue a search warrant for property within the geographic boundaries of one of the several states not ceded to the Federal government. Declarants demand evidence that this conclusions is incorrect. And keep in mind that judges cannot rule on the extent of their jurisdiction, only Congress and the constitution can define their jurisdiction.

17.  Treasury Order 150-02 abolished all internal revenue districts _except_ that of the District of Columbia.

18.  IRS is a delegate of the Secretary in insular possessions, as "delegate" is defined at 26 U.S.C. § 7701(a)(12)(B), but NOT in states of the Union.

19.  Based on all the above authorities:

A.  The word "INTERNAL" in the phrase "INTERNAL Revenue Service" means INTERNAL to the federal government or federal territory or possessions, which we collectively call the federal zone. This includes "persons" defined in 26 U.S.C. §7701(a)(1) who are temporarily OUTSIDE the federal zone but who have a domicile WITHIN it, such as statutory "citizens" as defined in 8 U.S.C. §1401 and "residents" as defined in 26 U.S.C. §7701(b)(1)(A) who are abroad and coming under a tax treaty with a foreign country, pursuant to 26 U.S.C. §911. It DOES NOT include persons domiciled in states of the Union. See:

> _Why Domicile and Income Taxes are Voluntary_, Form #05.002
>
> http://sedm.org/Forms/FormIndex.htm

It is emphasized that there is NO statute authorizing taxation of "citizens and residents" who are NOT "abroad" and who are physically present either in a state of the Union or within any federal territory or possession. Therefore, these areas are _not_ subject to taxation pursuant to I.R.C. Subtitle A.

Similarly the Federal in Federal Bureau of Investigation means with respect to and authority over Federal personnel and officers, not un-enfranchised state Citizens domiciled within one of the several states and not holding a privileged status as U.S. person.

B.  The U.S. Supreme Court has confirmed that there is _no basis_ to believe that any part of the federal government enjoys any legislative jurisdiction within any state of the Union, including in its capacity as a lawmaker for the general government. This was confirmed by one attorney who devoted his life to the study of Constitutional law below:

> "§79. [. . .]_There cannot be two separate and independent sovereignties within the same limits or jurisdiction; nor can there be two distinct and separate sources of sovereign authority within the same jurisdiction. The right of commanding in the last resort can be possessed only by one body of people inhabiting the same territory,' and can be executed only by those intrusted with the execution of such authority._"

> [Treatise on Government, Joel Tiffany, p. 49, Section 78;
> SOURCE: http: 'famguardian.org/Publications/TreatiseOnGovernment/TreatOnGovt.pdf]

Our public dis-servants have tried to systematically destroy this separation or powers using a combination of LIES, PROPAGANDA in unreliable government publications, and the abuse of "words of art" in the void for vagueness "codes" they write in order to hunt and trap and enslave Sovereign Americans domiciled in the states like animals.

> But this is a people robbed and plundered;
>
> All of them are snared in [legal] holes, [by the sophistry of rebellious public "servant" lawyers]
>
> And they are hidden in prison houses;

1  *They are for prey, and no one delivers;*

2  *For plunder, and no one says, "Restore!"*

3  *Who among you will give ear to this?*

4  *Who will listen and hear for the time to come?*

5  *Who gave Jacob [Americans] for plunder, and Israel [America] to the robbers?*

6  **Was it not the LORD,**

7  **He against whom we have sinned?**

8  **For they would not walk in His ways,**

9  **Nor were they obedient to His law.**

10  *Therefore He has poured on him the fury of His anger*

11  *And the strength of battle;*

12  *It has set him on fire all around,*

13  *Yet he did not know;*

14  *And it burned him,*

15  *Yet he did not take it to heart.*

16  *[Isaiah 42:22-25, Bible, NKJV]*

17  Our covetous public "servants" in the federal government have become PREDATORS, not PROTECTOR.S  Wake up
18  people!  If you want to know what your public servants are doing to systematically disobey and destroy the main
19  purpose of the Constitution and destroy your rights in the process, read the following expose:

> *Government Conspiracy to Destroy the Separation of Powers Doctrine*, Form #05.023
>
> http://sedm.org/Forms/FormIndex.htm

20  C.  The PROPAGANDA you read on the IRS website that contradicts the content of this section honestly (for ONCE!)
21  identifies itself as the equivalent of BUTT WIPE that isn't worth the paper it is printed on and which you can't and
22  shouldn't believe.  This BUTT WIPE, incidentally, includes ALL the IRS publications and forms:

23  *"IRS Publications, issued by the National Office, explain the law in plain language for*
24  *taxpayers and their advisors... While a good source of general information, publications*
25  *should not be cited to sustain a position."*

26  *[IRM 4.10.7.2.8 (05-14-1999)]*

27  D.  If you want to know what constitutes a "reasonable source of belief" about federal jurisdiction in the context of
28  taxation, please see the following.  Note that it concludes that you CAN'T trust anything a tax professional or
29  government employee or even court below the Supreme Court says on the subject of taxes, and this conclusion is
30  based on the findings of the courts themselves!

> *Reasonable Belief About Income Tax Liability*, Form #05.007
>
> http://sedm.org/Forms/FormIndex.htm

31

32  20.  As has been detailed previously, Agent Romagnoulo has taken the legal position that the use of a Bill of Exchange or other
33  discharge instrument is unlawful. Specifically he alleges that it constitutes mail fraud and fictitious claims on the U.S.
34  treasury. These arguments are frivolous and clearly in contradistinction to case law. In the case of U.S. v Williams, a
35  federal judge accepted a Bill of Exchange to discharge over $7000.00 in criminal penalties and terminate supervised
36  release provisions under a parole order.
37
38  In Bank One V Ward, a Florida state judge found that a Bill of Exchange tendered by Sarah Fugate extinguished the
39  mortgage obligation. In each case the Bill of Exchange was to be presented to the Secretary of the Treasury, an employee
40  of the Fund and the Bank who is also the Trustee over the bankruptcy of the United States. Therefore, no claims
41  whatsoever were lodged against the U.S. treasury. And since no false claims were mailed, mail fraud, even if that Title 18
42  section applied to Declarants, has not occurred.

One must ask, can Declarants be criminally prosecuted for relying in good faith on the holdings of a state and federal judge. With the evidence reiterated here in this document, the majority of which is also to be found on Declarants seized computers, it can only be surmised that Agent Romagnoulo is engaging in a protection racket to protect the unlawful, unconstitutional, Federal Reserve System from those Citizens who have taken the time and effort to understand how our monetary system has been corrupted.

If anything, the government is complicit in creating the environment Agent Andy now seeks to prosecute Declarants for availing themselves of. Therefore, the evidence presented here may be deemed conclusive of Agent Andy's criminal intent to harass, injure, terrorize and

## 4. **Conclusion**

If you disagree with anything in this letter, then rebut that with which you disagree, in writing, with particularity, to me, within 30 days of this letter's date, and support your disagreement with evidence, fact and law. Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who represent you.

If you choose not to respond and thereby simply agree to the facts, legal conclusions and claims made herein, then within the 30 day response period return all property seized, purge all records and cease and desist from all previously stated egregious activites.

## 5. **Enclosures**

Attached hereto and made a part of this document are the Disks entitle SEDM Sovereignty DVD and Constructive Notice Exhibits. The evidence on these disks is made a part of this document as if they were fully reproduced within this document.

## 6. **AFFIRMATION**

Under the penalty of perjury from without the United States under the laws of the United States of America pursuant to 28 U.S.C. §1746(1), Declarants declare that we have examined the facts stated in this affidavit, including the accompanying documents and exhibits, and, to the best of our knowledge and belief, they are true and correct.

Signed and sealed this 13th day of July, 2007 A.D.



Edward-William: Wahler

**Notice:** *Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*

STATE OF NORTH CAROLINA                    )

                                                                    )        **JURAT**

COUNTY OF BUNCOMBE                      )


Before me the undersigned a Notary Public acting in and for the County of Buncombe and State of North Carolina on this 13th day of July, 2007, personally appeared and known to me to be the identical man, Edward-William: Wahler, who executed by act and deed the foregoing affidavit and then acknowledged to me his free will and voluntary act.

Given under my hand and seal this 13th day of July, 2007.

*Rebekah Miller*

Rebekah Miller, Notary                                        Seal

My commission expires Feb 3, 2008

— · — · — · — — · — — · — · — · — · — — · —

Signed and sealed this 13th day of July, 2007 A.D.

Michael James Hannigan

Michael-James: Hannigan

**Notice:** *Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*

STATE OF NORTH CAROLINA                    )

                                                                    )        **JURAT**

COUNTY OF BUNCOMBE                                    )

Before me the undersigned a Notary Public acting in and for the County of Buncombe and State of North Carolina on this 13th day of July, 2007, personally appeared and known to me to be the identical man, Michael-James: Hannigan who executed by act and deed the foregoing affidavit and then acknowledged to me his free will and voluntary act.

Given under my hand and seal this 13th day of July, 2007.

*Rebekah H Miller*

Rebekah Miller, Notary                                    Seal

My commission expires Feb 3, 2008

Signed and sealed this 13th day of July, 2007 A.D.

Harry-Lee: Carper

**Notice:** *Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*

STATE OF NORTH CAROLINA                    )

                                                          )        **JURAT**

COUNTY OF BUNCOMBE                        )

Before me the undersigned a Notary Public acting in and for the County of Haywood

and State of North Carolina on this 13th day of July, 2007, personally appeared and known to me to be the identical man, Harry-Lee: Carper who executed by act and deed the foregoing affidavit and then acknowledged to me his free will and voluntary act.

Given under my hand and seal this 13th day of July, 2007.

*Rebekah H Miller*

Rebekah Miler, Notary                                    Seal

My commission expires Feb 3, 2008

73

Signed and sealed this 12ᵗʰ day of July, 2007 A.D.

Lewis-Vincent: Hughes

**Notice:** *Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*

| | | |
|---|---|---|
| STATE OF WASHINGTON | ) | |
| | ) | **JURAT** |
| COUNTY OF SNOHOMISH | ) | |

Before me the undersigned a Notary Public acting in and for the County of Snohomish

and State of Washington on this __12__ day of July, 2007, personally appeared and known to me to be the identical man, Lewis-Vincent: Hughes who executed by act and deed the foregoing affidavit and then acknowledged to me his free will and voluntary act.

Given under my hand and seal this __12__ day of July, 2007.

Notary

My commission expires __June 1, 2009__

Seal

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing, the associated Constructive Notice, and the associated Affidavit of Material Facts has been made upon the following addressees by me, a North Carolina Notary, by depositing a copy in the United States mail, via certified mail, return receipt requested, postage prepaid, this 14th day of July, 2007 addressed to:

OFFICE OF ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530-0001
CERTIFIED MAIL #

OFFICE OF THE DIRECTOR
FEDERAL BUREAU OF INVESTIGATION
U.S. DEPARTMENT OF JUSTICE
J. EDGAR HOOVER BUILDING
935 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20535-0001
CERTIFIED MAIL #

FEDERAL BUREAU OF INVESTIGATION
U.S. DEPARTMENT OF JUSTICE
ATTN: ANDREW F. ROMAGNUOLO, SPECIAL AGENT
100 OTIS STREET, SUITE 211
ASHEVILLE, NC 28801
CERTIFIED MAIL #

OFFICE OF THE U.S. ATTORNEY
ATTN: JILL ROSE, ASST. U.S.A., OR SUCCESSOR
U.S. COURTHOUSE, RM. 233
100 OTIS STREET
ASHEVILLE, NORTH CAROLINA 28801
CERTIFIED MAIL #

UNITED STATES DISTRICT COURT
ATTN: JUDGE LACY THORNBURG
U.S. COURTHOUSE, RM.309
100 OTIS STREET
ASHEVILLE, NORTH CAROLINA 28801
CERTIFIED MAIL #

UNITED STATES DISTRICT COURT
ATTN: MAGISTRATE JUDGE, E S SWEARINGEN
U.S. COURTHOUSE, RM.309
100 OTIS STREET
ASHEVILLE, NORTH CAROLINA 28801
CERTIFIED MAIL #

UNITED STATES DISTRICT COURT
ATTN: MAGISTRATE JUDGE DENNIS L HOWELL
U.S. COURTHOUSE, RM.309
100 OTIS STREET
ASHEVILLE, NORTH CAROLINA  28801
CERTIFIED MAIL #

ANTONY TORRES
FEDERAL BUREAU OF INVESTIGATION
1110 3RD AVENUE
SEATTLE, WA  98101
CERTIFIED MAIL #

MIKE PFEFFER
FEDERAL BUREAU OF INVESTIGATION
1110 3RD AVENUE
SEATTLE, WA  98101
CERTIFIED MAIL #

UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE MARY ALICE THIELER
US COURTHOUSE
700 STEWART STREET, LOBBY LEVEL
SEATTLE, WA 98101

UNITED STATES DISTRICT COURT
JUDGE JOHN C. COUGHENOUR
US COURTHOUSE
700 STEWART STREET, LOBBY LEVEL
SEATTLE, WA 98101

I furthermore certify that:

1.  I am at least 18 years of age

2.  I am not related to either party to this legal proceeding by blood, marriage, adoption, or employment

3.  I serve as a "disinterested third party" to this action

4.  That I am in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

All responses should be sent to:

1  Rebekah H. Miller, Notary
2  PO Box 681
3  Fletcher, NC 28732
4

5

6  I now place my hand and seal as a public notary in the County of Buncombe and the state of North Carolina this 14th day of
7  July, 2007 A.D.

8

9

10 _Rebekah H Miller_ _____ 

11 Rebekah H. Miller

12

13 My commission Expires:  Feb 3, 2008

**EXHIBIT C**

AO 106 (Rev. 12/03) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT

<u>WESTERN</u> DISTRICT OF <u>NORTH CAROLINA</u>

| | |
|---|---|
| In the Matter of the Search of<br>(Name, address or brief description of person, property or premises to be searched)<br><br>13 Locust Street, Canton, North Carolina<br>A rock house, with rock chimney, and rock archway over the<br>over the front door with white windows and door. The number<br>13 is on the bottom half of the front door. | **APPLICATION AND AFFIDAVIT**<br>**FOR SEARCH WARRANT** **FILED**<br>**ASHEVILLE, N.C.**<br><br>Case Number: _1:07 mj 46_ **MAY 2 1 2007**<br><br>**U.S. DISTRICT COURT**<br>**W. DIST. OF N.C.** |

I, _____ Andrew F. Romagnuolo _____ being duly sworn depose and say:

I am _____ a Special Agent, Federal Bureau of Investigation _____ and have reason to believe
Official Title

that ☐ on the person of or   X on the property or premises known as (name, description and/or location)

13 Locust Street, Canton, North Carolina. Travel from I-40 West to Exit 37. Turn left and travel .1 miles. At traffic light turn right onto HWY 19/23 South and travel 5 miles. Turn left on Academy Street and travel .3 miles. Turn right onto Pennsylvania Avenue at Locust Field Cemetery. Travel 200 feet remaining straight onto Locust Street. The residence is the third house on the left and is a rock house with a rock chimney, and a rock arch over the front door, a chain link fence in the side yard, the doors and windows are white and the number 13 is located on the bottom half of the front door

in the _____ WESTERN _____ District of _____ NORTH CAROLINA _____

there is now concealed a certain person or property, namely (describe the person or property to be seized)

see attached Affidavit and attachments, incorporated herein by reference

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

constituting the fruits and instrumentalities of criminal acts to wit, evidence

concerning a violation of Title _____ 18 _____ United States code, Section(s) _____ 514, 1341, and 371 _____
The facts to support a finding of probable cause are as follows:

see attached Affidavit and attachments, incorporated herein by reference

Continued on the attached sheet and made a part hereof:       X  Yes       ☐ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

May 21, 2007                                    at   Asheville, North Carolina
Date                                                      City and State

_____              _____
Dennis L. Howell                                     Signature of Judge
Name and Title of Judge

1

2          WESTERN DISTRICT OF NORTH CAROLINA

3              ASHEVILLE, NORTH CAROLINA

4

5                      AFFIDAVIT

6          This affiant, Andrew F. Romagnuolo, Special Agent,

7   Federal Bureau of Investigation, being duly sworn, states the

8   following:

9

10         I am a Special Agent of the Federal Bureau of

11  Investigation(FBI), Charlotte Division, Asheville, North

12  Carolina Resident Agency.  This affiant has been employed as

13  a Special Agent of the FBI for approximately nine years.

