AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Edward William Wahler
et al

SUMMONS IN A CIVIL CASE

V.

Andrew F. Romagnuolo
et al

CASE NUMBER: 08-577 (JR)

TO: (Name and address of Defendant)

Timothy E. Penley
2306 W. Meadowview Rd
Greensboro, N.C. 27407

**RECEIVED**

MAY 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward Wahler
510 L.A. White Dr
Bldg 12
Fletcher, NC. 28732

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                         4/17/2008

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4-08-08 MCS 5:27pm |
| NAME OF SERVER (PRINT) Michael L. Scriven | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Mr. Timothy F Penkey / Department of the Treasury Greensboro NC 1500 Pine Croft Rd. suite 220

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $120.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-08-08 MCS    _Michael L. Scriven_
              Date              Signature of Server

308 Patterson Ave Winston-Salem NC 27101
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

APR 14 2008