AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Edward William Wahler
et al

**SUMMONS IN A CIVIL CASE**

V.

Andrew F. Romagnuolo
et al

Case: 1:08-cv-00577
Assigned To : Robertson, James
Assign. Date : 4/3/2008
Description: General Civil

TO: (Name and address of Defendant)

Andrew F. Romagnuolo
176 Oak Terrace
Arden, NC 28704

**RECEIVED**

MAY 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward Wahler
510 L.A. White Dr
Bldg 12
Fletcher, NC 28732

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    APR - 3 2008

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4/4/2008 |
| NAME OF SERVER (PRINT) John LeRoy McKinley | TITLE Private Citizen |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Defendant's residence

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/4/2008      *John LeRoy McKinley*
       Date        Signature of Server

102 Banks Ter
Hendersonville NC
28791

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MAY 12 2008