IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Edward William: Wahler<br>Kathy Marie: Wahler<br>PO Box 681<br>Fletcher, North Carolina 28732<br>828-684-3600<br><br>Lewis-Vincent: Hughes<br>2904 Angus Road<br>Tenino, Washington 98589<br>360-264-5543<br><br>James Edward: MacAlpine<br>603 Woodlea Court<br>Asheville, North Carolina 28806<br>828-777-5553<br><br>    Plaintiffs,<br><br>Vs.<br><br>Andrew F. Romagnuolo, in his personal<br>and private capacity<br>176 Oak Terrace<br>Arden, NC 28704<br><br>Timothy E. Penley, in his<br>personal and private capacity<br>2306 W. Meadowview Drive<br>Greensboro, NC 27407<br><br>    Defendants, | Case No. 1:08-cv-00577 |

RECEIVED
JUN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this eighth day of June, 2008 A.D., that I am one of the Plaintiffs of record in the above-entitled case; that the defendants Andrew F. Romagnuolo and Timothy E. Penley were personally served with process on April 4, 2008 and April 8, 2008 respectively.

I further certify under penalty of perjury that: no appearance has been entered by said defendants in this case; no pleading has been filed and none served upon any of the plaintiffs. Plaintiffs have given the Defendants an extra 40 days to answer or other wise plead, though no extension has been given by the Court and the time for filing has expired and the defendants are neither infants nor incompetent persons.

The Clerk is requested to enter a Default against said defendants.

1

*[signature]*
Edward-William: Wahler
510 L.A. White Drive
Bldg #12
Fletcher, N.C. 28732
828-684-3600

North Carolina state

Buncombe county

Subscribed and sworn to before me on this 9th day of June, 2008 by Edward William: Wahler, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*[signature]* Julie W Buckner _____ (Notary seal)
Signature

*[Notary seal: LESLIE W. BUCKNER, NOTARY PUBLIC, BUNCOMBE COUNTY, NC]*

2

Certificate of Service

I, Edward-William: for the family Wahler, hereby state on and for the record that I caused a copy of the following documents:

Military Affidavit    Default Judgment    Default    Affidavit in Support of Default

to be served upon the defendants, Andrew F. Romagnuolo and Timothy E. Penley at the following addresses respectively:

176 Oak Terrace
Arden, NC 28704

2306 W. Meadowview Drive
Greensboro, NC 27407

by delivering to the United States Post Office a true and complete copy of each document, contained in an envelope with sufficient postage on June 9, 2008.

_____
Edward-William: Wahler

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Edward William: Wahler<br>Kathy Marie: Wahler<br>PO Box 681<br>Fletcher, North Carolina 28732<br>828-684-3600<br><br>Lewis-Vincent: Hughes<br>2904 Angus Road<br>Tenino, Washington 98589<br>360-264-5543<br><br>James Edward: MacAlpine<br>603 Woodlea Court<br>Asheville, North Carolina 28806<br>828-777-5553<br><br>    Plaintiffs,<br><br>Vs.<br><br>Andrew F. Romagnuolo, in his personal<br>and private capacity<br>176 Oak Terrace<br>Arden, NC 28704<br><br>Timothy E. Penley, in his personal and<br>private capacity<br>2306 W. Meadowview Drive<br>Greensboro, NC 27407<br><br>    Defendants, | Case No. 1:08-cv-00577 |

## MILITARY AFFIDAVIT

(Certificate in Compliance With Soldiers and Sailors Civil Relief Act of 1940, As Amended in 1942 & 1960 Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this 9th day of June, 2008 A.D., that I am the plaintiff in the above-entitled case.

I make the certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provision of the Soldiers and Sailors Civil Relief Act of 1942 and 1960; that on behalf of the plaintiffs, I have caused careful investigation to be made to ascertain whether or not the above–named defendants are in the military service of the United States or its allies and that as a result of said investigation, I have discovered and hereby allege that said defendants are not in the military service of the United States or it Allies, that is to say said defendants are not members of the Army of the United States, the

United States Navy, the Marine Corps, the Coast Guard and are not officers of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendants are not on active duty with any branches aforesaid, nor are said defendants under training or education under the supervision of the United States preliminary to induction into the military services; and the defendants are not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor have said defendants been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor are the defendants a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as an FBI agent in the case of Andrew F. Romagnuolo and a Treasury Agent in the case of Timothy E. Penley.

Edward William: Wahler
510 L.A. White Drive
Bldg #12
Fletcher, N.C. 28732
828-684-3600


North Carolina state

Buncombe county

Subscribed and sworn to before me on this 9th day of June, 2008 by Edward William: Wahler, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____ (Notary seal)
Signature

My commission expires April 24, 2013

2

Certificate of Service

I, Edward-William: for the family Wahler, hereby state on and for the record that I caused a copy of the following documents:

Military Affidavit    Default Judgment    Default    Affidavit in Support of Default

to be served upon the defendants, Andrew F. Romagnuolo and Timothy E. Penley at the following addresses respectively:

176 Oak Terrace
Arden, NC 28704

2306 W. Meadowview Drive
Greensboro, NC 27407

by delivering to the United States Post Office a true and complete copy of each document, contained in an envelope with sufficient postage on June 9, 2008.

