Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EDWARD WILLIAM WAHLER, et al.
_____
           Plaintiff(s)

       Civil Action No. 08-0577 (JR)

v.

ANDREW F. ROMAGNUOLO, et al.
_____
           Defendant(s)

RE: TIMOTHY E. PENLEY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 8, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 12th day of June, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____T. Gumiel_____
       Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EDWARD WILLIAM WAHLER, et al.

Plaintiff(s)

v.

Civil Action No. 08-0577 (JR)

ANDREW F. ROMAGNUOLO, et al.

Defendant(s)

RE: ANDREW F. ROMAGNUOLO

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 4, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 12th day of June, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: T. Gumiel
Deputy Clerk