UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD WILLIAM WAHLER, *et al.*,          :
                                          :
      Plaintiffs,                       :
                                          :
  v.                                      : Civil Action No. 08-0577 (JR)
                                          :
ANDREW F. ROMAGNUOLO, *et al.*,           :
                                          :
      Defendants.                       :

### ORDER

Upon a review of the record, it is by the Court *sua sponte* **ordered**:

(1) that pursuant to F.R.Civ.P. 55(c) the Clerk's entry of default [#5] is **set aside**, because defendants Romangnuolo and Penley were served in North Carolina and are neither alleged nor shown to be amenable to the personal jurisdiction of this Court;

(2) that pursuant to F.R.Civ.P. 11(c)(3) the plaintiffs are directed to **show cause** within 30 days of the date of this order why they should not be sanctioned for presenting to the Court a complaint that, on its face, is fatuous, nonsensical, and cannot have any purpose except to harass; and

(3) that plaintiffs cause copies of this order to be **served forthwith** on the defendants they have served.


                                            JAMES ROBERTSON
                             United States District Judge