UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD WILLIAM WAHLER, *et al.*,   :
        Plaintiffs,   :
    v.   : Civil Action No. 08-0577 (JR)
ANDREW F. ROMAGNUOLO, *et al.*,   :
        Defendants.   :

### ORDER

Plaintiffs having failed to respond to this Court's show cause order of June 20, 2008 [dkt # 6], it is **ORDERED** for the reasons stated in that order that their complaint in this action is **dismissed with prejudice**.


JAMES ROBERTSON
United States District Judge