08-577 (JR)

The one supreme court for the **county**
judicial district for the tens, fifties, hundreds, and thousands court by exclusive original jurisdiction held on the county: **commonwealth Yisra'el**
original jurisdiction under the creator: **Yahweh, The Most High,**
**in the name of the Trustee, Yahshua**
by two judge's for the King of kings and Ruler of rulers
that hear no evil, speak no evil, and see no evil.

## judicial-notice of order for the outcome of an order.

It is hereby adjudged that the below words written on this paper is so ordered with the authority called posse comitatus from living men and women on the county and the extended families for the UNITED STATES DISTRICT COURT JUDGE JAMES ROBERTSON:

For in Law, we the undersigned judges for the King of kings, Ruler of rulers, and Judge of judges, have reviewed the offer of an ORDER entered into the case identified by the Court as Civil Action No. 08-0577 (JR), on the Gregorian date of June 20, 2008, and have found it to be treasonous against the People of the Land. The case was originated into *the Article III Court, pursuant to the original jurisdiction, known as the District Court of the United States under original Constitutional authority* and not into a Corporation, Private, for Profit court called the UNITED STATES DISTRICT COURT. JUDGE JAMES ROBERTSON has made a treasonous and seditious offer for the conversion of this case from original jurisdiction to Corporate for Profit jurisdiction. He has fraudulently entered this order into the case without his signature and without a court seal.

## Order

It is hereby and herewith ordered that JUDGE JAMES ROBERTSON shall have 10 days from receipt of this Order by the Clerk of the Court to either reverse his order and acknowledge under signature and Court Seal the Default Judgment, or show cause why the bond for JUDGE JAMES ROBERTSON should not be arrested and why a Common Law Grand Jury should not be convened to bring charges against him for treason and sedition against the People.

_____ judge
lewis vincent

_____ judge
james edward

[handwritten: 7/24/08 Let this be filed. James Robertson U.S. District Judge]