14

15         I am presently investigating violations of Federal

16  Laws, specifically violations of Title 18 United States Code,

17  Section 514, Fictitious obligations, Title 18 United States

18  Code, Section 1341, Mail Fraud, and Title 18 United States

19  Code, Section 371, Conspiracy.

20

21         As a result of personal participation in the

22  investigative matters referred to in this affidavit, and

23  based upon reports made to me by other law enforcement

24  officers and private citizens, I am familiar with the facts

25  and circumstances of this investigation.  On the basis of

26  that familiarity, I state the following:

27

28

                           1

1    On August 24, 2004 searches pursuant to authorized
2 Federal Search Warrants were executed on five subject's
3 residences to collect evidence regarding the Creation of
4 Fictitious Obligations, Mail Fraud and Conspiracy. In the
5 search of Michael James Hannigan's residence located at 84
6 Edgewater Lane, Canton, North Carolina 28716 numerous
7 documents, including original copies of Fictitious
8 Obligations and mail receipts documenting the mailing of the
9 paperwork were collected. The documents identified Joseph R.
10 Laird, Jr., Harry Lee Carper, and Peggy Lee Carper as
11 individuals that conspired with Michael Hannigan and Rose
12 Marie Schilling to create and distribute Fictitious
13 Obligations in violation of Title 18 U.S.C. Section 514.

14

15    Two red, expandable folders were collected from the
16 office area during the search of Hannigan's residence.
17 Hannigan's "Notarial Log Journal" was located in one of the
18 red expandable folders. Writing inside the front cover of
19 the journal identifies it as Hannigan's:

20

21    "Notarial Log Journal of Michael James Hannigan"
22 and "Notary Public C/O 217 Paragon Parkway #152, Clyde , NC
23 28721".

24

25    The Postal Mail Box (PMB) address 217 Paragon
26 Parkway #152, Clyde , NC 28721 is identified as Hannigan's
27 PMB based upon his use of the address in filings and
28 documents which have been collected through the search of his

2

1   residence and from court filings conducted by Hannigan in

2   Haywood County, North Carolina.

3

4          In an orange tabbed section of the journal under

5   the title "CARPER: HARRY LEE" and "CARPER PEGGY LEE" a

6   number of documents are listed by date.  They include:

7

8   10/29/03   AT&T doc.  Offer/Accept

9   10/29/03   FLEET doc. Offer/Accept

10  10/31/03   AT&T doc. Presentment

11  10/31/03   FLEET doc. Presentment

12  11/17/03   AT&T doc. Notice Non Response

13  11/18/03   AT&T doc.  Bill of Exchange w Cover Letter

14  11/17/03   FLEET doc. Notice of Non Response

15  11/18/03   FLEET doc. Bill of Exchange w Cover Letter

16  11/24/03   Commercial Notice/Affidavit FLEET

17             Commercial Notice/Affidavit AT&T

18

19         Several documents titled "Bankers Acceptance of

20  Presentment & Tender via National Bank Note, pursuant to

21  United States Statutes and Public Policy, HJR 192" were

22  located in the same red expandable folder in a folder labeled

23  LAIRD.  The Documents have original United States Postal

24  Service (PS) Form 3811 certified mailing return cards and

25  receipts for postage attached.  The documents are from Joseph

26  Robert Laird, C/O 54 Blink Bonny Drive, Waynesville, North

27  Carolina 28786 to Carolina First Bank, 535 Greenville

28  Highway, Hendersonville, North Carolina 28792.  Three of the

3

1   Banker's Acceptance document Proof of Mailings are notarized
2   by Rose Marie Schilling.  Each has a fictitious obligation
3   attached called a Banker's Acceptance Note signed by Joseph
4   Robert Laird and notarized by Rose-Marie Schilling.  The
5   Banker's Acceptance Notes are in the amounts of $286,886.19,
6   $3,400.00, and $9,000.00.

7

8        Michael James Hannigan and Rose Marie Schilling of
9   84 Edgewater Lane, Canton, North Carolina, 28716 and 217
10  Paragon Parkway, PMB 152, Clyde, North Carolina 28721,  Harry
11  Lee Carper and Peggy Lee Carper of 13 Locust Street, Canton,
12  North Carolina 28716, and Joseph Robert Laird, Jr. of 54
13  Blink Bonny Drive, Waynesville, North Carolina 28786  and
14  others, engaged in a conspiracy involving Mail Fraud and the
15  creation of fictitious obligations in the following forms:
16  "Bill of Exchange", "Banker's Acceptance Notes", "Bond to
17  Discharge Debt", non-negotiable checks,"Affidavit of Tender
18  of Payment" and other documents and mailings in support of
19  their attempt to pay various financial institutions and the
20  Buncombe County, North Carolina Clerk of Superior Court with
21  said fictitious obligations.  The fictitious obligations and
22  supporting documentation were generally mailed via Registered
23  and Certified Mail with those numbers recorded in the text of
24  the mailing.  The fictitious obligations follow a criminal
25  pattern identified through illegal tax protester schemes
26  which occurred through the 1980s and 1990s known as
27  Redemption schemes.

28

4

1          On 05/07/2007, the Federal Bureau of Investigation
2    contacted Joseph R. Laird, born 07/07/1939 at his residence,
3    54 Blink Bonny Drive, Waynesville, North Carolina 28786.
4    Laird stated that he had created financial obligations at his
5    residence and obtained the format from the internet.  Laird
6    notarized documents for Hannigan.  Laird also provided that
7    he filed "Notices of Commercial Error" in an attempt to
8    correct his previous filings.

9

10         On 05/07/2007, the Federal Bureau of Investigation
11   contacted Harry Lee Carper at his residence, 13 Locust
12   Street, Canton, North Carolina 28716.  Carper was informed
13   that the reason for the interview was to discuss his
14   submission of "Bills of Exchange".  Carper stated that he had
15   filed "Bills of Exchange" in the past and had also filed
16   "Notice of Commercial Error" regarding the "Bills of
17   Exchange".  Carper refused to be interviewed at the time, but
18   stated that he would need to go through his records to locate
19   copies of the requested documents.

20

21         The "Bill of Exchange" and other documents that
22   Hannigan, Schilling, The Carpers, and Laird used in an
23   attempt to pay creditors follows a pattern observed through
24   the 1980s and 1990s described by the Department of
25   Justice(DOJ) as "Illegal Tax Protester or Redemption
26   Schemes".  An article entitled  "Recycled "Redemption": The
27   Latest Illegal Tax Protester Scheme" authored by Jennifer E.
28   Ihlo, Senior Trial Attorney, Tax Division, DOJ, and Melissa

                              5

1   E. Schraibman Senior Trial Attorney, Tax Division, DOJ,

2   describes the type of scheme.  A portion of the article

3   reads:

4

5         "The most popular scheme of the 1990s used

6   fictitious financial instruments to 'pay' tax liabilities and

7   obtain erroneous IRS refunds, as well as to 'pay' private

8   creditors.  These instruments -- often entitled 'Certified

9   Money Order,''Certified Bank Check,''Public Office Money

10  Certificate' or 'Comptroller Warrant' -- were designed to

11  deceive the IRS and financial institutions into treating them

12  as authentic checks or real money orders."

13

14        The article continues by describing a fictitious

15  obligation called a "Sight Draft" and states:

16

17        "The 'sight drafts' look like checks, are of very

18  high print quality, and usually contain some reference to HJR

19  192, the House Joint Resolution that took the United States

20  off the gold standard in 1933.  These 'sight drafts' purport

21  to be drawn on the United States Treasury Department.  Since

22  the prosecution of individuals who have attempted to pass

23  these fictitious 'sight drafts' began, the scheme has

24  continued to evolve: 'sight drafts' are now sometimes called

25  'bills of exchange', or 'trade acceptances.' All reference

26  HJR 192."

27

28        Hannigan, Schilling, the Carpers, and Laird

6

1   utilized Registered and Certified Mail to track their
2   document submissions to all of the aforementioned recipients.
3   The affiant believes, based upon the Hannigan's meticulous
4   record keeping, that most or all of the original documents,
5   mail receipts, correspondence, and reference material
6   utilized by the Hannigan, Schilling, the Carpers, and Laird
7   have been maintained.  Additionally, the affiant believes
8   that the co-conspirators utilizes the internet as a means to
9   communicate and research the creation of the fictitious
10  documents.

11

12          Based upon the affiant's knowledge, training, and
13  experience, I know that searches and seizures of evidence
14  from computers commonly require Agents to seize most or all
15  computer items to include hardware, software, and
16  instructions, to be processed later by a qualified computer
17  expert in a laboratory or other controlled environment.
18  This is almost always true because computer storage devices
19  (like hard disks, diskettes, tapes, laser disks, Bernoulli
20  drives, zip drives, Personal Digital Assistants(PDA), USB
21  drives, and others) can store the equivalent of thousands of
22  pages of information.  When the user wants to conceal
23  criminal evidence, he often stores it in random order with
24  deceptive file names.  This requires searching authorities to
25  examine all the stored data to determine whether it is
26  included in the warrant.  This sorting process can take weeks
27  or months, depending on the volume of data sorted.  It would
28  be impractical to attempt this kind of data search on site.

7

1   Additionally, searching computer systems for criminal
2   evidence is a highly technical process requiring expert skill
3   and a properly controlled environment.  The vast array of
4   computer hardware and software available requires even
5   computer experts to specialize in some systems and
6   applications, so it is difficult to know before a search
7   which expert should analyze the system and its data.  The
8   search of a computer system is an exacting scientific
9   procedure which is designed to protect the integrity of the
10  evidence and to recover even "hidden", erased, compressed,
11  password-protected, or encrypted files.  Since computer
12  evidence is extremely vulnerable to tampering and destruction
13  both from external sources and from destructive codes
14  imbedded in the system as a "booby trap", the controlled
15  environment of a laboratory is essential to its complete and
16  accurate analysis.
17
18          This affiant believes that Harry Lee Carper, Peggy
19  Lee Carper and Joseph Robert Laird Jr. have maintained
20  detailed records of the fictitious obligations, supporting
21  documents, postal receipts, and other records including
22  Certified and Registered mail numbers.  Documentary evidence
23  related to financial crimes is maintained in the workplace
24  and at home.   It is therefore believed that evidence will be
25  located at their residence in the form of books, written
26  records or printed matter of any kind including receipts,
27  bank statements and records, financial statements, loan
28  applications and records, wills, real estate records, money

8

1  drafts, letters of credit, money orders, cashier's checks,
2  safe deposit box keys, records and agreements,
3  correspondence, memoranda, notes, diaries, statistics,
4  letters, telephone toll records, contracts, reports, checks,
5  ledgers, journals, registers, vouchers, slips, bills,
6  calendars, day planners, address books, pads, notebooks,
7  files, logs, lists, bulletins, credit materials, data bases,
8  teletypes, telefaxes, facsimile, invoices, worksheets,
9  graphic records or representations, photographs, slides,
10  drawings, designs, graphs, charts, pictures, sketches,
11  images, films, videotapes, oral records or representations,
12  tapes, disks  and other documents evidencing the obtaining,
13  secreting, transfer, and/or concealment of assets, and the
14  obtaining and/or secreting currency equivalents by Harry Lee
15  Carper, Peggy Lee Carper and Joseph Robert Laird Jr. and
16  other unidentified co-conspirators.
17
18      The tax protest and Common Law movements have
19  utilized various forms of fictitious obligations in the past
20  in attempts to discharge lawful debt and Hannigan, Schilling,
21  the Carpers, and Laird have utilized fictitious obligations
22  in the form of altered checks, Bills of Exchange, Bonds,
23  Affidavits of Tender, and Banker's Acceptance as stated
24  previously.  Based upon this affiant's knowledge and
25  experience, it is believed that similar fictitious
26  obligations, copies of the fictitious obligations previously
27  submitted in paper or electronic form, supporting
28  documentation and the components to create them, including

9

stamps, sample documents, computer files and programs, and other resources will also be present and in the possession of the Carpers and Laird.

This affiant also believes that Harry Lee Carper, Peggy Lee Carper and Joseph Robert Laird Jr. communicated in various ways to facilitate the criminal activity previously described. Based upon this affiant's training and experience, criminal and conspiratorial communications can include internet based communications including instant messaging and email, telephone, pager, cellular telephone, cellular telephone text messaging, United States mail, Federal Express(FEDEX), United Parcel Service(UPS), Airborne Express, and other courier services.

On the basis of the above described facts, I respectfully submit that there is probable cause to believe that Harry Lee Carper, Peggy Lee Carper and Joseph Robert Laird Jr. created fictitious obligations in violation of Title 18 U.S.C. § 514, committed mail fraud in violation of Title 18 U.S.C. § 1341, and together conspired to commit the aforementioned violations in violation of Title 18 U.S.C. § 371. It is also believed that Harry Lee Carper, Peggy Lee Carper and Joseph Robert Laird Jr. committed Mail Fraud and engaged in Conspiracy to create Fictitious Obligations and Mail Fraud.

I therefore respectfully request that the Court

10

1  issue a search warrant of Joseph Robert Laird Jr.'s residence

2  at 54 Blink Bonny Drive, Waynesville, North Carolina 28786

3  and Harry Lee Carper and Peggy Lee Carper's residence at 13

4  Locust Street, Canton, North Carolina 28716 to obtain

5  evidence of mail fraud, creation of fictitious obligations,

6  and communication with Harry Lee Carper, Peggy Lee Carper and

7  Joseph Robert Laird Jr. and other, as yet unknown co-

8  conspirators.    A complete listing of items to be seized is

9  included in Appendix A and is fully incorporated herein.