Edward-William: Wahler

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Edward William: Wahler )<br>Kathy Marie: Wahler )<br>PO Box 681 )<br>Fletcher, North Carolina 28732 )<br>828-684-3600 )<br>)<br>Lewis-Vincent: Hughes )<br>2904 Angus Road )<br>Tenino, Washington 98589 )<br>360-264-5543 )<br>)<br>James Edward: MacAlpine )<br>603 Woodlea Court )<br>Asheville, North Carolina 28806 )<br>828-777-5553 )<br>)<br>    Plaintiffs, )<br>)<br>Vs. )<br>)<br>Andrew F. Romagnuolo, in his personal )<br>and private capacity )<br>176 Oak Terrace )<br>Arden, NC 28704 )<br>)<br>Timothy E. Penley, in his personal and )<br>private capacity )<br>2306 W. Meadowview Drive )<br>Greensboro, NC 27407 ))<br>    Defendants, | Case No. 1:08-cv-00577 |

## DEFAULT

It appearing that the above-named defendants have failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the fourth day of April, 2008 and eighth day of April, 2008 respectively, and an affidavit on behalf of the plaintiffs having been filed, it is this _____ day of June, 2008 declared that Andrew F Romagnuolo and Timothy E. Penley, defendants herein are in default.

                                                  Nancy M. Mayer-Whittington, Clerk

                                                  By _____
                                                                 Deputy Clerk

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Edward William: Wahler<br>Kathy Marie: Wahler<br>PO Box 681<br>Fletcher, North Carolina 28732<br>828-684-3600<br><br>Lewis-Vincent: Hughes<br>2904 Angus Road<br>Tenino, Washington 98589<br>360-264-5543<br><br>James Edward: MacAlpine<br>603 Woodlea Court<br>Asheville, North Carolina 28806<br>828-777-5553<br><br>            Plaintiffs,<br><br>Vs.<br><br>Andrew F. Romagnuolo, in his personal<br>and private capacity<br>176 Oak Terrace<br>Arden, NC 28704<br><br>Timothy E. Penley, in his personal and<br>private capacity<br>2306 W. Meadowview Drive<br>Greensboro, NC 27407<br><br>            Defendants, | Case No. 1:08-cv-00577<br><br><br><br>Default Judgment |

The summons and complaint in this action having been duly served on the above-named defendants on April 4, 2008 A.D. and April 8, 2008 A.D. respectively, and said defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on motion of Edward-William: Wahler, plaintiff, it is hereby ORDERED and ADJUDGED that Edward-William: Wahler, Kathy-Marie: Wahler, Lewis-Vincent: Hughes and James-Edward: MacAlpine, as an operation of law, are entitled to the relief sought in the complaint and therefore it is the order of this Court that:

  1) The Defendants named herein exceeded their lawful authority with respect to the actions taken against and with respect to Plaintiffs.

1

2) The Plaintiffs may rely on the law as written and are not subject to any agent of the government's unsubstantiated and unproven statements and interpretation of any law.

3) The Plaintiffs relied in good faith on the holdings of a State Court and a United States District Court that found a Bill of Exchange similar in form and nature to that used by the Plaintiffs did in fact discharge debt and the use of such instruments is not a criminal act and therefore Plaintiffs cannot be prosecuted for use of such instruments.

4) The Defendants shall note any records within their control to reflect a zero balance with respect to any tax liability for all years currently tracked by Defendant's record keeping system.

5) That the conviction of LEWIS VINCENT HUGHES in the United States District Court, Western District of Washington in Seattle, Washington, case no: CR04-0422C is void and vacated as a result of the unlawful and unauthorized acts of defendants Andrew F. Romagnuolo and the record shall be expunged.

6) That the Defendants are forever enjoined from any contact with the Plaintiffs including interference, trespass, threats, coercion or investigation into their private affairs.

7) That the Plaintiffs shall recover from the Defendant Andrew F. Romagnuolo the amount of $75,000,000.00 in lawful money of the United States of America, which is gold and silver coin for breach of contract and intentional tort, the amount and specie of payment having been established by contract.

8) That the Defendants shall repay to the United States all of their compensation since the commencement of their investigation and harassment into the private affairs of the Plaintiffs.

9) That there is no national police force and the Citizens of the several states are not subject to federal law enforcement authority.

10) That all property currently held by Defendants be immediately and forthwith returned to Plaintiffs in the same condition it was in when it was seized, free from damage, abuse or destruction or other alteration, eaves-dropping devices or other surveillance technology.

11) The Defendants shall pay over to Edward-William: Wahler the amount of $13,652,347.89, to Kathy-Marie: Wahler the amount of $ 10,525,923.0 and to James-Edward: MacAlpine the amount of $2,067,910.77 in compensation for the false claims of the Defendants.

12) That the Defendants shall remove from the public record all Notices of Lien or Levy to be found anywhere against Plaintiffs or upon presentment of this judgment, any person responsible for maintaining records of Notices of Liens and Levies shall remove said records forthwith.

13) That the Plaintiffs acted in good faith, without criminal intent, to follow the law as it applies to fraudulent loan transactions and the excise tax known as

the income tax which is applicable only to federal franchisees and other government officials.

14) That the Plaintiffs are not taxpayers, not U.S. persons and no entity may contradict that declaration.

By _____

3