10

11

12

13

14

15                          Andrew F. Romagnuolo
                            Special Agent, FBI

16

17  Sworn to before me and subscribed in my presence, May 21,
    2007, at Asheville, North Carolina

18

19

20  Dennis L. Howell
    United States Magistrate Judge

21

22

23

24

25

26

27

28

11

# Exhibit 3

## Affidavits of Non-Tax Liability

Edward William: Wahler

Kathy Marie: Wahler

James Edward: MacAlpine

Lewis Vincent: Hughes

**CERTIFIED
TRUE COPY**

*Amy R Murray*

**AMY R. MURRAY
REGISTER OF DEEDS
HAYWOOD COUNTY COURTHOUSE
215 N. MAIN ST,
WAYNESVILLE, NC 28786**

*by Deborah J. Schaefer
deputy*

2008000149

HAYWOOD CO, NC FEE $32.00
PRESENTED & RECORDED:

01-04-2008 03:45:14 PM

AMY R. MURRAY
REGISTER OF DEEDS
BY: DEB SCHAEFER
DEPUTY

**BK: RB 725
PG: 1709-1715**

# AFFIDAVIT and PUBLIC NOTICE of NON-LIABILITY OF FEDERAL INCOME TAX OBLIGATIONS of Edward William

## THIS IS A NON-DOMESTIC NOTICE

North Carolina state     )
                            )   ss: *KNOW ALL MEN BY THESE PRESENTS*
Buncombe county      )

      I, Affiant, who goes by the Christian appellation, Edward William, who is of the family Wahler descendants, a living, breathing flesh-and-blood man under the laws of God, a man standing on the land on North Carolina, non-territorial to the United States and therefore without the United States, being of sound mind, and over the age of twenty-one, whose advocate is Jesus, the only Son of the Most High God, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws of North Carolina, one of the several states, in special visitation, in good faith, with no intention of delaying, nor obstructing, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the judiciary, that the following statements and facts, by special visitation, and any matter(s) in **re SEARCH WARRANT CASE NUMBER 1:04 M 63 M**, TIGTA Investigation by Timothy E. Penley or any matters relating to this, are true and correct, of Affiant's own first hand knowledge, understanding, and belief, does solemnly swear, declare, and depose and say:

AFFIDAVIT AND PUBLIC NOTICE                                       Page 1 of 7

1.    That I am competent to state to the matters set forth herein;

2.    That I have personal knowledge of the facts stated herein;

3.    That all the facts stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness I will testify to their veracity;

4.    That this affidavit is in response to the offer to contract presented by FBI Agent Andrew Romagnoulo and TIGTA Special Agent Timothy E Penley, regarding a purported violation of Internal Revenue Code, which above agents have care, custody and control of my personal property held in and identified as EDWARD WILLIAM WAHLER Trust which is a property right that is not a commodity pursuant to Title 15 U.S.C. § 17, subject to the taxing authorities of either state or federal legislative jurisdiction;

5.    That I am not in receipt of any evidence that the National Prohibition Act (Volstead Act) was not declared inoperative in the union of states party to the Constitution for the United States of America by the Supreme Court of the United States after the repeal of the 18th Article of Amendment by the ratification of 21st Article of Amendment on December 5, 1933. **United States v. Chambers,** (1934), 291 U.S. 217; **Massey v United States,** (1934) 291 US 608, 78 L Ed 1019, 54 S Ct 532. **United States v Constantine** (1935) 296 US 287, 80 L Ed 233, 56 S Ct 223, 36-1 USTC ¶ 9009, 35-2 USTC ¶ 9655; **United States v Kesterson,** (1935) 296 US 299, 80 L Ed 241, 56 S Ct 229, 36-1 USTC ¶ 9010, 35-2 USTC ¶ 9656. **Green v United States** (1933, CA9 Idaho) 67 F2d 846 and believe that none exists;

6.    That I am not in receipt of any evidence that Title III of the Volstead Act was not taken offshore to Puerto Rico and the Virgin Islands on August 27, 1935 ch 740, §17, 49 Stat. 876, Act June 26, 1936, ch 830, Title III, §329(c), 49 Stat. 1957 and subsequently was incorporated into the 1939 Internal Revenue Code as the enforcement authority for the IRC at section 3123 of the 1939 IRC and later amended in the 1954 IRC at section 5318 and later into the 1986 IRC at section 5314 and believe that none exists;

7.    That I am not in receipt of any evidence that the application of the Volstead Act in any state of the union party to the Constitution for the United States of America after the passage of the 21st Amendment was not held to be unconstitutional by the case law cited herein and carries felony consequences for any person who seeks to apply the Volstead Act in the union states party to the Constitution for the United States of America on the order of "high crimes and misdemeanors" and believe that none exists;

8.    That it is the sincerest religious and spiritual conviction of this Affiant that slavery and peonage are immoral, and violate the First Two Precepts of Commercial Law ("A workman is worthy of his hire" and "Thou shalt not steal"; and "All are equal under the Law"), that fraud, misrepresentation, nondisclosure, deceit, concealment of material fact, lying, and treachery are morally wrong, and that I have absolutely no desire whatsoever to be a "client" (slave), nor am I the creation or chattel property of the Internal Revenue Service, its Principals, the "Corporate United States," [28 U.S.C.§ 3002 (15)(A) (the alter ego for) the Federal Reserve Corporation and the International Monetary Fund], and am not under any obligation whatsoever

AFFIDAVIT AND PUBLIC NOTICE                                                                Page 2 of 7

to said entities, or any of their self-passed laws, regulations, statutes, or policies.  See 50 U.S.C. 407;

9.    That any and all of the various papers, documents, adhesion contracts, or "agreements" I may have signed with said entities or any others that might be construed to indicate a conclusion contrary to my will and intent were signed or accepted by me on the basis of mistake due to lack of full knowledge, fraud by inducement, non-disclosure, concealment of material fact, misrepresentation, duress, and intimidation;

10.    That I hereby serve actual and constructive notice by this Affidavit that I rescind my signature on any and every papers, documents, adhesion contracts, or "agreements" that I may have signed or accepted by me on the basis of mistake due to lack of full knowledge, fraud by inducement, non-disclosure, concealment of material fact, misrepresentation, duress, and intimidation, conversion, thereby vitiating all such documents nunc pro tunc ab initio. "Fraud vitiates the most solemn Contracts, documents and even judgments." (See: **U.S. vs. Throckmorton**, 98 U.S. 61, pg. 65);

11.    That I am not in receipt of any evidence that the Internal Revenue Code does not define a DEBT INSTRUMENT as a bond, debenture, note or certificate or other evidence of indebtedness,  IRC § 1275, and believe that none exists;

12.    That I am not in receipt of any evidence that the Internal Revenue Code does define *"money,"* and believe that none exists;

13.    That I am not in receipt of any evidence that the courts have not concluded that money does not embrace bonds, debentures, notes or other evidence of indebtedness per **Knox v. Lee**, 12 Wall 552, **Bank of N.Y. v. New York County**, 7 Wall 26, and believe that none exists;

14.    That I am not in receipt of any evidence that in the nine thousand pages of the Internal Revenue Code the term "income" has been defined by Congress in light of **Eisner v. Macomber**, 252 US 189, 206, **Ballard v. United States** (1976 CA8), 535 F2d 400, 404, and believe that none exists;

15.    That I am not in receipt of any evidence that debts that are not redeemable have value per **Ontario Bank v. Lighbody**, 3 Wend. 101, **Eckart v. Burnet**, 283 US 140, **Helvering v. Price**, 309 US 409, **Gregory v. Helvering**, 293 US 465, **Putnam v. Commissioner**, 352 U.S. 82 (1956) **Williams v. Commissioner**, (1977) 429 U.S. 569 and believe that none exists;

16.    That I am not in receipt of any evidence that debt instruments like the current Federal Reserve Notes, which lack the ability of redemption, can form the basis of a tax obligation under the IRC or R&TC due to the diminished fair market value and irredeemable nature of said debt instruments in light of IRC § § § 1(f)(3), (4), (5); 63 (c) (4) and HJR 192 and believe that none exists;

17.    That I am not in receipt of any evidence that the legal tender status of Federal Reserve Notes as legal tender has not been repealed since 1982, P.L. 96-258, 96 Stat. 877 and believe that none exists;

18.    That I am not in receipt of any evidence that current Federal Reserve Notes do obligate the U.S. Government or anybody else to "pay" the face value of said notes as plainly stated in the tender ledger on the face of said notes, which state: *"This note is legal tender for all debts public and private,"* and nowhere on the entire face of the note is the 1950 Federal Reserve Note series proviso *"redeemable in lawful money at the United States Treasury or at any Federal Reserve Bank"* which proviso obligated the U.S. Government or the Federal Reserve Bank to pay the face amount in lawful money which is defined in Bouvier's Law Encyclopedia Dictionary as gold and silver coin per Article I Section 8, Clause 5 and Article I, Section 10, Paragraph 1, Clause 5 of the Constitution for the United States of America or its intrinsic equivalent and believe that none exists;

19.    That I am not in receipt of any evidence that  the current Federal Reserve Notes do comply with Title 12 U.S.C. § 411 and believe that none exists;

20.    That I am not in receipt of any evidence that said Federal Reserve Notes are not intrinsically worthless and there is no money currently in circulation and believe that none exists;

21.    That I am not in receipt of any evidence that current Federal Reserve Notes are obligations of the United States due to the failure of a redemption clause printed on the face of said notes as plainly stated in Title 12 U.S.C. § 411 and believe that non exists;

22.    That I am not in receipt of any evidence that Title 12 U.S.C. § 411 does not provide: "Federal reserve notes, to be issued at the discretion of the Federal Reserve Board [Board of Governors of the Federal Reserve System] for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized. The *said notes shall be obligations of the United States* and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. *They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal reserve bank,"* is still good law and believe that none exists;

23.    That I am not in receipt of any evidence that said notes described in Title 12 U.S.C. § 411 are in current general circulation and believe that none exists;

24.    That I am not in receipt of any evidence that the following quote: "There is a distinction between a 'debt discharged' and a 'debt paid'.  When discharged the debt still exists though divested of its character as a legal obligation during the operation of the discharge." **Stanek v. White**, 172 Minn. 390, 215 N.W. 784, (1927)–Black's Law Dictionary- Revised Fourth Edition page 550 taken from Stanek v White supra is not a true maxim of law and believe that none exists;

25.    That I am not in receipt of any evidence that current Federal Reserve Notes are not merely evidence of a debt owed to the Federal Reserve Bank and Federal Reserve Notes are not the first commercial lien on the Federal Reserve Bank and believe that none exists;

26.    That I am not in receipt of any evidence that current Federal Reserve Notes are not incompetent in the ability to extinguish any debt obligation and believe that none exists;

27.     That I am not in receipt of any evidence that "payment" does not constitute the delivery of money only, denominated "dollars", a unit of measure of silver, under the coinage act of April 4, 1792 and believe that none exists;

28.     That I am not in receipt of any evidence that Federal Reserve Notes were an attempt by Congress to make dollars valueless and believe that none exists;

29.     That I am not in receipt of any evidence that discharging debt via worthless or irredeemable debt instruments does constitute a gain or profit and believe that none exists;

30.     That I am not in receipt of any evidence that the U.S. Supreme Court in **Williams v. Commissioner** supra, held that a debt can be taxed as income even though a debt is something that may never be paid and believe that none exists;

31.     That I am not in receipt of any evidence that current Federal Reserve Notes do not meet the description and definition of "note" as defined in the IRC § 1275 as evidence of indebtedness and "worthless security" as defined in IRC § 165(g) and believe that none exists;

32.     That I am not in receipt of any evidence that it is not impossible to pay a debt with an instrument that is irredeemable or intrinsically worthless for the simple fact that one cannot *pay* a debt with another debt due to failure of ***actual delivery*** of a thing of value per **Knox v. Lee**, 12 Wall. 552 and believe that none exists;

33.     That I am not in receipt of any evidence that a maxim of law does not provide that "The law never requires impossibilities," and believe that none exists;

34.     That being deprived of standard lawful money of the united States of America, as a result of the national bankruptcy stipulated in House Joint Resolution 192 on June 5, 1933 as indicated in Senate Report # 93-549, affiant denies and disclaims any voluntary participation in any mercantile/maritime admiralty jurisdiction of Social Security Account Number 263473283 in the venue of a Foreign Trade Zone of the federal corporate STATE OF NORTH CAROLINA. See IRC § 4612(a)(4)(C), Title 19 U.S.C. § 81a et seq. and RCW - Chapter 24.46 et. seq., **Effective date – 1977 ex.s. c 196:** "This 1977 amendatory act is necessary for the immediate preservation of the public peace, health, and safety, the support of the state government and its existing public institutions, and shall take effect on July1, 1977." [1977 ex.s. c 196 § 8.];

35.     That I am not in receipt of any evidence that for all of my services performed and/or labor provided, I have ever received anything of value in payment for said services and/or labor as a direct result of HJR 192 that would constitute taxable income, and believe that none exist;

36.     That I am not in receipt of any evidence that I have not been forced to collect gross receipts of worthless instruments of indebtedness as defined under IRC § § 165(g), 1275, R&TC § 19312 that are in point of fact irredeemable under the mandate of Article I Section 10, Paragraph 1, Clause 5 of the Constitution for the united States of America in conjunction with the herein sited sections of the IRC and believe that none exists;

37.     That I am not in receipt of any evidence that the Constitution for the united States of America is not a constitution of limited delegated authority and that the constitution ever gave

Congress the authority to emit bills of credit and that in point of fact, the Committee on Style did not debate and specifically deny the general government by omission the power to emit bills of credit and believe that none exists;

38.    That I am not in receipt of any evidence that as a result of HJR 192, I am not forced against my will to discharge obligations in lieu of payment of debt consistent with the federal injunction and requirement of Article I Section 10 of the Constitution of the United States and believe that none exists;

39.    That I am not in receipt of any evidence that the forced discharge of debt obligations that are irredeemable can constitute taxable income even though there is no gain or profit to be realized as held by **Williams v. Commissioner** surpa and believe that none exists;

40.    That I am not in receipt of any evidence that either the Social Security Administration or the Internal Revenue Service ever informed me of these facts prior to my signing for and accepting any fiduciary obligations under said SSAN which is unethical, unlawful, immoral and fraud by inducement in light of the fact that I was underage at the time of signing said SSAN contract and further, peonage and involuntary servitude are expressly prohibited under the 13th Article of Amendment and R. S. §1990 [42 U.S.C. § 1994] see **Clyatt v United States** (1905) 197 US 207, 49 L Ed 726, 25 S Ct 429.; **Bailey v Alabama** (1911) 219 US 219, 55 L Ed 191, 31 S Ct 145.; **United States v Reynolds** (1914) 235 US 133, 59 L Ed 162, 35 S Ct 86; **Taylor v Georgia** (1942) 315 US 25, 86 L Ed 615, 62 S Ct 415 and believe that none exists;

41.    That I am not in receipt of any evidence that the corporate United States District Court while squatting in Asheville, North Carolina while doing business under a Federal Employer Tax Identification Number is not required to acknowledge and comply with current Federal Public Policy of House Joint Resolution 192 of June 5, 1933 which discharges all public debts and public obligations and believe that none exists;

42.    That I am not in receipt of any evidence that the fiduciary responsibilities for the EDWARD WILLIAM WAHLER Trust have not been terminated with respect to Affiant by the filing of an executed I.R.S. Form 56 with the INTERNAL REVENUE SERVICE CENTER in PHILDELPHIA, PA and with a copy being sent to the COMMISSIONER OF INTERNAL REVENUE in WASHINGTON, D.C. and that I, the living man no longer have any liabilities to answer for said trust and believe that none exist.

43.    That any attempt to compel association with the federal franchise is a theft by conversion of private property into public property and is forced slavery.

44.    That I am not in receipt of any evidence that Affiant has ever voluntarily accepted a federal franchise, pledging his property to a public purpose, that Affiant is engaged in a trade or business (the functions of a public office), is a taxpayer, is not a non-taxpayer, is not a non-resident alien and believe that none exists.

45.    That by this affidavit, all agents of the Corporate United States are so noticed of the foregoing facts and laws that govern and protect my rights that are currently being violated by certain personnel of the "court, justice department and treasury department" under the direct

claimed authority of said agents, as such said agents have ten (10) days to review the foregoing facts and laws and further to take the proper steps to cease and desist in the unlawful deprivation of guaranteed rights of this Affiant prior to controversy in light of the Canons on Judicial Conduct - Canons 1, 2 and 3 as well as each agent's oath;

FURTHER AFFIANT SAITH NOT.

I, **Edward William: Wahler**, a living, breathing, flesh-and-blood man, declare under penalty of perjury pursuant to the laws of North Carolina, one of the several states that the foregoing is true, correct, complete and not meant to mislead and I believe accurate based upon my current knowledge, understanding, and belief.

Executed by my hand on the 4th day of January, A.D. 2008, at Buncombe County, North Carolina.

                                        Edward William: Wahler
                                        A Citizen on North Carolina, a foreign
                                        National to the United States

| North Carolina state | ) | | |
|---|---|---|---|
| | | ) | **JURAT** |
| Buncombe County | ) | | |

Before me, the undersigned, a Notary Public acting in and for the county of Buncombe and state of North Carolina on this 4th day of January, 2008, personally appeared and known to me to be the identical man, Edward William: Wahler who executed by act and deed the foregoing affidavit and then acknowledged to me his free and voluntary act.

Given under my hand and seal this 4th day of January, 2008.

_____
Notary                                  Seal



My commission expires *February 3, 2008 AD*

*Amy R Murray*

AMY R. MURRAY
REGISTER OF DEEDS
HAYWOOD COUNTY COURTHOUSE
215 N. MAIN ST.
WAYNESVILLE, NC 28786

*By: Deborah J Schaefer*
*deputy*

**CERTIFIED**
**TRUE COPY**

2008000150
HAYWOOD CO, NC FEE $32.00
PRESENTED & RECORDED:

01-04-2008 03:45:15 PM
AMY R. MURRAY
REGISTER OF DEEDS
BY: DEB SCHAEFER
DEPUTY

**BK: RB 725**
**PG: 1716-1722**

---

# AFFIDAVIT and PUBLIC NOTICE of NON-LIABILITY OF FEDERAL INCOME TAX OBLIGATIONS of Kathy Marie

## THIS IS A NON-DOMESTIC NOTICE

---

North Carolina state    )
                     )  ss: *KNOW ALL MEN BY THESE PRESENTS*

Buncombe county      )

    I, Affiant, who goes by the Christian appellation, Kathy Marie, who is of the family Wahler descendants, a living, breathing flesh-and-blood woman under the laws of God, a woman standing on the land on North Carolina, non-territorial to the United States and therefore without the United States, being of sound mind, and over the age of twenty-one, whose advocate is Jesus, the only Son of the Most High God, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws of North Carolina, one of the several states, in special visitation, in good faith, with no intention of delaying, nor obstructing, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the judiciary, that the following statements and facts, by special visitation, and any matter(s) in **re SEARCH WARRANT CASE NUMBER 1:04 M 63 M**, TIGTA Investigation by Timothy E. Penley or any matters relating to this, are true and correct, of Affiant's own first hand knowledge, understanding, and belief, does solemnly swear, declare, and depose and say:

AFFIDAVIT AND PUBLIC NOTICE                              Page 1 of 7

1.    That I am competent to state to the matters set forth herein;

2.    That I have personal knowledge of the facts stated herein;

3.    That all the facts stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness I will testify to their veracity;

4.    That this affidavit is in response to the offer to contract presented by FBI Agent Andrew Romagnoulo and TIGTA Special Agent Timothy E Penley, regarding a purported violation of Internal Revenue Code, which above agents have care, custody and control of my personal property held in and identified as KATHY MARIE WAHLER Trust which is a property right that is not a commodity pursuant to Title 15 U.S.C. § 17, subject to the taxing authorities of either state or federal legislative jurisdiction;

5.    That I am not in receipt of any evidence that the National Prohibition Act (Volstead Act) was not declared inoperative in the union of states party to the Constitution for the United States of America by the Supreme Court of the United States after the repeal of the 18th Article of Amendment by the ratification of 21st Article of Amendment on December 5, 1933. **United States v. Chambers,** (1934), 291 U.S. 217; **Massey v United States,** (1934) 291 US 608, 78 L Ed 1019, 54 S Ct 532. **United States v Constantine** (1935) 296 US 287, 80 L Ed 233, 56 S Ct 223, 36-1 USTC ¶ 9009, 35-2 USTC ¶ 9655; **United States v Kesterson,** (1935) 296 US 299, 80 L Ed 241, 56 S Ct 229, 36-1 USTC ¶ 9010, 35-2 USTC ¶ 9656. **Green v United States** (1933, CA9 Idaho) 67 F2d 846 and believe that none exists;

6.    That I am not in receipt of any evidence that Title III of the Volstead Act was not taken offshore to Puerto Rico and the Virgin Islands on August 27, 1935 ch 740, §17, 49 Stat. 876, Act June 26, 1936, ch 830, Title III, §329(c), 49 Stat. 1957 and subsequently was incorporated into the 1939 Internal Revenue Code as the enforcement authority for the IRC at section 3123 of the 1939 IRC and later amended in the 1954 IRC at section 5318 and later into the 1986 IRC at section 5314 and believe that none exists;

7.    That I am not in receipt of any evidence that the application of the Volstead Act in any state of the union party to the Constitution for the United States of America after the passage of the 21st Amendment was not held to be unconstitutional by the case law cited herein and carries felony consequences for any person who seeks to apply the Volstead Act in the union states party to the Constitution for the United States of America on the order of "high crimes and misdemeanors" and believe that none exists;

8.    That it is the sincerest religious and spiritual conviction of this Affiant that slavery and peonage are immoral, and violate the First Two Precepts of Commercial Law ("A workman is worthy of his hire" and "Thou shalt not steal"; and "All are equal under the Law"), that fraud, misrepresentation, nondisclosure, intimidation, deceit, concealment of material fact, lying, and treachery are morally wrong, and that I have absolutely no desire whatsoever to be a "client" (slave), nor am I the creation or chattel property of the Internal Revenue Service, its Principals, the "Corporate United States," [28 U.S.C.§ 3002 (15)(A) (the alter ego for) the Federal Reserve Corporation and the International Monetary Fund], and am not under any obligation whatsoever

AFFIDAVIT AND PUBLIC NOTICE                                                    Page 2 of 7

to said entities, or any of their self-passed laws, regulations, statutes, or policies. See 50 U.S.C. 407;

9.    That any and all of the various papers, documents, adhesion contracts, or "agreements" I may have signed with said entities or any others that might be construed to indicate a conclusion contrary to my will and intent were signed or accepted by me on the basis of mistake due to lack of full knowledge, fraud by inducement, non-disclosure, concealment of material fact, misrepresentation, duress, and intimidation;

10.    That I hereby serve actual and constructive notice by this Affidavit that I rescind my signature on any and every papers, documents, adhesion contracts, or "agreements" that I may have signed or accepted by me on the basis of mistake due to lack of full knowledge, fraud by inducement, non-disclosure, concealment of material fact, misrepresentation, duress, and intimidation, conversion, thereby vitiating all such documents nunc pro tunc ab nitio. "Fraud vitiates the most solemn Contracts, documents and even judgments." (See: **U.S. vs. Throckmorton**, 98 U.S. 61, pg. 65);

11.    That I am not in receipt of any evidence that the Internal Revenue Code does not define a DEBT INSTRUMENT as a bond, debenture, note or certificate or other evidence of indebtedness, IRC § 1275, and believe that none exists;

12.    That I am not in receipt of any evidence that the Internal Revenue Code does define "*money*," and believe that none exists;

13.    That I am not in receipt of any evidence that the courts have not concluded that money does not embrace bonds, debentures, notes or other evidence of indebtedness per **Knox v. Lee**, 12 Wall 552, **Bank of N.Y. v. New York County**, 7 Wall 26, and believe that none exists;

14.    That I am not in receipt of any evidence that in the nine thousand pages of the Internal Revenue Code the term "income" has been defined by Congress in light of **Eisner v. Macomber**, 252 US 189, 206, **Ballard v. United States** (1976 CA8), 535 F2d 400, 404, and believe that none exists;

15.    That I am not in receipt of any evidence that debts that are not redeemable have value per **Ontario Bank v. Lighbody**, 3 Wend. 101, **Eckart v. Burnet**, 283 US 140, **Helvering v. Price**, 309 US 409, **Gregory v. Helvering**, 293 US 465, **Putnam v. Commissioner**, 352 U.S. 82 (1956) **Williams v. Commissioner**, (1977) 429 U.S. 569 and believe that none exists;

16.    That I am not in receipt of any evidence that debt instruments like the current Federal Reserve Notes, which lack the ability of redemption, can form the basis of a tax obligation under the IRC or R&TC due to the diminished fair market value and irredeemable nature of said debt instruments in light of IRC § § § 1(f)(3), (4), (5); 63 (c) (4) and HJR 192 and believe that none exists;

17.    That I am not in receipt of any evidence that the legal tender status of Federal Reserve Notes as legal tender has not been repealed since 1982, P.L. 96-258, 96 Stat. 877 and believe that none exists;

18.     That I am not in receipt of any evidence that current Federal Reserve Notes do obligate the U.S. Government or anybody else to "pay" the face value of said notes as plainly stated in the tender ledger on the face of said notes, which state: ***"This note is legal tender for all debts public and private,"*** and nowhere on the entire face of the note is the 1950 Federal Reserve Note series proviso ***"redeemable in lawful money at the United States Treasury or at any Federal Reserve Bank"*** which proviso obligated the U.S. Government or the Federal Reserve Bank to pay the face amount in lawful money which is defined in Bouvier's Law Encyclopedia Dictionary as gold and silver coin per Article I Section 8, Clause 5 and Article I, Section 10, Paragraph 1, Clause 5 of the Constitution for the United States of America or its intrinsic equivalent and believe that none exists;

19.     That I am not in receipt of any evidence that  the current Federal Reserve Notes do comply with Title 12 U.S.C. § 411 and believe that none exists;

20.     That I am not in receipt of any evidence that said Federal Reserve Notes are not intrinsically worthless and there is no money currently in circulation and believe that none exists;

21.     That I am not in receipt of any evidence that current Federal Reserve Notes are obligations of the United States due to the failure of a redemption clause printed on the face of said notes as plainly stated in Title 12 U.S.C. § 411 and believe that non exists;

22.     That I am not in receipt of any evidence that Title 12 U.S.C. § 411 does not provide: "Federal reserve notes, to be issued at the discretion of the Federal Reserve Board [Board of Governors of the Federal Reserve System] for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized. The ***said notes shall be obligations of the United States*** and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. ***They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal reserve bank,"*** is still good law and believe that none exists;

23.     That I am not in receipt of any evidence that said notes described in Title 12 U.S.C. § 411 are in current general circulation and believe that none exists;

24.     That I am not in receipt of any evidence that the following quote: "There is a distinction between a 'debt discharged' and a 'debt paid'.  When discharged the debt still exists though divested of its character as a legal obligation during the operation of the discharge." **Stanek v. White**, 172 Minn. 390, 215 N.W. 784, (1927)–Black's Law Dictionary- Revised Fourth Edition page 550 taken from Stanek v White supra is not a true maxim of law and believe that none exists;

25.     That I am not in receipt of any evidence that current Federal Reserve Notes are not merely evidence of a debt owed to the Federal Reserve Bank and Federal Reserve Notes are not the first commercial lien on the Federal Reserve Bank and believe that none exists;

26.     That I am not in receipt of any evidence that current Federal Reserve Notes are not incompetent in the ability to extinguish any debt obligation and believe that none exists;

27.     That I am not in receipt of any evidence that "payment" does not constitute the delivery of money only, denominated "dollars", a unit of measure of silver, under the coinage act of April 4, 1792 and believe that none exists;

28.     That I am not in receipt of any evidence that Federal Reserve Notes were an attempt by Congress to make dollars valueless and believe that none exists;

29.     That I am not in receipt of any evidence that discharging debt via worthless or irredeemable debt instruments does constitute a gain or profit and believe that none exists;

30.     That I am not in receipt of any evidence that the U.S. Supreme Court in **Williams v. Commissioner** supra, held that a debt can be taxed as income even though a debt is something that may never be paid and believe that none exists;

31.     That I am not in receipt of any evidence that current Federal Reserve Notes do not meet the description and definition of "note" as defined in the IRC § 1275 as evidence of indebtedness and "worthless security" as defined in IRC § 165(g) and believe that none exists;

32.     That I am not in receipt of any evidence that it is not impossible to pay a debt with an instrument that is irredeemable or intrinsically worthless for the simple fact that one cannot *pay* a debt with another debt due to failure of ***actual delivery*** of a thing of value per **Knox v. Lee**, 12 Wall. 552 and believe that none exists;

33.     That I am not in receipt of any evidence that a maxim of law does not provide that "The law never requires impossibilities," and believe that none exists;

34.     That being deprived of standard lawful money of the united States of America, as a result of the national bankruptcy stipulated in House Joint Resolution 192 on June 5, 1933 as indicated in Senate Report # 93-549, affiant denies and disclaims any voluntary participation in any mercantile/maritime admiralty jurisdiction of Social Security Account Number 238239101 in the venue of a Foreign Trade Zone of the federal corporate STATE OF NORTH CAROLINA.  See IRC § 4612(a)(4)(C), Title 19 U.S.C. § 81a et seq. and RCW - Chapter 24.46 et. seq., **Effective date – 1977 ex.s. c 196:** "This 1977 amendatory act is necessary for the immediate preservation of the public peace, health, and safety, the support of the state government and its existing public institutions, and shall take effect on July1, 1977." [1977 ex.s. c 196 § 8.];

35.     That I am not in receipt of any evidence that for all of my services performed and/or labor provided, I have ever received anything of value in payment for said services and/or labor as a direct result of HJR 192 that would constitute taxable income, and believe that none exist;

36.     That I am not in receipt of any evidence that I have not been forced to collect gross receipts of worthless instruments of indebtedness as defined under IRC § § 165(g), 1275, R&TC § 19312 that are in point of fact irredeemable under the mandate of Article I Section 10, Paragraph 1, Clause 5 of the Constitution for the united States of America in conjunction with the herein sited sections of the IRC and believe that none exists;

37.     That I am not in receipt of any evidence that the Constitution for the united States of America is not a constitution of limited delegated authority and that the constitution ever gave

Congress the authority to emit bills of credit and that in point of fact, the Committee on Style did not debate and specifically deny the general government by omission the power to emit bills of credit and believe that none exists;

38.    That I am not in receipt of any evidence that as a result of HJR 192, I am not forced against my will to discharge obligations in lieu of payment of debt consistent with the federal injunction and requirement of Article I Section 10 of the Constitution of the United States and believe that none exists;

39.    That I am not in receipt of any evidence that the forced discharge of debt obligations that are irredeemable can constitute taxable income even though there is no gain or profit to be realized as held by **Williams v. Commissioner** surpa and believe that none exists;

40.    That I am not in receipt of any evidence that either the Social Security Administration or the Internal Revenue Service ever informed me of these facts prior to my signing for and accepting any fiduciary obligations under said SSAN which is unethical, unlawful, immoral and fraud by inducement in light of the fact that I was underage at the time of signing said SSAN contract and further, peonage and involuntary servitude are expressly prohibited under the 13th Article of Amendment and R. S. §1990 [42 U.S.C. § 1994] see **Clyatt v United States** (1905) 197 US 207, 49 L Ed 726, 25 S Ct 429.; **Bailey v Alabama** (1911) 219 US 219, 55 L Ed 191, 31 S Ct 145.; **United States v Reynolds** (1914) 235 US 133, 59 L Ed 162, 35 S Ct 86; **Taylor v Georgia** (1942) 315 US 25, 86 L Ed 615, 62 S Ct 415 and believe that none exists;

41.    That I am not in receipt of any evidence that the corporate United States District Court while squatting in Asheville, North Carolina while doing business under a Federal Employer Tax Identification Number is not required to acknowledge and comply with current Federal Public Policy of House Joint Resolution 192 of June 5, 1933 which discharges all public debts and public obligations and believe that none exists;

42.    That I am not in receipt of any evidence that the fiduciary responsibilities for the KATHY MARIE WAHLER Trust have not been terminated with respect to Affiant by the filing of an executed I.R.S. Form 56 with the INTERNAL REVENUE SERVICE CENTER in PHILDELPHIA, PA and with a copy being sent to the COMMISSIONER OF INTERNAL REVENUE in WASHINGTON, D.C. and that I, the living woman no longer have any liabilities to answer for said trust and believe that none exist.

43.    That any attempt to compel association with the federal franchise is a theft by conversion of private property into public property and is forced slavery.

44.    That I am not in receipt of any evidence that Affiant has ever voluntarily accepted a federal franchise, pledging his property to a public purpose, that Affiant is engaged in a trade or business (the functions of a public office), is a taxpayer, is not a non-taxpayer, is not a non-resident alien and believe that none exists.

45.    That by this affidavit, all agents of the Corporate United States are so noticed of the foregoing facts and laws that govern and protect my rights that are currently being violated by certain personnel of the "court, justice department and treasury department" under the direct

claimed authority of said agents, as such said agents have ten (10) days to review the foregoing facts and laws and further to take the proper steps to cease and desist in the unlawful deprivation of guaranteed rights of this Affiant prior to controversy in light of the Canons on Judicial Conduct - Canons 1, 2 and 3 as well as each agent's oath;

FURTHER AFFIANT SAITH NOT.

I, **Kathy Marie: Wahler**, a living, breathing, flesh-and-blood woman, declare under penalty of perjury pursuant to the laws of North Carolina, one of the several states that the foregoing is true, correct, complete and not meant to mislead and I believe accurate based upon my current knowledge, understanding, and belief.

Executed by my hand on the 4th day of January, A.D. 2008, at Buncombe County, North Carolina.

_____

Kathy Marie: Wahler
A Citizen on North Carolina, a foreign
National to the United States

| | | |
|---|---|---|
| North Carolina state | ) | |
| | ) | **JURAT** |
| Buncombe County | ) | |

Before me, the undersigned, a Notary Public acting in and for the county of Buncombe and state of North Carolina on this 4th day of January, 2008, personally appeared and known to me to be the identical woman, Kathy Marie: Wahler who executed by act and deed the foregoing affidavit and then acknowledged to me her free and voluntary act.

Given under my hand and seal this 4th day of January, 2008.

_____
Notary                                                    Seal

My commission expires _February 3 2008_

AFFIDAVIT AND PUBLIC NOTICE                                    Page 7 of 7

When Recorded return to:

Lewis-Vincent: Hughes
c/o 707 Poplar Lane
Granite Falls, Washington



SEP 26 2005



200509210947 14 PGS
09-21-2005 02:24pm $45.00
SNOHOMISH COUNTY. WASHINGTON

# AFFIDAVIT and PUBLIC NOTICE of NON-LIABILITY OF FEDERAL INCOME TAX OBLIGATIONS of Lewis Vincent

## THIS IS A NON-DOMESTIC NOTICE

| | | |
|---|---|---|
| Washington State | ) | |
| | ) | ss: ***KNOW ALL MEN BY THESE PRESENTS*** |
| Snohomish County | ) | |

I,Affiant, who goes by the Christian appellation, Lewis Vincent, who is of the family Hughes descendants, a living, breathing flesh-and-blood man under the laws of God, a man standing on the land on Washington, non-territorial to the United States and therefore without the United States, being of sound mind, and over the age of twenty-one, whose advocate is Jesus, the only Son of the Most High God, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws of the State of Washington, in special visitation, in good faith, with no intention of delaying, nor obstructing, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the judiciary, that the following statements and facts, by special visitation, and any matter(s) in re **SUMMONS IN A CRIMINAL CASE, CASE NUMBER CRO4-0411C** relating to this, are true and correct of Affiant's own first hand knowledge, understanding, and belief, does solemnly swear, declare, and depose and say:

1.    That I am competent to state to the matters set forth herein;

AFFIDAVIT AND PUBLIC NOTICE                                    Page 1 of 8

2.    That I have personal knowledge of the facts stated herein;

3.    That all the facts stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness I will testify to their veracity;

4.    That this affidavit is in response to the commercial presentment titled "SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE," (hereinafter "Report") dated September 16th, A.D. 2005 in CR04-411-JCC, regarding a purported violation of Internal Revenue Code, a copy of which resides in the CASE DOCKET and a copy of which is attached herein as **Exhibit A**, issued by one MARY ALICE THEILER, a United States Magistrate who was sent to third parties who have care, custody and control of evidence of my personal property held in and identified as LEWIS VINCENT HUGHES Trust which is a property right that is not a contractual pursuant to Title 15 U.S.C. § 17, subject to the taxing authorities of either state or federal legislative jurisdiction;

5.    That I am not in receipt of any evidence that the National Prohibition Act (Volstead Act) was not declared inoperative in the union of states party to the Constitution for the United States of America by the Supreme Court of the United States after the repeal the 18th Amendment by the ratification of 21st Amendment on December 5, 1933. **United States v. Chambers,** (1934), 291 U.S. 217; **Massey v United States,** (1934) 291 US 608, 78 L Ed 1019, 54 S Ct 532. **United States v Constantine** (1935) 296 US 287, 80 L Ed 233, 56 S Ct 223, 36-1 USTC ¶ 9009, 35-2 USTC ¶ 9655; **United States v Kesterson,** (1935) 296 US 299, 80 L Ed 241, 56 S Ct 229, 36-1 USTC ¶ 9010, 35-2 USTC ¶ 9656. **Green v United States** (1933, CA9 Idaho) 67 F2d 846 and believes that none exist;

6.    That I am not in receipt of any evidence that Title III of the Volstead Act was not taken offshore to Puerto Rico and the Virgin Islands on August 27, 1935 ch 740, §17, 49 Stat. 876, Act June 26, 1936, ch 830, Title III, §329(c), 49 Stat. 1957 and subsequently was incorporated into the 1939 Internal Revenue Code as the enforcement authority for the IRC at section 3123 of the 1939 IRC and later amended in the 1954 IRC at section 5318 and later into the 1986 IRC at section 5314 and believes that none exist;

7.    That I am not in receipt of any evidence that the application of the Volstead Act in any state of the union party to the Constitution for the United States of America after the passage of the 21st Amendment was not held to be unconstitutional by the case law cited herein and carries felony consequences for any person who seeks to apply the Volstead Act in the union states party to the Constitution for the United States of America on the order of "high crimes and misdemeanors" and believes that none exist;

8.    That it is the sincerest religious and spiritual conviction of this Affiant that slavery and peonage are immoral, and violate the First Two Precepts of Commercial Law ("A workman is worthy of his hire" and "Thou shalt not steal"; and "All are equal under the Law"), that fraud,

misrepresentation, nondisclosure, intimidation, deceit, concealment of material fact, lying, and treachery are morally wrong, and that I have absolutely no desire whatsoever to be a "client" (slave), nor am I the creation or chattel property of the Internal Revenue Service, its Principals, the "Corporate United States," [28 U.S.C.§ 3002 (15)(A) (the alter ego for) the Federal Reserve Corporation and the International Monetary Fund], and am not under any obligation whatsoever to said entities, or any of their self-passed laws, regulations, statutes, or policies.  See 50 U.S.C. 407;

9.    That any and all of the various papers, documents, adhesion contracts, or "agreements" I may have signed with said entities or any others that might be construed to indicate a conclusion contrary to my will and intent were signed or accepted by me on the basis of mistake due to lack of full knowledge, fraud by inducement, non-disclosure, concealment of material fact, misrepresentation, duress, and intimidation;

10.    That I hereby serve actual and constructive notice by this Affidavit that I rescind my signature on any and every papers, documents, adhesion contracts, or "agreements" that I may have signed or accepted by me on the basis of mistake due to lack of full knowledge, fraud by inducement, non-disclosure, concealment of material fact, misrepresentation, duress, and intimidation, thereby vitiating all such documents nunc pro tunc ab nitio. "Fraud vitiates the most solemn Contracts, documents and even judgments." (See: **U.S. vs. Throckmorton**, 98 U.S. 61, pg. 65);

11.    That I am not in receipt of any evidence that the Internal Revenue Code does not define a DEBT INSTRUMENT as a bond, debenture, note or certificate or other evidence of indebtedness.  IRC § 1275 and believes that any exist;

12.    That I am not in receipt of any evidence that  the Internal Revenue Code does define *"money,"* and believes that any exist;

13.    That I am not in receipt of any evidence that the courts have not concluded that money does not embrace bonds, debentures, notes or other evidence of indebtedness per **Knox v. Lee**, 12 Wall 552, **Bank of N.Y. v. New York County**, 7 Wall 26, and believes that none exist;

14.    That I am not in receipt of any evidence that in the nine thousand pages of the Internal Revenue Code the term "income" has been defined by Congress in light of **Eisner v. Macomber**, 252 US 189, 206, **Ballard v. United States** (1976 CA8), 535 F2d 400, 404, and believes that none exist;

15.    That I am not in receipt of any evidence that debts that are not redeemable have value per **Ontario Bank v. Lighbody**, 3 Wend. 101, **Eckart v. Burnet**, 283 US 140, **Helvering v. Price**, 309 US 409, **Gregory v. Helvering**, 293 US 465, **Putnam v. Commissioner**, 352 U.S. 82 (1956) **Williams v. Commissioner**, (1977) 429 U.S. 569 and believes that any exist;

16.    That I am not in receipt of any evidence that debt instruments like the current Federal Reserve Notes which lack the ability of redemption can form the basis of a tax obligation under the IRC or R&TC due to the diminished fair market value and irredeemable nature of said debt instruments in light of IRC § § § 1(f)(3), (4), (5); 63 (c) (4) and HJR 192 and believes that any exist;

17.    That I am not in receipt of any evidence that current Federal Reserve Notes do obligate the U.S. Government or anybody else to "pay" the face value of said notes as plainly stated in the tender ledger on the face of said notes, which state: *"This note is legal tender for all debts public and private,"* and nowhere on the entire face of the note is the 1950 Federal Reserve Note series proviso *"redeemable in lawful money at the United States Treasury or at any Federal Reserve Bank"* which proviso obligated the U.S. Government or the Federal Reserve Bank to pay the face amount in lawful money which is defined in Bouvier's Law Encyclopedia Dictionary as gold and silver coin per Article I Section 8, Clause 5 and Article I, Section 10, Paragraph 1, Clause 5 of the Constitution for the United States of America or its intrinsic equivalent and believes that any exist;

18.    That I am not in receipt of any evidence that the current Federal Reserve Notes do comply with Title 12 U.S.C. § 411 and believes that none exist;

19.    That I am not in receipt of any evidence that said Federal Reserve Notes are not intrinsically worthless and believes that none exist;

20.    That I am not in receipt of any evidence that current Federal Reserve Notes are obligations of the United States due to the failure of a redemption clause printed on the face of said notes as plainly stated in Title 12 U.S.C. § 411;

21.    That I am not in receipt of any evidence that Title 12 U.S.C. § 411 does not provide: "Federal reserve notes, to be issued at the discretion of the Federal Reserve Board [Board of Governors of the Federal Reserve System] for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized. The *said notes shall be obligations of the United States* and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. *They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal reserve bank,"* is still good law and believes that none exist;

22.    That I am not in receipt of any evidence that said notes described in Title 12 U.S.C. § 411 are in current general circulation and believes that none exist;

23.    That I am not in receipt of any evidence that the following quote "There is a distinction between a 'debt discharged' and a 'debt paid'. When discharged the debt still exists though

AFFIDAVIT AND PUBLIC NOTICE                                         Page 4 of 8

divested of its character as a legal obligation during the operation of the discharge." **Stanek v. White**, 172 Minn. 390, 215 N.W. 784, (1927)–Black's Law Dictionary- Revised Fourth Edition page 550 taken from Stanek v White supra is not a true maxim of law and believes that none exist;

24.    That I am not in receipt of any evidence that current Federal Reserve Notes are not merely evidence of a debt owed to the Federal Reserve Bank and Federal Reserve Notes are not the first **commercial lien** on the Federal Reserve Bank and believes that none exist;

25.    That I am not in receipt of any evidence that current Federal Reserve Notes are not incompetent in the ability to extinguish any debt obligation and believes that none exist;

26.    That I am not in receipt of any evidence that "payment" does not constitute the delivery of money only, denominated "dollars" under the coinage act of April 4, 1792 and believes that none exist;

27.    That I am not in receipt of any evidence that Federal Reserve Notes were an attempt by Congress to make dollars valueless and believes that none exist;

28.    That I am not in receipt of any evidence that discharging worthless or irredeemable debt instruments does constitute a gain or profit and believes that none exist;

29.    That I am not in receipt of any evidence that the U.S. Supreme Court in **Williams v. Commissioner** supra, held that a debt can be taxed as income even though a debt is something that may never be paid and believes that none exist;

30.    That I am not in receipt of any evidence that current Federal Reserve Notes do not meet the description and definition of "note" as defined in the IRC § 1275 as evidence of indebtedness and "worthless security" as defined in IRC § 165(g) and believes that none exist;

31.    That I am not in receipt of any evidence that it is not impossible to pay a debt with an instrument that is irredeemable or intrinsically worthless for the simple fact that one cannot *pay* a debt with another debt due to failure of *actual delivery* of a thing of value per **Knox v. Lee**, 12 Wall. 552 and believes that none exist;

32.    That I am not in receipt of any evidence that a maxim of law does not provide that " The law never requires impossibilities," and believes that none exist;

33.    That being deprived of standard lawful money of the united States of America, as a result of the national bankruptcy stipulated in House Joint Resolution 192 on June 5, 1933 as indicated in Senate Report # 93-549, affiant denies and disclaims any voluntary participation in any mercantile/maritime admiralty jurisdiction of Social Security Account Number 435708439 in the

venue of Foreign Trade Zone 5 of the federal corporate STATE OF WASHINGTON. See IRC §
4612(a)(4)(C), Title 19 U.S.C. § 81a et seq. and RCW - Chapter 24.46 et. seq., **Effective date –
1977 ex.s. c 196:** "This 1977 amendatory act is necessary for the immediate preservation of the
public peace, health, and safety, the support of the state government and its existing public
institutions, and shall take effect on July1, 1977." [1977 ex.s. c 196 § 8.];

34.     That for all of my services performed and/or labor provided, I have never received
anything of value in payment for said services and/or labor as a direct result of HJR 192 that
would constitute taxable income;

35.     That I am not in receipt of any evidence that I have not been forced to collect gross
receipts of worthless instruments of indebtedness as defined under IRC § § 165(g), 1275, R&TC
§ 19312 that are in point of fact irredeemable under the mandate of Article I Section 10,
Paragraph 1, Clause 5 of the Constitution for the united States of America in conjunction with
the herein sited sections of the IRC and believes that none exist;

36.     That I am not in receipt of any evidence that as a result of HJR 192, I am not forced
against my will to discharge obligations in lieu of payment of debt consistent with the federal
injunction and requirement of Article I Section 10 of the Constitution of the United States and
believes that none exist;

37.     That I am not in receipt of any evidence that  the forced discharge of debt obligations that
are irredeemable can constitute taxable income even though there is no gain or profit to be
realized as held by **Williams v. Commissioner** surpa and believes that none exist;

38.     That I am not in receipt of any evidence that either the Social Security Administration or
the Internal Revenue Service ever informed me of these facts prior to my signing for and
accepting any fiduciary obligations under said SSAN which is unethical, unlawful, immoral and
fraud by inducement in light of the fact that I was underage at the time of signing said SSAN
contract and further, Peonage and involuntary servitude are expressly prohibited under the 13th
Amendment and R. S. §1990 [42 U.S.C. § 1994] see **Clyatt v United States** (1905) 197 US 207,
49 L Ed 726, 25 S Ct 429.;  **Bailey v Alabama** (1911) 219 US 219, 55 L Ed 191, 31 S Ct 145.;
**United States v Reynolds** (1914) 235 US 133, 59 L Ed 162, 35 S Ct 86; **Taylor v Georgia**
(1942) 315 US 25, 86 L Ed 615, 62 S Ct 415 and believes that none exist;

39.     That I am not in receipt of any evidence that the corporate United States District Court
while squatting in Seattle Washington while doing business under a Federal Employer Tax
Identification Number 91-6211575 is not required to acknowledge and comply with current
Federal Public Policy of House Joint Resolution 192 of June 5, 1933 which discharges all public
debts and public obligations and believes that none exist;

40.     That by this affidavit, pursuant to the Report issued by MARY ALICE THEILER, the

purported magistrate for the United States District Court squatting in Seattle, Washington venue is so noticed of the foregoing facts and laws that govern and protect my rights that are currently being violated by certain personnel of the "court, justice department and probation department" under the direct authority of said magistrate, as such said magistrate has ten (10) days to review the foregoing facts and laws and further to take the proper steps to cease and desist in the unlawful deprivation of guaranteed rights of this affaint prior to controversy in light of the Canons on Judicial Conduct - Canons 1, 2 and 3;

41.     That I am not in receipt of any evidence that the fiduciary responsibilities for the LEWIS VINCENT HUGHES Trust have not been transferred back to the original fiduciary for said trust, that being the STATE REGISTRAR for the COMMONWEALTH OF PENNSYLVANIA, one CHARLES HARDESTER, by the filing of an executed I.R.S. Form 56 with the INTERNAL REVENUE SERVICE CENTER in FRESNO, CA and with a copy being sent to the COMMISSIONER OF INTERNAL REVENUE in WASHINGTON, D.C. and that I the living man no longer have any liabilities to answer for said trust and believes that none exist.


FURTHER AFFIANT SAITH NOT.


I, **Lewis-Vincent; Hughes**, a living, breathing, flesh-and-blood man, declare under penalty of perjury pursuant to the laws of the State of Washington that the foregoing is true, correct, complete and not meant to mislead and I believe accurate based upon my current knowledge, understanding, and belief.


Executed by my hand on ___21ˢᵗ___ day of ___September___, A.D. 2005,

at ___Lake Stevens___, Washington.


_____
Lewis-Vincent: Hughes
A Citizen on Washington, a foreign National
to the United States

STATE OF WASHINGTON        )

                                   )     **JURAT**

COUNTY OF SNOHOMISH     )

Before me the undersigned a Notary Public acting in and for the County of Snohomish and State

of Washington on this _21_ day of _Sept_, 2005, personally appeared and known to

me to be the identical man, Lewis-Vincent: Hughes who executed by act and deed the foregoing

affidavit and then acknowledged to me his free and voluntary act.

Given under my hand and seal this _21_ day of _Sept_, 2005.

_____
Notary

Seal

My commission expires _10-19-06_

**EXHIBIT 4**

> Lewis-Vincent: Hughes
> c/o 16410 - 84th Street NE
> Suite D549
> Lake Stevens, Washington

> Edward-William: Wahler
> c/o P.O. Box 681
> Fletcher, North Carolina

> Michael-James: Hannigan
> c/o 217 Paragon Parkway, PMB 142
> Clyde, North Carolina

> Harry-Lee: Carper
> c/o 13 Locust Street
> Canton, North Carolina

> Contract Tracking No. HWHAR070207
> Secured Parties
> hereinafter "Declarants"

> Special Agent Andy Romagnuolo,
> FEDERAL BUREAU OF INVESTIGATION,
> all partners, agents, associates, paralegals, contractees, assignees, heirs, Federal employees, successors,
> Suite 211
> 151 Patton Ave
> ASHVILLE, NORTH CAROLINA 28801
> hereinafter "Respondents"

> Date: **July 02, 2007 A.D.**

| | | |
|---|---|---|
| STATE OF WASHINGTON | ) | **NOTICE TO AGENT IS NOTICE TO PRINCIPAL** |
| | ) ss. | **NOTICE TO PRINCIPAL IS NOTICE TO AGENT** |
| COUNTY OF SNOHOMISH | ) | |

## NOTICE OF ACCEPTANCE TO CONTRACT
### AND OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

**Declarants** by visitation are hereby exhausting their administrative remedies by Noticing **Respondents**, its officers, partners, agents, associates, paralegals, contractees, assignees, heirs, employees, all co-parties, and successors.

As an operation of law **Declarants** are required to exhaust their administrative remedies.

As with any administrative process, **Respondents** may controvert the statements and claims made by **Declarants** by executing and delivering a verified response point by point, in affidavit form, sworn and attested to, signed by **Respondents** with evidence in support. **Respondents** may agree and admit to all statements and claims made by **Declarants** by TACIT AGREEMENT by simply remaining silent.

**ESTOPPEL BY ACQUIESCENCE**:  In the event **Respondents** admit the statements and claims by TACIT AGREEMENT, all issues are deemed settled STARE DECISIS and **Respondents** may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial, nor take further action against **Declarants**. The **Respondents** are then Collaterally Estopped, forever.

**Respondents** are granted 30 days to respond to the statements and claims herein and to provide **Respondents'** own answers to any inquiries.

**In Commerce, everything must be stated in truth.**  **Declarants**, private Living Souls, Creditors, Secured Parties, **NOT STATUTORY PERSONS**, standing upon the land called Washington and upon the Land called North Carolina, both being republics, do solemnly declare, say and state: (1) **Declarants** are competent for stating the matters set forth herewith; (2) **Declarants** have personal knowledge about the facts stated herein; (3) Everything stated in this **NOTICE OF ACCEPTANCE TO CONTRACT** is the Truth, the Whole Truth, and nothing but the Truth and all stated is true, correct, complete, and not meant to Mislead. **NO THIRD PARTIES ARE ALLOWED**.

**PLAIN STATEMENTS ABOUT THE FACTS:** (a) For Resolving a Matter it must be expressed; (b) In Commerce Truth is Sovereign; (c) Truth is expressed in the Affidavit Form; (d) An Unrebutted Affidavit, Under Commercial Law, can only be satisfied by a Rebuttal about the Affidavit, by payment, by agreement, by resolution by a jury according by the rules for Common Law.

**A LAWFUL CONTRACT** has: (1) Offer; (2) Consideration; (3) Acceptance by all Parties for the Contract and (4) Only the Parties involved with the Contract can participate in the discussion of the Contract. **Full Disclosure about the CONTRACT is imperative.**

---

## DEFINITIONS

---

For the purpose of this contract, all sections inclusive, the below listed terms and /or phrases have the following meanings:

The term **'Declarants'** means Lewis-Vincent: Hughes, Edward-William: Wahler, Michael-??: Hannigan, all living flesh and blood, immortal souls, actual men, non legal fictions, creditors and secured parties,

Grantors, Affiants, who are non 14th Amendment person entities under the UNITED SSTATES Constitution;

The term 'Respondents' means all FEDERAL BUREAU OF INVESTIGATION officers, employees, agents, assigns, successors, heirs, and co-parties, fiduciaries of the TRUST and in particular Special Agent Andy Romagnuolo;

The term 'Notice' means Notice of Acceptance to Contract and of International Commercial Claim Administrative Remedy;

The term 'LEWIS V HUGHES, EDWARD W WAHLER, MICHAEL JAMES HANNIGAN and HARRY LEE CARPER means non living flesh and blood, a legal fiction, commercial strawmen, persons, individuals, debtors, artificial entities, Decedents, "dead estates", public vessels;

The term 'person' means an unincorporated corporation, an individual as defined in Presidential Executive Order 6260 of August 1933, a legal fiction, a Decedent, a "dead estate", a public vessel.

## AFFIDAVIT OF FACTS

1. **Declarants** accepts **Respondents'** offer of contract in the form of an Official FBI investigation, for value, and returns it, for value, and as the consideration for completing the contract;

2. **Declarants** have not seen or been presented with any material fact or admissible evidence that demonstrate that any previously executed contract exists between **Declarants** and **Respondents**, and believe that none exists;

3. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarant** has a debt owing to **Respondents**, and believe that none exists;

4. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents** are not a third party to any action concerning **Declarants** or **Declarants'** commercial affairs, and believe that none exists;

5. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** has given permission or consent by assent to **Respondents** for **Respondents'** representation in **Declarants'** private commercial affairs in any matter, and believe that none exists;

6. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents** are not operating in the commercial venue as Agents of the UNITED STATES, a Corporation as defined in the Private Law called the UNITED STATES CODE, and believe that non exists;

7. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents** have any contractual consent to interfere in the private commercial affairs of **Declarants** and believe that none exists;

8. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents** are not third party interlopers, and believe that none exist;

9. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents'** actions against **Declarants** is <u>NOT</u> an offer to contract, and believe that none exists;

10. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarant** can <u>NOT</u> timely accept **Respondents'** actions against **Declarants** as an offer to contract and herein state the following terms and conditions of said contract, and believe that none exists;

11. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** are not competent to handle **Declarants'** own affairs, and believe that none exists;

12. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents'** Notice is not an offer to become party to the subject matter of **Respondents'** Notice, and believe that none exists;

13. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents** are not without a Delegation of Authority from Congress to act against men who are domiciled on the Land and Soil of the States of the Union, and believe that none exists;

14. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that the **Respondents**, without a Delegation of Authority from Congress are not barred from bringing actions against men who are domiciled on the Land and Soil of the States of the Union, and believe that none exists;

15. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** have not acted and operated at all times in accordance with the published Laws as enacted by Congress, and believe that none exists;

16. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** have not acted and operated at all times in accordance with all **Public Laws, Statutes, Regulations, Codes** and **Rules** of the UNITED STATES, as they are published, and believe that none exists;

17. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** have not acted and operated at all times in accordance with **Public Law 73-10** (more commonly referred to as HJR-192) and **Senate Document No. 43, 73rd Congress, 1st Session**, and believe that none exists;

18. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** have not acted and operated at all times in accordance with **Public Law 88-243 Ch. 28, §§ 1-102 & 4-105**, and believe that none exists;

19. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** have not acted and operated at all times in accordance with **12 CFR §§ 229.2, 210.2, 12 U.S.C. 1813**, and believe that none exists;

20. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** have not acted and operated at all times in accordance with Federal Public Policy with regard to the Discharge of Debts, and believe that none exists;

21. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** have not acted and operated at all times in accordance **96 U.S. Stat. 980, 12 U.S.C. § 411, 18 U.S.C. § 8, 12 U.S.C. Ch. 6, 38 Stat. 251 Sect 14(a), 31 U.S.C. §§ 5101, 5118, 3123 and Title 12 U.S.C. § 95a**, with regard to the Discharge of Debts, and believe that none exists;

22. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that statements 16 thru 21 would not stand up in a UNITED STATES DISTRICT COURT as self-authenticating evidence under FR.Ev. 201, and believe that none exists;

23. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that the UNITED STATES is not an artificial entity (person), made up of words expressed on paper, available for use by anyone who does business with the UNITED STATES or that the UNITED STATES has effect upon, and believe that none exists;

24. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that all Agents of the UNITED STATES, are not natural men, who pledge their personal oath with bond, a security, to act exclusively within the written and known authorities of the UNITED STATES when they appear to operate under its color, and believe that none exists;

25. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that any Agent, actors all, acting with out the explicit written words empowering the UNITED STATES, does not deny the UNITED STATES its ability, its absolute duty, to fill it's obligations and keep it's promises as stated by the written words, and believe that none exists;

26. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that any Agent is not without defense for acts outside the expressed statements, in writing, issued by the UNITED STATES for execution by its agents and for notorious, general, reliance, and believe that none exists;

27. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that jurisdiction in any UNITED STATES DISTRICT COURT is not by contract only, and believe that none exists;

28. **Declarants** have not seen or been presented with any material facts or admissible evidence that the most recently published cases of the SUPREME COURT OF THE UNITED STATES do not uphold and confirm that the jurisdiction in any UNITED STATES DISTRICT COURT is not by contract only, and believe that none exists;

29. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** cannot accept the Offer to Contract from a UNITED STATES DISTRICT COURT, and believe that none exists;

30. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** cannot as Maker of the Contract with a UNITED STATES DISTRICT COURT set the terms and conditions of that Contract, and believe that none exists;

31. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** cannot set as a term of the Contract with a UNITED STATES DISTRICT COURT, that the COURT will comply with all the provisions of the Constitution of the United States, and believe that none exists;

32. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** cannot set as a term of the Contract with a UNITED STATES DISTRICT COURT, that the COURT will comply with all the provisions of all the STATUTES, CODES, REGULATIONS, and RULES as they are published in the public records, and believe that none exists;

33. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents** are not presumed to know the Law, and believe that none exists;

34. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents** are not without excuse for ignorance and violation of the Law, and believe that none exists;

35. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents** do not become liable in their personal capacity, to the **Declarants**, for any violations of Laws, STATUTES, CODES, REGULATIONS, and RULES as they are published in the public records, and believe that none exists;

36. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** cannot rely on holdings of Federal and State Judicial Officers, and believe that none exists;

37. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** are not exempt from prosecution for relying on official holdings of Federal and State Judicial Officers, and believe that none exists; .

38. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** cannot gift their Decedents, **"dead estates"**, to the UNITED STATES, and believe that none exists;

39. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** cannot as Grantors of the trusts, appoint anyone they choose as Co-executors/Fiduciaries of their Decedents, **"dead estates"**, and believe that none exists;

40. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** may not file a IRS Form 56 for each appointed Co-executor/Fiduciary of the Decedents, **"dead estates"**, and believe that none exists;

41. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that the appointed Co-executors/Fiduciaries do not become liable for any and all assessments, whether tax, civil, or criminal, brought in the names of the Decedents, **"dead estates"**, and believe that none exists;

42. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** may not file a IRS Form 1096 and 1099OID for each of the back taxes due and owing by the Decedents, **"dead estates"**, and believe that none exists;

43. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that the appointed Co-executors/Fiduciaries do not become liable for any and all assessments filed on a IRS Form 1096 and 1099OID, and believe that none exists;

44. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that the appointed Co-executors/Fiduciaries do not become liable to "serve" any sentence which might be rendered by a STATE or FEDERAL COURT against the Defendants, the Decedents, **"dead estates"**, and believe that none exists;

45. That **Declarants** have not seen or been presented with any material facts or admissible evidence that service of the contract upon the **Respondents** by the UNITED STATES POSTAL SERVICE does not substitute for the signing of the contract attached and serve as evidence of the intention of the **Respondents** to sign a contract agreement between the parties, and believes that none exists;

46. That **Declarants** have not seen or been presented with any material facts or admissible evidence that **Respondents** did not leave the terms and conditions open in the said contract, allowing for **Declarants** to set additional terms and conditions and then close the contract, and believes that none exists;

47. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the **Declarants** has not been granted the status of a Foreign Sovereign with full immunities as set forth in your published CODE 28 USC §§ 1602 ff. and believes that none exists;

48. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the **Declarants** cannot invoke the bar of Sovereign Immunity under the Treaty of Peace in 1783, and believes that none exists;

49. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the **Declarants** have <u>NOT</u> been classified pursuant to the TRADING WITH THE ENEMY ACT, 40 STAT. 411, as a non-combatant, non-classified, non-enemy of the STATE, and believes that none exists;

50. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the **Declarants** are a "resident" in THE STATE OF WASHINGTON, or THE STATE OF NORTH CAROLINA or "in this state", as that term is defined in the "Buck Act, Title 4 USC §§ 104-113, and believes that none exists;

51. That **Declarants** have not seen or been presented with any material facts or admissible evidence that there is any Law under the Constitution of Washington, 1878 A.D., which regulates a Citizen on Washington or the Constitution of North Carolina, 1776 A.D., which regulates a Citizen on North Carolina, in the use of their private property, and believes that none exists;

52. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the UNITED STATES is not trying to diminish the capacity of the **Declarant**, by seditiously and insidiously creating new legal persons to which the UNITED STATES will attempt to bind a legal relationship between the UNITED STATES and the names of the **Declarants**, and believes that none exists;

53. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the UNITED STATES did not create a new fictitious name **LEWIS VINCENT HUGHES** birthed upon the STATE OF PENNSYLVANIA campus, and **EDWARD WILLIAM WAHLER** birthed upon the STATE OF NEW JERSEY, and **MICHAEL JAMES HANNIGAN** birthed upon the STATE OF PENNSYLVANIA , and **HARRY LEE CARPER** birthed upon the STATE OF OHIO in hopes that **Declarants** would fraudulently accept a legal relationship to it and become a WASHINGTON, D.C. citizen, and believes that none exists;

54. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the STATE OF WASHINGTON is not trying to seditiously and insidiously expatriate the **Declarants** from the Land-Soil on Washington into the corporate citizenship of THE STATE OF WASHINGTON, and from the Land-Soil on North Carolina into the corporate citizenship of THE STATE OF NORTH CAROLINA, and believes that none exists;

55. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the UNITED STATES is not violation of the 13th Amendment of the Constitution of the UNITED STATES and the Constitution for the United States of America by compelling the **Declarants** to answer the UNITED STATES's offer to contract, which amounts to involuntary servitude, and believes that none exists;

56. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the act by the UNITED STATES compelling performance by the **Declarants** does not constitute damages to the **Declarants**, and believes that none exists;

57. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the UNITED STATES is not acting in concert with the UNITED STATES DISTRICT COURT in a racketeering operation against the **Declarants**, to deprive the **Declarants** of their sweat equity and Sovereign status, and believes that none exists;

58. That **Declarants** have not seen or been presented with any material facts or admissible evidence that Declarant's AFFIDAVIT and PUBLIC NOTICE of NON-LIABILITY OF FEDERAL INCOME TAX OBLICATIONS of Lewis Vincent has ever been disputed or rebutted by Affidavit, and believes that none exists;

59. That **Declarants** have not seen or been presented with any material facts or admissible evidence that Declarant's Legal Notice of Resignation of Compelled Social Security Trustee has ever been disputed or rebutted by Affidavit and believes that none exists.

60. That **Declarants** have not seen or been presented with any material facts or admissible evidence that Declarant's Legal Notice of Change in Domicile/ Citizenship Records and divorce from the United States has ever been disputed or rebutted by Affidavit and believes that none exists.

61. That **Declarants** have not seen or been presented with any material facts or admissible evidence that Declarant's 1040NR has ever been disputed or rebutted by Affidavit and believes that none exists.

---

## TERMS AND CONDITIONS

---

1. **Respondents** agree that Equality under the Law is PARAMOUNT and MANDATORY under Law;

2. **Respondents** agree that **Respondents** are hereby now and forever **FIRED** by **Declarants** from representing **Declarants** in any manner or capacity whatsoever, and **Respondents** also agree that **Declarants** are competent to handle **Declarants'** own affairs, private or public, commercial or otherwise;

3. **Respondents** agree that if **Respondents** choose to trespass on or interfere, in any manner whatsoever, with **Declarants'** commercial affairs, then **Respondents** agree to compensate **Declarants** in the sum of Twenty-five Million Dollars of UNITED STATES Legal Tender ($25,000,000.00) within thirty (30) days of receipt of **Declarants' "NOTICE OF ACCEPTANCE TO CONTRACT"**, and also provide certified copies of **Respondents'** oaths, bonds, BAR#s, licenses to practice law, and any commission which may otherwise be relevant as proof of evidence of delegation and official capacity

in the STATES involved in **Respondents'** action, and a certified copy of the written permission from **Declarants** to use the name of **Declarants** for commercial or any other purposes;

4. **Respondents** agree that if **Respondents** choose to <u>not</u> compensate **Declarants** in the sum of Twenty-five Million Dollars of UNITED STATES Legal Tender ($25,000,000.00) within ten (30) days, as agreed to in this contract, that **Respondents** agree to compensate **Declarants** for triple damages, or the sum of Seventy-five Million Dollars of UNITED STATES Legal Tender ($75,00,000.00), thereafter, and also be subject to involuntary bankruptcy in **Respondents'** private capacity to settle and close said contract, and also to be listed as the debtor on a filed UCC-1 Financing Statement with **Declarants** as the Secured Party;

5. **Respondents** agree that governing law of this "Private Contract" is the agreement of the parties supported by the **Law Merchant** and applicable maxims of law, and that Respondents are bound by the law of this contract.

6. **Respondents** agree that there are and will be no verbal agreements between **Respondents** and **Declarants** in this matter;

7. **Respondents** agree that if **Declarants** receive any communications from **Respondents,** by any means whatsoever, other than what is requested above, or becomes aware of **Respondents** continued trespass of **Declarants'** private commercials affairs in any manner whatever, that such communication from the date thereof thereby ratifies **Respondents'** acceptance of and agreement with all of the terms and conditions of this contract and associated notices/contracts mentioned above.

8. **Respondents** agree that **Respondents** must produce evidence of their economic solvency in light of federal public policy of HJR 192 - Public Law 73-10 and Title 31 subsections 5112-5119;

9. As with any administrative process, **Respondents** agree that **Respondents** will controvert the statements and claims made by **Declarants** by executing and delivering a verified response point by point, in affidavit form, sworn and attested to, signed by **Respondents** with material facts in support, or **Respondents** may agree and admit to all statements and claims made by **Declarant** by TACIT PROCURATION by simply remaining silent.

10. **Respondents** agree to **ESTOPPEL BY ACQUIESCENCE**, in the event that **Respondents** admit the statements and claims by TACIT AGREEMENT, then all issues are deemed settled STARE DECISIS and they admit **CONFESSION OF JUDGMENT,** and that **Respondents** may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial:

11. **Respondents** agree that *non obstante veredicto* applies in this agreement.


Further **Declarants** saith naught.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

Doc#: HWHAR070207

# NOTICE TO RESPOND

**Declarant** grants **Respondents** Thirty (30) days, exclusive of the day of receipt, to respond to the statements, claims, and inquiries above. Failure to respond will constitute as an operation of Law, the admission of **Respondents** by tacit Agreement to the statements, claims and answers to inquiries shall be deemed RES JUDICATA, STARE DECISIS. Failure to respond will constitute an Estoppel by Acquiescence and a CONFESSION OF JUDGMENT.

Note: This Affidavit complies with State Rules of Evidence and Federal Rules of Evidence,

This is a private communication to you in your individual capacity(ies) and is intended to effect an out-of-court settlement of this matter. Conduct yourself accordingly.

We can assure you that we do not take this matter lightly.

Applicable to each named Respondent, their agent, associate, substitute, superior, employee, successor, heir, or assign.

Silence is Acquiescence/Agreement/Dishonor

Sent via Registered Mail # RR 396 977 703 US

Signed and sealed this _12th_ day of July, 2007 A.D.

Lewis-Vincent: Hughes

**Notice:** *Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*

STATE OF WASHINGTON            )
                               )    **JURAT**
COUNTY OF SNOHOMISH            )

Page 11 of 15
NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

Doc#: HWHAR070207

Before me the undersigned a Notary Public acting in and for the County of Snohomish

and State of Washington on this __12__ day of July, 2007, personally appeared and known to me to be the identical man, Lewis-Vincent: Hughes who executed by act and deed the foregoing affidavit and then acknowledged to me his free will and voluntary act.

Given under my hand and seal this __12__ day of July, 2007.


_Nayela M. Hussain_

Notary                                            Seal

My commission expires _June 1, 2009_

> **Notary Public**
> **State of Washington**
> **NAYELA M HUSSAIN**
> **My Appointment Expires Jun 1, 2009**

— · — · — · — · — · — · — · — · — · — · — ■

Signed and sealed this **13**th day of July, 2007 A.D.


_____
Edward-William: Wahler


**Notice:** *Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*


STATE OF NORTH CAROLINA          )
                                 )      **JURAT**
COUNTY OF BUNCOMBE               )

Before me the undersigned a Notary Public acting in and for the County of Buncombe

and State of North Carolina on this 13th day of July, 2007, personally appeared and known to me to be the identical man, Edward-William: Wahler, who executed by act and deed the foregoing affidavit and then acknowledged to me his free will and voluntary act.

Given under my hand and seal this 13th day of July, 2007.

_Rebekah H'Miller_

Notary                                        Seal

My commission expires Feb 3, 2008

— ▪ — ▪ — ▪ — ▪ — ▪ — ▪ — ▪ — ▪ —

_____Signed and sealed this 13th day of July, 2007 A.D.

_Michael James Hannigan_
_Michael-James: Hannigan

**Notice:** _Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue._

STATE OF NORTH CAROLINA          )
                                 )          **JURAT**
COUNTY OF BUNCOMBE               )

Before me the undersigned a Notary Public acting in and for the County of Haywood

Page 13 of 15
NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

Doc#: HWHAR070207

and State of North Carolina on this 13th day of July, 2007, personally appeared and known to me to be the identical man, Michael-James: Hannigan who executed by act and deed the foregoing affidavit and then acknowledged to me his free will and voluntary act.

Given under my hand and seal this 13th day of July, 2007.

_Rebekah N Miller_

Rebekah Miller, Notary                                              Seal

My commission expires Feb 3, 2008

Signed and sealed this 13th day of July, 2007 A.D.

Harry-Lee: Carper

**Notice:** *Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*

STATE OF NORTH CAROLINA                    )
                                           )        **JURAT**
COUNTY OF BUNCOMBE                         )

Before me the undersigned a Notary Public acting in and for the County of Haywood

Page 14 of 15
NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

Doc#: HWHAR070207

and State of North Carolina on this 13th day of July, 2007, personally appeared and known to me to be the identical man, Harry-Lee: Carper who executed by act and deed the foregoing affidavit and then acknowledged to me his free will and voluntary act.

Given under my hand and seal this 13th day of July, 2007.

*Rebekah H. Miller*

Rebekah Miller, Notary                                        Seal

My commission expires Feb 3, 2008

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

Doc#: HWHAR070207

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing, the associated **NOTICE OF ACCEPTANCE TO CONTRACT** has been made upon the following addressees by me, a North Carolina Notary, by depositing a copy in the United States mail, via certified mail, return receipt requested, postage prepaid, this 14th day of July, 2007 addressed to:

Andrew Romagnuolo,
FEDERAL BUREAU OF INVESTIGATION,
Suite 211
151 Patton Ave
ASHEVILLE, NORTH CAROLINA 28801


I furthermore certify that:

1. I am at least 18 years of age

2. I am not related to either party to this legal proceeding by blood, marriage, adoption, or employment

3. I serve as a "disinterested third party" to this action

4. That I am in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

All responses should be sent to:

Rebekah H. Miller, Notary
PO Box 681
Fletcher, NC 28732


I now place my hand and seal as a public notary in the County of Buncombe and the state of North Carolina this 14th day of July, 2007 A.D.

*Rebekah H Miller*
_____
Rebekah H. Miller


My commission Expires:  Feb 3, 2008

Exhibit 5

IRS Statements

Edward William: Wahler

Kathy Marie: Wahler

James Edward: MacAlpine

**Internal Revenue Service**
151 Patton Ave.
Room 167
Asheville, NC 28801

**Department of the Treasury**

|  |  |
|---|---|
| KATHY R. WAHLER<br>PO BOX 681<br>FLETCHER, NC 28732-0681 | **Letter Date:**<br>January 11, 2008<br>**Taxpayer Identification Number**<br>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<br>**IRS Employee to Contact:**<br>Mrs. Lisa McCallister<br>**Employee Identification Number:**<br>56688118<br>**Contact Telephone Number:**<br>(828)271-4724 x 127 |

---

Dear MRS. WAHLER:

Although we previously sent you a notice of our intention to collect your unpaid tax through enforced collection, our records show that you still have not paid the amount you owe. Enforced collection may include placing a levy on your bank accounts, wages, receivables, commissions, etc. It could also involve seizing and selling your property, such as real estate, vehicles, or business assets.

To prevent collection action, please pay the amount you owe, now.

Make your check or money order payable to the United States Treasury, and write your social security number or employer identification number on it. Send your payment to us in the enclosed envelope with a copy of this letter. **The amount you owe is shown on the next page.**

If you recently paid this or if you can't pay it, call as soon as you get this letter. Our telephone number is at the top of this letter. If you disagree with our taking enforcement action, you may be able to work out another solution. Speak to the person whose name appears at the top of this letter, or ask for that person's manager. If you do not agree with the results, you may ask for appeals consideration.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes credits and payments we have received since our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice. Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½ of 1% of the unpaid tax for each month or part of a month the tax was not paid.

Letter 3174 (CG)(Rev. 11-2006)

Number of this letter: 3174
Date of this letter: January 11, 2008
Taxpayer Identification Number: 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

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown at the top of the first page of this letter.

Thank you for your cooperation.

Sincerely,

Lisa McCallister
Revenue Officer

Enclosures:
Envelope

The amount you owe is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | AMOUNT YOU OWE |
|---|---|---|---|---|---|
| 1040 | 12/31/1998 | $2,072,441.12 | $234,282.89 | $409,027.75 | $2,715,751.76 |
| 1040 | 12/31/1999 | $361,368.40 | $48,603.25 | $71,320.90 | $481,292.55 |
| 1040 | 12/31/2000 | $193,316.40 | $34,641.53 | $60,366.19 | $288,324.12 |
| 1040 | 12/31/2001 | 16,958.98 | 2,874.50 | 3,439.09 | $23,272.57 |

Letter 3174 (CG) (Rev.11-2006)

**Internal Revenue Service**
151 PATTON AVENUE - ROOM 167
ASHEVILLE, NC 28801

**Department of the Treasury**

EDWARD W WAHLER
PO BOX 681
FLETCHER, NC 28732-0681

Letter Date:
01/11/2008
Taxpayer Identification Number
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
IRS Employee to Contact:
LISA S. MCCALLISTER
Employee Identification Number:
56-688118
Contact Telephone Number:
(828)271-4724x127

---

Although we previously sent you a notice of our intention to collect your unpaid tax through enforced collection, our records show that you still have not paid the amount you owe. Enforced collection may include placing a levy on your bank accounts, wages, receivables, commissions, etc. It could also involve seizing and selling your property, such as real estate, vehicles, or business assets.

To prevent collection action, please pay the amount you owe, now.

Make your check or money order payable to the United States Treasury, and write your social security number or employer identification number on it. Send your payment to us in the enclosed envelope with a copy of this letter. **The amount you owe is shown on the next page.**

If you recently paid this or if you can't pay it, call as soon as you get this letter. Our telephone number is at the top of this letter. If you disagree with our taking enforcement action, you may be able to work out another solution. Speak to the person whose name appears at the top of this letter, or ask for that person's manager. If you do not agree with the results, you may ask for appeals consideration.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes credits and payments we have received since our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice. Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½ of 1% of the unpaid tax for each month or part of a month the tax was not paid.

Letter 3174 (CG)(Rev. 11-2006)

Number of this letter: 3174
Date of this letter: 01/11/2008
Taxpayer Identification Number: 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

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown at the top of the first page of this letter.

Thank you for your cooperation.

Sincerely,

*Lisa S McCallister*

LISA S. MCCALLISTER
REVENUE OFFICER

Enclosures:
Envelope

The amount you owe is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | AMOUNT YOU OWE |
|---|---|---|---|---|---|
| 1040 | 12/31/1998 | $2185538.17 | $155286.70 | $295066.02 | $2635890.89 |
| 1040 | 12/31/1999 | $382229.78 | $32078.14 | $50390.76 | $464698.68 |
| 1040 | 12/31/2000 | $169672.80 | $23330.01 | $66507.25 | $259510.06 |
| 1040 | 12/31/2001 | $17965.42 | $2012.15 | $0.00 | $19977.57 |
| CIVPEN | 12/31/2002 | $1000.67 | $0.00 | $157.76 | $1158.43 |
| | | | | Total: | $3381235.63 |

Letter 3174 (CG) (Rev.11-2006)

WS1010
10750 Wheat First
Glen Allen, VA 23060
Fax 804 398-4258



WACHOVIA SECURITIES

January 28, 2008

Internal Revenue Service
Cecelia G. Hill
1835 Assembly Street
Columbia, SC 29201-2430

Re:    Name:  James E. Macalpine
         SSN:   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

Dear Ms. Hill:

Enclosed please find this firm's check in the amount of **$13,099.06** which represents
funds withheld for the above referenced matter as required in the Notice of Levy.  Please
contact me at (804) 398-4851 if I may be of further assistance.

Wachovia Securities, LLC requests confidential treatment of this letter, the documents,
and the information contained to the extent possible.

Sincerely,

Norma J. Miller
Paralegal
Subpoena and Garnishment Unit

Enclosure

CC:    James E. Macalpine

| Form 668-A(ICS) | Department of the Treasury – Internal Revenue Service |
|-----------------|-------------------------------------------------------|
| (Rev. July 2002) | **Notice of Levy** |

DATE: 01/29/2008

REPLY TO: **Internal Revenue Service**
**CECELIA G HILL**
**1835 ASSEMBLY STREET**
**COLUMBIA, SC 29201-2430**

TO: **WACHOVIA SECURITIES**
**10750 WHEAT FIRST DR**
**MC WS1010**
**GLENN ALLEN, VA 23060**

TELEPHONE NUMBER
OF IRS OFFICE: (803) [illegible]

**RECEIVED**
JAN 2 9 2008

NAME AND ADDRESS OF TAXPAYER:
**JAMES E MACALPINE**   LEGAL INQUIRIES
**603 WOODLEA CT**       LEGAL DEPARTMENT
**ASHEVILLE, NC 28806**

IDENTIFYING NUMBER(S):  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

**MACA**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|-------------|------------------|------------------------------|---------------------|-------|
| 1040 | 12/31/1997 | 21945.10 | 22914.05 | 44859.1 |
| 1040 | 12/31/1998 | 81572.51 | 37098.02 | 118670.5 |
| 1040 | 12/31/1999 | 66686.68 | 29693.52 | 96380.2 |
| 1040 | 12/31/2000 | 61465.19 | 26575.02 | 88040.2 |
| 1040 | 12/31/2002 | 96800.52 | 16192.81 | 112993. |
| 1040 | 12/31/2003 | 115089.37 | 7158.34 | 122247. |

| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL. UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. =====================⇒ | Total Amount Due | 583191. |
|---|---|---|

We figured the interest and late payment penalty to  **03-15-2008**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment (cash, cashier's check, certified check, or money order) to t nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury**. If you mail your payment instead of bringing it to us, we may not have time to stop the perso who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|--------------------------------------|-------|
| **/S/ CECELIA G HILL** | **REVENUE OFFICER** |

**Part 2 –**   For Taxpayer

Form **668-A(ICS)** (7-20(

# WACHOVIA SECURITIES

## TRANSACTION NOTIFICATION

**Contact Information:**
Wachovia Securities
Client Services Department
P.O. Box 6600
Glen Allen, VA 23058

888-215-3904

001262 401b 001
WBNA COLLATERAL ACCOUNT
JAMES E MACALPINE
603 WOODLEA COURT
ASHEVILLE NC    28806-4805

Account Number:   24720744                                    October 18, 2007
Dear Valued Client:

We want to thank you for your recent transaction(s) with Wachovia Securities. Industry regulations require brokerage firms to issue notifications when certain transactions result in securities or funds being transferred out of a client's account. These transactions include movement of assets to third parties or to outside entities bearing the same account holder name. This notification is not a replacement of your regular account statement.

If you have questions regarding the transaction(s) listed below, please contact our Client Services Department at the phone number or mailing address shown above. Should you have any other questions regarding your account, please contact your Financial Advisor.

Thank you.

| Transaction Type | | Date | Description of Transaction | Dollar Amount / Number of Shares |
|---|---|---|---|---|
| Check Issued | | 10/18/2007 | WITHDRAWL CHK#001-RR01219219 | $90,731.32 |
| Payee Information | Recipient: UNITED STATES TREASURY | | | |

Wachovia Securities LLC, member NYSE SIPC.  Accounts carried by First Clearing LLC, member NYSE SIPC.

Page 1 of 1

**TRANSACTION NOTIFICATION**

**WACHOVIA SECURITIES**

**Contact Information:**
Wachovia Securities
Client Services Department
P.O. Box 6600
Glen Allen, VA 23058

888-215-3904

002518 4016 001
WBNA COLLATERAL ACCOUNT
JAMES E MACALPINE
603 WOODLEA COURT
ASHEVILLE NC    28806-4805

November 01, 2007

Account Number:   24720744
Dear Valued Client

We want to thank you for your recent transaction(s) with Wachovia Securities. Industry regulations require brokerage firms to issue notifications when certain transactions result in securities or funds being transferred out of a client's account. These transactions include movement of assets to third parties or to outside entities bearing the same account holder name. This notification is not a replacement of your regular account statement.

If you have questions regarding the transaction(s) listed below, please contact our Client Services Department at the phone number or mailing address shown above. Should you have any other questions regarding your account, please contact your Financial Advisor.

Thank you

| Transaction Type | | Date | Description of Transaction | Dollar Amount / Number of Shares |
|---|---|---|---|---|
| Check Issued | | 11/01/2007 | CLIENT REQUEST CHK#001-RR01223924 | $2,282.08 |
| Payee Information | Recipient: UNITED STATES TREASURY | | | |

Wachovia Securities LLC, member NYSE/SIPC. Accounts carried by First Clearing LLC, member NYSE/SIPC.

Page 1 of 1

# EXHIBIT 6

January 7, 2008


Special Agent Timothy E. Penley
Department of the Treasury
2306 W. Meadowview Road
Greensboro, N.C. 27407
Certified Mail # 7002 2410 0000 2634 8708

Special Agent Andy Romagnuolo
Suite 211
151 Patton Ave
Asheville, N.C. 28801
Certified Mail # 7002 2410 0000 2634 8746


Dear Gentlemen;

I am providing you a courtesy copy of the affidavits of Non Liability filed in the public record. You have ten days to rebut the enclosed facts and law with particularity and specificity or be forever estopped from challenging the statements made therein. As to your duty to respond, the Courts have held that government officials are fiduciaries of the People, and as such have an absolute duty to respond.

Further to the point, the Supreme Court of the United States has held:

> Whatever the form in which the Government functions, anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority. The scope of this authority may be explicitly defined by Congress or be limited by delegated legislation, properly exercised through the rule-making power. And this is so even though, as here, the agent himself may have been unaware of the limitations upon his authority. **332 U.S. 380, 68 S.Ct. 1**

Therefore I am undertaking my Supreme Court mandated duty to accurately determine that each of you stay within your lawful authority. Should you be interfering in my private affairs without specific authority, then this will amount to an intentional tort.

In addition to responding to the attached Affidavit, please provide to me under pains and penalties of perjury copies of your specific evidence that:

1) I/we are a taxpayer(s).

2) I/we are not non-resident aliens as that term is defined under the IRC.

3) I/we are engaged in a trade or business as that term is defined in the IRC.

4) I/we have ever volunteered to accept a federal franchise.

5) I/we have ever received "Income" as that term is defined by the Supreme Court of the United States.

6) I/we are United States Citizens.

7)   That the filings provided to the IRS (modified 1040NR, attachments, etc.) do not accurately reflect the law as written.

8)   That the law as written is not the law instead of the lies and deceit promulgated by the IRS as declared by the Courts.

9)   That demanding the People follow the lies and deceit promulgated by the IRS does not constitute a faith based premise for the law.

10)  That a faith based legal system is not defacto a religion, which as an agent of the national government you are not forbidden from establishing.

Please send your responses to:

> Ed Wahler
> PO Box 681
> Fletcher, NC 28732

Should you decide not to respond as requested, then you agree that everything provided to you or your corporate employers is true, correct and the law of the case. Should you continue to trespass in my/our private affairs after agreeing to all of the above, you agree that you are engaging in an investigation for an improper purpose and engaging in an excess of jurisdiction.

Thanks you for your prompt attention to this critically important matter.

Sincerely

Edward William: Wahler                                    Kathy Marie: Wahler

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I.(a) PLAINTIFFS** Edward William Wahler Kathy Marie Wahler James Edward MacAlpine Lewis Vincent Hughes

**DEFENDANTS** Andrew F. Romagnuolo Timothy E. Penley

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ~~Buncombe~~, NC
(EXCEPT IN U.S. PLAINTIFF CASES) 88888

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Buncombe, NC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)    AT

Case: 1:08-cv-00577
Assigned To : Robertson, James
Assign. Date : 4/3/2008
Description: General Civil

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- □ 1 U.S. Government Plaintiff
- ☒ 2 Federal Question (U.S. Government Not a Party)
- □ 2 U.S. Government Defendant
- □ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | ☒ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | ☒ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**□ A. Antitrust**
- □ 410 Antitrust

**□ B. Personal Injury/ Malpractice**
- □ 310 Airplane
- □ 315 Airplane Product Liability
- □ 320 Assault, Libel & Slander
- □ 330 Federal Employers Liability
- □ 340 Marine
- □ 345 Marine Product Liability
- □ 350 Motor Vehicle
- □ 355 Motor Vehicle Product Liability
- □ 360 Other Personal Injury
- □ 362 Medical Malpractice
- □ 365 Product Liability
- □ 368 Asbestos Product Liability

**□ C. Administrative Agency Review**
- □ 151 Medicare Act

Social Security:
- □ 861 HIA ((1395ff)
- □ 862 Black Lung (923)
- □ 863 DIWC/DIWW (405(g)
- □ 864 SSID Title XVI
- □ 865 RSI (405(g)

Other Statutes
- □ 891 Agricultural Acts
- □ 892 Economic Stabilization Act
- □ 893 Environmental Matters
- □ 894 Energy Allocation Act
- □ 890 Other Statutory Actions (If Administrative Agency is Involved)

**□ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☒ E. General Civil (Other)    OR    □ F. Pro Se General Civil**

Real Property
- □ 210 Land Condemnation
- □ 220 Foreclosure
- □ 230 Rent, Lease & Ejectment
- □ 240 Torts to Land
- □ 245 Tort Product Liability
- □ 290 All Other Real Property

Personal Property
- □ 370 Other Fraud
- □ 371 Truth in Lending
- □ 380 Other Personal Property Damage
- □ 385 Property Damage Product Liability

Bankruptcy
- □ 422 Appeal 28 USC 158
- □ 423 Withdrawal 28 USC 157

Immigration
- □ 462 Naturalization Application
- □ 463 Habeas Corpus- Alien Detainee
- □ 465 Other Immigration Actions

Prisoner Petitions
- □ 535 Death Penalty
- □ 540 Mandamus & Other
- □ 550 Civil Rights
- □ 555 Prison Condition

Property Rights
- □ 820 Copyrights
- □ 830 Patent
- □ 840 Trademark

Federal Tax Suits
- □ 870 Taxes (US plaintiff or defendant

- □ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- □ 610 Agriculture
- □ 620 Other Food &Drug
- □ 625 Drug Related Seizure of Property 21 USC 881
- □ 630 Liquor Laws
- □ 640 RR & Truck
- □ 650 Airline Regs
- □ 660 Occupational Safety/Health
- □ 690 Other

Other Statutes
- □ 400 State Reapportionment
- □ 430 Banks & Banking
- □ 450 Commerce/ICC Rates/etc.

- □ 460 Deportation
- □ 470 Racketeer Influenced & Corrupt Organizations
- □ 480 Consumer Credit
- □ 490 Cable/Satellite TV
- □ 810 Selective Service
- □ 850 Securities/Commodities/ Exchange
- □ 875 Customer Challenge 12 USC 3410
- □ 900 Appeal of fee determination under equal access to Justice
- □ 950 Constitutionality of State Statutes
- □ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
| --- | --- | --- | --- |
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☒1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1331  28 USC 1332

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $** 100,000,000   Check YES only if demanded in complaint **JURY DEMAND:** ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☒ NO   If yes, please complete related case form.

**DATE** April 3, 2008   **SIGNATURE OF ATTORNEY OF RECORD**

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.     CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.      CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.      CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**WHALER, et al.**

       Plaintiff(s),

         vs.                      **Civil Action No.  08-577 (JR)**

**ROMAGNUOLO, et al**

       Defendant(s).

## <u>NOTICE REGARDING EXHIBITS</u>

Exhibits in 2 CDs  have been filed in this case.  The exhibits are available at the Clerk's Office

for public viewing  and copying between the  hours of 9:00 a.m. and  4:00 p.m., Monday through

Friday.

                                            **NANCY MAYER-WHITTINGTON**

                                               Clerk